Index # 08 civ 11327
Purchased/Filed: December 30, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Patrick Cariou                                            Plaintiff

against

Richard Prince, Gagosian Gallery, Inc.; et al            Defendant

STATE OF NEW YORK )    **DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )    Weight: 215   Height: 6'1   Sex: male   Color of skin: White

Hair color: Brown   Other: _____

__Robin Brandow__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __January 2, 2009__, at __3:45 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons in a Civil Action & Complaint, Indiv. Practices of Judge Batts and Standing Order__ on __Gagosian Gallery, Inc.__, the Defendant in this action, by delivering to and leaving with __Chad Matice__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

__5th__ day of __January, 2009__

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0900161