UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PATRICK CARIOU,

                Plaintiff,

  - against -

RICHARD PRINCE, GAGOSIAN GALLERY, INC.,
RIZZOLI INTERNATIONAL PUBLICATIONS,
INC.,

                Defendants.
----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 08-CV-11327 (DAB)

State of New York  )
                    ) ss.
County of New York)

       TIMOTHY CLANCY, being duly sworn, deposes and says: I am over the age of eighteen years and not a party to this action.

       On January 5, 2009, at approximately 3:30 p.m., I served true copies of the SUMMONS IN A CIVIL ACTION and COMPLAINT with the Individual Practices of Judge Deborah A. Batts and the Individual Practices of Magistrate Judge Douglas F. Eaton upon Defendant Lawrence Gagosian by hand delivery to Abby Merrick at Gagosian Gallery, 980 Madison Avenue, New York, New York 10021. Ms. Merrick stated at the time of service that she is authorized to accept service for Mr. Gagosian.

       Ms. Merrick is a white female approximately 28 years old, 120 lbs., brown eyes and brown hair. Ms. Merrick was seated at the time of service.

       On January 5, 2009 I served true copies of the above upon:

                Lawrence Gagosian
                "Toad Hall"
                Further Lane
                East Hampton, NY 11937.

by depositing a true copies of said enclosed in a postage paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

*Timothy Clancy*
Timothy Clancy

Sworn to before me this
13th day of January 2009

*Patricia J. Kehlenbeck*
Notary Public

PATRICIA J. KEHLENBECK
Notary Public, State of New York
No. 01KE6037739
Qualified in Nassau County
Commission Expires February 28, 20 10