BATTS/J

Daniel J. Brooks
Eric A. Boden
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/10

*Attorneys for Plaintiff Patrick Cariou*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PATRICK CARIOU,

                    Plaintiff,

       -against-

RICHARD PRINCE, GAGOSIAN GALLERY,
INC., LAWRENCE GAGOSIAN and
RIZZOLI INTERNATIONAL
PUBLICATIONS, INC.,

                    Defendants.
------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

**08 CIV 11327 (DAB)**

WHEREAS Plaintiff Patrick Cariou filed a Complaint on December 30, 2008 and an Amended Complaint on January 14, 2009 against defendants Richard Prince, Gagosian Gallery, Inc., Lawrence Gagosian and Rizzoli International Publications, Inc.; and

WHEREAS Defendant Rizzoli International Publications, Inc. filed its Answer to the Amended Complaint, asserting no counterclaims against plaintiff but asserting crossclaims against defendants Richard Prince, Gagosian Gallery, Inc. and Lawrence Gagosian, on March 17, 2009;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, upon the stipulation and

822746.1.

agreement between the undersigned attorneys of record for Plaintiff Patrick Cariou and the undersigned attorneys of record for Defendant Rizzoli International Publications, Inc., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims by Plaintiff Patrick Cariou against Rizzoli International Publications, Inc. are dismissed with prejudice, and without costs to any party as against the other.

This Stipulation and Order of Dismissal may be executed in counterparts, each of which, when so executed and delivered, shall be an original, but such counterparts shall together constitute one and the same instrument and agreement.

Dated: New York, New York
January 27, 2010

Dated: New York, New York
January 29, 2010

SCHNADER HARRISON SEGAL
& LEWIS LLP

By: Daniel J. Brooks
140 Broadway, Suite 3100
New York, New York 10005
Telephone: (212) 973-8000
Facsimile: (212) 972-8798
dbrooks@schnader.com

*Attorneys for Plaintiff Patrick Cariou*

WEISMAN CELLER SPETT & MODLIN P.C.

By: John B. Sherman
445 Park Avenue, No. 1500
New York, NY 10022
Telephone: (212) 371-5400
Facsimile: (212) 371-5407
jsherman@wcsm445.com

*Attorneys for Defendant
Rizzoli International Publications, Inc.*

SO ORDERED:

Deborah A. Batts, U.S.D.J. 2/5/10

Dated: January ____ 2010