A

# SIDLEY AUSTIN BROWN & WOOD LLP

| | | |
|---|---|---|
| BEIJING | 787 SEVENTH AVENUE | LOS ANGELES |
| BRUSSELS | NEW YORK, NEW YORK 10019 | NEW YORK |
| CHICAGO | TELEPHONE 212 839 5300 | SAN FRANCISCO |
| DALLAS | FACSIMILE 212 839 5599 | SHANGHAI |
| GENEVA | www.sidley.com | SINGAPORE |
| HONG KONG | FOUNDED 1866 | TOKYO |
| LONDON | | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(212) 839-7357

WRITER'S E-MAIL ADDRESS
ptoren@sidley.com

November 10, 2005



**By Registered Mail, Return Receipt Requested**

Eric Doeringer
521 Dean St., #6
Brooklyn, NY 11217-2134

Re:  John Currin

Dear Mr. Doeringer:

We represent Gagosian Gallery which in turn represents the painter John Currin. It has come to the attention of Gagosian Gallery and Mr. Currin that you are reproducing and selling unauthorized copies of Mr. Currin's paintings including "Pelletiere" and "The Moved Over Lady."

The reproduction and sale of copies of Mr. Currin's paintings constitutes a willful violation of the Copyright Act, 17 U.S.C. §§ 101 *et seq*. You should be aware that in such cases the Act provides that the Copyright owner may be entitled to an award of statutory damages of up to $150,000.

We hereby demand that you immediately cease and desist from reproducing and selling unauthorized copies of the works of John Currin. In connection thereto we ask that you sign and return a copy of this letter by **November 21, 2005**, to warrant that you have, and will not at any time in the future, distribute, prepare derivative works or reproduce copies of Mr. Currin's works.

Gagosian Gallery and Mr. Currin take violations of their rights very seriously and they intend to fully enforce their rights if you fail to comply with our demands.

SIDLEY AUSTIN BROWN & WOOD LLP

Eric Doeringer
November 10, 2005
Page 2

Nothing in this letter should be construed as a waiver of any rights or remedies available to Gagosian Gallery and Mr. Currin and they hereby expressly reserve their rights to pursue any rights or remedies available to them under the law.

Very truly yours,

Peter J. Toren

Agreed to: _____

Kara Vander Weg

NEW YORK