Exhibit D

**Condensed Transcript**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CARIOU,

Plaintiff,

vs.

Index No.: 08 CIV 11327 (DAB)

RICHARD PRINCE, GAGOSIAN GALLERY, INC., LAWRENCE GAGOSIAN, and RIZZOLI INTERNATIONAL PUBLICATIONS, INC.,

Defendants.

**DEPOSITION OF**

**PATRICK CARIOU**

Tuesday, January 12, 2010

New York, New York

Reported by:
Bryan Nilsen, RPR

ESQUIRE
an Alexander Gallo Company

Telephone: 212.687.8010
Toll Free: 800.944.9454
Facsimile: 212.557.5972

One Penn Plaza
Suite 4715
New York, N.Y. 10119



Cariou

paintings, when did you first become aware of that?

A. I became aware of it I think in mid-November 2009 through an ad in the Art Newspaper.

Q. And you saw the ad or did someone bring the ad to your attention?

A. A friend of mine called me a bit confused with the ad, asking me if I did a collaboration with Richard Prince, and I didn't know what he was talking about at the time.

And I went to his place and looked at the ad and was a bit surprised I must say.

MR. BROOKS: Can I interject. He said 2009, is that what you meant?

A. 2008, sorry.

MS. BART: Thank you.

BY MS. BART:

Q. And who was this friend?

A. Francesco Solari.

Q. This was the person you listed in your initial disclosures, correct?

A. Yes.

Q. So after you went to his place what

Cariou

did you do next after making this discovery?

A. I went on the web and on the Gagosian website and looked at the Canal Zone show and realized that the main subject of the show was Rastas.

Q. And then what did you do?

A. Then I started to make a few phone calls to friend in New York in order to know what to do and to find a lawyer.

Q. And how was it that you came to find the Schnader Harrison firm?

MR. BROOKS: What's the relevance of that? What's the relevance of it?

How did Prince find you? I mean it's not relevant how he found me.

MS. BART: I think I'm entitled to ask that question.

MR. BROOKS: Why? Tell me why and I will let him answer.

MS. BART: Because it's part of the process of what he did to press his rights.

MR. BROOKS: What he did to press his rights is irrelevant. You've got the

Cariou

complaint. And we represent him. How he found us is irrelevant.

MS. BART: How many more speeches are we going to have today?

MR. BROOKS: Well, it's an improper question.

MR. HAYES: Are you directing him not to answer or no?

MR. BROOKS: You can answer, over my objection. She wants to know how you found me.

A. A friend of mine recommended them and we got in contact, and that was it.

Q. And who was the friend?

A. My friend was -- his name is Terry Daher, D-A-H-E-R.

Q. And does Mr. Daher live in New York?

A. He lives in New York, mm-hmm.

Q. And when you spoke with Mr. Daher was this -- this is obviously after you had gone on the website and seen --

A. Yeah.

Q. And what did you tell Mr. Daher you needed?

Cariou

A. To go -- first thing I told him to go see the show. He went and was amazed by it and told me that we had to do something. At that particular moment I didn't know I was going to have a lawsuit. I just -- and he went and told me that the Rastas were all over the paintings and that something should be done.

Q. And did he take photographs when he went to the exhibit?

A. No, I don't think so.

Q. He just -- then he called you back?

A. He called me back, yeah.

Q. And how do you know Terry Daher?

A. Well, he's an old friend of mine.

Q. Do you work with him?

A. No.

Q. Other than your counsel did you speak to anyone else -- anyone other than your counsel and Mr. Daher, did you speak to anyone else at this time about the exhibition?

A. I don't think so, no.

Q. And then the next thing you did was contact counsel --

A. Right.

29

Cariou

Q. -- and then we have what's ensued?
A. Yeah.
MS. BART: Let's give him a copy of Plaintiff's Exhibit 40.
Q. Mr. Cariou, I'm handing you what's been marked as Plaintiff's Exhibit 40 in this lawsuit. Do you see this document?
A. Yeah.
Q. And can you just tell us in your own words what this document is?
A. Well, it's a compilation of Mr. Prince's work and my work and the photographs he used in the Canal Zone show.
Q. And who prepared this document?
A. Me and a friend of mine in Paris.
Q. And who was that?
A. Philippe Le Bihan, L-E, B-I-H-A-N.
Q. Did anyone else assist you?
A. No.
Q. Was this something that -- and I'm not trying to encroach at all on the attorney/client privilege -- but was this something that Mr. Brooks asked you to do or was this something --

30

Cariou

MR. BROOKS: Wait. Hold on. That is encroaching.
Don't answer that question.
If I asked him to do something, we had a conversation, that's a privileged conversation.
He's not going to answer. Go to the judge if you don't agree with me. He's not going to ask him who told him to do it. He's not going to testify about any conversations he had with me.
Q. Did you prepare this document with the assistance of counsel?
A. No.
Q. So this is something you prepared and then you provided it to your attorneys who then provided it to us?
A. Yes.
Q. Plaintiff's Exhibit 40 represents the Yes Rasta images which you claim appear in some of the Canal Zone paintings, correct?
A. That I claim appear? They do appear.
Q. Well, a claim is what you say in

31

Cariou

your complaint appear in these images. I'm not trying to trick you with these words, Mr. Cariou.
A. No, no, I thought it was a bit funny though.
MR. BROOKS: No. Just answer the question.
A. Yeah, yeah.
Q. And since you prepared this document have you found any other images that you believe are incorporated?
A. Yes.
Q. And I'm going to hand you what's been marked as -- previously been marked as Plaintiff's Exhibit 41.
I only have one copy of this with all the tabs, so we're going to have to kind of work with it together.
You'll see on the bottom -- we talked about this before the deposition started -- we've added numbers to the images that appear in the Yes Rasta book.
Can you please give me the page numbers for the additional images that you say

32

Cariou

appear in the Canal Zone paintings but which are not found in Plaintiff's Exhibit 40?
A. In order to do that I will need a printout of the painting called Canal Zone 2007 that I've never seen really. We used -- which is the first painting Mr. Prince did was showed in St. Barth's and has probably 20 pictures in itself. If you show me that one --
Q. You could mark a copy of that?
A. I could find the image.
Q. All right. Why don't we get a copy of that at a break and then we'll come back to that at the end of the sequence of questions, is that acceptable?
MR. BROOKS: It's a deposition exhibit.
MS. BART: Right. I know. We're getting it. We don't have it in here.
MR. BROOKS: Fine. Whatever.
BY MS. BART:
Q. I'd like to take you through the images that appear in Plaintiff's Exhibit 40 which you have shown to us.
I'm going to hand you Plaintiff's



Cariou ... January 12, 2010

33

Cariou

Exhibit 41.

A. So you want me to actually tell you --

Q. No, no, no. I just want you to have the book in front of you along with Plaintiff's Exhibit 40.

A. Okay.

Q. I don't believe you told me, approximately when did you prepare the document that's been marked as Plaintiff's Exhibit 40?

A. It must have been around February I would say.

Q. Of 2009?

A. Of 2009, yeah.

Q. On the first page of Plaintiff's Exhibit 40, which is the comparison that you've done --

A. Yeah.

Q. -- if you will look at the first page.

A. Yeah, uh-huh.

Q. No, no.

A. Sorry.

Q. No problem.

34

Cariou

We see two images there, one of Canal Zone and one of the Yes Rasta book. And it says Yes Rasta photographs by Patrick Cariou, do you see that?

A. Yeah.

Q. And you made this comparison because the Yes Rasta images you took are found in the Yes Rasta book?

A. Excuse me. Come again, please.

Q. Yes. In other words, I'm just trying to understand, you juxtaposed the Canal Zone book and the Yes Rasta book because you are saying that the images are -- some of the Yes Rasta images are found in the Canal Zone book?

A. Correct.

Q. Now, according to your complaint which you have in front of you, I believe it's paragraph 16, you say that you spent parts of six years in the secluded mountains of Jamaica gaining access to and living and working with and earning the trust of the Rastafarians who are the subjects of Yes Rasta?

A. Yes.

35

Cariou

Q. And I've read that correctly?

A. Yeah.

Q. When did you first approach this --

MR. BROOKS: Hold on. He's not on paragraph 16.

MS. BART: Sure. No problem.

BY MS. BART:

Q. It's the first sentence.

A. Yeah, yeah. I got it.

Q. Right.

MS. BART: He had already agreed that it was correct.

BY MS. BART:

Q. When did you first approach this particular Rastafarian community about the possibility of gaining access to them?

A. In spring '92.

Q. And is there a reason why you approached this community?

A. Well, first of all, it's not a community. It's just Rasta all over Jamaica. It's not one particular community. It's, you know, it's a community at large.

Well, yeah, my love for Reggae

36

Cariou

music, my love for Jamaica, my love for their culture, their look, and also the fact that no book has ever been done about Rastafarians.

Q. And so when you first approached them you approached them with the idea of preparing a book containing images and documenting --

A. Yeah, absolutely.

Q. -- and documenting the Rastafarian lifestyle?

A. Yes.

Q. And when you first approached them did you tell them that's what you wanted to do?

A. Yes.

Q. And what did they say to you?

A. It depends on which one.

Q. I see. I guess I understood from Mr. Henzell's description in the front part of the Yes Rasta book that you had gone and lived with one particular community, not that it was communities everywhere.

So what you're saying is there are different Rasta communities --

A. There is no such thing as a Rasta

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Cariou
Rastafarians -- I think you mentioned their culture, their looks --
A. Mm-hmm.
Q. -- document those images, you went there with that purpose?
A. Yeah.
Q. And that's why you were in Jamaica?
A. Yeah.
Q. How were you first sort of introduced to or exposed to the Rastafarian culture?
A. Well, through Reggae music, you know.
Q. And when did you first begin listening to Reggae music?
A. In -- let me think. I don't know. I must have been 15, which is, you know, early '80s -- no, not -- late '70s.
Q. Now, in the second line of your complaint, paragraph 16 --
A. Yeah.
Q. -- it says the Rastafarians are a spiritual society living simply, independently, and in harmony with nature, apart from the

Cariou
industrialized world of environmental pollution and materialism which they reject and refer to as, quote, Babylon.
A. Mm-hmm.
Q. So it was that society and the simple sort of independent way in which they live that you wanted to take images of to document, if you will?
A. Yeah.
Q. In fact, we find this focus in your complaint in this allegation that says, you know, they're living this simple life and then you look down and it says the next paragraph, or a couple of lines down, it says the result was the photographs in Yes Rasta?
A. Mm-hmm.
Q. Approximately 100 strikingly original black and white photographs, mostly close-up portraits of stern, mystical-looking men within a distinctive tropical landscape?
A. Yeah.
Q. And so the results of the culmination of the photographing of this culture is what resulted in Yes Rasta?

Cariou
A. Yeah.
Q. Now, it says in the sentence that I skipped over, it says that it was only after living with them for years that Plaintiff was finally permitted to photograph them?
A. Yeah.
Q. Okay. So you first went to Jamaica and made your first approach in 1992, so at what point did you first get the first person to agree to allow you to photograph them?
A. I went in Jamaica twice without camera before --
MR. BROOKS: With a what?
A. Without a camera. And that was in spring '93 that I took my first picture of Rasta. I was, you know, close enough to some of them to be able to ask and to start taking pictures. They felt comfortable about it.
Q. And they gave you permission to do that?
A. Yes.
MR. BROOKS: Excuse me.
Did you get the word comfortable?
(Discussion off the record.)

Cariou
BY MS. BART:
Q. When you approached a Rasta for the purpose of taking their photograph, I assume you -- do I understand you correctly to be saying you asked each Rasta or each family that you photographed for their permission to photograph them?
A. Well, you better -- no, you start to know them, live with them -- not necessarily live with them in the sense of living with them in their house, but hang out with them for a few days, few weeks, sometimes months. It depends.
And at some point, yeah, you ask permission to take their picture.
Q. And when you say live with them, the ones that are up in the mountains of Jamaica, would you actually go and camp out in the mountains --
A. Yeah.
Q. -- or would you stay in a hotel and go back and forth?
A. No, no. I never stayed in a hotel.
Q. And so you would stay there for a period of time?

Cariou

A. Yeah.

Q. Did any of the Rastafarians whose images appear in the Yes Rasta images give you written permission to take their photograph?

A. No.

Q. Now, according to your complaint, your photographs, the subjects of your photographs, it's portraiture?

A. Yeah.

Q. And landscapes?

A. Yeah.

Q. And that was part of your effort to document what I will call the Rastafarian culture?

A. Yeah. It's also my style of photography.

Q. Why don't you tell us what your style of photography is?

A. What my style of photography is? Oh, that's -- I'm into portraiture and masters, Paul Strand, August Sander, Edward Curtis, who were traveling photographers, and it's sort of a static way of taking a picture of when someone is looking at you -- the viewer, either the

Cariou

viewer or anybody understands that the person whose portrait, in the portrait, has agreed and is aware that someone is taking his photograph. That's --

Q. Because you are trying to stage it in a certain way?

A. I stage it, yeah.

Q. And you're trying to capture as closely as possible the essence of the person whose image you're taking?

A. Yeah, absolutely.

Q. Did anyone assist you in the taking of any of the Yes Rasta images?

A. No.

Q. So that was done strictly on your own?

A. Yeah.

Q. Now, in your complaint it says that you -- in the first line --

MR. BROOKS: Which paragraph?

MS. BART: 16.

Q. It says that you not only lived with the Rastas but you also worked with them. Did you actually perform like work

Cariou

in the community or --

A. Yeah.

Q. What did you do?

A. Well, everything was to be done, you know, you need to go get water out of the river, you need to go get the coconuts, you need to cook, you need to clean, you need to be -- to make yourself part of the small group who is there and, you know, not just sit and wait until they've done. You participate to whatever needs to be done.

Q. So you were just trying to embed yourself, if you will, in this society, perhaps one or two groups at a time, to really be able to capture its essence through photography?

A. Exactly.

Q. So when I think of the word work with them, I think of maybe doing a job or performing a job, but in this particular society making sure there's water and food is the job itself?

A. Exactly.

Q. And that's how you're using the word work in this complaint?

Cariou

A. Yeah.

Q. So it wasn't that you went there to photograph them and that was your job in regards to the Rastafarians, that was what you were there to do but it wasn't the work you were performing for them?

A. No, no, no.

Q. What I'd like to do is take you through the images that are in Plaintiff's Exhibit 40. So if you could keep the book out, you might want to keep the complaint handy, and go through Plaintiff's Exhibit 40.

And if we could, go to the second page which is marked C00018.

A. Yes.

MR. BROOKS: Excuse me. This is 40.

A. Oh, yeah, okay.

Q. That's 41.

MR. BROOKS: And she's talking about this first page, C00018.

MS. BART: Yes.

A. Yeah.

Q. Those are numbers, Mr. Cariou, that your counsel placed on this particular document,

ESQUIRE
an Alexander Gallo Company

Cariou
and it's just to help us with identification.
So when you're talking about a page we'll try to refer to it and the same thing with the numbers.
A. Okay.
Q. So let's start with this person which you put as the first image in your comparison, and can you tell me when this photograph was taken?
A. It must have been taken in around '95.
Q. And how is it that you place this particular image in 1995?
A. How? Why?
Q. How do you know -- you said it must have --
A. Because I remember when I was with that man.
Q. And this would have been about three years into your sojourn into the Rastafarian culture?
A. Yeah.
Q. And was this a staged photograph?
A. Yeah, absolutely.

Cariou
Q. And how long did it take you to shoot this particular image?
A. I don't know. We tried a few positions. Maybe an hour.
Q. And is there a reason why you wanted to photograph this particular man, in other words, was he just one of the Rastas that was willing to give you permission, or was there something specific about this particular man that you wanted to capture on film?
A. There's something really specific that I wanted to capture about that man.
Q. And what is that?
A. There's a few things. Like his strength, for one. His dreads. You know, the fact that he lives really high up in the mountains. As you can see, he's wearing boots, plastic boots, because it's so humid.
And I like that man and, you know, it's hard to explain why a portraitist wants to take a picture of someone. I liked him. He liked me. And I thought -- it's actually one of my favorite pictures. I think it's also Mr. Prince's favorite picture too.

Cariou
Q. When you took this your artistic purpose was strictly to capture this man in his environment, is that correct?
A. No, it was to make a beautiful portrait.
Q. Did you choose the setting for this or is this around where he lives?
A. No, I choose the setting.
Q. And what was it about the landscape surrounding this gentleman that caused you to choose him, choose this particular setting for this particular image?
A. Because he was -- it fits with him. It was right in the middle of the jungle.
Q. Now, could you please go to the image in the book, and if you will look on the right-hand side you will see numbers with blue tabs?
A. Yeah.
Q. Those numbers correspond to the Bates Number that your lawyer has put on this page.
A. Okay.
Q. So if you will find the actual

Cariou
image --
A. Okay.
Q. Do you find number 18 there?
A. No, but I will soon.
(Witness looks through exhibit.)
A. Yes, I got it.
Q. Okay. In looking at that photograph or that image, I see that the back, the landscape behind him is largely blurred --
A. Yeah.
Q. -- in part?
A. Yeah.
Q. Why did you choose to do that?
A. Because it's like that mostly in the book, and I decided to do that, which is -- there is a thing in photography called depth of field, which is, you know, you can see more or less of the background.
And I decided long before I actually started that book that I wanted to -- I would like to -- I wanted to use little depth of field and a certain lens in order to have my pictures like that.
MR. BROOKS: Excuse me.

Cariou

Did you get lens?

(Record read.)

(Discussion off the record.)

BY MS. BART:

Q. What type of lens did you choose?

A. What type of lens?

Q. You said you had chosen a specific lens?

A. Yeah, it was a 165-millimeter Pentax lens on a medium camera, medium-format camera, sorry.

Q. And is there something special about the use of a 165-millimeter Pentax lens on a medium-size camera?

A. Yeah.

Q. And what is that?

In other words, you were obviously going for a particular type of look?

A. Yeah.

Q. And that's what I'm trying to understand.

A. Yeah.

Q. So you must have chosen that lens and that camera for a specific reason?

Cariou

A. Well, then in order to answer that properly we would need to go into photography principles, you know, the size of the lens, the F-stop. Everything goes with it. The size of the neg, et cetera, et cetera.

You know, why did I use the 165? Because I knew I was getting that effect for that picture.

Q. And that effect is what?

A. That effect is to have the background to be a bit blurry.

Q. And you could also achieve that by narrowing the F-stop, correct?

A. You could do that too, yeah. Yeah.

Q. For a narrow depth of field?

A. Yeah.

Q. And so what that does -- and I'm trying to understand, does that then make landscape fade into the background and the subject that you're taking the portrait of become more prominent?

A. Exactly.

Q. And that was the purpose of doing that?

Cariou

A. Exactly.

Q. To save time, Mr. Cariou, did you use that same camera and lens on all of these or only some of them?

A. No, I used two lenses.

Q. Well, then we'll do it photograph by photograph.

So I guess then when you blur out the background I take it then that other than the fact that this man lives in the tropical area that he does, in this particular image the background then for artistic purposes is really not that important?

MR. BROOKS: Object to the form.

You can answer.

A. No, it's not -- because, as you can notice, there's lights around. And the way -- the angle you choose and the bush you choose behind is going to make a huge difference in the picture.

If it's backlit or it's not backlit -- you see all the little dots? Those are important. Those are extremely important when you take those type of pictures.

Cariou

Q. Were you using artificial light or was this done --

A. No, it's natural light.

Q. -- with natural lighting?

A. And of course you have the -- you choose the period, the time of the day when you're going to take the picture.

Q. To get that light from the correct angle?

A. To get what you want, yeah.

Q. How long did it take you to find this particular setting?

A. You know, it's hard to say because I was living with that man for a few days, you know, waiting for the right moment to take a picture, and I was looking around for days.

Not taking the picture, but like --

Q. I call it scouting.

A. We could call it scouting. I went scouting for a few days before.

But I was also waiting for him to be in a mood to have his picture taken.

Q. And that's because the essence of this picture is really the portrait?

Cariou

A. It's him, yeah. It's him. It's about -- you know, as you can notice it, he's right in the middle, and you can't be more simple as far as framing is concerned. It's about him and his strength.

Q. Now, in paragraph 16 of your complaint you say that the images were taken in black and white?

A. Mm-hmm.

Q. Was there a specific kind of film you were using or did it depend on the time of day you were shooting?

A. No, I only used one film.

Q. And what was the type of film?

A. It's TRI-X 320.

Q. TRI-X?

A. Yeah.

Q. Could you spell that for us?

A. T-X 320.

Q. But it's T-R-I-X 320?

A. Yeah.

Q. And who makes that?

A. Kodak.

MR. HAYES: Is it T-R-I-X or

Cariou

T-R-I-A-X?

A. You can put T and X and that's good.

Q. And is there a reason that you chose the TX 320 film --

A. Yeah.

Q. -- for this particular series of images?

A. Oh, yeah. Because I want -- from the get-go I wanted to have a really specific look for the whole book. And it's a film that I thought would give me this look.

But on top of choosing a film, you need to know how to expose it and to process it and then how to print it in order to get what you want.

Q. And can you explain what the specific overall look you were going for was?

A. Well, I knew I was going to shoot black man and black woman, you know, obviously. And I wanted to -- I wanted the overall book to be dark, you know, but still to have a lot of details and grays in the book, and that's what I did.

Q. Now, you mentioned processing?

Cariou

A. Yes.

Q. And if you could go back to the image of this particular Rastafarian --

MR. BROOKS: This is on page -- what you've marked C18?

MS. BART: C18, right.

BY MS. BART:

Q. Did you have it processed in a particular way?

A. Yeah. We used a specific chemical. Well, first of all, I had it exposed a particular way.

Q. And that would be with the F-stop?

A. No, with --

Q. With the chemicals?

A. No, with the -- you know, each film has a sensitivity, ASA, you know, 400 ASA.

Q. Right.

A. But you don't have to -- you can over or underexpose it when you shoot. You know, that's a decision you can take.

And then you process it, but you have to know what you have done before in order to process it properly and in order to get what

Cariou

you want.

Q. And when you were out in the field did you keep a field notebook?

A. No.

Q. You kept no notes, so how would you know then what you had done in the field in terms of the ASA so that you could then give the right instructions?

A. Because I'm a good photographer and I know what I do.

Q. I see. So did you label the films so you could keep track?

A. No.

Q. And is that because you were taking not that many pictures?

A. I wasn't taking that many pictures.

Q. So it was easy for you to keep it in your mind?

A. Yeah, plus I knew the technique, I knew what I wanted and, you know, with the light meter and camera it was easy for me to get what I wanted.

Q. Now, a few minutes ago when you first started talking about the processing of

61

Cariou

the images you used the word we processed.

Who helped you with the processing?

A. My lab. It's called Richard Foulster, F-O-U-L-S-T-E-R.

Q. And you've referred to his name by looking in the back of Plaintiff's Exhibit 41, right, in the acknowledgments?

A. Yeah.

Q. He was one of the people that you acknowledged?

A. Yes.

Q. Now, did you give Mr. Foulster specific instructions for how you wanted this image, for example --

A. Of course.

Q. -- to be exposed and printed?

A. Yes.

Q. And what did you tell Mr. Foulster you wanted done with the image that appears on C18?

A. Well, C18 -- you have to take the whole book as a whole. You know, C18 didn't come as the first image. You know, we already had images that we were, you know, happy with

62

Cariou

the look of it.

And it was -- then it became sort of a routine of, you know, having -- you know, when you process a film you get contact sheets. Then from the contact sheets you go to printing.

And we did -- we print -- we always print together. You know, I'm here when he's printing my picture.

Q. In the darkroom?

A. In the darkroom.

Q. And so is it fair to say -- again, I'm just trying to understand the process -- but is it fair to say then once you developed the technique that you wanted to create the certain dark look with accents, that is how all of the images that appear in the Yes Rasta book were developed?

A. Yes.

Q. Okay. So could you just describe for us what the process was that you finally settled upon for this particular -- for the Yes Rasta book?

A. Could you repeat your question, please?

63

Cariou

Q. Yes. I'm trying to just understand, you said there was a trial-and-error period, and then once you came up with the look that you liked you then exposed and developed each of the other images that appear in Yes Rasta in the same way.

MR. BROOKS: Can I just say something? I think the exposing -- I could be wrong -- is done when he's shooting the picture.

The processing is in the lab, I think.

MS. BART: He actually used the word exposure in connection with processing, so I'm trying to follow his --

A. No, no, no. But if I did, that's my mistake.

Q. Okay.

A. The exposure is done --

Q. That's how I usually understand it, is the exposure is through the lens. That is how I understood it.

But you were using it in the lab context?

64

Cariou

A. Yeah, that's my mistake. Sorry.

Q. Okay. So what about the processing, what was it that you were trying to capture in the processing?

A. We were trying to get extremely dark images but still keeping a lot of details.

C18 is not the best example. I can show you another example, like the black man in the shade but you can still see every details that there is to see in this picture.

Q. And may the record reflect that the witness has showed us the image that appears on page 13 of Plaintiff's Exhibit 41.

MR. BROOKS: Is that 13?

MS. BART: Down on the bottom.

MR. BROOKS: I'm sorry, I think -- oh, it's 13, okay.

A. As an example.

Q. Yes, I understand.

A. That's what we were trying to get. And it's not easy to get that, to shoot black people in the shade, because most of them are shot in the shade, and still getting details is something which takes work to do.

Cariou

And we went through the whole process of trying one way and another way and another way up until we managed to have it.

Q. And I think you testified earlier that you began taking images in 1993 that was your first image?

A. Yes.

Q. And so approximately how long did it take you to sort of work out this process with Mr. Foulster?

A. Well, we've been working together forever. And I just want to show you -- you know what I mean, that's what we were trying to get.

(Witness indicating.)

MS. BART: May the record reflect that the witness has shown me a two-page image which is marked pages 43 and 44 in the Yes Rasta book.

A. You know, I was doing -- I was trying things, not being in Jamaica, you know, when I was on location sometimes for my professional work, on the island, I was trying things, and I couldn't tell you exactly how long

Cariou

it took us to define the whole process.

Q. A year, a month, approximately?

A. I would say a year.

Q. And this is trial and error over a period of time?

A. Mm-hmm, yes.

Q. Returning now, if you wouldn't mind, please, you can either look at it on Plaintiff's Exhibit 40 or you can look at it in the book, which is marked -- the image that appears on C00018, which is this gentleman that we first started talking about?

A. Yeah, yeah, the first guy.

Q. Does this photograph have, or this image, does this have a title?

A. No.

Q. Did it ever have a title?

A. No, not yet.

Q. Is there a reason why you didn't title these works of art or these images?

A. No.

Q. Have you ever sold any individual prints of this photograph, of this image?

A. Of that image? No.

Cariou

Q. Other than through the sale of the Yes Rasta book have you marketed this particular image, which appears on page --

A. 118.

Q. -- 118 of the book and C18 of Plaintiff's Exhibit 40, have you marketed it in any way other than through the book?

A. No.

Q. Have you licensed any rights to any person other than Powerhouse to use this image?

A. No.

Q. Now, if you would go back to the complaint, paragraph 16, which you have in front of you.

A. Yeah.

Q. In that paragraph you make a collective reference to the images in the Yes Rasta book, and it starts off with -- we read it before -- the result was the photographs?

A. Yeah.

Q. And you say of approximately 100 strikingly-original black and white photographs, can you tell me in your own words why you

Cariou

believe this is strikingly original, this image that appears on C18 and page 118 of Plaintiff's Exhibit 41?

A. You know, I've been trying for 25 years to take good pictures, and I think that's pretty good. I think it's -- I would even say it's a great photograph.

You know, some people consider this book the ultimate book ever done on Rasta.

Q. But there are others --

A. No.

Q. -- in the marketplace?

A. No.

Q. Now, in your complaint in paragraph 16 you then say these portraits were taken within a distinctive tropical landscape?

A. Mm-hmm.

Q. And I would like to understand why you think the landscape that appears in this particular image is distinctive, in your view?

A. It's a group. It's a book. You know, next to it you have a tropical landscape. You obviously associate both. And the next page is the same thing.

Cariou

A. The composition, the way he looks at us, you know, the way his body looks, you know, the nature he's in, the light, being slightly backlit, and the quality of the black and white.

Q. And in terms of the landscaping, a portion of which is blurred out, what do you feel is distinctive about this, or is this just another example of you have to look at the whole book to get what's distinctive about the landscape?

A. Yeah, you have to look at the whole book in order to get a better feel of the place than looking at one picture, definitely.

MS. BART: Off the record.

(Discussion off the record.)

(Recess taken: 11:38 a.m.)

(Proceedings resumed: 11:51 a.m.)

BY MS. BART:

Q. Mr. Cariou, will you please turn on Plaintiff's Exhibit 40 to the page that's marked C00024?

A. Yes.

Q. Do you have that in front of you?

A. Yeah, I do.

Cariou

Q. Now, this page contains multiple images from the Yes Rasta book. The first one which appears on the bottom left-hand corner, there's three in a row, the first one in the bottom left-hand corner we've already talked about.

I'd like to turn next to the one that's in the middle at the bottom.

A. Mm-hmm.

Q. Do you see that one there?

A. Yeah.

Q. It's in essence a person's head and it looks like it's in the middle of vegetation?

A. Yeah.

Q. Is that him?

A. Yeah.

Q. Can you please turn to the first blue tab on Plaintiff's Exhibit 41 that is marked C24, that should be the same image, and we can get a page number.

And what page is that, 33?

A. 33, yeah.

Q. Thank you.

So that is the image that we're

Cariou

talking about, which is in the middle of C00024, correct?

A. Yeah.

Q. Can you tell me approximately when this photograph was taken?

A. Once again, you know, it's hard for me to have a recollection of every picture in my book and when they were taken.

Q. Where would you place it in the six-year span that you were --

A. I would put it towards the end.

Q. Just again, Mr. Cariou, kindly let me just get my question all the way out before you answer.

A. Sorry.

Q. I know in a conversation that's acceptable, but in this forum it's a little artificial.

I take it this is another photograph that you staged and this is a venue that you chose for this particular shot, is that correct?

A. Absolutely.

Q. And is there a reason why you wanted to focus this particular -- sorry, photograph

Cariou

this particular man, or is he just another one of the strong Rastafarian men that you refer to in your complaint?

A. He is in the middle of his plantation.

MR. BROOKS: Objection. I don't think the complaint says strong.

MS. BART: I certainly don't want to mischaracterize the complaint, but hold on a second, let me get to paragraph 16.

And he's referred to strong men as well --

MR. BROOKS: He has, yes. The complaint doesn't.

MS. BART: Mostly close-up portraits of stern, mystical-looking men within a distinctive landscape, tropical landscape.

BY MS. BART:

Q. Is there a reason why you wanted to photograph this particular Rastafarian?

A. Yeah, he's someone that I really wanted to photograph. I liked his eyes and his look. And I liked the location, made it visually compelling, and that's about it.

Patrick Cariou January 12, 2010

93

Cariou

Q. And are they signed on the front or on the back?
A. On the back.
Q. And do you have any notation to Mr. Girard on any of the backs or just your name?
A. No, it's my name and edition, artist edition of three.
Q. And what do you mean by artist edition of three?
A. It means that -- it means that three prints were mine out of an edition of eight, because I'd always been planning of selling prints at some point.
And it would be under the edition of eight. But out of those eight three are called artist edition. And that's usual in the photographic world.
Q. And did you select the three for the artist edition because they were the three chosen by Mr. Girard, or did he -- let me finish -- or did he want to purchase those that would be designated the artist edition?
A. No, no, it just -- it happened to be

94

Cariou

that way. There wasn't really thinking, you know, much thinking about it.
Q. Now, you mentioned in your last answer I believe that you're planning to do an edition of eight, that this is something that you've been planning to do?
A. Yeah.
Q. When did you first develop the plan to produce an edition of eight of the images that appears in the Yes Rasta book?
A. Well, I always waited for the right opportunity, and I just finished my fourth book of portraits. And so I've been developing this plan for quite a while now.
But I wasn't feeling ready to put -- to make those prints available up until recently.
Q. And why is that?
A. Because I felt that I needed to complete my fourth book of portraits.
Q. And you felt that it might enhance the value or the price that you could command for a print of your images?
A. Yeah.

95

Cariou

Q. And when you say you always wanted it, did you have that plan at the time that you first began working on the Yes Rasta -- I'll call it a collection, if that's all right with you?
A. Yes.
Q. And you said you always wanted to do this but you were waiting for the right opportunity. When you say right opportunity were you looking for the right person to distribute or sell those or was it just the right opportunity in terms of your career?
A. The right opportunity -- the right person to take care of it, yeah.
Q. And would that be like an agent?
A. More like a gallery.
Q. And have you found such an opportunity?
A. Yeah.
Q. And which gallery is that?
A. It's called Clic Gallery.
Q. C-L-I-C, correct?
A. C-L-I-C, yeah.
Q. And where is that located?

96

Cariou

Is that here in New York?
A. Yeah, it's in New York.
Q. How did you first learn about Clic Gallery?
A. She contacted -- it's owned by a lady called Christiane Celle, and she contacted me on summer 2008 asking me to represent me and to -- she wanted to do my shows.
Q. And, in fact, you and Ms. Celle communicated by e-mail --
A. Yeah.
Q. -- in French on that subject, correct?
A. Correct.
Q. And after the two of you communicated by e-mail you then retained her services -- you then said I want you to be my agent?
A. Yeah.
Q. Or my gallery to represent me?
A. Exactly.
Q. Is that on an exclusive basis, Mr. Cariou?
A. Yeah.

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

97

Cariou

Q. And is there a writing that memorializes your relationship?
A. No.
Q. And what percentage of every, I'll call them prints, that is sold by the gallery, what percentage does the gallery keep?
A. 50 percent.
Q. And you mentioned that the three images that Mr. Girard picked out, one is found in the middle of 22, I believe it was on page 33, the three images?
A. What are we talking? Sorry.
Q. In the book you pointed to I believe it was page 11 of the book -- I'm just trying to come back to the record here.
At page 11 was one of them?
MR. BROOKS: These are the three prints that he sold to Mr. Girard?
MS. BART: These are what he's called the artist edition.
A. Yeah, yeah.
Q. And the other one was on page 33?
A. Yeah.
Q. And then, I'm sorry, I just don't

98

Cariou

remember the third one.
A. I'll find it. It's 30.
Q. 30, right.
MR. BROOKS: And what's the other one? 11?
A. 11, yeah, 33 and 30.
Q. Now, you mentioned that there would be an edition of eight. Can you tell me by reference to the page numbers in Plaintiff's Exhibit 41 what the other eight would be that would be included in your edition of eight?
A. The edition of eight is an edition of eight of one photograph.
Q. I see. I see.
A. Eight prints of the same photograph.
Q. I see. So there's no other special compilation?
A. No, no.
Q. Are prints of the images that appear in the Yes Rasta book available currently for sale at Clic Gallery?
A. No.
Q. Why is that?
A. Because Christiane Celle found out

99

Cariou

about the Canal Zone exhibition and happened to learn that Mr. Prince has used some of my Rastas picture in his work and canceled my show.
Q. And when did she do this?
A. She did it in I think it's December.
Q. Of 2009?
A. Of 2009.
Q. And when --
MR. BROOKS: Wait a second, I'm sorry. Nine or eight?
Q. This year or last year?
A. Last year, 2008. Sorry about that.
MR. BROOKS: That's okay.
Q. And she first approached you I believe in June of 2008?
MR. BROOKS: Objection. It's August if you look at the documents.
A. Yeah, I think it's August, yeah.
Q. And do you know what prompted Ms. Celle to first contact you in August of 2008?
A. Because she knew about my work.
Q. And so she just approached you for the possibility?

100

Cariou

A. Yes.
Q. What specifically did Ms. Celle say to you when she told you that she was going to cancel your show?
A. Well, she told me that she didn't want to look opportunistic and ride on Mr. Prince's fame and hype and that it wasn't a good idea to show the Rasta picture while they were in another gallery.
Q. Did she tell you that once the lawsuit is resolved she would be willing to resume the representation or to represent you?
A. I don't know.
Q. She didn't say it?
A. No.
Q. Did you discuss it with her?
A. She didn't say anything about it. We didn't discuss about it.
Q. Did you make any efforts to persuade Ms. Celle to continue on with the relationship?
A. Yeah.
Q. And what did you say?
A. Well, that, you know, I have other body of work and eventually maybe, you know,

Patrick Cariou January 12, 2010

101
Cariou

when the time is good we could eventually do something.

Q. And what did she say?

A. She said maybe.

Q. The other body of work that you have done, one is called Surfer I believe?

A. Mm-hmm.

Q. And there's the -- what are the other two?

A. The other book is called Trench Town Love.

Q. And are there any other --

A. Well, there is one book which is completed but with nothing pressed yet. It's called Gypsies. It's about gypsies.

Q. And that's the one that appears on your website?

A. Yeah, I have a few pictures of that on my website.

Q. And there are no images that appear from the Surfer, Trench Town Love, or the Gypsy collections that appear in any of Mr. Prince's Canal Zone paintings, correct?

MR. BROOKS: I just want to hear

102
Cariou

that question again.

(Record read.)

A. Correct.

Q. Have you had any subsequent conversations with Ms. Celle about the possibility of her representing you or being your exclusive gallery?

A. Yeah.

Q. And what have been those conversations?

A. You know, about finding -- our plan was to show the Rasta. And because she said it would fit in very well with the gallery and now, you know, we're in the midst of seeing what's going on and what I'm going to produce next and if it's going to fit with the gallery or not.

Q. And why did she think that the Yes Rasta collection fit with her gallery?

MR. BROOKS: Object to the form.

MS. BART: What's the basis?

MR. BROOKS: You asked him why did she think.

BY MS. BART:

Q. Did she tell you why she thought

103
Cariou

this fit with the gallery, did she give you an explanation for that?

A. Well, she does a lot of ethnic photography show.

Q. And she considered the -- did she tell you if she considered the Canal Zone show to be an ethnic collection?

MR. BROOKS: Hold on. Canal Zone or Yes Rasta?

Q. I'm sorry, Yes Rasta to be an ethnic collection?

A. Yeah.

Q. How recently have you spoken with Ms. Celle?

A. Last week.

Q. And was that about the lawsuit?

A. No.

Q. You spoke about works that you're working on?

A. Yeah.

Q. And she's still considering taking you on as an artist?

A. Eventually. We'll see if it happens or not. I don't know.

104
Cariou

Q. But you've not approached anyone else about the possibility of helping you implement your plan to sell prints of your various bodies of work?

A. No.

Q. Okay. If we could return to the image that we were discussing, which is the gentleman in the --

A. In the field?

Q. -- in the field.

MR. BROOKS: I'm sorry, I'm just lost, but it's probably my fault. Which one are we discussing?

MS. BART: 24. It's on C00024 and it was on page 33 of the book.

MR. BROOKS: Okay.

A. It's on page what, please?

Q. 33 of the book.

A. Thank you.

Q. Actually, you know, I think we had gotten through most of the questions that I had on this, so my apologies.

Why don't we turn to the next image that appears to the right of the man -- I'll

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Patrick Cariou January 12, 2010

109

Cariou

saying?
A. Yeah.
Q. And that's the portion of that particular work that appears, correct?
A. Yeah.
Q. Can you tell me what you think is distinctive about that particular landscape, portion of the landscape, because I take it the man is not in the image?
A. Mm-hmm, mm-hmm.
Q. So it's just focusing on that tree.
Can you tell me what you think is distinctive about that particular --
A. What's distinctive about it is that it is mine.
Q. Now, have you sold any portion of the image that appears either -- well, I would say 87 and 88, have you sold --
A. No, I haven't sold.
Q. And have you marketed, other than through the Yes Rasta book?
A. No.
Q. And I notice that the Rasta in this particular image, the part that appears on page

110

Cariou

88, is walking away from you. Is this just something you snapped while you were there?
A. Yeah.
Q. Let's go back now to the image that appears on page 80 of Plaintiff's Exhibit 40 in the book.
A. 80?
Q. Yes, please.
And that is the gentleman that appears in the bottom right of the page that's been marked C00024 of Plaintiff's Exhibit 40, correct?
A. Mm-hmm, yes.
Q. When did you take this particular photograph?
A. Towards the end of my project.
Q. And was this a staged portraiture?
A. Yeah.
Q. And was this just another example of the Rastafarian men you were attempting to sort of document in this collection?
A. Yes.
Q. Now, would you mind, Mr. Cariou, just holding up the book so I can see it,

111

Cariou

because it's easier for me to see?
A. Sure.
Q. Thank you kindly.
I notice that a significant portion of the vegetation that he's seen standing in has been blurred out, and is that again to draw emphasis on the person whose image you're trying to photograph?
A. I would not agree on that one. It's like there is much more depth of field than the other picture we talked about. This is all, you know, in focus.
Q. Yes, but --
MR. BROOKS: Just let him finish what he was saying.
MS. BART: Right. He was.
MR. BROOKS: I'm not sure he's finished.
BY MS. BART:
Q. Look at page 79, the leaves that are on page 79, to my eye that looks more blurred, but if you say no?
See, it starts to become blurred all up through here?

112

Cariou

A. Yeah, because it goes further.
Q. It goes further, but then the back portion of it is blurred out, is that correct?
A. It's correct.
Q. But again, it was just a place to put this man that sort of draws upon the tropical theme, correct?
A. Yeah. And it was visually appealing.
Q. The individual himself?
A. The setting, the shape of the leaves, the backlit, the composition of the picture.
Q. But again, the focus was to use that backdrop to really focus or highlight the individual?
A. Yeah.
Q. Have you sold any prints of the image that appears on pages 79 and 80?
A. No.
Q. And other than in the Yes Rasta book have you attempted to market this image in any way?
A. No.

ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

113

Cariou

Q. I believe I forgot to ask you on the image that appears on page 88 of the book, because we got a little phumphered around, that's the two-page image 87 and 88, I believe I forgot to ask you when you took that image?
A. When I took that image?
Q. Yes, sir.
A. That was in -- right -- it must have been in '95.
Q. And why is it that you're able to place that particular --
A. Because I know exactly -- this type of moment, that I remember very well and I remember which trip it was.
Q. And that image that's on 87 and 88, that's up on the mountain?
A. Oh, yeah.
Q. Right towards the top?
A. High up.
Q. High up, okay.
If you'll now look at the comparison, Plaintiff's Exhibit 40, and in the upper right-hand corner you'll see another hemp -- I'll call it a hemp grove I believe?

114

Cariou

A. Yeah.
Q. And you can find it on pages 159 and 160 of the book.
MR. BROOKS: This is the top right?
A. Yeah.
MS. BART: Yes. Because the top left is Mr. Prince's painting.
BY MS. BART:
Q. Mr. Cariou, would you kindly just let me see the actual photograph of that?
Okay, thank you.
Can you tell me what's depicted in this photograph?
A. It's a plantation of marijuana.
Q. And so the vegetation that is towards the back of the background of this photo, to me, from the picture I have in front of me, they look like Christmas trees, but indeed they're not. Those are also just hemp?
A. For a happy Christmas.
Q. So when did you take this particular image?
A. I don't remember. I don't know. I really don't know.

115

Cariou

Q. Is this something that you snapped along your way while you were trying to find a setting, it just looked of interest to you?
A. It was probably traveling on foot from one location to another --
Q. To do a portraiture?
A. Yeah -- and shooting some landscape.
Q. Was this a staged shot for you or just while --
A. No, I wouldn't consider that as a staged shot.
Q. And what was your purpose for including this particular image in the Yes Rasta book?
A. Well, because -- simply because, you know, Rasta and even Jamaican and marijuana goes together. I needed to have some shots of plantations.
Q. And vegetation?
A. And vegetation.
Q. Again, to kind of sort of bolster this whole idea of the culture as a whole?
A. Exactly.
Q. Have you sold any prints of the

116

Cariou

image that --
A. No.
Q. -- appears on 159 and 160?
A. No.
Q. And have you made any attempts to market that image other than through the Yes Rasta book?
A. No.
Q. Let's now turn to the image that appears just below the one that we were --
A. Yeah.
Q. The hemp grove. So this one I would call it a banana tree in the middle. So it's on the right in the middle of C00024, and you can find it on page 79 and 80 of the book.
A. Not 79 and 80, it's --
MR. BROOKS: No, that's a different one. It's similar, but it's different.
MS. BART: No, he's on 77 and 78.
A. Which page you want me to be on?
MS. BART: Will you see if you can find -- I apologize --
MR. BROOKS: The middle one?
MS. BART: Yes, please. The one

117

Cariou
that is between the hemp grove and the man in the lower right-hand corner of C24.
A. I got it.
Q. You have it?
A. It's 95 and 96.
Q. Mr. Cariou, do you recall when this particular image, two-page image was shot?
A. I think it was early into -- it must have been in '94.
Q. And this is not on the mountainside, this would be down in the more tropical regions of Jamaica, yes?
A. A little bit, yeah.
Q. And this is just another photograph of a landscape that you shot, again, to create this whole feeling of the whole book?
A. Yeah.
Q. It was not a staged shot, it was just something you were shooting?
A. Well, what do you mean by staged shot? This one I took -- it took me a long -- not a long time, but it took me time to frame it properly, to find the proper light to do it and to, you know, to make it the way it is.

118

Cariou
Q. And you were on your way to another shot?
A. No, I was probably waiting for someone or doing scouting like you say all the time, you just like -- and that's what I did.
Also, what was interesting to me in that picture is, as you noticed, you have banana trees.
Q. Yes, I see. I can see them.
A. And plus different food plant, but you also have ganja that no one noticed in the picture. So it was for me a way to show how intertwined ganja is with Jamaica. It's everywhere.
Q. And ganja is another word for hemp or marijuana, correct?
A. Yeah, yeah.
Q. Have you ever sold any prints of this particular image?
A. No.
Q. And have you marketed this image in any way other than through the Yes Rasta book?
A. No.
Q. Let's now turn to Plaintiff's

119

Cariou
Exhibit 40, the page that's marked C00026.
Do you have that in front of you, sir -- and you can find that I believe hopefully on page 128 of the Yes Rasta book.
A. Yeah.
Q. You have that in front of you?
A. Yeah.
Q. When was this particular shot taken?
A. I don't remember. I know this guy very well, and we hang out a lot together. And I don't remember when I took that picture.
It was one of the first guys that I got to know when I was in Jamaica. So through the end. So I don't know -- we spent a lot of time together, so I couldn't tell you when we took this picture.
Q. So this was towards the end of the series or --
A. Middle to the end.
Q. And it looks to me like he's in a more -- I don't want to use the word urban, but it looks to me like there's a house or something behind him, but it's hard to tell?
A. Yeah. It's in Negril.

120

Cariou
Q. In Negril?
A. Yeah.
Q. So this is more in town as opposed to the mountains?
A. Yeah.
Q. And this is another portraiture, another example of a Rastafarian that you wanted to photograph?
A. Yes, absolutely.
Q. For part of this documentary, is that correct?
A. Yeah.
MR. BROOKS: Objection to the form documentary, the word documentary. I don't know what that means.
MS. BART: Well, he's previously testified that this is a documentary of the lives of people, the Rastafarians and their culture.
MR. BROOKS: That's why I'm objecting, I don't think he ever used the word documentary.
MS. BART: Let's just stand on the transcript. But let's move on.

Cariou
BY MS. BART:
Q. By the way, on the previous image which was on pages 95 and 96, you said it was something that you probably did while you were waiting for someone but you took some time to set up, it took you about a half hour or so to set up for the shot?
A. Yeah.
Q. The image that appears on page C00026, have you ever sold a print of this image?
A. No.
Q. Have you ever marketed other than in this book?
A. No.
Q. And have you licensed any rights in this image --
A. No.
Q. -- other than to Powerhouse?
A. No.
Q. Would you please turn to C27, same thing, and you can find this image on page 48 of the book, or you can also look for the tab number 47, either way.

Cariou
A. C --
MR. BROOKS: 48.
A. Okay.
Q. Do you have the image in front of you?
A. Yes.
Q. When was this photograph taken?
A. Once again, middle of the trip. In '96 probably.
Q. And where approximately was this photograph taken?
A. Excuse me?
Q. Where? Was it up in the mountains?
A. Yeah, that was really high up in the mountains.
Q. And this is another example of the Rastafarian men that you were attempting to --
A. Absolutely.
Q. -- photograph and document?
In other words, you were looking to take this man's photo as another example of these stern-looking men that you've alleged in your complaint, correct?
A. Yes, correct.

Cariou
Q. And the focus here, we can see from the blurred background, is really on the man, so this is another portrait?
A. Yes.
Q. Have you sold any copies of prints of this particular image?
A. Yes, I have.
Q. And to whom did you sell -- if you would refer back to I believe Defendant's Exhibit 4?
A. To Caroline De Maigret.
Q. When did you sell the painting to Ms. De Maigret?
A. When?
Q. Yes.
A. That must have been in 2002.
Q. And how is it that she came to purchase --
A. She's a friend of mine.
Q. Again, if I could just finish the question.
A. Sorry. Sorry.
Q. So she's a friend of yours, and so this is -- and did she approach you to purchase

Cariou
one of your prints?
A. Yes.
MR. BROOKS: Let her finish.
A. Sorry.
MR. BROOKS: It's not going to make it go faster.
A. Sorry guys.
Q. It's all right. You're doing fine, Mr. Cariou. I know it's an artificial circumstance, so.
And I believe I just asked you --
MS. BART: I asked him if she approached him, correct, and he answered that one?
(Record read.)
BY MS. BART:
Q. Ms. De Maigret, did she select this particular image or this particular print or was this something that you selected for her?
A. No, she selected.
Q. And did you give her an opportunity to look at all of the images in the Yes Rasta book?
A. Yeah, she had the book first of all.

Cariou

appears on C28 of Plaintiff's 40.
Can you tell me when this photograph was taken?
A. I would say '96.
Q. And this is something that you staged or is this something that you snapped while you were --
A. No, I staged it.
Q. You staged it?
And where is this Rastafarian, where is this man located generally?
A. He's in the Blue Mountains.
Q. So he's up high?
A. Yeah.
Q. And that is another example of the stern-looking Rastafarian men whose images you wanted to capture for this book, correct?
A. Exactly.
Q. Have you sold any copies of the image that appears on C28 or you can also see it on page 59?
A. No.
Q. And I notice in my copy, perhaps you could turn to page C59, that the images or the

Cariou

background is completely blurred?
A. Yes. It's mainly because it's backlit.
Q. Right. And you're wanting to really focus on your subject?
A. Yeah, and it's a close-up portrait so I could focus on his dreads and on his face, you know. So by using -- the closer you go the less depth of field you get.
Q. The less depth of field?
A. Yeah.
Q. Turning now to C29 of Plaintiff's Exhibit 40 there's an image that appears on the bottom. You can also find this image I believe on page 6 of your book.
Mr. Cariou, I'm terribly sorry, before we move on, would you look at the image -- hold your finger on that page because we will go back to it -- but also turn to page 62 of the book.
A. Yeah.
Q. Can you tell me if that is a side image of the same gentleman who appeared on page 59 that you just talked to me about?

Cariou

A. Yes.
Q. Okay. So now page 6, which is the gentleman whose image appears at the bottom of C29, correct?
A. Yeah.
Q. Can you tell me when this photograph was taken?
A. Towards the end. It must have been like 1997 or '98.
Q. And was this one staged?
A. Yeah.
Q. And this is another example of the stern-looking Rastafarian men whose images you were wanting to --
A. To produce.
Q. -- to photograph?
A. Yeah. Otherwise none of them would be in the book.
Q. Well, I'm sorry, I'm just doing my job here.
A. Yeah.
Q. I do notice that the background is blurred out. So again, the focus here is to really try to hone in on a closeup of this man's

Cariou

portrait, correct?
A. Correct.
Q. Where was this particular image taken, do you know?
A. I think it was in a little town called Lucille.
Q. In Jamaica?
A. In Jamaica, yeah.
Q. So he's not one of the Rastafarians you lived with up in the mountains?
A. No. I mean all -- I don't know all -- because I didn't spend much time with that man, or it was just passing through also.
I was with a few Rasta friends, they knew each other, I thought this guy looked amazing and I want to take a picture, and they ask for me and --
Q. And you snapped it?
A. Well, snapped is -- I took my time to make a beautiful picture.
Q. And about how long did it take you to make this image?
A. I don't know. Fifteen minutes.
MS. BART: This is probably as good



Cariou

a stopping point as any, so why don't we break now for lunch.

(Recess taken: 12:51 p.m.)

(Proceedings resumed: 1:39 p.m.)

BY MS. BART:

Q. Let's turn now to page C30 of Plaintiff's Exhibit 40. And I believe this image also appears on pages 133 to 134 of the book.

A. 133 and -- got it.

Q. When was this photograph taken?

A. In 1997 I think.

Q. So it was one of the later shots?

A. Yeah.

Q. And was this something that you took for sort of additional vegetative matter, landscape matter to create the tropical feeling in the book?

A. Yes.

Q. And did you stage this image or was this something that you took on your way to somewhere else?

A. No, I staged that. I thought that landscape was beautiful, I mean the countryside

Cariou

was beautiful and the light was amazing. I waited until the light was perfect, as far as I'm concerned, and made it that way.

You can see there is a tropical storm coming in, and I was waiting for that storm to get at the right place.

Q. And in your view what is distinctive about this particular landscape?

A. It's just a beautiful landscape. You know, it's --

Q. Okay. All right.

Have you ever sold prints of this image?

A. No.

Q. And have you ever marketed it for sale?

A. No.

Q. Have you ever licensed it other than the rights licensed to Powerhouse?

A. No.

Q. Let's turn now to C31, and there's an image at the bottom left-hand corner.

Do you see that image?

A. Yeah.

Cariou

Q. And I will call him an older Rastafarian. When was this photograph taken?

A. I would say at the early stage, probably '94.

Q. And are you able to place it for some particular reason in 1994?

A. Yeah, because I remember meeting that guy and so I know it's around '94.

Q. And where did you meet him?

A. I met him on northern coast of Jamaica.

Q. And is that where this shot is taken?

A. Yeah.

Q. And you chose this person because this was another example of the strong Rastafarian men you were wanting to photograph, or stern?

A. Yeah, absolutely, and also for the length of his dreads, you know.

Q. Which are about the same I guess as the man on the right?

A. Yeah, except no, this guy has longer dreads. Because if you can see in the picture,

Cariou

it goes around his arms before it goes down. So if he let it go it goes to the ground.

Q. And did you stage this shot?

A. Yeah, of course.

Q. I see again that the background is blurred out, and again that's to draw attention to the subject you were trying to capture?

A. Yeah, same style of portraiture.

Q. Did you sell this, have you sold a print of this image?

A. No.

Q. And have you licensed any rights in this image other than those licensed to Powerhouse?

A. No.

Q. And have you marketed this particular license -- I'm sorry, this particular image in any way?

A. No.

Q. Let's turn now to C35.

A. C35?

Q. Yes, sir.

A. Yes.

Q. And that image is also found on page

Cariou

47 of the Yes Rasta book.
Are you there?
A. Yeah.
Q. When was this particular shot taken, Mr. Cariou?
A. I don't remember.
Q. Was it early in the series or later?
A. I think it was later in the series.
Q. Was this a shot that you just saw these individuals and you took it or was this a staged shot?
A. No, it was a staged shot.
Q. And how long did it take you to put together this shot?
A. Quite a long time actually, because we -- once again, we were -- I was waiting for the specific light when it comes with tropical storms, and we had to wait until the storm was close to us to take this picture and make it the way it looks.
Q. Now, in this particular image, at least on the copy I have, it looks to me like you used a fairly long depth of field, is that fair to say?

Cariou

A. Yeah.
Q. And is there a reason why you chose to use a longer depth of field in this image?
A. Well, I'm sure that at the moment I had a reason. I don't know.
Q. But the focus of this image is on these two Rastafarian gentlemen, correct?
A. It is and it is not. Not as much as other portraits in the book. I wanted -- that's the reason why I wanted to have more depth of field is I wanted to feel more about the environment around them.
Q. And why was that? That's what you thought was good at the time?
A. Yeah.
Q. Where was this particular shot taken?
A. That's in St. Elizabeth. It's a parish called St. Elizabeth.
Q. And this looks to me like it's sort of in a village or town?
A. It's a little town -- yeah, a little village, yeah.
Q. And have you sold a print of this

Cariou

image?
A. No.
Q. Have you marketed it for sale in any way other than through the Yes Rasta book?
A. No.
Q. And have you licensed any rights in this image other than through Powerhouse?
A. No.
Q. All right. Now, skipping ahead to C39, there's an image of a gentleman on the bottom of this page. You can also find it on page 125 of that book.
A. Yes.
Q. Do you recall when this image was taken?
A. Right in the middle. It must have been '96.
Q. And this is another example of a portraiture of a Rastafarian man that you wanted to include in this book?
A. Yeah. Any of them, if they are in the book.
Q. Understood. But I'm trying to just focus on like the portraiture aspect. The last

Cariou

one you said no, you were kind of more focused on de-emphasizing -- it was a portrait, but you were de-emphasizing the gentleman by bringing in more of the landscape, and here we see a diffused background and the focus is really on the closeup of the man.
Have you ever sold any prints of this particular image?
A. No.
Q. Have you marketed this image other than through the Yes Rasta book?
A. No.
Q. And have you licensed any rights in this image to any person?
A. No.
Q. Let's turn now to C40.
A. Yes.
Q. And we've already talked about the images that appear on the bottom left and the bottom right, so we'll focus this line of questioning on the middle gentleman who is sort of --
A. Crown. Having a crown.
Q. Is that what they call it?



141

Cariou

A. Yeah.
Q. It looked to me like he had taken it and turned it into a turban?
A. Yeah, also.
It's beautiful, isn't it?
Q. It's quite something.
This picture is another example of a portraiture work of a Rastafarian man, correct?
A. Sure.
Q. And when was this photograph taken?
A. I don't remember. I couldn't -- I would say towards probably '97. It's probably towards the end, yeah, towards the end.
Q. And can you turn to page 20 in the book and get the actual image?
Seeing the larger size, does that help you place where this image was shot?
A. That was actually shot, which is rare in this book, on the coast. This guy was a fisherman.
Q. And how did you run into this particular individual?
A. By driving around with friends who are Rastas and stopping by and, you know, and

142

Cariou

having a chat and taking a picture.
Q. And was this a staged shot or was this something that you just snapped?
A. Oh, yeah. Yeah, yeah, yeah. You know, I had to -- I wasn't ready -- actually this picture I wasn't ready to take a picture.
So then I had to take all my equipment out, you know, put the lens on, choose -- it was in the sun, which is rare for the book. So we had to -- it took a bit of work to take this picture.
Q. About how long did it take you to --
A. I would say about two hours.
Q. And have you sold a copy of this image?
A. No.
Q. Have you licensed any rights in this image to any person other than Powerhouse?
A. No.
Q. And have you marketed this image in any way for sale?
A. No.
Q. Let's turn now to C41 in Plaintiff's Exhibit 40. And this is also on pages 1 and 2

143

Cariou

of the book.
Now, when was this photograph taken, Mr. Cariou?
A. I think it was taken in '93.
Q. 1993?
A. Yeah.
Q. Was this before you had obtained permission from any of the Rastafarians to photograph them?
A. No.
Q. No?
A. No. We were just walking up to the mountains, as you can see in the back, and the light was amazing, as you can see, the sky was amazing, and I thought it was a good time to take some landscape.
Q. And is this down by the coast?
A. Not really, no. It's about 30 miles up already inland.
Q. And from your point of view what do you think is distinctive about this particular landscape photograph?
A. I think the sky is quite amazing and, you know, the light. Once again, the

144

Cariou

tropical storm makes extremely specific light.
And the sugar cane, the sun on the sugar cane, and the really dark sky picture Jamaica very well I think.
Q. Have you sold the image that appears on pages 1 and 2 of the book to anyone?
A. No.
Q. Have you licensed any rights in this image other than to Powerhouse?
A. No.
Q. And have you otherwise marketed it in any way?
MR. BROOKS: I think I objected before. I asked what do you mean by marketed --
MS. BART: He answered it and so we agreed that we would use that definition which is in any way commercialize it. That's what we talked about.
A. So am I answering right now?
Q. Yes, you are. Go ahead.
A. No.
Q. Let's now turn to C43.
In the lower half of C43 there are

Cariou

seven images --

A. If you don't mind, excuse me. That's the artwork I was talking about earlier.

(Witness indicating.)

Q. From the newspaper?

A. No, from -- it's called Canal Zone 2007. That's just a part of it.

Q. Right. And I'm just reading from the top of what you prepared, which says it's from the Art Newspaper.

A. Yeah, but they only use a portion of the artwork what was -- you know when we talked earlier this morning?

Q. Yes.

A. Just to -- you know.

MS. BART: All right. Why don't we, at this point in time, mark as the next Defendant's Exhibit -- I think we're up to 5.

(Defendant's Exhibit 5, color reproduction of Canal Zone 2007, was marked for identification, as of this date.)

Cariou

MR. BROOKS: Just for the record, I don't think we ever received a copy of this with colors.

I think we did receive it and we marked it as Plaintiff's 15, this work, but I don't think we've ever seen it with colors, for what it's worth.

MS. BART: Yes, we produced this because we paid extra for color photography to send all these images to you.

MR. BROOKS: Yes, but we didn't get a copy with the colors on it.

MS. BART: It's GG0083. It was produced just like this with the stamp on it.

MS. HAMMERMAN: I think we mailed it.

MS. BART: We mailed them to you because you had asked us for color images I think.

MR. BROOKS: It doesn't matter. We have it now.

MS. BART: I know we had --

Cariou

MR. BROOKS: Okay, fine.

MS. BART: I know we had trouble with printing them off in Summation in time for the production.

MR. BROOKS: Okay.

BY MS. BART:

Q. Mr. Cariou, we've handed you what's been marked as Defendant's Exhibit 5. And the bottom of this document bears in the left-hand column or corner Bates Number GG0083.

A. Yes.

Q. And it appears to be a color reproduction of a work by Richard Prince entitled The Canal Zone 2007, mixed media on homasote, and then it gives the dimensions.

Do you have that in front of you?

A. Yeah.

Q. Is this the image, the larger image to which you were just referring in your last answer?

A. Yes.

Q. So the image that we see on 43 is just a portion of the image, the total image that appears in Defendant's Exhibit 5, correct?

Cariou

A. Absolutely.

Q. Would you take this yellow highlighter please, sir, and highlight the section that is on C43?

MR. BROOKS: On the original exhibit?

MS. BART: Yes, that's fine, on the original, please.

(Witness marks exhibit.)

BY MS. BART:

Q. Mr. Cariou, looking at what's been marked as Defendant's Exhibit 5, is it your position that images from Yes Rasta appear in each one of the squares?

A. Yeah.

Q. So, for example, in the upper left-hand corner it says -- someone's written the words Canal Zone and there's vegetative matter underneath that, it looks like banana leaves to me, and small print?

A. Yeah.

Q. Can you show me where in the Yes Rasta book that image appears?

A. That's a bad reproduction, so it's a

Cariou

bit complicated. But I can -- yeah, I could find it. I mean it's going to take time but I can find you everything.

Q. Well, the only thing is we want to know what your position is on this, if this is --

A. My position is on that, that 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 pictures, photographs of Yes Rasta were used in a single artwork from Mr. Prince. That's my position.

Q. Understood.

A. 35 photographs.

Q. Understood. So now what I'd like to try to do, if we could, is have you find -- some of these we've gone over, so I won't make you do those again, they're obvious, or we will be going through them, but if you could, for example, find the vegetation that is on the upper left-hand corner in the book.

(Witness looks through exhibit.)

MS. BART: May the record reflect that the witness is flipping through each

Cariou

page of Plaintiff's Exhibit 41 at this time.

MR. BROOKS: Is that it?

MS. BART: Did you get that?

(Clarification by reporter.)

MR. BROOKS: I thought that might have been it.

A. That's it.

(Witness indicating.)

Q. And can you just state for the record the page of the book where you say this image in the upper left-hand corner appears?

A. Yes, it's page 77 and page 78.

Q. Okay. Is the entirety of the image that appears on 77 and 78 reproduced here or is it only a portion?

A. It's a portion of it.

Q. Now, can we go, for purposes of this exercise, from left to right and then we'll move down to the next row and go left to right to help with the record?

A. Okay.

Q. The next image appears to be -- I guess I should stop.

Cariou

The image that appears on page 77 and 78, can you just hold that up for me, please?

A. Yeah, okay.

Q. Thank you.

We've not talked about this one before, have we?

A. No.

Q. All right. When was this particular image taken?

A. I don't remember. I don't know. At some point.

Q. Was this imagery that you took to create -- to have more like tropical vegetation to create the tropical look and feel of the Yes Rasta book?

A. Yeah.

Q. In your view what about the image that appears on pages 77 and 78 is distinctive?

A. Same thing, it's a beautiful landscape.

Q. Was this something that you staged or was it something that you might have --

A. Staging a landscape is quite

Cariou

complicated. You don't really move trees around, you know. So it's a matter of being a photographer, having an eye and choosing the right moment and framing the picture.

Q. Of course. But there was another picture that we spoke about earlier this morning where you said you were just in passing on somewhere else --

A. Yeah.

Q. -- and so that was something you took because it caught your eye, it wasn't like the one with the sun and the oncoming storm and that road where you said you waited until the sun reached the exact place?

A. It's the same thing on this one, the storm coming in.

Q. And you're waiting?

A. And I'm waiting.

Q. So how long did it take you to do this image?

A. I don't remember how long. I really don't remember how long. I was probably waiting for my Rasta friend to do what they had to do, and I don't know, maybe an hour.



Cariou

Q. Have you ever sold the image that appears on pages 77 and 78?
A. No.
Q. Have you ever licensed any rights to this image to any person other than Powerhouse?
A. No.
Q. And you have in any way marketed the image other than through the Yes Rasta book?
A. No.
Q. Okay. Let's move to the right of that image. We're in the first row, so it's the second one from the left. There's an image of a Rastafarian, he appears to be wearing a black knitted hat or cap?
A. Yeah. We talked about this picture before.
Q. We did?
A. Yeah.
Q. Okay. Was this the gentleman with the long beard?
A. Exactly.
Q. So let's move on.
The image to the right of that, which is the third from the left in the top row

Cariou

on Defendant's 5, the gentleman in a white shirt?
A. Yeah.
Q. Can you please find that image in the book?
A. Sure.
(Witness looks at exhibit.)
A. It's page 98.
Q. Mr. Cariou, would you mind just holding that image up for me please, just so I can see it?
A. Sure.
Q. Thank you kindly.
Would you put this in the category of portraitures of Rastafarians that you wanted to include in this book?
A. Yeah. That's actually one of my favorite portraits.
Q. When was this particular shot taken, do you know?
A. It probably must have been in '96.
Q. And why do you place it in '96?
A. Because I remember this man very well. I liked him very well, and we had a good

Cariou

time together.
Q. You just pointed to something on his shirt. What is it?
A. It's Haile Selassie.
Q. And why is that of significance to you?
A. Because that's the Rastafarian god.
Q. And so he's considered to be a leader, or is this just a symbol --
A. No, no, no, because it's just he liked --
Q. He liked the symbol?
A. He liked the symbol.
Q. Were you finished with your answer, sir?
A. Oh, yeah, I'm sorry. Yeah.
Q. Okay. This was a staged portrait?
A. Yeah, really staged portrait.
Q. And what do you mean by really staged?
A. Well, I took a lot of time to find the perfect lighting, the perfect depth of field in order to have the leaves that I really like in the background to be the way they are. And

Cariou

he was extremely calm and peaceful and he was willing to take as much time as I wanted to to take this portrait.
So we -- yeah, we tried to take a powerful portrait and I think we succeed.
Q. And the we here is you and someone else or you and this gentleman?
A. No, no. He and I.
Q. Have you sold this particular portrait, the image to anyone?
A. Have I? That's a good question. Hold on one second.
Yes, I have actually.
Q. And you've, in answering that question, picked up your answers to interrogatories?
A. Yeah, yeah.
Q. Or your initial disclosures, I can't see what you have?
A. No, the --
(Clarification by reporter.)
Q. The answers to interrogatories.
And I think those were marked as Defendant's Exhibit 4. Yes, okay.

165

Cariou
Q. So that is a two-page image, correct?
A. Yeah.
Q. Or it's been printed that way in the book?
A. Yeah, it's a spread.
Q. Could I ask you please, sir, to hold that up just so that I could see the original?
A. Sure.
Q. Okay, thank you.
Is this a portrait that you took having staged -- not a portrait -- is this an image that you took having staged it for the shot, or were you taking out --
A. Absolutely.
Q. This was a staged shot?
A. Yeah.
Q. And how long did it take you to stage this particular shot?
A. Quite a long time, you know. We were both in the water, all in the water, I had my camera with me, and it took us a couple hours to make it right.
Q. And what is the expression -- are

166

Cariou
these more examples of Rastafarian men that you're trying to show in their natural setting?
A. The first one.
Q. The first one meaning the closest one to us?
A. Yeah, the closest one, yeah. Not the two others. The two other ones are not Rastafarians. They're what they call in Jamaica Rude Boys. Rude Boys.
Q. R-U-D-E?
A. Yeah.
Q. And I just have to ask?
A. They're gangsters.
Q. Gangsters?
A. Yeah. If you can take the book and you look, the sign, he's like that.
(Witness indicating.)
Q. Like this?
A. Yes.
Q. And this is your index and third finger pointed at an angle downward?
A. Yeah.
Q. And that's a symbol?
MR. HAYES: Gang sign.

167

Cariou
Q. A gang symbol?
A. Yeah, it's like a gun.
Q. All right.
Moving on then to the image on Defendant's Exhibit 5 that appears to the right of that, can you tell me what that is?
A. Could you come again, please?
Q. Yes. Get Defendant's Exhibit 5, which is the Canal Zone.
A. Yeah.
Q. And can you tell me where in the book that particular image appears?
A. The first one on the --
Q. No, the farthest one on the right.
A. Yeah.
(Witness looks at exhibit.)
A. Here. Page 146.
MR. BROOKS: Can I see that?
THE WITNESS: Sure.
BY MS. BART:
Q. And having now seen the original --
MR. BROOKS: Ocho Rios.
A. Sorry.
Q. That's all right. He knows his

168

Cariou
waterfalls.
MR. BROOKS: I walked down it or up it. I don't remember. It was a long time ago.
Q. Having now seen the original image is it fair to say that this is probably included with the other group of portraiture?
A. Yeah.
Q. Going now to the second row of Defendant's Exhibit 5, the second from the left?
A. The second from the left? Yeah.
Q. It looks to me to be -- on the smaller image it looks to me to be a waterfall?
A. It's actually a river after a storm.
You want me to --
Q. If you would please, sir, yes.
A. Yeah. There's a few, but that's the one.
Q. On page 17 of Plaintiff's Exhibit 41 in the book? Page 17 of the book, correct?
A. Yes.
Q. And was this a landscape picture that you included in Yes Rasta to just try to, again, connote the tropical --



Cariou

A. Yeah. Look, it doesn't get much more tropical than that.
Q. And what, in your mind, is distinctive about that particular image?
A. Well, the fact, once again, the storm is passing by, it's really high up in the mountains, the river is -- how do you say it -- the river is --
Q. Rushing?
A. Rushing. And I like the light. And I like this picture.
Q. All right. The next image in that same row that I think we have not talked about is the second from the right?
A. Yeah.
Q. Can you find that image in the Yes Rasta book?
A. Yes. It's page 142.
Q. Can I just see it, sir?
A. Is that the one you want?
Q. No, no, the second from the right, which to me -- we've included him as part of the portraiture group thing, so I did that short form.

Cariou

A. Oh, the second one? Yeah, I think I know what it is but, you know, I would really need a better reproduction of that to -- but I think I know what it is.
(Witness looks through exhibit.)
MS. BART: May the record reflect that the witness is looking through the Yes Rasta book for the image that appears second to the right.
THE WITNESS: Which one is it again?
MR. BROOKS: This one.
MS. BART: On row 2 of Defendant's 5.
A. I missed it.
Q. Would you like to do this on a break and we'll fill it in later?
A. If you want me to, yeah.
Q. But you're sure this is one of your images?
A. I'm pretty sure, yeah, because -- yeah. I mean, you know, as you see, that's a bad -- it's a small reproduction.
Q. It's just a portion of an image?
A. Yeah, it's a portion of a picture,

Cariou

that I know. So, yeah.
(Witness looks through exhibit.)
A. Yeah, I got it.
Q. And what's the page number?
A. 147 and 148.
Q. Can you just hold that up so I can see it?
A. Sure.
Q. Thank you.
And was that shot up in the mountains of Jamaica?
A. High up in the mountains of Jamaica.
Q. And this was again a landscape shot that you included to set the stage for the Yes Rasta book?
A. Absolutely.
Q. And in your view what's distinctive about the image that appears on pages 147 and 148 of Plaintiff's 41?
A. It's a beautiful landscape.
Q. Turning now to the next row, the first image on the left, can you find that image in the book, please?
A. It's page 150.

Cariou

Q. Could you kindly hold that image up for me, Mr. Cariou?
A. Sure.
Q. Okay. Now, that image is an image of two women and a young boy?
A. It's an image of one woman and two young boys.
Q. Can you hold it up again?
A. That's the boy.
Q. That's the boy. I see.
And would you classify that as a portraiture?
A. I hope so.
Q. Okay. And what you were trying to show there is part of the family life that is part of the fabric of the Rastafarian society?
A. Yes.
Q. And there are other women that appear in the Yes Rasta book?
A. Very few actually.
Q. But there are other women in the Yes Rasta book, correct?
A. I would have to check for that.
MR. BROOKS: No, no.

Cariou
A. Yeah.
Q. So in that respect it's similar to 17 is all I'm trying to get at, I'm just going to lump those two together?
MR. BROOKS: Hold that one because we're going to come back to that one.
What number is that? 90?
Okay, I got it.
MS. BART: The house?
MR. BROOKS: Yeah, it's 90.
Is that it? No.
A. No. It's a big river.
Yeah, page 51.
Q. Thank you.
Is that 51 and 52?
A. Yeah, 51 and 52.
Q. And the portion that is at the bottom row is only page 51, correct?
A. Yeah. Right.
Q. In that same row I believe your counsel had you identify page 90 as the house?
A. Yeah.
Q. That's the fourth image from the right?

Cariou
A. Yeah.
Q. Could you kindly just hold the book up, because I don't remember this image at all?
A. Sure.
Q. Okay. So that's really 89 and 90, it's a two-page image?
A. Yeah.
Q. And this is an image of a house, and is that a person in sort of the foreground?
A. No, there's nobody in the foreground.
Q. So this is just to show another part of family life?
A. Yeah, the habitat, and it's also extremely visually appealing.
Q. Appealing?
A. Yeah.
Q. And that's why in your mind it's distinctive?
A. Yeah.
Q. Now, looking now in Defendant's Exhibit 5, the second from the right there's a --
A. On which row?

Cariou
Q. Bottom row.
A. Bottom row, yeah.
Q. And the words zone canal have been painted on top of it. Can you tell which image that is?
A. On that one? Honestly, no.
Q. So the rest of them you're sure they're from your book, this one you're not sure?
A. Well, it's not that I'm not sure it's from my book, it's just that it's such a small reproduction of the artwork that, you know.
I might -- I could find it, but it would take me hours. You know, I would have to go through the book thoroughly.
Q. All right. Then let's not take the time to do that. I don't think that's a good use of your time.
MR. BROOKS: I have a suggestion. Maybe Mr. Prince knows where he took it from.
MS. BART: Well, this exercise is about your client's comparison and how he

Cariou
got to this picture was he said no --
MR. BROOKS: He didn't do a comparison of this.
MS. BART: That's my point.
If you let me finish, Mr. Brooks, I handed him Plaintiff's Exhibit 40 and I asked him if they were all images and he said no, and that's how he got to this one.
(Defendant's Exhibit 6, document, was marked for identification, as of this date.)
MS. BART: I'd like to hand you what's been marked as Plaintiff's Exhibit 6. And this is, just for the record, to show that in fact color images of Defendant's Exhibit 5 were produced to you on August 14th, 2009, via Federal Express.
MR. BROOKS: Okay.
MS. BART: You can set that book aside for right now, but keep it handy where you can get to it.
I was able to knock off several

ESQUIRE
an Alexander Gallo Company



Cariou

MR. BROOKS: Yes, as a courtesy to you. We went out of our way and got documents that you apparently haven't looked at them yet.

MS. BART: Oh, we've looked at them.

MR. BROOKS: You haven't.

MS. BART: Mr. Brooks, you've asked me to move this deposition along, and so far your obstreperous remarks have done nothing but slow us down. Just stop it. It's not necessary.

You want to talk about this --

MR. BROOKS: I'll take it under advisement.

MS. BART: Thank you very much. That's all you had to say at the beginning.

MR. BROOKS: Thank you. I need you to tell me what I have to say.

BY MS. BART:

Q. Mr. Cariou, I have to apologize for these rude and entirely unprofessional interruptions.

A. Don't forget, he's on my team.

Cariou

Q. Well, I'm sorry for that.

If you'll look please, Mr. Cariou, to the rider on the Powerhouse agreement, which appears on C7 at the bottom.

A. Yeah.

Q. Do you see that?

A. Yeah.

Q. Rider A says that you're going to -- that the publisher may at its option work with the proprietor to produce a limited or deluxe edition of Yes Rasta?

A. Mm-hmm.

Q. Did you ever work to produce a limited or deluxe edition of Yes Rasta?

A. No, we never did.

Q. Is there a reason why you did not do that?

A. I couldn't tell you exactly why, but we didn't do it.

Q. Did you ever discuss it and then just decide not to do it?

A. That's -- I would have to -- you know, I would have to ask Dan Power. I don't know. I don't know why we didn't do it.

Cariou

I probably didn't want to have a little print, because when you do a deluxe edition you usually include a print, and I didn't want to include a print in the book.

And we didn't know if there was a market for it anyway.

MR. BROOKS: I want to caution the witness don't guess. If you know the answer to a question, tell her.

If you don't know just don't guess as to what might have happened.

MS. BART: Okay. Enough coaching.

BY MS. BART:

Q. Is there a reason why you wouldn't want to include a copy of the print, of a print?

A. Yeah, I think it's silly.

Q. Prior to November of 2008 did you have any plans to make any derivative works of Yes Rasta?

A. Yeah, the show coming up in New York where I would make big prints for -- with Christiane Celle.

MR. BROOKS: For who?

A. Christiane Celle.

Cariou

MR. BROOKS: I don't know if he got it.

(Clarification by reporter.)

(Record read.)

BY MS. BART:

Q. Other than making big prints -- and this would be of some of the images from Yes Rasta?

A. Yeah.

Q. Other than that did you have any other plans at any time between the period 2000 and 2008 to make derivative works of the images?

A. Between 2000 and 2008?

Q. November of 2008, yes.

A. No.

Q. Now, if you look at paragraph 26 of the Powerhouse agreement it says that this agreement will be valid for an initial period of 10 years. Has there been any indication from Powerhouse as to whether they would renew this publishing agreement for Yes Rasta?

A. I don't know.

Q. There's been no discussions?

A. No, no discussions.

Cariou

like or what you thought the contents should contain?

A. Yes, I thought Perry Henzell was the guy, the ultimate, and I was totally convinced that I would get him, and I did.

MS. BART: Let's mark this as the next exhibit.

(Defendant's Exhibit 18, document, was marked for identification, as of this date.)

Q. The court reporter has handed you what's been marked as Defendant's Exhibit 18.

Have you ever seen this document before?

A. No.

Q. This came from your production. You don't know what this is at all?

A. No, not at all.

Q. And you've not seen it before?

A. No.

MS. BART: At this time I'd like to supplement what was previously marked as I believe Defendant's Exhibit 11 to include the specific pages from the website for

Cariou

Yes Rasta, so I will hand this to the witness and ask counsel to just add this to the packet for Exhibit 11.

(Discussion off the record.)

MR. BROOKS: So what are we calling this? Are we calling this 11A?

MS. BART: No, we're just adding it to 11. We just said on the record that I was going to ask everyone to supplement it by just adding it to it.

Mr. Brooks, you asked earlier about the link, and it's order now when you click on Yes Rasta it takes you to the page with Powerhouse.

MR. BROOKS: Okay.

MS. BART: And that was right on the first page of Defendant's Exhibit 11.

BY MS. BART:

Q. Mr. Cariou, the only question I have about those -- I'd asked you this before -- but those are the photographs that appear on your web page?

A. Yeah.

Q. For Yes Rasta?

Cariou

A. Yeah.

Q. You can set that aside or give it to the court reporter.

Mr. Cariou, in your description of your work you have talked about doing this for a long period of time. How long have you been a professional photographer?

A. About 24 years.

Q. And did you take any special schooling to become a professional photographer?

A. No.

Q. Do you have a college education?

A. No.

Q. Would you consider yourself to be a self-trained photographer?

A. No, I actually started as an assistant. I was assisting some of the, you know, greatest photographers at that time.

Q. And who were you assistant to?

A. Peter Limberg, Paulo Roversi, you know, major fashion photographers.

Q. And do you consider yourself primarily to be a fashion photographer?

A. No.

Cariou

Q. How would you describe your profession as a photographer?

A. I'm a portraitist.

Q. That is your specialty?

A. That's what I do, yeah.

Q. So whether it's for your own books or whether it's for fashion, that is your style of photography?

A. Yes.

Q. And you learned that trade through other specialists or experts in the area of portraiture?

A. Well, you know, I developed my own style over the years. You know, they taught me a lot on photography but, you know, and then after that I had to develop my own thing.

Q. Your website shows that you've done photographic work for a travel magazine, is that correct?

A. Yes, it's correct.

Q. And is it Conde Nast Travel that you did a spread for?

A. Yeah.

Q. And that was of Jamaica or it was

Cariou

some tropical area?

A. No, it was in Greece. Greece and Cuba. I did a lot of different trips for them.

Q. But those are the only ones relating to travel or there are other travel trips that you've done for them?

A. You mean for travel and leisure?

Q. Yes.

A. I did quite a bit of trips for them. I went to the Maldives, I went to Tunisia, I went to Cuba, I went to a few other places.

Q. And those were freelance assignments?

A. Yeah.

Q. And the focus there though was not on portraiture, it was on the places that they were wanting to showcase in their magazine?

A. Absolutely.

Q. For what publications have you done photographic work?

A. Well, I worked for -- I did work for French Vogue. I worked for Italian Vogue. I worked for Mademoiselle when it was still alive. I worked for The Fader. I worked for so many of

Cariou

them actually.

I worked for Vibe Magazine. I worked for German Marie Claire and Spanish -- yeah, I worked for Elle.

MR. BROOKS: E-L-L-E.

A. And so on and so forth. I worked for quite a bit of magazines.

Q. Approximately how much of your annual revenues income is derived from freelance assignments for magazines?

A. I stopped commercial photography a few years ago now. I'm just doing my personal photography.

Q. I see. So these were all -- the French Vogue, the Italian Vogue, Mademoiselle, Fader, all of that was before what year?

A. Before -- we're in 2010 -- I would say before 2004.

Q. And so at this point in time you were your doing projects like Trench Town Love, I think you had the gypsies?

A. Yeah, the Gypsies is the one.

Q. Do you have any other projects you're working on?

Cariou

A. Yeah, I have a Polynesian project I'm working on.

Q. And when did you start working on the Polynesian project?

A. Oh, a long time ago. It must have been -- the first time I went there was in the early '90s, like '89 or '90.

Q. And has anyone agreed to publish your Polynesian works?

A. It's not done yet.

Q. So it's still in --

A. It's still in the process of.

Q. Other than the images or the prints of the Yes Rasta images have you sold any other prints of your images of any of the photography work you've done?

A. Yes, I have.

Q. Can you tell me what images you've sold?

A. I couldn't tell you which images I sold, but there is -- where is the list of -- I don't know -- that's something I can't provide to you now, but I've sold a few prints of different projects to Mr. Girard.

Cariou

Q. Were you looking for a particular document like your web page?

A. No, no -- well, I wanted to have the name, the exact name of the person, you know, who bought two Rasta prints.

Q. It's right there.

A. Yeah, he got four different other prints from me.

Q. Mr. Girard did?

A. Yeah.

Q. And have you sold any other prints to Mr. Girard or anyone else?

A. I might have sold a few Surfer prints. I have sold a few Surfer prints.

Q. And were any of the Surfer prints, were those sold again to Mr. Girard?

A. No, no, to different people.

Q. To people that you know?

A. Yeah.

Q. Is your view with the Surfer prints the same as Yes Rasta, you only sell them if you like the person?

A. Up until the moment I'm ready to be out in the world and say, you know, that's -- my



Cariou

conception is -- and I have produced three books of portraits, the Gypsies is the fourth one, and that's the end of a circle when that particular body of work on portraiture is ready to be out in the world.

Then I'll go to landscape or I'll go to, you know, still life or different type of photography.

But for the past 20 years I've been doing serious portraiture, but I don't -- I'm not in a rush. I never really thought of, in essence, recognition. I like things to slowly, you know --

Q. Germinate?

A. -- mature.

Q. Mature?

A. Yeah.

Q. And by that you mean your work or your style to mature?

A. No, the pictures that are done already to mature. You don't look at that book now the same way you were looking at it when it comes out, when it came out, and you will not look at that book in 20 years the way you look

Cariou

at it now.

You know, things change around, aesthetics change, people change. And that's why I've never been in a rush to sell prints or -- whenever I could, you know.

Q. And what changed for you in 2008 that caused you to be open to the possibility of Ms. Celle representing you, like you were ready?

A. The completion of Gypsies, the fact that I have spent eight years doing the Gypsy book. It's done. It's not published yet, but there is the mock-up and all the pictures are done.

And those four books will be my four books of portraits, and then I'll go on something else. You know, and that was the time --

Q. I see. It was the completion of the books?

A. Yeah, that was the completion of those four books.

Q. And is Powerhouse publishing the Gypsy book?

A. Maybe. I'm not sure. It could be

Cariou

someone else. We'll see.

Q. Are you talking to other people about that?

A. Yeah, yeah.

Q. And are you in active negotiations for that publishing, the publishing of the Gypsy book?

A. Sort of. I'm still working a little bit on the layout. There's still things that I'm not completely happy with, so -- I'm talking to people.

Q. And what companies or individuals, publishers --

MR. BROOKS: I don't think that's relevant.

MS. BART: Well, I think it is relevant to show -- it is relevant because it shows that he still has a viable commercial career.

So I'd like to know who he's speaking to. It's my last --

MR. BROOKS: I'm not going to let him speak to people that he doesn't have contracts with yet. I'm not going to let

Cariou

him do it. It's confidential.

MR. HAYES: So you're directing him not to answer?

MR. BROOKS: Yes.

CQ MS. BART: Let's certify that question, please.

BY MS. BART:

Q. Mr. Cariou, we're really not trying to pry into your personal business, we're trying to understand your profession.

Can you tell me if these publishers with whom you're actively engaged in dialogue are recognized publishing houses?

A. Yes, they are.

Q. And are they international in scope?

A. Yes, they are.

Q. Has your Surfer collection ever been displayed, exhibited in a gallery?

A. It was displayed with the Rastas in Paris in Gallery 213, yeah.

Q. So it was --

A. Yeah, it was a dual thing.

Q. Have you exhibited any images from the Surfer book in any other --