Case 1:08-cv-11327-DAB   Document 38-6   Filed 05/14/10   Page 1 of 25

Prince

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

PATRICK CARIOU,

              Plaintiff,       Index No.:

    vs.                 08 CIV 11327 (DAB)

RICHARD PRINCE, GAGOSIAN

GALLERY, INC., LAWRENCE

GAGOSIAN, and RIZZOLI

INTERNATIONAL PUBLICATIONS,

INC.,

              Defendants.

------------------------------x

VIDEOTAPED DEPOSITION OF RICHARD PRINCE

New York, New York

Tuesday, October 6, 2009

Reported by:
Bryan Nilsen, RPR
JOB NO. 304040

Page 6

1           Prince
2       THE VIDEOGRAPHER:  This is tape
3   number 1 in the videotaped deposition of
4   Richard Prince, in the matter of Cariou
5   versus Richard Prince, being heard before
6   the U.S. District Court, Southern District
7   of New York.
8       This deposition is being held at
9   Schnader Harrison Segal, 140 Broadway,
10  New York, New York, on October 6, 2009.
11      The time is 10:15 a.m.
12      My name is Peter Ledwith.  I'm the
13  videographer.  The court reporter is Bryan
14  Nilsen.
15      Counsel, will you please introduce
16  yourselves and who you represent.
17      MR. HAYES:  Steven Hayes, counsel
18  for Richard Prince.
19      MS. BART:  Hollis Gonerka Bart,
20  counsel for Larry Gagosian and Gagosian
21  Gallery.
22      MR. SHERMAN:  John Sherman, counsel
23  for Rizzoli International Publications.
24      MR. BROOKS:  Dan Brooks and Eric
25  Boden for the plaintiff.

Page 7

1           Prince
2       THE VIDEOGRAPHER:  Will the court
3   reporter please swear in the witness.
4
5   R I C H A R D   P R I N C E, called as a
6   witness, having been duly sworn by a
7   Notary Public, was examined and testified
8   as follows:
9       THE COURT REPORTER:  Please state
10  your name and address for the record.
11      THE WITNESS:  Richard Prince,
12  151 Righter Road, Rensselaerville,
13  New York 12147.
14
15  EXAMINATION BY
16  MR. BROOKS:
17      Q.   Good morning, Mr. Prince.  My name
18  is Daniel Brooks.  I represent Patrick Cariou
19  the plaintiff in this case.
20      Can you tell us what your occupation
21  is?
22      A.   I'm an artist.
23      Q.   I understand you were born in the
24  Canal Zone --
25      A.   Yes.

Page 8

1           Prince
2       Q.   -- is that correct?
3       In 1949?
4       A.   Yes.
5       Q.   Did you attend school there?
6       A.   No, I didn't.
7       Q.   Where did you attend primary school?
8       A.   Outside of Boston, a town called
9   Braintree, Massachusetts.
10      Q.   Was it a boarding school or did you
11  live there?
12      A.   What age are you talking about?
13      Q.   Okay, let me back up.
14      How long did you live in the Canal
15  Zone?
16      A.   We moved when I was about six years
17  old.
18      Q.   To Massachusetts?
19      A.   Yes.
20      Q.   Did the six years you spent in the
21  Canal Zone affect your later work in any way?
22      MR. HAYES:  As an artist you're
23  talking about?
24      MR. BROOKS:  Yes.
25      A.   Recently, yes.

Page 9

1           Prince
2       Q.   How so?
3       A.   I paid a visit to what is now called
4   Panama about three years ago, three or four
5   years ago.  I'm not sure.  And I started to
6   think about -- I started to think about the
7   place that I was born in.
8       Q.   We'll get to this later obviously,
9   but did some of that thinking enter into your
10  creation of the works of art that are in the
11  Canal Zone book?
12      A.   Yes, in the form of a pitch or a
13  screenplay that I wrote, and then I subsequently
14  sort of made up a story that I felt that could
15  be described with the title Canal Zone.  I very
16  much liked the idea that the name of the place
17  that I was born had disappeared, that they no
18  longer called it the Canal Zone, they call it
19  Panama.
20      Q.   The pitch -- and again, we'll get to
21  this later, but the pitch that you say you
22  wrote, was it originally called Eden Rock?
23      A.   I think one of the working titles
24  was Eden Rock, yes.
25      Q.   And that is a hotel in St. Barth's?

Page 14

Prince
1
2     A.   No, I didn't.
3     Q.   Did some controversy arise from your
4  rephotographing those four images?
5     A.   Not at the time, no.
6     Q.   At a later time?
7     A.   A controversy? I think -- no, I
8  would more describe it as just people were very
9  perplexed and didn't particularly know what they
10  were looking at, because of the nature of the
11  transformation. It was a real photograph that I
12  was showing, not an image that I had torn out of
13  the magazine. Which is essentially when I first
14  tore it, it was a collage. I collaged it onto
15  paper. That's the very first way I showed the
16  images.
17        But I decided -- I mean that was
18  the breakthrough, was taking the apparatus, the
19  camera, and making a real photograph.
20     Q.   A photograph of a photograph?
21     A.   Well, it was a photograph of -- no,
22  it wasn't a photograph. It was a photograph of
23  a page --
24     Q.   From the magazine?
25     A.   -- in the magazine.

Page 15

Prince
1
2     Q.   Did you have a solo exhibition at
3  the Ellen Sragow Gallery?
4     A.   Sragow, I believe.
5     Q.   Sragow?
6     A.   Yes.
7     Q.   When was that?
8     A.   It was a long time ago.
9        MR. HAYES:  If you recall.  If you
10  don't recall, say so.
11     A.   Well, '76 maybe.
12     Q.   And what was the content of the
13  exhibition?
14     A.   I guess you could describe the --
15  it's hard -- I believe they were images with
16  text. They would refer to it at the time as
17  narrative art.
18     Q.   Were the --
19     A.   They were stories that I had made up
20  about various locations in which I had visited.
21     Q.   And what medium were the images?
22     A.   I think they were drawing.  I think
23  on one piece of paper it was drawing, and I
24  believe the -- photographs -- text that was put
25  out with a typewriter, and a lot of what was

Page 16

Prince
1
2  then called white-out, which was a kind of
3  liquid paint that you used to correct a typo.
4     Q.   At some point did you begin
5  rephotographing ads for Marlboro cigarettes?
6     A.   I started that I believe in 1980 was
7  the first one.
8     Q.   And this has been known as the
9  Marlboro Cowboy photographs?
10     A.   I referred to them -- yes.  I
11  started titling them Untitled, parentheses,
12  Cowboys.
13     Q.   And you say you started in 1980?
14     A.   Yes.
15     Q.   How long did you continue engaging
16  in that practice?
17     A.   Until -- I believe the last ones
18  were done in 1999.
19     Q.   How did you obtain the images of the
20  Marlboro cowboys?
21     A.   They used to come out -- when I was
22  working at Time Life they would come out -- we'd
23  get the magazines on Monday, and they would
24  appear in the magazine -- in the various
25  magazines.

Page 17

Prince
1
2     Q.   Tobacco companies were still
3  permitted to advertise at that time?
4     A.   Yeah.  Before the Marlboro I had
5  made collages. I hadn't yet rephotographed, but
6  I believe I made collages when I was visiting
7  Cologne of Camel cigarette ads, which I still
8  have. But I pasted those -- I cut them out with
9  an exacto knife and I pasted them on paper.
10        About two years later, when I was
11  working at Time Life, I started to see the
12  cowboys, and I started to -- I had already been
13  rephotographing images for about three years, so
14  I sort of knew how I could appropriate and
15  sample these cowboys.
16        I could shoot around the actual
17  advertising copy and -- I mean do you want me to
18  go on or?
19     Q.   Sure.
20        MR. HAYES:  Do you want to read back
21     the question so the witness can determine
22     whether he's finished.
23        (Record read.)
24  BY MR. BROOKS:
25     Q.   One thing is you said Cologne.  Is

Case 1:08-cv-11327-DAB   Document 38-6   Filed 05/14/10   Page 4 of 25

Page 22

Prince

1   Plaintiff's rights under the copyright act,
2
3   unquote.
4           Just for your information,
5   photographs are capitalized, initial capitalized
6   in that paragraph, and the photographs that are
7   being referred to are the photographs in this
8   book in my hand Yes Rasta, which we'll talk
9   about.  You've seen this book before, right?
10      A.   Yes.
11          MR. BROOKS:  Let's mark as
12  Plaintiff's Exhibit 2 Mr. Prince's answer
13  to the amended complaint.
14          (Plaintiff's Exhibit 2, answer to
15      amended complaint, was marked for
16      identification, as of this date.)
17      Q.   Mr. Prince, you'll recall just a
18  minute ago I read you an allegation in the
19  complaint, paragraph 13.  Now, I'd like you to
20  turn to page 3 of the answer, which is
21  Exhibit 2, and I will read page 3.
22          MR. HAYES:  Page 2.
23          MR. BROOKS:  Page 3.
24          MR. HAYES:  Page 3, sorry.  And he's
25  asking you to look at --

Page 23

Prince

1
2   Q.   Paragraph 13, which appears to be
3   the answer to the allegation I read before.
4           And this is what it states.
5           Prince denies the allegations in
6   paragraph of 13 of the complaint, comma, except
7   admits that any use of Plaintiff's photographs
8   by Prince was not specifically authorized by
9   Plaintiff, comma, and states that such
10  authorization was not required as Prince's use
11  of portions of the photographs in his art works
12  is proper artistic practice and appropriate
13  under applicable law.
14          First, I should ask you, have you
15  ever seen this answer to the amended complaint,
16  this document that you're looking at now,
17  before?
18          MR. HAYES:  If you recall.
19      A.   No.  No, I don't.
20      Q.   You don't?
21      A.   No.
22      Q.   Are you sure you never saw it or you
23  just don't remember?
24      A.   No.
25      Q.   No which?

Page 24

Prince

1
2   A.   No, I've never -- no, I've never
3   seen this, no.
4   Q.   Did you discuss -- without going
5   getting into what you said, did you discuss the
6   preparation of this answer with anyone?
7   A.   No.
8   Q.   All right.  If you look at
9   paragraph 13, which I just read to you, did you
10  play any role in preparing that answer to
11  paragraph 13?
12  A.   No.
13  Q.   I've read it into the record and
14  you've read it yourself.  Do you agree with this
15  answer in paragraph 13?
16          MR. HAYES:  Objection, calls for a
17  legal conclusion.
18  Q.   You can answer.
19  A.   To tell you the truth, I don't
20  really understand it.
21  Q.   Do you believe it to be true and
22  accurate?
23          MR. HAYES:  Objection, calls for a
24  legal conclusion.
25  Q.   You can answer.

Page 25

Prince

1
2          MR. HAYES:  Also, it seems to be
3   attempting to turn him into some kind of
4   expert, but primarily calls for a legal
5   conclusion.
6   A.   I mean, you know, this type of
7   language I -- you know, is not something that I
8   feel comfortable commenting on.
9   Q.   Very well.
10          Let me just back up.
11          Have you ever been sued before this
12  lawsuit in any court?
13  A.   No, I've never been sued.
14  Q.   Not by Garry Gross?
15  A.   No.
16  Q.   Have you ever been a party to any
17  lawsuit or arbitration?
18  A.   Not that I believe, no.
19  Q.   Have you ever sued anyone?
20  A.   No, I've never sued anybody.
21  Q.   Have you ever had your deposition
22  taken before today?
23  A.   No.
24  Q.   What, if anything, did you do to
25  prepare for this deposition?

25b37d60-5af5-45da-8830-c8433bab81e9

Page 30

Prince

1  artistic practice.
2          But I did, in fact, use portions of
3  images that appear in his books.  Eventually,
4  for paintings that I made into this -- they
5  were sort of ingredient -- part of a recipe
6  ingredients that were eventually made into this
7  show that I titled Canal Zone.
8      Q.    Were his photographs the subject of
9  your --
10     A.    No.
11     Q.    -- artworks?
12     A.    No.
13     Q.    The subject was some
14  post-apocalyptic vision of what would happen
15  after a nuclear war on a remote island?
16     A.    No, that was -- that's a subtext of
17  the whole Canal Zone type of pitch.  It first
18  appeared when I was thinking about this project.
19     Q.    Okay.  You know what, we'll get to
20  that.  I've got -- your lawyers produced all the
21  documents.  We'll go through them.
22     A.    Okay.
23     Q.    And I'm pretty sure what your answer
24  is going to be, but when you say -- when the

Page 31

Prince

1  answer says here this was proper under -- it was
2  appropriate under applicable law, do you have
3  any idea what that refers to?
4          MR. HAYES:  Again, same objections,
5  calls for an expert conclusion --
6      A.    No.
7          MR. HAYES:  -- and is not a proper
8  question.
9          MR. BROOKS:  Right.  But it's in his
10  answer so I just want to see if he knows
11  what that means.
12     A.    No.
13     Q.    You have no idea?
14     A.    No.
15     Q.    I'd like to discuss with you your
16  artistic practice, quote/unquote, artistic
17  practice, a term used in the answer, which I
18  understand you've never seen the answer before.
19          You are an artist, so I assume you
20  have an artistic practice?
21     A.    I'd like to think so, yes.
22     Q.    Okay.
23          MR. BROOKS:  Let's mark as
24  Plaintiff's Exhibit 3 two pages which have

Page 32

Prince

1          been Bates stamped by us C57 and 58 when
2  they were produced in discovery.
3          MS. BART:  Yesterday, correct?
4          MR. BROOKS:  No, about six months
5  ago.
6          MS. BART:  The original production.
7          MR. BROOKS:  The initial disclosure
8  I should say.
9          (Plaintiff's Exhibit 3, two-page
10  printout from website, was marked for
11  identification, as of this date.)
12     Q.    Mr. Prince, you have a website?
13     A.    Yes, I do.  Yes.
14     Q.    And is it www.RichardPrinceArt.com?
15     A.    Yes.
16     Q.    The first page of Exhibit 3 is a
17  photograph of somebody.  Is that you?
18     A.    Yes.
19     Q.    And on the table in the photograph
20  there seems to be a book with some -- it looks
21  like a cowboy on a horse?
22     A.    Yes.
23     Q.    Is that a book with some of these
24  Marlboro cowboys we were talking about before?

Page 33

Prince

1      A.    I think that book is a book called
2  Blasted Allegories that was published by the
3  New Museum.  I think they used a cowboy image of
4  mine.
5      Q.    But that's not your book?
6      A.    It's not my book, no.
7      Q.    Now, if you could turn to the second
8  page.  There's a reference to -- it looks like
9  an essay called Practicing Without a License
10  1977, and beneath that there's a reference to
11  what looks like an essay called Appropriation
12  1978.  Do you see those two?
13     A.    Yes.
14     Q.    Are those essays that you wrote?
15          MR. HAYES:  Object to form.
16          THE WITNESS:  I'm sorry?
17          MR. HAYES:  Object to form.  He's
18  calling them essays without establishing
19  what they are.  So I'm objecting to form.
20  You can answer if you understand it.
21          MR. BROOKS:  No, no, I'll withdraw.
22  BY MR. BROOKS:
23     Q.    What are they?
24     A.    I think they were sort of -- I was

Richard Prince                                        October 6, 2009

---

Page 34

```
 1                  Prince
 2   trying to figure out what I was doing in 1977.
 3   And since I was the one who was doing it, and it
 4   was brand new, I felt that I was probably in the
 5   position of trying to explain what the
 6   experiment was in 1977.
 7       Q.   Now, when you were -- let's just
 8   talk about the first one first in 1977.  When
 9   you were explaining the experiment who was your
10   anticipated audience for the explanation?
11       A.   I didn't have any expectation of an
12   audience.  Aside from a few other artist friends
13   I was totally in the dark.  I was just basically
14   alone in my studio.
15       Q.   Let me just ask a different
16   question.  These are your words that you wrote
17   in or about 1977?
18       A.   Yes.
19       Q.   Okay.
20       A.   I believe they are.
21       Q.   The first sentence I will read into
22   the record says rephotography is a technique
23   for stealing, parenthesis, pirating, close
24   parenthesis, already existing images, comma,
25   simulating rather than copying them, comma,
```

---

Page 35

```
 1                  Prince
 2   managing, with quotes around managing, rather
 3   than quoting them, reproducing their effect and
 4   look as naturally as they had been produced when
 5   they first appeared.
 6           Was this a description by you in
 7   1977 of a practice that you were experimenting
 8   with at that time?
 9       A.   Yes.
10       Q.   Let's look at the second -- I'm
11   calling it an essay.  Please don't be offended.
12   Just these words.
13       A.   It's okay.
14           MR. HAYES:  Just as long as you're
15       adopting that as a term of art for this
16       purpose, that's fine.
17       Q.   Appropriation 1978 states --
18           MR. HAYES:  So do you want to read
19       the rest of the --
20           MR. BROOKS:  Not at this time, no.
21           MR. HAYES:  Okay.
22   BY MR. BROOKS:
23       Q.   Appropriation 1978 states -- and for
24   the record, I have not read the entire piece
25   that was written in 1977.
```

---

Page 36

```
 1                  Prince
 2           Appropriation 1978.  I think
 3   appropriation has to do with the inability of
 4   the author slash artist to like his or her own
 5   work, period.  Especially if the work is all
 6   theirs, period.  I think it's a lot more
 7   satisfying to appropriate, comma, especially if
 8   you are attempting to produce work with a
 9   certain believability, comma, an official
10   fiction let's say.  If you take someone else's
11   work and call it your own, comma, you don't have
12   to ask an audience, quote, to take my word for
13   it, unquote, period.  It's not like it started
14   with you and ended up being guessed at.  The
15   effect you want to produce is not that different
16   from what an audience sometimes experiences when
17   viewing a good movie.  And that's what -- and
18   then in quotes -- somebody named Christian Metz
19   called a general lowering of wakefulness.
20           MR. HAYES:  I think what might have
21       been an inadvertent misstatement is the
22       sentence next to last is and what's that
23       as opposed to that's what.
24       Q.   Oh, sorry.  And what's that what
25   Christian Metz called a general lowering of
```

---

Page 37

```
 1                  Prince
 2   wakefulness, unquote.
 3           (Clarification by reporter.)
 4       Q.   Again, those were your words in
 5   1978?
 6       A.   Yes.
 7       Q.   When you would -- now, I'm asking
 8   about the first series of sentences.  Okay?
 9       A.   Mm-hmm.
10       Q.   Practicing without a license.
11           When you would rephotograph would
12   you actually use a camera?
13       A.   Yes.
14       Q.   So you would take an analog
15   photograph of some image, is that right?
16       A.   I would take a slide.  I was using
17   slide film.
18       Q.   And then develop it?
19       A.   I would send it to a commercial lab
20   and have it developed.
21       Q.   Now, in this digital age that we're
22   in now are you able to appropriate images
23   without actually using a camera?
24           MR. HAYES:  Objection to the form of
25       the question.  Without actually using a
```

---

10  (Pages 34 to 37)

Richard Prince                                    October 6, 2009

Page 38

Prince

1          Prince
2     camera?
3          Q.    Well, for instance, like if you see
4     a photograph somewhere you can -- is it possible
5     to scan it and enlarge it?
6          A.    I suppose so.
7          Q.    And do a high-definition copy of it
8     without using a camera?
9              MR. HAYES:  If you know.
10         A.    I guess so.
11             MS. BART:  Excuse me, I'd like to
12     hear the question back, please.
13             (Record read.)
14             MR. HAYES:  I attempted to interpose
15     an objection that the question calls for
16     speculation, and I'll do that now.
17             MR. BROOKS:  Okay.
18     BY MR. BROOKS:
19         Q.    But you can answer.
20         A.    I guess so.
21         Q.    Well, you guess so?
22             MR. HAYES:  Don't guess.  If you
23     know, say so.  If you don't, say so.
24         A.    Yes, I believe you can.  Yes.
25         Q.    In creating the works that were in

Page 39

Prince

1          Prince
2     the Canal Zone show isn't is a fact that you
3     scanned some of Plaintiff's images directly onto
4     the canvas?
5          A.    No.
6              MR. HAYES:  Objection.
7              MS. BART:  Objection, form.
8          A.    No.
9          Q.    Did somebody do that at your
10     request?
11             MS. BART:  Same objection.
12         A.    What I would do is send -- after I
13     tore the image out of the book --
14         Q.    You're talking about Plaintiff's
15     book?
16         A.    Yes.
17             I would send it off to a commercial
18     lab.  And I believe it's called inkjet process.
19         Q.    Right.
20         A.    Now, I don't know too much about it
21     except that it -- you're able to reproduce in
22     almost any scale onto different surfaces.  The
23     surface which I chose was canvas.
24         Q.    Right.  And the name of the lab that
25     you used?

Page 40

Prince

1          Prince
2          A.    NancyScans.
3          Q.    Where are they located?
4          A.    Chatham, New York.
5          Q.    Chatham, New York.
6              Near where you live Upstate?
7          A.    It's about an hour, yes.
8          Q.    And that's why -- we'll get to this
9     again later --
10         A.    Okay.
11         Q.    -- but in the book, the Canal Zone
12     book, it says the images -- some of your
13     paintings rather, are inkjet and acrylic on
14     canvas, correct?
15         A.    Yes.
16         Q.    And other material?
17         A.    And other mediums, yeah.
18         Q.    Have you ever heard of an inkjet
19     printer?
20             MR. HAYES:  Objection.
21             Meaning other than in this context
22     or?
23             MR. BROOKS:  No, just in general.
24         A.    I don't understand -- heard of an
25     inkjet printer?

Page 41

Prince

1          Prince
2          Q.    Have you ever gone into like a
3     Kinko's and asked them to make a copy for you?
4          A.    No.
5          Q.    Do you have a printer at home?
6          A.    No, I don't.
7          Q.    In your studio?
8          A.    No.
9          Q.    Do you have a computer?
10         A.    I have a computer.
11         Q.    Let me ask you a few questions about
12     the 1978 -- I'm going to call it an essay.
13             MR. HAYES:  That's fine.
14             MR. BROOKS:  I understand it's not
15     an essay.
16             MR. HAYES:  Yeah, he adopted the
17     term.  As long as we're clear it's an
18     adopted term, that's fine.  No problem.
19     BY MR. BROOKS:
20         Q.    Was it ever published anywhere,
21     Appropriation 1978, other than on your website?
22         A.    The Appropriation 1978?
23         Q.    Right.
24         A.    I think a form of it or another --
25     maybe another edit of it was probably -- some of

25b37d60-5af5-45da-8830-c8433bab81e9

Page 42

Prince

1
2  the sentence structure was probably used.
3      I know the general lowering of
4  wakefulness was used in a book that I wrote
5  called Why I Go to the Movies Alone.
6      Q.   That was the name of your book?
7      A.   Yes.
8      Q.   And do you know when that book came
9  out?
10     A.   1983.
11     Q.   With respect to the essay, it states
12  appropriation has to do with the inability of
13  the author slash artist to like his or her own
14  work.
15         Do you feel that you have an
16  inability to like your own work?
17     A.   I think at the time I wrote
18  it I was -- I was very interested in
19  anti-expressionism. I was very interested in
20  works or artworks that did not have to do with
21  personal dreams. I was very interested in
22  making things up and fiction and turning the
23  fiction into something that you can believe in.
24         Again, I have to say also that in
25  this year, especially '77 to '78, I was also

Page 43

Prince

1
2  interested in reflecting about what was going on
3  at the time. I believe I was, what, twenty --
4      MR. HAYES:  Nine.
5      A.   Twenty-nine.
6      I had only been in New York for four
7  or five years. I was also very interested in
8  the whole punk rock movement and felt very much
9  a part of that attitude.
10         And the idea of not liking your own
11  work I thought was a kind of avant-garde,
12  revolutionary, very poetic position to take at
13  the time. Because most artists you meet have
14  these large egos and love what they do. So I
15  took the opposite point of view.
16     Q.   And why did you feel that it was,
17  quote, more satisfying to appropriate?
18     A.   I felt that, you know, again, I like
19  the idea of having a bit or a part or a share of
20  a public image, much like the pop artists who I
21  very much grew up with. And I was especially
22  enamored of Andy Warhol at the time.
23         And I felt that I wanted to
24  contribute to something that already existed in
25  the world.

Page 44

Prince

1
2      Q.   You're speaking in the past tense,
3  fair enough, because I'm asking you about --
4      A.   Yeah, this is what I'm -- I'm trying
5  to approximate what I was feeling thirty years
6  ago.
7      Q.   Let's talk about now. Do you still
8  find it more satisfying to appropriate than to
9  create your own work?
10     A.   Yeah, I do. I feel that I like to
11  get as much fact into my work and reduce the
12  amount of speculation. I believe there's too
13  much -- I like an artwork where that when you
14  see something, like a cowboy or a girlfriend, I
15  mean these are, in fact, true.
16     Q.   Or a nurse?
17     A.   Or a nurse, or a hood.
18     Q.   And you feel, if it's not yours --
19     MR. HAYES:  Let him finish.
20     MR. BROOKS:  I'm sorry.
21     MR. HAYES:  Have you finished your
22  answer?
23     THE WITNESS:  I'm sorry. Yes.
24     Q.   And you feel if it's not yours it's
25  more believable to the audience?

Page 45

Prince

1
2      MR. HAYES:  Objection,
3  mischaracterizes what he said.
4      But if you want -- you can respond
5  to that if you want, but the statement --
6      A.   I feel it's totally mine.
7      Q.   Okay. But in the essay you said you
8  find appropriating satisfying especially if you
9  are attempting to produce work with a certain
10  believability?
11     A.   Yes.
12     Q.   So there's something about
13  appropriating images from other people that
14  helps you make a work of art that's more
15  believable, is that right?
16     A.   I guess you can say that, yes.
17     Q.   Do you still feel that way?
18     A.   Probably not as much as I did in
19  1978.
20     Q.   But to some extent?
21     A.   I think you could say that.
22     Q.   Is it part of your message now that
23  your artwork is more believable because it was
24  taken from someone else?
25     A.   I don't have a -- I don't really

25b37d60-5af5-45da-8830-c8433bab81e9

Page 46

Prince

1    have a message.
2        Q.  Okay.  Is appropriating images from
3    other people, does that also make your job
4    easier in creating a new image?
5        A.  No.  Not really, no.
6        Q.  Does it make it harder?
7        A.  No, it's just something that --
8    something that I do and I love to do, and I've
9    always -- you know, I've been doing this for
10   quite a while.
11       Q.  Right.
12           When you began to engage in the
13   practice of rephotographing the work of others
14   did you consider yourself at that time to be a
15   skilled photographer?
16       A.  No.
17       MR. BROOKS:  Let's mark as
18   Plaintiff's Exhibit 4 an article, or
19   actually an interview with Bates stamp
20   pages C226 through 228.
21           And this was I believe produced in
22   response to your discovery requests on
23   Friday.
24       MS. BART:  We got them actually on

Page 47

Prince

1    Monday.
2        MR. BROOKS:  Well, I can't help
3    that.
4        (Plaintiff's Exhibit 4, interview,
5    was marked for identification, as of this
6    date.)
7        Q.  Mr. Prince, you've been handed
8    what's been marked as Plaintiff's Exhibit 4.
9        Do you recall being interviewed in
10   ArtForum Magazine in 2003?
11       A.  Boy.  I don't really recall being
12   interviewed, no.
13       Q.  Do you know who Steve Lafreniere is?
14       A.  No, I don't.
15       Q.  Let's look at the second page of
16   this exhibit.  And there's a question up at the
17   top where the interviewer is asking, I'd always
18   assumed that you purposely made your early
19   photos have an amateur look and that you'd done
20   them quickly, but looking at them today would
21   suggest otherwise.  How worked on were pictures
22   like Untitled, three women looking in the same
23   direction, 1980.
24       Before I read the answer, did you

Page 48

Prince

1    have a work Untitled with three women looking in
2    the same direction in 1980, if you recall?
3        A.  Yes.
4        Q.  And here's what appears to be your
5    answer.  RP, I had limited technical skills
6    regarding the camera.  Actually, I had no
7    skills.  I played the camera.  I used a cheap
8    commercial lab to blow up the pictures.  I made
9    editions of two.  I never went into a darkroom.
10   And yes, I really worked hard on Women, capital
11   W, period.  I mean that piece still looks like
12   it was purposely made.
13       Do you recall making this statement?
14       A.  Yes.
15       Q.  And was it a true statement?
16       A.  Yes, it was.  It's absolutely true.
17       Q.  The next question says, So you sort
18   of fell into photography, and the answer is, In
19   the early '80s I didn't have the subject matter
20   for painting, I didn't have, quote, jokes,
21   initial cap J, unquote, until 1986.  What I did
22   have was magazines.  I was working at Time Life
23   and was surrounded by magazines.  I wanted to
24   present the images I saw in these magazines as

Page 49

Prince

1    naturally as when they first appeared.  Making a
2    photograph of them seemed the best way to do it.
3    I didn't exactly, quote, fall, unquote, as much
4    as steal, period.
5        Did you make that statement?
6        A.  Yes, I did.
7        Q.  Was that a true statement?
8        A.  Yes, it is.
9        Q.  When you said you had no skills,
10   I mean what did you mean?
11       A.  I didn't have any skills.  I had
12   never really -- I liked the idea of not knowing
13   how to use a mechanical apparatus at the time.
14   I didn't know anything about the medium.
15       Q.  Right.
16       Do you remember saying in a
17   subsequent interview that you destroyed
18   photography?
19       A.  Yes, I shot the sheriff or something
20   like that.  Yeah, I did.
21       Q.  What did you mean by that?
22       A.  I changed it.  I revolutionized it.
23       Q.  How?
24       A.  I changed it completely.

25b37d60-5af5-45da-8830-c8433bab81e9

Page 74

Prince

1  had produced in 1983, I made one copy, an 8 by
2  10, and I gave it away.  And it wasn't until
3  1992 that it came back into the limelight, and I
4  think my attitude changed a bit and I was sort
5  of willing to become more part of the process I
6  suppose.
7      Q.   And at that time you made ten copies
8  plus an artist proof?
9      A.   At the time there was ten copies and
10 I believe two artist proofs, none of which I
11 own.
12         MR. HAYES:  By the way, do you want
13 to read into the record the following
14 paragraph --
15         (Clarification by reporter.)
16         MR. HAYES:  Do you want read into
17 the record the following paragraph --
18         MR. BROOKS:  No, no, you can do that
19 when you have redirect.  I don't want to
20 spend my time --
21         MR. HAYES:  Okay.  Just read back --
22 let me restate my statement because the
23 court reporter didn't get it.
24         The question is do you want to read

Page 75

Prince

1  in for context the following paragraph and
2  its reference to the fair use exceptions
3  to copyright law?
4  BY MR. BROOKS:
5      Q.   Did you send an e-mail to this
6  reporter saying, at the top of page 2 of the
7  exhibit, I never associated advertisements with
8  having an author?
9      A.   It sounds like something I would
10 have said.  Whether or not I sent an e-mail to
11 him, I don't know.  I don't recall.
12     Q.   And you -- that actually is
13 something you believe, right?
14     A.   Yeah.  Advertisements have no
15 authors.  They're art directed though, and I
16 believe -- I believe that sincerely.  I believe
17 they're psychologically hopped-up images that
18 are too good to be true.  They look like they
19 have a life of their own, and they look like a
20 film still.
21         I don't believe I've ever seen
22 an author or an artist's signature on an
23 advertisement.
24         What I believe -- they're associated

Page 76

Prince

1  with products.  And I believe I started taking
2  them, rephotographing them because of those
3  qualities.
4      Q.   Do you see further down on the
5  second page of Exhibit 7 -- withdrawn.
6         Have you ever heard of Jim Krantz,
7  K-R-A-N-T-Z, before?
8      A.   No.
9      Q.   Well, he apparently was at least one
10 of the people who did the ads for Marlboro.
11     A.   He did?
12     Q.   According to this article.
13         And I'm just going to call your
14 attention to what he is quoted as saying at the
15 bottom of page 2.  Fourth paragraph from the
16 bottom it says, Mr. Krantz said he considered
17 his ad work distinctive, comma, not simply the
18 kind of anonymous commercial imagery that he
19 feels Mr. Prince considers it to be.
20         I take it you disagree with
21 Mr. Krantz's statement?
22         MR. HAYES:  Well, objection on
23 several grounds.  First of all, we don't
24 know that Mr. Krantz actually said this.

Page 77

Prince

1      MR. BROOKS:  Right.
2      MR. HAYES:  And what you're now
3  doing is you're taking this entirely out
4  of context without consenting, for
5  example, to read the paragraph above that
6  I asked you to read in to put the entire
7  article into context.
8      MS. BART:  I think you should do
9  that now for the record --
10     MR. HAYES:  That article -- that
11 paragraph says Mr. Krantz --
12     MR. BROOKS:  Now, I -- listen, if
13 you're going to enforce the seven-hour
14 rule, I object to your saying anything
15 other than objection, or direct him not to
16 answer.
17     MR. HAYES:  I object to the witness
18 being asked questions without it being put
19 in context by reading appropriate parts of
20 the rest of the article, which --
21     MR. BROOKS:  Fine.
22     MR. HAYES:  -- by the way, is two
23 sentences --
24     MR. BROOKS:  Which you can read when

Page 98

Prince

1
2    exhibit it in my show in nineteen -- that would
3    have been 1992?
4        Q.   I guess.
5        A.   I believe I did.
6        Q.   Do you know how much that
7    rephotography -- withdrawn -- that work sells
8    for now?
9        A.   No, I don't.
10       Q.   Do you know what the most one of
11   them is sold for is?  I'm talking about
12   Spiritual America.
13       A.   Spiritual America?
14           I believe -- you mean the original
15   Spiritual America or the edition?
16       Q.   The edition.
17       A.   The edition?
18       Q.   I'm sorry, when you say edition are
19   you saying A-D or E-D, because I'm not --
20       MR. HAYES:  E-D.
21       Q.   E-D.
22       A.   E-D.
23       Q.   Edition, okay.
24       A.   The edition, I don't believe there's
25   been one up for sale for quite some time.  But I

Page 99

Prince

1
2    believe the last one was maybe $150,000.
3        Q.   Now, if you could look back at
4    page 1 of Exhibit 8, there's a quote there from
5    you beneath that question, a part of which I
6    read where you said -- I'm going to just quote,
7    it's part of the question, I just want to ask
8    you if that part of your statement -- the part
9    of the answer reflects your thinking.
10           I like to think about making it
11   again instead of making it new.
12       MR. HAYES:  Can you just show me
13   where you are?  I'm sorry, I don't know
14   where you are.
15       MR. BROOKS:  Yeah, I'm sorry.  First
16   page, it says -- it's the second answer.
17       MR. HAYES:  Oh, got it.  The second
18   sentence -- the third sentence in the
19   answer, right?
20       MR. BROOKS:  I'll read the whole
21   answer, but it's not necessary.
22   BY MR. BROOKS:
23       Q.   The machinery of America,
24   quote/unquote, that's a pretty good way of
25   describing the way images get out there.  I like

Page 100

Prince

1
2    to think about making it again instead of making
3    it new.  Making it new was an Ezra Pound way of
4    thinking, paren, industrial, close paren, and,
5    quote, making it again, unquote, is a more
6    R. Prince way of doing it, paren, technological,
7    close paren.  Advertising images aren't really
8    associated with an author, more with a product
9    slash company, and for the most part put out or,
10   quote, art directed, unquote.  They kind of end
11   up having a life of their own.  It's not like
12   you're taking them from anyone.
13           I know the answer goes on, but that
14   part that I quoted is similar to what you were
15   testifying to about half an hour ago, correct?
16       A.   Yes.
17       Q.   That's your view, okay.
18       A.   Yes.
19       Q.   Do you have a different standard or
20   artistic practice for taking images when there
21   is a disclosed author and it's not an
22   advertisement?
23       A.   No, not really.  It's just a
24   question of whether I like the image.
25       Q.   If you like it then you'll consider

Page 101

Prince

1
2    appropriating it?
3        MR. HAYES:  Object to the form.
4        You can answer.
5        THE WITNESS:  I'm sorry?
6        Q.   You can answer.
7        MR. HAYES:  I objected to form, but
8        you can answer it.
9        A.   That's very difficult to answer
10   because it really depends on the --
11       Q.   Okay.
12       A.   -- my mood of the day.
13       Q.   I understand.  But when you do take
14   images, let's just say when you do, you don't,
15   in your own mind, differentiate between
16   advertisements and things where you know who the
17   author is and it's not an advertisement, is that
18   what you're saying?
19       MS. BART:  Objection, form.
20       A.   No, I -- I mean it's a good example
21   right here because the girlfriend is editorial.
22       Q.   Right.
23       A.   And the cowboy is advertisement.
24           Girlfriend came from a lifestyle
25   magazine which was a whole new type of magazine

Richard Prince                                          October 6, 2009

Page 118

```
                    Prince
1
2    Four is copyrighted?
3        A.   No, I don't know.
4        Q.   Do you share the proceeds when it
5    was sold with Mr. D'Orazio?
6        A.   No.  No, I don't.
7        Q.   You keep the proceeds?
8        A.   When there's a sale of this image,
9    yes, it's between myself and the dealer who
10   sells it.
11           He was -- I gave him a print.
12           I also gave Brooke Shields a print.
13       Q.   She must have been appreciative?
14       A.   I'm a, you know, agreeable guy.
15       Q.   So getting back to in Exhibit 6
16   where you said, However, it would not bother me
17   in the slightest -- excuse me -- for someone to
18   appropriate my work.
19       A.   Yes.
20       Q.   Would that extend to Spiritual
21   America Four?
22       A.   Yeah.  I mean I don't -- I don't try
23   to control those kinds of things.
24       Q.   But I mean just you wouldn't mind if
25   somebody did exactly what you did --
```

Page 119

```
                    Prince
1
2        A.   They already have.
3        Q.   You can scan it --
4        A.   I saw it on someone's screen --
5            MS. BART:  Objection, form.
6            (Multiple speakers talking at once.)
7            (Interruption by reporter.)
8            (Discussion off the record.)
9            (Record read.)
10           MR. HAYES:  Can I make a suggestion?
11           Withdraw both questions, restate the
12       first question.
13   BY MR. BROOKS:
14       Q.   You wouldn't mind if somebody sold
15   Spiritual America Four, somebody else?
16       A.   No.
17       Q.   Without your permission?
18       A.   They don't need my permission.
19       Q.   And you're saying it has been done?
20       A.   I don't know whether they've been
21   able to sell it.  I haven't been able to sell
22   mine.  Whether they've sold theirs, I don't
23   know.
24       Q.   Well, you sold some of yours, right?
25       A.   I sold some of mine, yes.
```

Page 120

```
                    Prince
1
2        Q.   And how do you know somebody else is
3    trying to sell Spiritual America Four?
4        A.   I've seen it.  That's the thing
5    about technology, it's what's new, it's what one
6    has to adjust to.  I've seen it on the web.
7        Q.   And that's fine with you?
8        A.   It's fine with me, yeah.  I have no
9    control over it.  I mean it's their piece, not
10   mine.
11       Q.   It's their piece?
12       A.   They're putting their name on it.
13       Q.   Who is they?
14       A.   I don't recall.  I don't know who
15   the person is.
16       Q.   Okay.  So your view is if you create
17   a work of art -- do you consider this a work of
18   art?
19       A.   Yes, I do.
20       Q.   If you create a work of art anyone
21   else who wants to is free to copy it and sell
22   it?
23       A.   That's the optional or the operative
24   word you just said.  Free.
25       Q.   Right.
```

Page 121

```
                    Prince
1
2        A.   And art is about freedom.  It's not
3    about being restricted.  If I was restricted
4    then I couldn't transform these images.
5        Q.   So but as far as you're concerned,
6    somebody else can just copy Spiritual America
7    Four, make no changes to it, and sell it, and
8    that's fine with you?
9        A.   Yes, that's fine with me.
10       Q.   That's part of your artistic
11   philosophy?
12       A.   I believe that, yes.
13       Q.   Does it matter if the person copying
14   your work is known as an appropriation artist or
15   does it not matter, can anyone do it, as far as
16   you're concerned?
17       A.   There have been people who are known
18   as appropriation artists who have done what I've
19   done because of what I did.
20       Q.   Right.  But let me ask you this.
21   Do you feel that because you are known for
22   appropriating the work of others your reputation
23   itself entitles you to engage in that artistic
24   practice?
25           MS. BART:  Objection to form.
```

25b37d60-5af5-45da-8830-c8433bab81e9

Page 150

```
                    Prince
1
2     was for the occasion of a show.
3          Q.   A show of yours?
4          A.   Of mine at the Patrick Seguin
5     Gallery.
6          Q.   A show that has nothing to do with
7     the Canal Zone?
8          A.   It had nothing to do with the Canal
9     Zone.
10         Q.   All right.  Well, for whatever
11    reason, they asked you some questions about the
12    Canal Zone --
13         A.   Yes.
14         Q.   -- probably because of the temporal
15    proximity.  So I would like to have you look at
16    the second question.
17              Your series will be up at a time
18    when perhaps Barack Obama will be president.
19    It could become iconic if it coincides with a
20    pivotal moment in American history.  And --
21              (Interruption.)
22              (Record read.)
23         Q.   So then the answer apparently was,
24    That's possible.  It is strange for a white man
25    like myself to start painting black people.  I
```

Page 151

```
                    Prince
1
2     found a black-and-white book on Rastafarians
3     when I was on vacation in St. Barth's.  I
4     started drawing directly in the book like I had
5     done before in a book of De Kooning's work.  For
6     two or three years I continued to be inspired by
7     three Rastafarians -- I'm sorry, I continued to
8     be inspired by these Rastafarians.  I drew faces
9     on their faces using the shades of the book, the
10    different skin colors, the wild hair styles, all
11    dreadlocked, their poses and their looks.  I was
12    listening to Rasta music at the time, one of my
13    son's tapes.
14              Was that a Bob Marley tape?
15         A.   No, it wasn't.  It was a group
16    called Radiodread.  One word.
17         Q.   Now, the black-and-white book on
18    Rastafarians that you found, was that this
19    Yes Rasta book by Patrick Cariou?
20         A.   Yes.
21         Q.   And you said you started drawing in
22    the book.  You actually -- actually in the book,
23    you didn't copy, you just write in the book, you
24    were drawing things?
25         A.   Yes.
```

Page 152

```
                    Prince
1
2          Q.   Which you had done with some
3     De Kooning works before?
4               MS. BART:  Objection, form.
5          Q.   Go ahead.
6          A.   I had done the same thing to a
7     De Kooning book.
8          Q.   Right.  Now, you said -- I'm reading
9     what you said -- for two or three years I
10    continued to be inspired by these Rastafarians.
11              So, given --
12         A.   That's the translation.  This --
13         Q.   Okay.
14         A.   Can I just say that this is --
15         Q.   Yes.
16         A.   I've read this interview.
17         Q.   Yes.  In French?
18         A.   Because it just came out in a book.
19         Q.   Yes.
20         A.   It's one of the worst translations
21    I've ever read.  Anyway, I'm just -- I just
22    would like to get that on the record.
23         Q.   Okay.  But this translation was done
24    for my law firm, so you certainly haven't read
25    this translation.  You may have read another bad
```

Page 153

```
                    Prince
1
2     translation, but you haven't read this one.
3          A.   Oh.  Well --
4          Q.   This was done for us recently.
5          A.   Okay.  All right.
6          Q.   But -- fine.  If it's incorrect, I
7     would like to know.
8               So is it correct that you were
9     drawing in the Yes Rasta book?
10         A.   Yes.
11         Q.   And is it correct that given that
12    this is 2008, this interview, that this drawing
13    in the book went on for two or three years?
14         A.   The drawing in the book -- no, I
15    believe it started when I bought the book.
16         Q.   In 2008?
17         A.   When I was on vacation.  So 2005.
18    I bought the book and I started -- I was on
19    vacation, and I started to make drawings in the
20    book.
21         Q.   Okay.
22         A.   And --
23         Q.   You were on vacation?
24              MR. HAYES:  Hold on.  He hasn't
25    finished his answer.
```

Page 158

Prince

1              Prince
2        have --
3    BY MR. BROOKS:
4        Q.    Did seeing this book Yes Rasta
5    somehow make a connection in your mind with the
6    Canal Zone?
7        A.    Yes.  I would -- yes, I'd say that.
8        Q.    Now, have you been back to the Canal
9    Zone -- you said you went to Panama?
10       A.    I had gone to Panama.  And I had
11   just seen the jungles.
12       Q.    Fairly recently?
13       A.    Probably -- probably, yes.
14             In approximate to when I found the
15   book -- yes.
16       Q.    In approximation to 2005?
17       A.    Yes.
18       Q.    Are there Rastafarians in the Canal
19   Zone now known as Panama, that part of the Canal
20   Zone?
21       A.    No, there aren't.
22       Q.    Are there any in St. Barth's?
23       A.    No.
24       Q.    Is the population of St. Barth's
25   primarily white, French white people?

Page 159

Prince

1              Prince
2              Well, you've been going there 12
3    years, right?
4        A.    Yes, I would agree with that.
5        Q.    Now, the show that you were being
6    asked about that was going to be at the Gagosian
7    Gallery several days after the interview, was
8    that your first solo exhibition at the Gagosian
9    Gallery?
10       A.    At that space or with Gagosian?
11       Q.    Okay.  Let's start with that space,
12   which is on West 24th Street.
13       A.    24th Street?
14       Q.    Yes.
15       A.    My first solo, yes.
16       Q.    Okay.  Now, you broadened the
17   question, which is fine.  How about the other
18   Gagosian galleries of which there are a number,
19   right?
20       A.    I've had shows at other galleries.
21       Q.    But as of November 8th, 2008, had
22   you had any solo shows at the Gagosian Gallery
23   prior to November 8th, 2008, at any Gagosian
24   Gallery?
25             MR. HAYES:  Any location he's asking

Page 160

Prince

1              Prince
2        you about.
3        A.    Any location?
4        Q.    Any Gagosian Gallery location?
5        A.    Prior to?  Yes.
6        Q.    Okay.  But this was the first one at
7    that Chelsea gallery?
8        A.    Yes.
9        Q.    Did you believe that the photos in
10   the Yes Rasta book, did you believe they were
11   distinctive?
12       A.    Well, I didn't really --
13             MS. BART:  Objection, form --
14       A.    -- look at them as --
15             MS. BART:  Hold on one second,
16   please.
17             Objection, form, calls for a legal
18   conclusion.  The witness is here as a fact
19   witness, not an expert.
20             MR. HAYES:  I join in the objection.
21       Q.    Did you believe they were
22   distinctive?
23             MS. BART:  Same objections.
24       A.    I didn't think I would describe my
25   reaction.  Also, I didn't really look at them as

Page 161

Prince

1              Prince
2    photographs.
3        Q.    What did you look at them as?
4        A.    Images in a book.
5        Q.    Do you have any reason to doubt that
6    they're photographs?
7        A.    I don't know if he made original --
8    I mean I'm not in a position to say whether they
9    were original photographs to begin with.  I
10   don't know.  I just saw them in -- I saw images,
11   reproductions of images in a book.
12             I mean that's my -- that was my
13   reaction.  I believe my initial reaction was one
14   of which I associated with the Canal Zone.
15       Q.    Did you like the pictures?
16       A.    Yes.
17       Q.    In the book?
18       A.    I liked the pictures.
19       Q.    You liked them a lot?
20       A.    I liked them, yes.
21       Q.    You thought they were original?
22             MS. BART:  Objection, form, calls
23   for a legal conclusion.
24             MR. HAYES:  Objection.
25             MR. BROOKS:  No, it doesn't.

Richard Prince

October 6, 2009

**Page 162**

```
 1            Prince
 2       MS. BART:  Please check 17 U.S.C.
 3       A.   I didn't have that reaction, no.
 4  I mean my reaction was they were documentary I
 5  suppose.
 6       Q.   Had you seen pictures like that
 7  before of Rastafarians?
 8       MR. HAYES:  Objection.
 9       A.   Yes, I had had a book on Bob Marley
10  that I was also looking at at the same time.
11       Q.   Right.
12            And did you consider incorporating a
13  picture from the Bob Marley book into this Canal
14  Zone exhibition?
15       A.   I did.
16       Q.   And what made you decide not to do
17  that?
18       A.   I did do it.
19       Q.   It's in the book?
20       A.   I believe there's an image --
21       Q.   Of Bob Marley?
22       A.   Not of Bob Marley.  It was an image
23  that was in the Bob Marley book.
24       Q.   We'll get to that later because I
25  wouldn't begin to know where it is.
```

**Page 163**

```
 1            Prince
 2       THE VIDEOGRAPHER:  1:05 p.m.
 3  Off the record.  End of tape 2.
 4       (Recess taken: 1:05 p.m.)
 5       (Proceedings resumed: 1:53 p.m.)
 6       THE VIDEOGRAPHER:  1:53.  On the
 7  record.  Beginning of tape 3.
 8  BY MR. BROOKS:
 9       Q.   Mr. Prince, we were looking before
10  we broke for lunch at Exhibit 13.  And we had
11  talked about the first question and answer that
12  you were asked and that you gave.
13            Then there's a second question which
14  says, What will the format for this new series
15  be, a large format like the nurse paintings,
16  question mark.  And then your answer, Larger,
17  there are several figures white or black female
18  nudes beside clothed Rastafarians --
19       MR. HAYES:  It's not the second
20  question, actually it's the third, just
21  for clarity.
22       Go ahead.
23       A.   Okay, I got it.
24       MR. BROOKS:  You're right, third
25  question.
```

**Page 164**

```
 1            Prince
 2  BY MR. BROOKS:
 3       Q.   Larger with several figures white or
 4  black female nudes beside clothed Rastafarians,
 5  a forest contrast like in the Luncheon on the
 6  Grass by Manet from 1862-63 which still struck
 7  me in the Picasso exhibition at the Musée
 8  d'Orsay.  I combined the Rastafarians from the
 9  book with a series of hands playing the guitar
10  that I cut out and pasted.  The nurses -- played
11  on the uniform, the Rastafarians's uniform is
12  merely a pair of shorts, almost nothing.
13  Sometimes they are nude like the women painted
14  from magazines or from photos of models in my
15  studio.  In pictorial terms there is little
16  difference between white and black.  It is this
17  kind of formal question that interests me.  I've
18  already had a small Rastafarian exhibition in
19  St. Barth's.  I called it Canal Zone as a
20  reference to the Panama Canal of my childhood.
21  I had put together a scene with gangs portrayed
22  by the Rastafarians to music by Ziggy Marley,
23  Bob Marley's oldest son, and the Wailers, his
24  original group.
25            With respect to this Manet painting,
```

**Page 165**

```
 1            Prince
 2  Le déjeuner sur l'herbe --
 3       A.   Right.
 4       Q.   Le déjeuner sur l'herbe, do you know
 5  it by that name?
 6       A.   Yeah, the Luncheon on the Grass?
 7       Q.   Yes.
 8       A.   Yes.
 9       Q.   There are men, clothed men and naked
10  women in that, as I recall, in that painting,
11  right?
12       A.   Yes.
13       Q.   And you had just seen it at the
14  Musée d'Orsay?
15       A.   Yes.  At that time there were
16  several -- yes, I did.
17       Q.   Were you trying in the photos in the
18  Canal Zone book or some of the -- not photos.
19  Let me start again.
20            Was it your intention when you made,
21  created the paintings that are in the Canal Zone
22  book, to evoke the Luncheon on the Grass, Manet
23  painting?
24       A.   I was aware of Picasso's homage to
25  Manet.  And I was also in the middle of making
```

Richard Prince                                    October 6, 2009

| Page 166 |
| --- |

```
 1              Prince
 2  an homage to De Kooning at the time.
 3          I don't believe there was a direct
 4  interest in making or pointing to that
 5  particular painting.  It was more about the fact
 6  that I was interested in Picasso paying homage
 7  to a previous artist.
 8          And I think, point of fact, I would
 9  cite Cézanne's bathers as a more -- interest in
10  mine of making the Canal Zone paintings.
11      Q.   Okay.  Are you saying that one of
12  the points or one of the messages in the Canal
13  Zone paintings was to evoke Cézanne's bather
14  paintings?
15      A.   I think if in fact there was a
16  message, it was -- there was three people, yes,
17  specifically Cézanne's bathers because of the
18  composition, Picasso's hands and feet, and the
19  masks that were on the De Kooning women.
20      Q.   Did you put the masks on the
21  De Kooning women or were they there already?
22      A.   Sometimes yes, sometimes no.
23      Q.   And the feet, some of these
24  paintings -- and we'll look at them later --
25  have very large elephantine types of feet --
```

| Page 167 |
| --- |

```
 1              Prince
 2      A.   Yes.
 3      Q.   -- is that what you're referring to?
 4      A.   Yeah.  Feet that I would paint on
 5  the paintings.
 6      Q.   So correct me if I'm wrong, but are
 7  you saying that these, some of these Canal Zone
 8  paintings were a tribute -- I'll say tribute
 9  instead of homage -- to Picasso, De Kooning, and
10  Cézanne?
11          MR. HAYES:  Object to the form, but
12      you can answer.
13      A.   Well, I'm really interested in
14  making art that, you know, transforms something
15  that's already existed without getting involved
16  in the original intent of the image.  I like
17  to -- I want to transform the existing image.
18          And by doing, by quoting, or in the
19  style of Picasso or in the style of De Kooning,
20  or even thinking about the composition of
21  Cézanne's bathers, it was a way in which I could
22  transform those images, yes.
23      Q.   Which images?
24      A.   The images that I first found in the
25  Yes Rasta book.
```

| Page 168 |
| --- |

```
 1              Prince
 2      Q.   Where did you get the series of
 3  hands playing the guitar?
 4      A.   There are several magazines
 5  published.  I mean to be -- you know, what I
 6  remember specifically is Guitar Magazine.  But
 7  there were other magazines.  I don't recall the
 8  names, but I do recall they were like -- there
 9  are several that you can buy on the newsstand.
10      Q.   And did you cut those out as well?
11      A.   Cut them out with -- yes, I did.
12      Q.   And did you paste them onto the
13  other images?
14      A.   Yes.
15      Q.   And then you sent the whole thing to
16  that lab?
17      A.   NancyScans.
18      Q.   NancyScans.  So they can be scanned
19  onto the canvas?
20      A.   I'm not sure I would word it like
21  that.
22          MR. HAYES:  Object to the form.
23      Q.   So it could be transferred onto the
24  canvas?
25      A.   What I -- no, I'm not sure I would
```

| Page 169 |
| --- |

```
 1              Prince
 2  word what I would -- that I sent to NancyScans.
 3      Q.   What did you send to NancyScans?
 4      A.   I sent a collage.
 5      Q.   What does that mean?
 6      A.   A collage.
 7      Q.   Well, in this case what do you mean
 8  by collage?
 9      A.   It means I ripped out a reproduction
10  from a book or a magazine and cut it up, pasted
11  it, scotch taped, and then mounted it on a piece
12  of white paper and drew some dimensions,
13  60 inches wide and --
14      Q.   So it could be enlarged?
15      A.   So it could be enlarged -- yeah, I
16  mean I just say 60, yes, various sizes.
17      Q.   And then NancyScan would enlarge it
18  to the size you told them?
19      A.   Yes.
20      Q.   And then they would send it back to
21  you?
22      A.   They would send it back to me.
23      Q.   By electronically or physically?
24      A.   Physically.  They would send me --
25      Q.   So in this process that you've
```

25b37d60-5af5-45da-8830-c8433bab81e9

Richard Prince                                                          October 6, 2009

---

Page 170

Prince

1
2  described you never actually used a camera,
3  correct, you personally?
4      A.   For this, for the Canal Zone series,
5  no, I've never used a camera, no.
6      Q.   And where did you get the nude
7  females that are in many of these paintings?
8      A.   Mostly from Taschen, a lot from --
9  they had published a series of books on men's
10 magazines that was edited by a friend of mine,
11 that she sent me the books.  And also --
12          (Interruption.)
13     A.   Should I continue?
14     Q.   Yes.
15     A.   I remember some of the women came
16 out of two specific photographers' books,
17 Richard Kern and Eric Kroll.
18     Q.   With a K?
19     A.   Kroll with a -- K-R-O-L-L.
20          And Kern with a K.
21     Q.   Now, you said Taschen, is that what
22 you said, T-A --
23     A.   Taschen Publishers.  T-A-C-H --
24          MR. HAYES:  T-A-S-C-H-E-N.
25     A.   T-A-S-C-H-E-N.

---

Page 171

Prince

1
2      Q.   And what kind of magazine is that?
3      A.   It's a publishing.  They publish
4  books.
5      Q.   When you said men's magazines --
6      A.   They published a book on men's
7  magazines.
8      Q.   And that's where you got the --
9      A.   That's where I got some of the
10 images.
11     Q.   Did you get some from -- I'll use
12 the term loosely -- porno magazines?
13     A.   Porno?
14          MR. HAYES:  Objection to form.
15          How loosely?
16     Q.   Pornographic magazines.
17     A.   Pornographic?
18     Q.   I'm only asking you that because
19 I've read that in a number of the articles.
20     A.   Yeah.
21     Q.   I don't know if it's true, so that's
22 why I'm asking you.
23     A.   I mean -- I suppose you're talking
24 about like something that's like triple X or --
25 you know -- I'm trying to think here.

---

Page 172

Prince

1
2      I mean Richard Kern and Eric Kroll's
3  images have been described -- I wouldn't
4  describe their images as pornographic, but they
5  have been by other people.
6      Q.   Were some of the nude females just
7  anonymous where you didn't know who the
8  photographer was who had taken the pictures?
9      A.   Especially the ones from the Taschen
10 publications they were -- even some of the
11 credits I suppose were anonymous where I didn't
12 know the models, I didn't know -- you know, I
13 didn't really pay attention.
14     Q.   And were some of them, some of the
15 nude females in these paintings, models you had
16 hired for those paintings?
17     A.   I hired a nude model, yes.
18     Q.   The woman with the apron?
19     A.   Yes.
20     Q.   But she's not in the Canal Zone
21 paintings, right?  Or maybe she is.  I don't
22 think she is --
23     A.   She was in -- I know -- I recall one
24 painting she's painted out, but there's a very
25 thin -- there's a lot of ghosts in some of these

---

Page 173

Prince

1
2  paintings.  A lot of things got painted out.
3  That's part of the process.  That's part of my
4  technique of how I transfer images and how I
5  make them different.
6      Q.   Right.
7      A.   So it's hard to say whether or not
8  she's in the painting.  She's in the painting
9  physically in her representation, but it's very
10 difficult to see her.  However, she is in the
11 catalog.
12     Q.   Right.  And to the extent she's in
13 the painting did somebody take her photograph?
14     A.   I hired her and I took -- I spent an
15 afternoon taking her photograph, yes.
16     Q.   So the photograph of that --
17 photographs of that woman in the inserts are
18 photographs that you took?
19     A.   I took, yes, I took them.
20     Q.   Did you have any assistants helping
21 you with cutting out, pasting, sending things to
22 NancyScan or did you do it yourself?
23     A.   I did it myself.
24     Q.   You do have at least two assistants,
25 right, Betsy and -- Betsy Biscone and Eric

---

Page 174

```
1              Prince
2  Brown?
3     A.  Yes.
4     Q.  Do you have other assistants as
5  well?
6     A.  Yes.
7     Q.  How many others?
8     A.  Do you want their names?
9     Q.  No.
10    A.  No, no.  I have -- you mean
11 assistants that help me maybe in the studio
12 while I was doing these paintings?
13    Q.  Right.
14    A.  Two.
15    Q.  In addition to those two?
16    A.  Yes.
17    Q.  So that's a total of four?
18    A.  Yes.
19    Q.  And some of the e-mails and things
20 refer to a Long Island studio?
21    A.  Yes.
22    Q.  And where is that?
23    A.  It's in Wainscott.
24    Q.  In your house in Wainscott?
25    A.  I have a little studio in my garage.
```

Page 175

```
1              Prince
2     Q.  In your garage, okay.
3         And in the summer do you do some of
4  your artwork there rather than in
5  Rensselaerville?
6     A.  Yes.
7     Q.  And these Rasta paintings, that's
8  what they've been called in a lot of articles,
9  that were in the Canal Zone, were those done in
10 your Long Island studio?
11    A.  Well, the Canal Zone paintings were
12 mostly done by myself in the garage studio or
13 the studio in Long Island, yes.
14    Q.  In Wainscott?
15    A.  In Wainscott.
16    Q.  Okay.  Now, in this interview in
17 Figaro you also said you had a small Rastafarian
18 exhibition in St. Barth's, correct?
19    A.  I don't believe -- is that what I
20 said?
21    Q.  That's what it says here.
22        MR. HAYES:  That's what the
23 translation said.
24    Q.  I already had a small Rastafarian
25 exhibition in St. Barth's, and this is in
```

Page 176

```
1              Prince
2  November of 2008.
3     A.  Well, I was probably wrong in
4  describing the exhibition that way, although I
5  did probably -- if that's the translation, I did
6  call the exhibition Canal Zone.
7         I don't believe -- I don't
8  remember -- I don't think -- it was a fairly
9  casual exhibition, so I don't believe there was
10 an invitation card.  So I don't know if there
11 was a title to the show.  I doubt very much --
12 usually you make up a postcard and you put the
13 title, but I don't think we did that for that
14 show.
15    Q.  Let me just ask you this.  This is
16 in late 2007, there was a show at the Eden Rock
17 Hotel in St. Barth's of some of your work,
18 correct?
19    A.  Yes.
20    Q.  And it was called the Eden Rock
21 show?
22    A.  I don't think we called it anything,
23 but I might be mistaken.
24    Q.  But it was about maybe 14 or 15
25 different works, right?
```

Page 177

```
1              Prince
2     A.  Yes, I believe that would be about,
3  yes.
4     Q.  And were any of those works -- and
5  I'm not talking about the Canal Zone, I'm sorry,
6  I don't want to confuse you.
7     A.  That's okay.
8     Q.  I'm talking about the one the year
9  before in St. Barth's.
10    A.  Right.
11    Q.  Were any of those works --
12 withdrawn.
13        Did any of those works contain
14 materials, images appropriated from the
15 Yes Rasta book?
16        MS. BART:  Objection to form.
17        MR. HAYES:  Objection as to form.
18    A.  Yes.
19    Q.  How many of those 14 or 15
20 paintings?
21    A.  There was one collage.
22    Q.  Right.  And that was called Canal
23 Zone, right?
24    A.  I believe it was, yes.
25    Q.  We're going to look at that in a
```

Richard Prince                                    October 6, 2009

---

Page 178

                    Prince
1
2    second, but of those paintings that were
3    exhibited at the Eden Rock Hotel, are any of
4    those in the Canal Zone book?
5        A.   There wasn't a painting that was
6    exhibited in that particular exhibition.  It was
7    a collage.
8        Q.   Well, there are 14 or 15 works,
9    right?
10       A.   No, there were -- the 14 -- I
11   thought you were referring to -- the other 14 or
12   15 paintings in that show were different
13   paintings.
14       Q.   No, I understand that.  I
15   understand.  They don't have material images
16   taken from Yes Rasta?
17       A.   Right.  Right.
18       Q.   I'm just asking you, those
19   paintings, were any of those in the Canal Zone
20   book or the Canal Zone show at Gagosian
21   Gallery --
22       A.   Oh, no.  No.
23       Q.   -- in 2007?
24           Now, how about the one collage which
25   does have images from the Yes Rasta book, the

---

Page 179

                    Prince
1
2    one you did in 2007, was that either in the
3    Canal Zone book or exhibited at the Canal Zone
4    show at the Gagosian Gallery?
5        A.   It was never exhibited at -- it
6    didn't get in the show at the Canal Zone exhibit
7    at Larry Gagosian's.
8        Q.   Okay.  And it's not in the book?
9        A.   It's not in the book.
10           MR. BROOKS:  Let's mark as
11   Plaintiff's Exhibit 14 a document produced
12   by Gagosian defendants Bates stamped
13   GGP003781.
14           (Plaintiff's Exhibit 14, GGP003781,
15   was marked for identification, as of this
16   date.)
17       Q.   Mr. Prince, does this refresh your
18   recollection that the title of that work of art
19   was The Canal Zone, comma, 2007?
20       A.   That's what it says here, yes.
21       Q.   And is this the work of art you've
22   been describing that was part of the show at the
23   Eden Rock?
24       A.   Yes.
25       Q.   And this is the only one on display

---

Page 180

                    Prince
1
2    at that show that had images taken from the
3    Yes Rasta book, is that correct?
4        A.   Yes.
5        Q.   And all of these images in this --
6    what did you call it, a --
7        A.   Collage.
8        Q.   Collage.  These were all taken from
9    the Yes Rasta book, correct?
10       A.   These images were what I would refer
11   to as -- it was sort of like, yes, they were
12   torn out, they were pages that were torn out of
13   the Yes Rasta book.
14       Q.   And does this relate back to what
15   you were saying before that over the course of a
16   couple years you intermittently wrote in the
17   book and looked at it?
18       A.   Yes, I think this probably was done
19   over the course of probably three seasons in
20   St. Barth.
21       Q.   Is that because you left the book
22   there when you --
23       A.   I left a number of, you know -- also
24   there was -- yes, I left a number of art-related
25   materials at the house.

---

Page 181

                    Prince
1
2        Q.   In St. Barth's?
3        A.   In St. Barth.
4        Q.   Including Yes Rasta?
5        A.   Including the book.
6        Q.   The one you bought?
7        A.   Yes.
8        Q.   I got it.  Okay.
9            What does mixed media on homasote
10   mean, do you know?
11       A.   It's a description of the different
12   mediums that I -- the fact that I did use
13   different mediums, meaning paint --
14       Q.   That explains the mixed media part.
15           MS. BART:  Let him finish, please.
16           MR. HAYES:  He's asking about
17   homasote, what that means.
18       Q.   Yes, what does that mean?
19       A.   It's the material which the pages
20   were pushpinned on.  It's approximately an
21   8-by-4 piece of, for lack of a better word,
22   plywood.
23           MR. HAYES:  It's wood?
24           THE WITNESS:  Yeah.
25           MR. HAYES:  Like a masonite type of

---

25b37d60-5af5-45da-8830-c8433bab81e9

**Page 182**

Prince

1
2  wood?
3      THE WITNESS: Yeah.
4      MR. BROOKS: I'm sorry?
5      MR. HAYES: It's like masonite, like
6  masonite manufactured wood.
7      MR. BROOKS: Okay.
8  BY MR. BROOKS:
9      Q.  Now, did you have an assistant
10 helping you with the creation of Canal Zone 2007
11 or did you do it yourself?
12     A.  I did it myself.
13     Q.  And did you send it to a lab to be
14 completed?
15     A.  No.  This is a -- this is just what
16 I would refer to as an original collage.
17     Q.  Okay.  So you tore out these
18 pictures -- you nailed them to the piece of
19 plywood?
20     A.  Yes.
21     Q.  So it wasn't -- then it wasn't
22 enlarged?
23     A.  This particular piece?
24     Q.  Yes.
25     A.  No.

**Page 183**

Prince

1
2      Q.  And you did not obtain Mr. Cariou's
3  permission to create Canal Zone 2007, did you?
4      MS. BART: Objection, form.
5      MR. HAYES: Objection as to form.
6      Q.  You can answer.
7      A.  No.
8      MR. BROOKS: I'd like to mark as
9  Plaintiff's Exhibit 15 a one-page document
10 Bates stamped GGP004296.
11     (Plaintiff's Exhibit 15, GGP004296,
12 was marked for identification, as of this
13 date.)
14     (Discussion off the record.)
15     Q.  Mr. Prince, Plaintiff's Exhibit 15
16 depicts the same work of art that we've been
17 looking at as Exhibit 14, is that correct?
18     A.  Yes.
19     Q.  Canal Zone 2007?
20     A.  Yes.
21     Q.  Where are we seeing this, is this at
22 the Eden Rock Hotel or somewhere else or what?
23     A.  It's at the Eden Rock gallery.
24     Q.  So this is actually a photo of that
25 show, that exhibition, a part of it?

**Page 184**

Prince

1
2      A.  Part of it, yes.
3      Q.  So are each of the pictures, the
4  photos in this collage, an entire -- represent
5  an entire page from Yes Rasta?
6      A.  I think they're individual pages.
7      Q.  Right.  Because this was not
8  enlarged?
9      A.  No.
10     Q.  Do you remember when the show at the
11 Eden Rock was put together or planned?
12     A.  Probably November of 2007.
13     You know, I -- that's a guess.
14     MR. BROOKS: Let's mark as
15 Exhibit Plaintiff's 16 a series of e-mails
16 Bates stamped GGP004309, 4317 and 4325.
17     (Plaintiff's Exhibit 16, series of
18 e-mails, was marked for identification, as
19 of this date.)
20     Q.  If you could look at the first page
21 of Exhibit 16, it appears to be an e-mail to you
22 dated August 8th, 2007.  Do you see that?
23     A.  Mm-hmm.
24     Q.  And Jazz Man 611, is that somebody
25 from the Eden Rock Hotel that you know?

**Page 185**

Prince

1
2      A.  Yes.
3      Q.  And he was responding to an e-mail
4  from you dated August 3rd it looks like, saying
5  that Larry Gagosian was going to handle
6  everything.  Do you see that?
7      A.  Yes.
8      Q.  And that right now he's previewing
9  three other works at his house out here on
10 Long Island.  What did you mean by that, if you
11 remember?
12     A.  There were three works that were
13 going to be part of the show.
14     Q.  The Eden -- we're calling it the
15 Eden Rock show.  I know that might not have been
16 the name.
17     A.  Okay.
18     Q.  And what do you mean -- what does
19 that mean to you, previewing?  Was he showing
20 them to potential buyers, is that it?
21     A.  He -- I had given him -- we were
22 sort of -- I like to refer to Larry's house
23 as off-off-off-broadway, sort of a way of
24 previewing different works that have never
25 been shown before.

Richard Prince                                    October 6, 2009

Page 198

Prince
1        Prince
2   House and all those, right?
3        A.   Mm-hmm.
4        Q.   And we all know who Ron Perelman is.
5   Okay.  Donny Deutsch is an advertising person or
6   public relations person?  Don't know him?
7        A.   I don't know him.
8        Q.   Did Larry Gagosian buy one of these
9   paintings?  His name is listed here.
10       A.   I gave him --
11       Q.   You gave him.
12       A.   -- the painting.
13            MR. BROOKS:  Let's mark as
14   Exhibit 20 an article from the Art
15   Newspaper Bates stamped C00242 and 243.
16            (Plaintiff's Exhibit 20, article
17   from Art Newspaper, was marked for
18   identification, as of this date.)
19       Q.   Have you ever seen this article
20   before in the Art Newspaper?
21       A.   Yes, I was aware of it.
22       Q.   Let me ask you this.  There are some
23   photos at the top of the article, which, if you
24   will compare them with Exhibit 14, seem to
25   represent a part of that work, the Canal Zone

Page 199

Prince
1        Prince
2   2007.  Take Exhibit 14 if you want and compare
3   them.  Don't take my word for it.
4            Or 15.  Either one will do.
5            14 is probably better.
6            See --
7        A.   Yes.
8        Q.   -- there's a guy with a hat?
9        A.   Mm-hmm, yes.
10       Q.   There are like eight frames there,
11   right, or eight collaged pages.  And so that
12   comes from --
13       A.   Yes.
14       Q.   -- the canal Zone 2007 painting
15   work --
16       A.   It seems like --
17       Q.   -- apparently?
18       A.   No, not apparently.  It comes from
19   this section, the middle of the collage.
20       Q.   Correct.  Indicating the middle of
21   Exhibit 14, right?
22       A.   Yes.
23       Q.   Do you have any idea of how either
24   the Art Newspaper or Andrew Goldstein who wrote
25   this piece got a part of Exhibit 14?

Page 200

Prince
1        Prince
2        A.   No clue.  I don't.
3        Q.   Okay.  In the third paragraph he
4   states that, among other things, that Garry
5   Gross sued you over Spiritual America and that
6   the case was settled out of court.  That's not
7   correct?
8        A.   That is not correct.
9        Q.   You also say that -- he also says
10  rather that the essay for the show's catalog,
11  for instance, was written by James Frey.
12            Is it pronounced fray or fry?  How
13  do you pronounce F-R-E-Y?
14       A.   I believe it's fray.
15       Q.   Fray, okay.
16            The essay for the show's catalog,
17  for instance, was written by James Frey, the
18  controversial author who fabricated whole swaths
19  of his 2003, quote, memoir, unquote, A Million
20  Little Pieces.
21            Now, this is a reference to the
22  catalog for the Canal Zone show in 2008,
23  correct?
24            MS. BART:  Objection, form.
25       A.   I -- I don't know.  I'm --

Page 201

Prince
1        Prince
2        Q.   Okay.  Well, was there a catalog for
3   the Canal Zone show that took place at the
4   Gagosian Gallery --
5        A.   Yes.
6        Q.   -- in November-December 2008?
7        A.   Yes.
8        Q.   And was there a story in there by
9   James Frey?
10       A.   Yes, there was.
11       Q.   Did you ask him to write it?
12       A.   I did.
13       Q.   And did he write it?
14       A.   He did write it.
15       Q.   And did he base it on your pitch?
16       A.   He based it on my pitch.
17       Q.   And additions to your pitch that you
18  wrote in 2008?
19            MS. BART:  I'm sorry, can I hear the
20  question again?
21            (Record read.)
22       A.   I think I told him of the additions.
23  I'm not positive but I think, yes.
24       Q.   And also had an opportunity to see
25  some of the Canal Zone paintings in your

25b37d60-5af5-45da-8830-c8433bab81e9

Richard Prince                                    October 6, 2009

| | |
|---|---|
| Page 202 | Page 204 |

**Page 202**

1          Prince
2  Long Island studio in the summer of 2008,
3  correct?
4      A.   Yes.
5      Q.   You invited him there?
6      A.   Yes.
7      Q.   And was his essay based, as far as
8  you know, on those paintings as well as your
9  pitch and the additions to your pitch?
10     A.   His essay was essentially based on
11 my pitch.
12     Q.   Last question, was it also based on
13 the so-called guns and ammo paintings that were
14 part of the 2007 show at the Eden Rock, if you
15 remember?
16     A.   I don't think so, no.
17     Q.   Okay.  Now, how long have you known
18 Mr. Frey?
19     A.   Three years.
20     Q.   Did you know him when he wrote
21 A Million Little Pieces?
22     A.   No.
23     Q.   Are you aware that he misrepresented
24 that book as a memoir?
25     A.   No.

**Page 203**

1          Prince
2          MS. BART:  Objection, form.
3      Q.   Have you ever heard that he was on
4  the Oprah Winfrey Show talking about the book
5  and then went back on the show and told her this
6  was not an actual memoir, it was fiction?
7      A.   Yes, I was aware of that.
8      Q.   When did you become aware of that?
9      A.   That's hard to say.
10     Q.   Let me ask you this.  Was it before
11 you met and made his acquaintance or after?
12     A.   It was before I made his
13 acquaintance.
14     Q.   And how did you become acquainted
15 with him?
16     A.   He was -- I met him because he was a
17 collector of art, and an author.
18     Q.   Yes.  And after A Million Little
19 Pieces he wrote a book Bright Shiny Morning?
20     A.   Yes.
21     Q.   Did you design the cover for him?
22     A.   No, I did not design it.
23     Q.   What did you do?
24     A.   I provided the images.
25     Q.   For his cover?

**Page 204**

1          Prince
2      A.   Yes.
3      Q.   What images?
4      A.   They were images that I had
5  published in a previous book of mine.
6      Q.   What was the name of that book?
7      A.   Adult Comedy Action Drama.
8      Q.   So you gave him those images and
9  then somebody else designed the cover for his
10 book?
11     A.   Yes.
12     Q.   All right.  We've been talking --
13 withdrawn.
14          Before we get to this pitch that
15 you wrote, I'd like you to go back and look at
16 Exhibit 4 again, which is the interview of you
17 with Steve Lafreniere.
18          Do you remember we were looking at
19 this interview before?
20     A.   Yes.
21     Q.   It was in 2003, correct?
22     A.   This was 2003.
23     Q.   Well, that's what it says on the
24 front page, ArtForum March 2003.
25     A.   Yes, that's what it says.

**Page 205**

1          Prince
2      Q.   Okay.  Now, at the bottom of the
3  second page -- I don't mean to rush you.  If you
4  want to look at --
5      A.   No.
6      Q.   -- something on the first page, be
7  my guest.
8          The interviewer at the very bottom
9  is asking you, is naming three other well-known
10 contemporary artists, right?
11     A.   Yes.
12     Q.   Longo, Schnabel, and Sherman.
13          You know those people, right?
14     A.   Yes, I do.
15     Q.   And he says -- or she -- no, he says
16 that they've all made movies and I've wondered
17 why you haven't.  Do you see that question?
18     A.   Yes.
19     Q.   And then, according to this, your
20 answer was I'm not very collaborative, I like
21 being alone, working alone, I hate actresses,
22 I don't like having to ask permission, a green
23 light is not something I would be happy waiting
24 for.  Does that sound like an answer you gave in
25 2003?

Page 206

```
1              Prince
2       A.    It's the answer I gave, yes.
3       Q.    And then the interviewer asks you
4   anyway, well, what movies do you like, just from
5   the '80s, and I see you mentioned Road Warrior
6   and Blade Runner, which I guess you would agree
7   those are both post-apocalyptic movies, is that
8   right?
9       A.    Yes.
10      Q.    And I'm not really familiar with
11  the others.  Are any of the others also
12  post-apocalyptic movies?
13      A.    Terminator.
14      Q.    Okay, all right.  That's an Arnold
15  Schwarzenegger movie?
16      A.    Yes.
17      Q.    And did that, did your appreciation
18  for that genre inform your writing of the pitch,
19  of your pitch?
20      A.    I guess you could say that, yes.
21          MR. BROOKS:  Let's mark as
22  Exhibit 22 -- just so you know, I skipped
23  21, I'm not going to -- it's not going to
24  be marked.
25          Exhibit 22 is the pitch, Bates
```

Page 207

```
1              Prince
2   stamped PR79 and 80.
3          (Plaintiff's Exhibit 22, pitch, was
4       marked for identification, as of this
5       date.)
6       Q.    Mr. Prince, is this the pitch you
7   wrote for a movie -- for a movie?
8       A.    Yes.
9       Q.    And do you remember we were looking
10  at an e-mail you sent to Mr. Gagosian, is this
11  the pitch that you were referring to in that
12  e-mail?
13      A.    Probably, yes.
14      Q.    Are there different versions of it?
15      A.    Yes.
16      Q.    Okay.  Did you type it yourself on
17  the computer?
18      A.    Yes, I did.
19      Q.    Okay.  So, again, it's this Charles
20  Company, which is a person and not a company,
21  and his family, they arrive in St. Barth's,
22  everyone is crying because there's a nuclear
23  war, correct?
24      A.    Yes.
25      Q.    And what are we supposed to do, most
```

Page 208

```
1              Prince
2   of the world is destroyed, correct?
3       A.    Yes.
4       Q.    And you say you compare this to
5   On the Beach and Lord of the Flies?
6       A.    Yes.
7       Q.    For reasons that are probably
8   obvious?
9       A.    Yes.
10      Q.    And he's an architect in this
11  version, this person Charles Company?
12      A.    Yes.
13      Q.    And not somebody who's used to
14  shooting people or anything like that?
15      A.    No, he's not used to.
16      Q.    But he learns, he has to learn?
17      A.    He adapts, yes.
18      Q.    And they stay at the Eden Rock Hotel
19  with some other people?
20      A.    I believe his relatives, yes.
21      Q.    And, again, that's a hotel in
22  St. Barth's?
23      A.    Yes.
24      Q.    All right.  Now, and then at the
25  very end it says his son is standing lookout.
```

Page 209

```
1              Prince
2   Does that refer to these guns and ammo paintings
3   or not?
4       A.    I think when it says cut to a year
5   later --
6       Q.    Yes.
7       A.    Does it say that?
8       Q.    Yes, it does.
9       A.    Those paintings are the substitute
10  for what I would call the storyboard.
11      Q.    In other words, the bottom half of
12  somebody's body sometimes with a gun?
13      A.    Yes.
14      Q.    Did you ever submit this pitch or a
15  subsequent version of it to a movie studio or
16  production company?
17      A.    Production company, I don't know if
18  that's how you would describe it.  So I can't
19  say -- I would have to say no.
20      Q.    Who did you submit it to --
21  withdrawn.
22          Did you submit it to anyone with a
23  view to getting it made into a movie?
24      A.    Yes.
25      Q.    To getting a green light?
```

25b37d60-5af5-45da-8830-c8433bab81e9

Page 218

```
1              Prince
2      Q.    When did you decide to do the Canal
3   Zone paintings, the ones that are in the Canal
4   Zone book?
5      A.    June of 2008, late June.
6      Q.    So after you wrote this let's call
7   it an addendum to your pitch?
8      A.    Yes.
9      Q.    By the way, in the paintings -- I
10  didn't finish, besides the Amazons there are
11  also the ultimate ones.  Those are like masters
12  of the universe?
13     A.    Ultimate ones?  That I don't -- I
14  don't -- to tell you the truth, I don't know
15  what I was referring to -- power.
16         Oh, maybe the people who owned
17  things.
18     Q.    Like the hedge fund people who go
19  there at Christmas time?
20     A.    Maybe, yeah.
21     Q.    And then also Charlie Company also
22  represents family, and that's also a tribe
23  according to this?
24     A.    Yes.
25     Q.    Now, in the paintings are there any
```

Page 219

```
1              Prince
2   depictions of let's call them, to use your term,
3   the ultimate ones?
4      A.    No.
5      Q.    And are there any depictions of this
6   guy Charlie Company or his family?
7      A.    You could say his daughter got into
8   a couple of the pictures.
9      Q.    One of the nude women?
10     A.    Yes.
11     Q.    Is she a lesbian too?
12     A.    No.
13     Q.    So when we get to that painting
14  you'll --
15     A.    I don't think -- it's not -- well,
16  you probably have it.  It's not in the catalog.
17     Q.    All right.  I already asked you
18  about this, but let's mark as Plaintiff's 24
19  pages Bates stamped PR88 through 91.
20         (Plaintiff's Exhibit 24, PR88
21     through 91, was marked for identification,
22     as of this date.)
23     Q.    Mr. Prince, I've placed in front of
24  you Plaintiff's Exhibit 24.  If you could look
25  at -- start out by looking at the second page,
```

Page 220

```
1              Prince
2   which appears to be an e-mail from Betsy Biscone
3   at Prince Studio to James Frey, do you see that?
4         At the top of the second page?
5      A.    Yes.
6      Q.    She says, Lovely speaking with you
7   just now, and she is attaching the pitch,
8   capital T, capital P, correct?
9      A.    Yes.
10     Q.    And then she says, And a few images
11  from last December's Eden Rock show.  So those
12  are images of what you called before guns and
13  ammo, those paintings, from the Eden Rock show?
14     A.    Yes.
15     Q.    And then -- that was September 9th,
16  2008.  And then on September 11th, 2008, the
17  same person Betsy writes to Melissa -- do you
18  know Melissa at Gagosian Gallery?
19     A.    Yes.
20     Q.    She says towards the bottom of that
21  e-mail, Lastly, we love James' draft, I just
22  sent Richard off to the city and ask that he
23  touch base with him today.  Can you believe he
24  wrote all that in just one night?
25         Were you aware that he had taken
```

Page 221

```
1              Prince
2   your pitch and changed it quickly like that in
3   September?
4         MS. BART:  Objection, form.
5      A.    No.
6      Q.    You can answer.
7      A.    No, I wasn't aware of it.
8      Q.    Well, you gave him the pitch, right?
9         I mean we agreed to that, right?
10     A.    I believe I verbally gave him the
11  pitch, yes.
12     Q.    And it looks like Betsy actually
13  emailed it to him?
14     A.    If she did -- if she says she did,
15  I believe her.
16     Q.    But then she said -- she also said
17  he did a draft.  Okay, my question is did you
18  ever see that draft?
19     A.    No.
20     Q.    To this day?
21     A.    A draft by James Frey?
22     Q.    Yes.
23     A.    No.
24     Q.    You know he wrote an essay that's in
25  the Canal Zone book?
```

25b37d60-5af5-45da-8830-c8433bab81e9

Page 230

```
1                Prince
2      Q.   Well, it's your movie, right?
3      MR. HAYES:  No.
4      MS. BART:  But that's not his
5  script.
6      A.   It's not my -- it's his essay based
7  on -- based.
8      Q.   Right.  On your pitch?
9      A.   Really, I mean I think you would
10 have to ask him this question.
11     Q.   I'm going to.
12     A.   I think this would have to be more
13 fleshed out in order to answer that kind of
14 question, whether or not I would root for a guy
15 like that.  I mean I don't know what that has to
16 do with anything --
17     MS. BART:  Me neither.
18     A.   -- that we're talking about, but --
19     Q.   Well, let me ask you this.  Does
20 this pitch or the essay that ended up in the
21 Canal Zone book, do either of them have anything
22 to do with the paintings, your paintings in the
23 Canal Zone book and show?
24     MS. BART:  Objection to form.
25     MR. HAYES:  Objection to form.
```

Page 231

```
1                Prince
2      Q.   You can answer.
3      A.   You mean does his essay?
4      Q.   Have any bearing on your paintings
5  in the Canal Zone show and book?
6      A.   I think there are parts of his essay
7  that are fairly close to my original pitch,
8  not -- but I wouldn't say all of his essay.
9      Q.   But are they also --
10     MS. BART:  I had attempted to
11 interpose an objection before the witness
12 started speaking, and I will do that now.
13     Q.   I think maybe you misunderstood my
14 question.  My question was whether the pitch or
15 the essay had a bearing on your paintings that
16 are in the show and the book?
17     MS. BART:  Objection, form.
18     MR. HAYES:  Form also.
19     A.   Does my pitch have anything to do --
20 is that the question?
21     Q.   Let's start with your pitch.
22     A.   I'm sorry, I'm getting just a little
23 confused here.
24     Q.   There's a Canal Zone book and a
25 show, right, that was at the Gagosian Gallery at
```

Page 232

```
1                Prince
2  the end of 2008, right?
3      A.   Yes.
4      Q.   Those were your paintings, right?
5      A.   Yes.
6      Q.   Okay, first, your pitch that you did
7  in 2007 and modified in March 2008 --
8      A.   Yes.
9      Q.   -- does that relate to your
10 paintings?
11     A.   Yes.
12     Q.   Does his modification of your pitch
13 relate to your paintings?
14     MR. HAYES:  Objection to form.
15     MS. BART:  Join.
16     A.   Does his modification -- again, part
17 of his modification I would say, not all of it.
18     Q.   Can you tell me which part?
19     Well, bear in mind that's not the
20 final draft.
21     MR. HAYES:  So you -- what you want
22 him to do is compare the draft to the
23 painting --
24     MR. BROOKS:  Well, I'm going to --
25     (Multiple speakers talking at once.)
```

Page 233

```
1                Prince
2  (Interruption by reporter.)
3      MR. HAYES:  You want him to compare
4  the draft or --
5      MR. BROOKS:  Well, that's what we're
6  talking about now.
7      MR. HAYES:  Let me just finish.
8      Or the essay?
9      MR. BROOKS:  Right now the draft.
10 (Discussion off the record.)
11     MR. BROOKS:  Let's get this answer
12 and then we'll take a break.
13     A.   Yeah, I would say every year at
14 Christmas you and your family go to St. Barth.
15 That has to do with my original pitch.
16     You stay at Eden Rock --
17     (Clarification by reporter.)
18     A.   You stay in Eden Rock.
19     Everything is gone.  Everything
20 is gone.
21     Every major city in North America,
22 Russia, Europe, Middle East, that has to do with
23 my original pitch.
24     First day you're shocked, second day
25 you're scared, third day you're confused, fourth
```