**Page 234**

1          Prince
2  day you're panicked, fall apart on the fifth,
3  sixth day it is a riot, seventh day is doom.
4          He could have written -- he could
5  have just submitted that and that would have
6  been enough for me, personally.
7          But, as I said, I'm not -- I'm not a
8  censor, and I'm not an editor.  And I was the
9  one who asked him to write what he wanted to
10 write, you know.  I wasn't about to change
11 anything that he had given me.
12         I mean these are his words.
13         Your money is worthless, your job
14 title, that's all --
15     Q.  I think he's run out of film.
16     A.  I'm sorry.
17         THE VIDEOGRAPHER:  3:17.  Off the
18 record.  End of tape 3.
19         (Recess taken: 3:17 p.m.)
20         (Proceedings resumed: 3:29 p.m.)
21         THE VIDEOGRAPHER:  3:29.  On the
22 record.  Beginning of tape 4.
23 BY MR. BROOKS:
24     Q.  I think, Mr. Prince, you might have
25 been interrupted at the end of your answer.  You

**Page 235**

1          Prince
2  might not remember what the question was.  It
3  was something about whether there were things in
4  the draft essay by Mr. Frey that related to the
5  paintings in the Canal Zone show, and I think
6  you mentioned a few.  And if you have any others
7  you want to add, please do.
8      A.  I don't really think that anything
9  that James ultimately wrote for the essay for
10 the Canal Zone publication had anything to do
11 with the paintings really.
12         I told him he could write anything
13 he wanted.  I gave him carte blanche.
14         And ultimately he wrote, as far as
15 I can see, a variation, a very tiny -- again,
16 there's one paragraph of a pitch that I had made
17 to him and was continually updating at the time.
18 Whether he even got the updates, I really
19 can't -- I don't know.
20         But ultimately what I think he
21 turned in was something that had to do with his
22 own problems, which, as I said, he had just lost
23 a baby.
24     Q.  Do you have anything else to add to
25 that answer?

**Page 236**

1          Prince
2      A.  No.
3          MS. BART:  Objection, form.
4      Q.  Now, you mentioned that you bought a
5  copy of Yes Rasta in a bookstore you think in
6  about 2005 in St. Barth's?
7      A.  Yes.
8      Q.  When you decided to make the
9  paintings did you then buy additional copies of
10 Yes Rasta?
11     A.  I believe we were informed that the
12 book was out of print when I bought the -- I
13 don't actually know -- I believe we got them on
14 eBay.  I really don't know where we got the
15 additional books.
16     Q.  All right.  But you did get
17 additional books?
18     A.  Yes.
19     Q.  How many?
20     A.  I think we bought maybe four
21 additional books.
22     Q.  In 2008?
23     A.  Yes.
24         MR. BROOKS:  Let's mark as
25 Plaintiff's Exhibit 27 a one-page document

**Page 237**

1          Prince
2  Bates stamped PR38.
3          (Plaintiff's Exhibit 27, PR38, was
4  marked for identification, as of this
5  date.)
6          (Discussion off the record.)
7          MR. BROOKS:  It's been pointed out
8  to me -- and, for the record, I skipped
9  Exhibit 26 as well.
10         MR. HAYES:  So this is 27?
11         MR. BROOKS:  This is 27.  There will
12 not be an Exhibit Plaintiff's 26.
13 BY MR. BROOKS:
14     Q.  Mr. Prince, you say you bought the
15 three -- well, you said you bought four books.
16 Does this refresh your recollection that you
17 actually bought three additional books?
18     A.  As I said, I wasn't sure -- three or
19 four, I guess it says three here.
20     Q.  Right.  And it also says you didn't
21 buy them from eBay, you bought them from a
22 company called Powerhouse Books.  Do you see
23 that?
24     A.  Yes.
25     Q.  How did you know to order the books

Richard Prince                                    October 6, 2009

---

Page 238

Prince

1
2  from Powerhouse Books?
3      A.   I didn't.  I think Betsy was the one
4  who took care of that.
5      Q.   Okay.
6          (Discussion off the record.)
7          MR. BROOKS:  Okay.  I have four
8      copies of this book, and I'm going to have
9      one of the copies deemed marked as
10     Exhibit 42.
11         MR. HAYES:  Exhibit 42?
12         MR. BROOKS:  I'm sorry, 41.
13         No, not that.  41.
14         And I'm going to distribute copies
15     of the book so counsel can follow along
16     with me, but I'm not proposing to give you
17     these books because these are the only
18     four we have.
19         However, at some point if you
20     desire, if you don't have the book already
21     yourselves, we'll make a copy of this.  I
22     can tell you it's almost impossible to
23     make a good copy of this.  So that's why
24     we're doing it this way.
25         MR. HAYES:  Okay.

---

Page 239

Prince

1
2          MR. BROOKS:  But I will give you the
3      books for use during the deposition.
4      Actually, I only have two, you're going to
5      have to share.
6          MS. BART:  I'm not sharing with him.
7          MR. HAYES:  That's what a lot of
8      people say.
9          (Plaintiff's Exhibit 41, Yes Rasta
10     book, was marked for identification, as of
11     this date.)
12     Q.   So we've handed you what's been
13  marked as Plaintiff's 41.  And is this the book
14  that you bought in about 2005?
15     A.   Yes.
16     Q.   And then you bought three more
17  copies in 2008 apparently?
18     A.   Apparently I did, yes.
19     Q.   From Powerhouse Books?
20     A.   Yes.
21     Q.   Can you turn to the last page of the
22  book?
23         MR. HAYES:  The last page of
24     printing or the last page --
25         MR. BROOKS:  The last page.

---

Page 240

Prince

1
2          MR. HAYES:  Okay.
3          MR. BROOKS:  There's a word for that
4      but I am blanking on it.  Colophon page or
5      something like that.
6  BY MR. BROOKS:
7      Q.   It says Yes Rasta, copyright 2000,
8  Powerhouse Cultural Entertainment Inc.;
9  photographs copyright 2000, Patrick Cariou;
10 essay copyright 2000, Perry Henzell.
11         And further down -- and then it says
12 all rights reserved, no part of this book may be
13 reproduced in any manner or transmitted by any
14 means whatsoever, electronic or mechanical
15 including photocopying, recording, and Internet
16 posting display and retrieval without the prior
17 written permission of the publisher.
18         And then it says it's published in
19 the United States by Powerhouse Books.
20         Did you see all that?
21         Do you see that now?
22     A.   I see it now, yes.
23     Q.   And did you notice that when you
24 bought the book in 2005?
25     A.   No, I didn't.

---

Page 241

Prince

1
2      Q.   Did you look to see who the
3  publisher was so you could order more books?
4      A.   I think probably by 2008 we --
5  that's probably how we got ahold of the
6  additional books.
7      Q.   Right.
8  MO      MS. BART:  Objection.  Move to
9      strike answer as speculative.
10     Q.   Did you personally ever notice that
11 there was a copyright notice in the Yes Rasta
12 book?
13     A.   No.
14     Q.   Do you know what I mean by copyright
15 notice?
16         MR. HAYES:  Objection as to form.
17     A.   Do you mean the little C with the
18 circle on it?
19     Q.   Yes.
20     A.   Yes.
21     Q.   Now, in the -- withdrawn.
22         In your book do you know who the
23 copyright owner is of the essay?
24     A.   No, I don't.
25         MR. BROOKS:  Let's mark as

---

Richard Prince                                          October 6, 2009

| Page 242 |
|---|
| Prince |

1              Prince
2       Plaintiff's Exhibit 28 an interview in
3    Interview Magazine Bates stamped C65
4    through C77.
5          (Plaintiff's Exhibit 28, interview
6    in Interview Magazine, was marked for
7    identification, as of this date.)
8       Q.   Mr. Prince, do you recall being
9    interviewed in Interview Magazine by Glenn
10   O'Brien?
11      A.   Yes.  Yes.
12      Q.   And that was when, do you remember?
13      A.   I believe it was early September,
14   the actual interview.
15      Q.   And part of the interview is about
16   the upcoming Canal Zone show?
17      A.   Yes.
18      Q.   Was that the reason the interview
19   was set up or one of the reasons?
20      A.   No.
21      Q.   Okay.  But before the interview --
22   let me back up.  Glenn O'Brien in the beginning
23   of the interview says that in the spirit of full
24   disclosure he is good friends with you, is that
25   true?

| Page 243 |
|---|
| Prince |

1              Prince
2       A.   Yes.
3       Q.   You've known him a long time, right?
4       A.   Yes.
5       Q.   You did some illustrations for a
6    book of poems that Glenn O'Brien wrote a long
7    time ago?
8       A.   Yes.
9       Q.   Lozenge eyes?
10      A.   Yes.
11      Q.   Is that a technique that you
12   borrowed from John Baldessari?
13      A.   No.
14      Q.   Did you borrow it from someone?
15      A.   No.
16      Q.   It's your own technique?
17      A.   What do you mean by technique?
18      Q.   Putting lozenge eyes on --
19      A.   It's my own.  I came up with the
20   idea, yes.
21      Q.   And you did it for Glenn O'Brien's
22   book?
23      A.   Yes.
24      Q.   To illustrate his poetry?
25      A.   To illustrate his poetry, yes.

| Page 244 |
|---|
| Prince |

1              Prince
2       Q.   Now, before he interviewed you isn't
3    it true that he asked you if you could get him
4    images of the paintings that were going to be
5    displayed at the Canal Zone exhibition?
6       A.   He asked me that?
7       Q.   Yes.
8       A.   I don't recall.
9       Q.   Do you see on the very first page of
10   this interview beneath -- there's a photograph,
11   is that a photograph of you?
12      A.   Yes.
13      Q.   There are it looks like five images?
14      A.   Mm-hmm, yes.
15      Q.   And those, all five of those are
16   paintings of yours that were on display at the
17   Canal Zone exhibition at the Gagosian Gallery in
18   November-December 2008?
19      A.   Yes.
20      Q.   And do you know how he got them?
21      A.   No, I don't.
22      Q.   Or how Interview Magazine got them?
23      A.   No, I don't.
24      Q.   Can you tell me by looking at those,
25   at the first page of Exhibit 28, the name of the

| Page 245 |
|---|
| Prince |

1              Prince
2    first painting, the one beneath your image to
3    the left?
4       A.   That's a detail of the painting.  Is
5    that -- it could be James Brown's Disco Ball
6    maybe.
7       Q.   Did you -- who came up with the
8    titles for these paintings?
9       A.   I did.
10      Q.   All by yourself?
11      A.   Yes.
12      Q.   The one to the right is a detail
13   from what painting, can you tell us?
14      A.   I can't recall that title.
15      Q.   And then the one -- I'm going
16   counter-clockwise.  The one beneath that,
17   there's a woman, I don't know, it looks like
18   she's bending over, maybe in water.  The one on
19   the lower right, that's a detail from which
20   painting?
21      A.   I think that's called On the Beach,
22   or On the Beach On the Beach, I'm not quite --
23   but it's something about on the beach.
24      Q.   Or it could be The Ocean Club,
25   right?

Richard Prince                                    October 6, 2009

Page 246

```
 1               Prince
 2        MS. BART:  Objection, form.
 3        MR. HAYES:  Objection to form.
 4    A.   Oh, The Ocean Club, yes, that's
 5  true.
 6    Q.   It is The Ocean Club, right.
 7        And The Ocean Club is a hotel in
 8  Paradise Island?
 9    A.   Ocean Club was a club on Chambers
10  Street that was in operation approximately 1979,
11  1980.
12    Q.   Chambers Street in Manhattan?
13    A.   Yes.
14    Q.   And is that what you named it after?
15    A.   Yes.
16    Q.   The one to the left of that in the
17  middle lower -- the middle, the lower row, what
18  is that an image from?
19    A.   That's a detail of a painting I
20  believe is called Cheese and Crackers.
21    Q.   And finally the one to the left of
22  it?
23    A.   Detail of an image called Ding Dong
24  the Witch is Dead.
25    Q.   Do you know if any of those
```

Page 247

```
 1               Prince
 2  paintings were sold?
 3    A.   I believe -- I believe one of these
 4  five paintings were sold.  In fact, I'm pretty
 5  sure.
 6    Q.   Which one?
 7    A.   If it's James Brown -- the one in
 8  the upper left-hand corner.
 9    Q.   And was that sold for 2.7-million
10  dollars?
11    A.   No.  No.  Actually, it wasn't sold,
12  it was traded -- I traded that for another
13  painting.
14    Q.   And who did you trade it to?
15    A.   Larry Gagosian.
16    Q.   For a Larry Rivers painting?
17    A.   Yes.  Part -- I mean it was part of
18  a Larry Rivers trade, this painting.
19    Q.   The Larry Rivers painting is Dying
20  and Dead Veteran?
21    A.   Yes.
22    Q.   Do you know the value of it?
23    A.   I think -- I think he was talking
24  about around 2-million dollars at the time.
25    Q.   But Larry Rivers was dead then,
```

Page 248

```
 1               Prince
 2  right?
 3    A.   Yes.
 4    Q.   So who was talking, Mr. Gagosian?
 5    A.   I'm sorry?
 6    Q.   Who was talking about 2-million
 7  dollars?  You said he.
 8    A.   Oh, Larry.  Larry Gagosian was
 9  talking about it.
10    Q.   Are these titles that you came up
11  with an important component of these paintings?
12        MS. BART:  Objection, form.
13        MR. HAYES:  Objection as to form
14  too.
15    A.   I would like to think so, yes.
16  Again, it's speculative.
17    Q.   But you have trouble remembering the
18  names of the paintings?
19    A.   I think I just named them pretty
20  close.  The Ocean Club I was off a little bit.
21  It did have something to do with a beach.
22        As I said, I would like to think
23  that they -- they're important.  But they're
24  not -- I think they help in the transformation
25  of and they're part of the process in
```

Page 249

```
 1               Prince
 2  recontextualizing the image.
 3        Yeah, I would have to say giving
 4  them -- I think titles for me are very
 5  important.  I guess I'm answering your question
 6  because I don't know if they're important to
 7  other people.  But to me they are.
 8    Q.   And how do the titles inform us
 9  about the subject and meaning of the paintings
10  in the Canal Zone exhibition?
11    A.   I think they create a certain kind
12  of isolation and removal and set up a kind of
13  another type of story.  It's -- it creates
14  another type of subtext that you can read into
15  the painting.
16        Like James Brown's Disco Ball, I
17  think it's poetry.  It's a great way to describe
18  the painting.  It removes the image from its
19  original intent totally.
20        I don't believe any of the images in
21  this particular book Yes Rasta had anything to
22  do with James Brown.  However, my painting now
23  does.  I think that's one way in which a title
24  helps makes my work different and it makes it
25  into another -- gives it another reading.
```

25b37d60-5af5-45da-8830-c8433bab81e9

Richard Prince                                    October 6, 2009

Page 250

                    Prince
1                   Prince
2        Q.   Okay.  So what does this painting in
3   the left-hand corner of Exhibit 28 of the first
4   page, what does it have to do with James Brown?
5        A.   I believe at the time I had just had
6   bought James Brown's disco ball at auction that
7   day that I named the painting.
8        Q.   Okay.
9        A.   And I believe I had just finished
10  the painting.  And I think sometimes titles --
11  it's kind of like when worlds collide, you get
12  very lucky sometimes in terms of the
13  spontaneity, the happening.  It's like a
14  performance.
15       Q.   Well, is James Brown's disco ball
16  the subject of that particular painting?
17       A.   I think so.
18       Q.   Is there a disco ball in that
19  painting?
20       A.   I think there are probably -- it's
21  only a detail, but I think there's probably --
22  to my way I would interpret it, there's probably
23  five disco balls in that painting.
24       Q.   In this segment or in the other part
25  of this --

Page 251

1                   Prince
2        A.   In the painting.  I believe -- I
3   believe those images, the bodies are kind of
4   moving to the type of music that maybe James
5   Brown created.
6        Q.   Okay.  And what about Cheese and
7   Crackers, what does that have to do with that
8   painting?
9        A.   Cheese and Crackers is probably --
10  has to do with the middle image, which has
11  remnants of a De Kooning head.  That's a --
12  that's what I would call a painting that's a
13  bridge painting between De Kooning paintings and
14  the Canal Zone paintings.
15       Q.   Are you talking about the woman with
16  her legs spread?
17       A.   Yes, the woman with her legs open
18  and she's waving.  And I just felt like Cheese
19  and Crackers was a way to describe her
20  expression.
21       Q.   How so?
22       A.   As.I said, it's a very light kind of
23  fun, hi-how-are-you type of expression.  You
24  know, they're the sort of -- they represent a
25  kind of a band.  Every painting basically

Page 252

1                   Prince
2   represents a kind of a band.  And --
3        Q.   Do you mean a musical band?
4        A.   Yeah, a musical band.  I mean that's
5   one of the things that I was thinking of when I
6   was making these paintings.
7        Q.   So are we still with the
8   post-apocalyptic theme but with bands?
9        A.   We're with all those kinds of
10  things.  And I think that my naming them Cheese
11  and Crackers, maybe that was the name of the
12  band rather than the name of the painting.  And
13  I think that a lot of bands come up with crazy
14  names.
15       Q.   Right.
16       A.   I mean these are some of the things
17  that I'm thinking about.
18       Q.   What about The Ocean Club, what's
19  the significance of that name, that title?
20       A.   I think The Ocean Club was --
21  primarily had to do with the female figure, the
22  way that female figure got repeated in the
23  image.  She was at the beach.
24       Q.   Was that one of the lesbians?
25       A.   No, that's not the lesbian painting.

Page 253

1                   Prince
2        Q.   So the only lesbians are in that one
3   painting?
4        A.   No.  One shows up in another
5   painting.  But primarily the -- the four -- the
6   lesbian painting -- that was in the show.
7        Q.   Yes.
8        A.   But I don't know if it's in the
9   catalog.  I would have to check.  I know that
10  another lesbian showed up in another painting.
11  I know that's not in the catalog.
12       Q.   How about -- I notice there's one
13  that was part of the show, even though I don't
14  think it's in the book, called Pumpsie Green?
15       A.   Pumpsie Green.
16       Q.   So he was the first African-American
17  player on the Boston Red Sox?
18       A.   My hero.
19       Q.   Which was the last team to
20  integrate?
21       A.   My hero.
22       Q.   Correct?
23       A.   Yes.  Second baseman I believe.
24       Q.   And what does that have to do with
25  this?

25b37d60-5af5-45da-8830-c8433bab81e9

Page 258

Prince

1   from the Canal Zone show?
2
3        A.   Yes.
4        Q.   Jointly?
5        A.   Yes.
6        Q.   And did you hold some of the
7   paintings for them?
8        A.   I didn't hold them, no.
9        Q.   Did Gagosian?
10       A.   I don't know if he held them.
11       Q.   Did you ask them to?
12       A.   No, I don't believe I did.
13       Q.   Do you know if either of them bought
14   any of the paintings?
15       A.   They did not buy any of the Canal
16   Zone paintings.
17       Q.   Now turn to page C75, please, on
18   Exhibit 28.
19       A.   75?
20       Q.   Yes.  Just before we leave this
21   issue with Leonardo DiCaprio and Tobey Maguire,
22   do you recall that they wanted you to hold Color
23   Me Mine and Mr. Jones?
24       A.   I believe they were interested in
25   those two paintings, yes.

Page 259

Prince

1
2        Q.   All right.  Now, we're on page 75,
3   and Mr. O'Brien is asking you, So how did you
4   get into these Rasta pieces that are you doing
5   now?  I know a little bit about it.
6        Do you see where I'm reading from?
7        MR. HAYES:  Right here.
8        A.   Yes, I see.
9        Q.   And then your answer was, That was
10   just from hanging out in St. Barth's for the
11   last 12 years?
12       A.   I see that -- I see that that was my
13   response, yes.
14       Q.   And had you been going to
15   St. Barth's for vacations for about 12 years
16   prior to 2008?
17       A.   Seems like -- that seems the right
18   amount of years, yes.
19       Q.   And then he said, And we all know
20   how many Rastas there are in St. Barth's.  He
21   was being facetious you thought?
22       MS. BART:  Objection to form.
23       MR. HAYES:  Objection, form.
24       A.   I don't know -- I would imagine he
25   was -- he's a bit of a jokester.

Page 260

Prince

1
2        Q.   Right.
3        A.   But I really can't speak to what he
4   was implying.
5        Q.   Right.  But you said there aren't
6   that many Rastas in St. Barth's, right?
7        A.   There aren't that many.
8        Q.   In fact, there aren't any, right?
9        MS. BART:  Objection to form.
10       MR. HAYES:  Objection.
11       A.   I would disagree with that.
12       Q.   Oh, I thought you said that before.
13       A.   I've --
14       Q.   There are some?
15       A.   There are people -- let me put it
16   this way then.  I don't know that much about
17   Rastafarians.  However, I do believe I have seen
18   people who look like Rastafarians in St. Barth.
19   That's the best I can answer that question.
20       Q.   Do you think Manny Ramirez looks
21   like a Rastafarian?
22       A.   I don't know who Manny Ramirez is.
23       MS. BART:  Objection to form.
24   I don't think -- that's just really not
25   relevant.

Page 261

Prince

1
2        Q.   I thought you were a Red Sox fan?
3        A.   I never said I was a Red Sox fan.
4        Q.   You don't know who Manny Ramirez is?
5        A.   No, I don't.
6        MS. BART:  What does this have to do
7   with this case?
8        Q.   All right.  Now, you say you picked
9   up a book on them?
10       A.   In -- literally, yes, I picked up a
11   book.
12       Q.   Okay.  And that's the Yes Rasta
13   book --
14       A.   Yes.
15       Q.   -- that we've been talking about,
16   that's in front of you?  Okay.
17       Now, down a few lines you said, But
18   I love the look, comma, and I love the dreads.
19   What did you mean by that?
20       A.   What do you mean what do I mean by
21   that?  I just said it.  I love the look and I
22   love the dreads.
23       Q.   What did you love about the look?
24       A.   I love the way they looked.
25       Q.   How so?

Page 262

Prince

2    A.   I don't know how to answer that
3  question, how so.  I love the way they looked.
4  I mean that's usually I get -- that's how I
5  respond to images.
6          I think maybe I liked the way that
7  they were so different.
8    Q.   Than what?
9    A.   Than myself.  I don't have dreads.
10  I wish I could.  I mean I think that was some of
11  the thinking or some of the -- perhaps it goes
12  back to the girlfriends.  The reason why I took
13  the girlfriends is I wanted to be a girlfriend.
14          I think some of the attraction that
15  I had to some of these people who looked like
16  Rastas in St. Barth, hanging out at the bars, I
17  said to myself, gee, I wish I could look like
18  that some day.
19          So if I can't look like that maybe
20  I should paint them.  Maybe that's a way to
21  substitute that desire.  I mean that's the only
22  way I can answer that love question.
23    Q.   All right.  But had you ever seen --
24  I think you testified about this before lunch,
25  had you ever seen pictures of Rastas before?

Page 263

Prince

2    A.   Had I ever seen pictures?
3    Q.   Yes.
4          MR. HAYES:  Objection to the form.
5    A.   When?
6    Q.   Ever?
7    A.   I'm sure I had.
8    Q.   And didn't you say had you a book
9  about Bob Marley with Rastas in it?
10    A.   I think I went out and tried to buy
11  a book at the same time.
12    Q.   Right.  So what was it about these
13  pictures that made you want to copy them?
14          MS. BART:  Objection to form.
15          MR. HAYES:  Objection, form.
16    A.   I think, again, it's that notion
17  about when worlds collide.  I happened to be
18  listening to Radiodread.  Do you know who
19  Radiodread is?  It's a band that sampled and
20  replicated Radiohead's album, and did it in a
21  reggae manner.  And my son, my stepson was
22  playing it on vacation in St. Barth.
23    Q.   When you found this book?
24    A.   And I was very much into that album.
25  I played it over and over.  And then the next

Page 264

Prince

2  day I walk into a bookstore and what do I pick
3  up, a book that had pictures of Rastas in them.
4  I said to myself, hmm, something is in the air.
5          And that's my -- that's how I
6  react -- that's how things happen.  It was pure
7  chance.
8    Q.   Okay.
9    A.   And it's a great -- I thought that
10  was a great marriage, the fact that I was
11  listening to Radiodread, which I loved, and I
12  saw what I considered these really kind of
13  interesting documents.
14    Q.   When you say interesting documents,
15  are you talking about the photos in Yes Rasta?
16    A.   Yes.
17    Q.   What was interesting about them?
18    A.   I think I've already said that.
19  I'll say it again.  I liked -- I was looking for
20  black-and-white images of figures.
21    Q.   Why?
22    A.   I wanted to put them next to my
23  De Kooning women.
24    Q.   Are there any De Kooning women in
25  the Canal Zone book?

Page 265

Prince

2    A.   Yes, there's one right on the cover.
3  I think she's off to the right.  And I think we
4  just talked about the one in Interview Magazine.
5  I think you were talking about Cheese and
6  Crackers.
7    Q.   Right.  Right.
8    A.   That's a De Kooning woman right
9  here.
10    Q.   Okay.
11    A.   She has a face that was painted by
12  De Kooning.  And that was one of the very --
13  that was painted in June of '08.  As I said, it
14  was a bridge painting.  I was trying to channel
15  my inner De Kooning in that painting.
16    Q.   In Cheese and Crackers?
17    A.   In Cheese and Crackers.
18    Q.   Now, getting back to the interview,
19  you said that you liked -- we just looked at
20  this.  When you said I love the book, I love the
21  dreads, so I just started fooling around with
22  this book, drawing it like I did with the
23  De Kooning paintings.
24          You've already explained that, you
25  wrote right in the first book, right?

Richard Prince                                    October 6, 2009

---

Page 266

```
 1              Prince
 2     A.   Yes.
 3     Q.   And then it says, Then I wrote the
 4  proposal, which I pitched to Hollywood, it was
 5  called Eden Rock.  And then it goes through the
 6  story about the guy who gets off the plane.
 7     A.   Yes.
 8     Q.   And look at the next page.
 9          So were you saying that the
10  Yes Rasta book inspired your idea for the pitch?
11     A.   No.
12     Q.   No?  Okay.
13     A.   What was inspiring was, again,
14  another element in this kind of crazy marriage.
15  The day before I went in and found this book I
16  noticed these cruise -- these monumental cruise
17  ships.
18     Q.   In St. Barth's?
19     A.   In St. Barth.  And I started looking
20  at them and saying there's another thing that
21  should be in my screenplay.  And yes, who should
22  be on that boat is a reggae band.  So I had that
23  in my head.
24          So I think what inspires what, it's
25  all very organic here.  It's all very fluid.
```

---

Page 267

```
 1              Prince
 2  There's no -- there's no plan.
 3     Q.   Right.  Is there a message?
 4     A.   There certainly is a message.
 5     Q.   What is the message?
 6     A.   The message is to make great art
 7  that makes people feel good.  That's my message.
 8  Now, I know it might not be someone else's, but
 9  I believe that's also the way I've always
10  defined art.
11     Q.   Now, you're talking again about the
12  guy who lands in St. Barth's.  This is on the
13  next page.  And it says so he and his relatives
14  take over a hotel, they take over Eden Rock.  Do
15  you see that?
16     A.   Yes.
17     Q.   Now, there actually are no pictures
18  in the Canal Zone paintings of the guy who got
19  off the plane and his relatives, is that right
20  or not right?
21          MR. HAYES:  Objection to the form.
22     A.   There are no pictures of Charlie
23  Company and --
24     Q.   Right.
25     A.   There might be, there might not be.
```

---

Page 268

```
 1              Prince
 2  I believe there aren't of Mr. Company.
 3     Q.   He's supposed to be a white guy,
 4  right?
 5     A.   He's a white guy.
 6          No, I believe his daughter -- I
 7  think only his daughter shows up in one of the
 8  paintings later.
 9     Q.   Then you say the Rastas escaped from
10  their cruise ship and they take over their own
11  hotel, the Manapany, right?
12     A.   Yes.
13     Q.   And are there any pictures of them
14  taking over the Manapany in the Canal Zone book?
15     A.   No.
16     Q.   And then you said and then there's a
17  lesbian group of girls who escape and take over
18  their own hotel, the Guanahani?
19     A.   Yes.
20     Q.   And those are those four literary
21  artistic women from the early 20th Century?
22     A.   Yes.
23     Q.   And there's a painting of them?
24     A.   Yes.
25     Q.   And then you said -- this is to
```

---

Page 269

```
 1              Prince
 2  Gerald O'Brien in the interview -- so everybody
 3  has their own hotel, and that's where the video
 4  game rights come into this pitch.
 5          Where do the video game rights come
 6  into this pitch?
 7     A.   Is that -- are you asking me --
 8  you're asking me?
 9     Q.   These are your words in the
10  interview?
11     A.   Right.
12     Q.   What did you mean?
13     A.   I think I was thinking about the
14  fact that I know nothing about video games
15  and -- but my -- all my stepson's friends play
16  them.  And I felt that there might be a
17  possibility to -- I had seen some of the
18  graphics involved in some of these games when
19  they play, and I felt that the different tribes
20  that take over the different hotels and they
21  kind of, you know -- it was just a thought.  And
22  I think I ran this by Michael Ovitz and he loved
23  the idea.
24     Q.   So you viewed this whole thing as an
25  extremely commercially successful potential
```

---

25b37d60-5af5-45da-8830-c8433bab81e

Richard Prince                                    October 6, 2009

---

Page 270

```
1               Prince
2    venture, paintings --
3        A.   The pitch?
4        MR. HAYES:  Objection.
5        Q.   Paintings, movies, and video game
6    rights, right?
7        MR. HAYES:  Objection as to form.
8        A.   No, I've never thought that what I
9    do or what I produce or what I put out will
10   ever, one, sell.
11       I've made art for 34, 35 years and
12   nothing sold.  What I -- my experience in terms
13   of what I make, it seems that a lot of people
14   just couldn't dig it.  And to tell you the
15   truth, it was not one -- when I put up the Canal
16   Zone show at Larry Gagosian's there was not one
17   review in any newspaper, in any magazine.  And I
18   find that incredibly unsuccessful.
19       Q.   But weren't some of the paintings
20   sold before the show even opened?
21       A.   They were sold, yes.
22       Q.   For millions of dollars?
23       A.   I wouldn't characterize it for
24   millions.  For a couple of million dollars,
25   there were two paintings I believe that were
```

Page 271

```
1               Prince
2    sold before the Lehman Brothers meltdown, yes,
3    there were two paintings that were sold for
4    approximately 2-million dollars.
5        Q.   Then you say that we got a
6    ghostwriter to do the story.  Is that James
7    Frey?
8        A.   No.
9        Q.   Oh, that's the ghostwriter Ovitz got
10   for you?
11       A.   That was -- I was referring to the
12   ghostwriter for Eden Rock.
13       Q.   Not James Frey?
14       A.   No.  James Frey is not the
15   ghostwriter.
16       Q.   And it's being published, you say,
17   and eventually hopefully it will be totally
18   fucked by Hollywood, but I don't care because
19   it's all under a pseudonym, my name is not
20   attached to it.
21       What did you mean by that?  Why
22   didn't you want your name attached to the
23   screenplay or the movie?
24       A.   They were never going to write what
25   I initially saw as something I would want to
```

Page 272

```
1               Prince
2    have my name attached to.
3        I knew that -- I know or I am
4    imagining the mechanisms of Hollywood I know
5    enough to not get involved.
6        Q.   So why did you want to do the
7    screenplay and the video rights?
8        A.   I was very interested in the movie
9    The Player, which is all about a pitch, and I
10   was very interested in the fact that I could
11   maybe write a one-and-a-half-page outline and
12   see if it could turn into something.
13       Q.   Okay.  Back to page C76 of this
14   interview.  Are you there?
15       A.   Yes.
16       Q.   You say, So anyway, the Rastas and
17   the lesbians started starring in these pictures
18   and were kind of like bands, there are like five
19   people to a picture, and every picture has a
20   title to it.
21       A.   Okay.
22       MR. HAYES:  Just wait one second
23   while he catches up to you.
24       A.   Where are we?
25       Q.   It's C76.
```

Page 273

```
1               Prince
2        A.   So anyway -- oh, okay, Fulton Ryder
3    is the pseudonym.  So anyway?  Yes.
4        Q.   So anyway, the Rastas and the
5    lesbians started starring in these pictures and
6    were kind of like bands, there were like five
7    people to a picture and every picture has a
8    title to it.  It sort of becomes an allegory.
9    It's just something I needed to get out of my
10   system.  The pictures are very quickly done,
11   they're not really thought about, and there's a
12   collage element to them that's very primitive.
13   Paste up, cutting with scissors, and squeegeed
14   on with paint.  It's something that I can do by
15   myself and I like that aspect of it.  I don't
16   need assistants.  I don't need anybody.
17       What did you mean by the pictures
18   are not really thought about?  Did you mean by
19   you?
20       A.   I like to paint a painting and
21   finish it within a day, day and a half tops.  I
22   like instant paintings.
23       Q.   In the case of these paintings what
24   did you mean that they're not really thought
25   about?
```

Richard Prince                                    October 6, 2009

| | |
|---|---|
| **Page 274** | **Page 276** |

**Page 274**

                    Prince
1                   Prince
2    A.   That's --
3         MS. BART:  Objection, form, and
4    asked and answered.
5    A.   I'm trying to answer your question.
6    That's what I mean.  I like -- I like when I do
7    things fast.  I think they should be done very
8    quickly.  I think when they drag on, you know,
9    you can overthink it.  I don't like a painting
10   that's overcooked.
11   Q.   Okay.  I understand your answer, but
12   I was asking about these paintings, not what you
13   generally like.
14   A.   No, I'm talking about these specific
15   paintings.  They were done day, half a day, some
16   of them took two hours.  That's what was so
17   satisfying about the process.  You know,
18   Especially Around Midnight, a painting that you
19   had previously said that I didn't remember the
20   title to --
21   Q.   No, that was Île-de-France.
22   A.   You didn't say that.  You pointed to
23   an e-mail from Eric Brown suggesting that Eric
24   thought that I didn't remember the title.
25   Q.   Île-de-France.

**Page 275**

1                   Prince
2    A.   Well, it wasn't Île-de-France.
3    That's not the way I remember the question.  It
4    was Round About Midnight.
5    Q.   When you read the transcript you'll
6    see.
7    A.   Fine.  Okay.
8    Q.   But let's get back to what you were
9    saying about doing them quickly.  What is it
10   that you were saying, that you like to do them
11   quickly because?
12        MS. BART:  Objection --
13   A.   I don't like to --
14        (Multiple speakers talking at once.)
15        (Interruption by reporter.)
16        MS. BART:  Objection to form and
17   asked and answered.
18        MR. HAYES:  And I joined in it.
19        MS. BART:  He just doesn't like the
20   answer.
21   A.   It has to do with technique.  I come
22   up with various techniques that are very new, no
23   one's ever done them before.  Like the squeegee.
24        No one had ever painted a painting
25   by squeegeeing on a collage onto a piece of

**Page 276**

1                   Prince
2    canvas.  No one had ever done that before.  That
3    was totally new and it was a very quick way to
4    add on an ingredient and make it into an entire
5    recipe.
6    Q.   Okay.  So let's talk about the
7    ingredients.  These guitars that you say -- your
8    contribution to the Rastas was this introduction
9    of the guitar.  Do you see where you said that?
10        MS. BART:  Objection, form.  I mean
11   there are --
12        MR. BROOKS:  That's fine.
13        MS. BART:  No, I just wanted --
14        MR. BROOKS:  There are no speaking
15   objections.
16        MS. BART:  I'm going to make my
17   comment for you --
18        MR. BROOKS:  Don't make it for him.
19        MS. BART:  He's not my client.
20        MR. BROOKS:  I know that.
21        MS. BART:  I'm making it for you.
22        There are a myriad of pictures in
23   this book, and to ask a blanket question
24   like that --
25        MR. BROOKS:  No, I'm asking him

**Page 277**

1                   Prince
2    about something he said in an interview.
3    He said and then my contribution to the
4    Rastas was this introduction of the
5    guitar.
6    BY MR. BROOKS:
7    Q.   Do you see that?
8    A.   Yes.
9        MS. BART:  Still objection.
10   Q.   Was the guitar one of the
11   ingredients in these paintings?
12   A.   Yes.
13        MS. BART:  I'm still objecting.
14        MR. BROOKS:  Fine.
15   BY MR. BROOKS:
16   Q.   Were the naked women an ingredient
17   in the paintings?
18   A.   Yes.
19   Q.   Were the Rastas --
20        MS. BART:  Objection.
21        (Interruption by reporter.)
22   BY MR. BROOKS:
23   Q.   Were the guitars that you introduced
24   an ingredient in these paintings?
25        MS. BART:  Objection, form.

25b37d60-5af5-45da-8830-c8433bab81e9

Page 278

```
 1              Prince
 2          MR. HAYES:  Objection, form.
 3     Q.   You can answer.
 4     A.   Yes.
 5     Q.   Were the naked women that you found
 6 in various places an ingredient in the
 7 paintings?
 8          MS. BART:  Objection, form.
 9          MR. HAYES:  Objection, form.
10     A.   Yes.
11     Q.   Were the Rastas an ingredient in the
12 paintings?
13          MS. BART:  Objection, form.
14          MR. HAYES:  Objection, form.
15     A.   Yes.
16     Q.   Was the tropical foliage in the
17 background behind the Rastas in the Yes Rasta
18 photos, was that an ingredient in the paintings?
19     A.   Yes.
20          MS. BART:  Objection, form.
21     A.   Sorry.
22     Q.   What's the answer?
23     A.   Yes.
24     Q.   Were the paintings -- were any of
25 those things, the guitars, the naked women, the
```

Page 279

```
 1              Prince
 2 Rastas, or the tropical foliage, the subject
 3 matter of the paintings?
 4          MS. BART:  Objection, form, compound
 5     question.
 6          MR. HAYES:  Objection, form.
 7     Q.   You can answer.
 8     A.   Were any of those -- any of those
 9 one -- I believe the primary subject, the
10 primary ingredient is probably the guitar.
11     Q.   Okay.  And what's the primary
12 subject of the paintings?
13          MR. HAYES:  Objection to form.
14          MS. BART:  Same.
15     A.   I think the guitar.  The guitar is a
16 brilliant, brilliant contribution.
17     Q.   And, again, I know you testified to
18 this before, where did you find the guitars
19 again?  I'm not trying to trip you up.  Was it
20 one book or several books?  I don't remember.
21     A.   One source was Guitar Magazine.
22     Q.   Okay.  So there's kind of a
23 rock-and-roll theme to these paintings?
24          MR. HAYES:  Objection to form.
25          MS. BART:  Same.
```

Page 280

```
 1              Prince
 2     Q.   You can answer.
 3     A.   I would say heavy metal, but, yes,
 4 rock and roll.
 5     Q.   Sorry.  Okay.
 6          Can you look at page 77, which is
 7 I think the last page of this interview.
 8          I'm going to read this answer at the
 9 top.  Well, I should read the question on the
10 previous page.  Why did you get sick of doing
11 the De Kooning paintings?  It seemed like you
12 did more nurse paintings than De Koonings.
13          And then you answered, Yeah, I did
14 more nurses, but with De Koonings, I'd just done
15 it.  I didn't like the idea that in the end I
16 had to pay attention to someone else's work.
17 And I wanted to get rid of the color.  So the
18 thing is that, you know, two years of doing the
19 De Koonings was enough.  It was enough of my
20 attention.  The Rastas came really fast.  And
21 they're going to be over really fast too.
22          Can you explain what you meant when
23 you said the Rastas came really fast and they're
24 going to be over really fast too?
25     A.   The Rasta -- the Canal Zone
```

Page 281

```
 1              Prince
 2 paintings, which part of those paintings, an
 3 element of those paintings are the Rastas.
 4          The reason I believe they were
 5 going -- they came really fast and they were
 6 going to be over fast is I was in the middle of
 7 other bodies of work that I needed to pay
 8 attention to.
 9     Q.   You needed to pay attention to the
10 other bodies of work?
11     A.   Yes.
12          (Discussion off the record.)
13          THE VIDEOGRAPHER:  4:25.  Off the
14 record.  End of tape 4.
15          (Recess taken: 4:25 p.m.)
16          (Proceedings resumed: 4:29 p.m.)
17          THE VIDEOGRAPHER:  4:29.  On the
18 record.  Beginning of tape 5.
19 BY MR. BROOKS:
20     Q.   In these paintings that you made for
21 the Canal Zone show were you commenting on the
22 Rasta photos in the Yes Rasta book?
23     A.   No.
24     Q.   Were you commenting on Mr. Cariou's
25 technique or methodology in taking those photos?
```

Richard Prince
October 6, 2009

Page 282

Prince

1                    Prince
2        A.   No.
3        Q.   I know you don't have your own
4   plane, but you could fly commercial to Jamaica,
5   correct, if you wanted to?
6           MR. HAYES:  Objection to form,
7       speculation.
8        A.   I suppose so.
9        Q.   So if you wanted pictures of Rastas
10  you could have flown to Jamaica and taken your
11  own pictures, correct?
12          MS. BART:  Objection to form.
13          MR. HAYES:  Objection.
14       Q.   You can answer.
15       A.   It's not how I make pictures though.
16       Q.   Right.  Okay.  You'd rather
17  appropriate than take your own pictures?
18          MR. HAYES:  Objection --
19          MS. BART:  Objection, form,
20      argumentative.
21          MR. HAYES:  -- form and
22      argumentative.
23       Q.   You can answer.
24       A.   It's funny, a friend of mine who
25  is a photographer just went to Jamaica and sent

Page 283

Prince

1                    Prince
2   me pictures of, quote, I guess they were
3   Rastafarians, and said can you use these.
4        I said, you know, unfortunately, you
5   know, these types of situations inhibit me.  And
6   I think it's an unfortunate circumstance that I
7   have to be -- think about these things.
8        But to answer your question, yes, I
9   suppose I could have gone.  But it would never
10  occur to me to get on a plane and go to Jamaica
11  for the express purposes of taking photographs
12  of people who are alive.
13       I -- my way of taking a portrait is
14  to take something that's already been taken.
15       Q.   Right.  And you still believe that
16  that makes it more believable if you've
17  appropriated it from someone else?
18          MR. HAYES:  Objection as to form.
19          MS. BART:  Objection to form, and
20      asked and answered.
21       A.   Well, everybody creates their own
22  artificial reality when they're making art.  And
23  mine gets made in a studio.  I'm the king of my
24  castle in my studio.  I don't operate very well
25  out in the real world.  I like a much more

Page 284

Prince

1                    Prince
2   private world.
3        And I'm a bibliophile.  I collect
4   books.  At any one time I have 20, 25 different
5   types of books laying about the studio.
6   Sometimes I pay attention to them, sometimes I
7   don't.  I'm always ripping them up.
8        And, as I said, I sort of would
9   describe that practice as sort of deejaying
10  photographs --
11       Q.   You're not saying you have
12  agoraphobia --
13       A.   -- or pictures.
14          MR. HAYES:  Let him finish the
15      question, if you don't mind.  He's in the
16      middle of a question -- answer.
17      Let him finish.
18      Go ahead.
19       A.   I'm not sure what agoraphobia is,
20  but that idea of -- is it that thing where you
21  can't travel?  My sister has that.
22       Q.   But you don't?
23       A.   I don't believe I have it.
24          MR. HAYES:  Let the record reflect
25      the questioner interrupted the witness in

Page 285

Prince

1                    Prince
2   the middle of answer.
3       So do you want to go back?
4       THE WITNESS:  No, it's not
5   important.
6        Q.   You said you were deejaying or
7   something?  Do you have anything to add to that?
8        A.   It's a figurative way --
9           MR. HAYES:  Object to form.
10       A.   -- to describe what I do.
11       Q.   Have you ever heard of I guess it's
12  a website called iStockphoto.com?
13       A.   No.
14       Q.   Would it surprise you to know that
15  they have more than five-million royalty-free
16  non-copyrighted photos on their website?
17          MR. HAYES:  Objection as to form.
18       A.   I didn't know that.
19       Q.   Would it surprise you to know that
20  the price of those photos is very, very modest?
21          MR. HAYES:  Objection as to form.
22       A.   I didn't know that.
23       Q.   Would you -- and I invite you to do
24  this after the deposition, go to their website
25  iStockphoto.com, and you will see if you put in

Richard Prince                                           October 6, 2009

Page 286

Prince
1        Prince
2   the search term Rastas you will find over 3,000
3   non-copyright pictures of Rastas, some black and
4   white, some color.
5        MR. HAYES:  Is there a question
6   there?
7        Q.   Would that surprise you to know
8   that?
9        MR. HAYES:  Objection as to form.
10       A.   It doesn't anymore.
11       Q.   Because?
12       A.   Because I believe the -- I think
13  things have changed since 1977.  I've been slow
14  to change with them in terms of how I make my
15  images.  I'm catching up.  I believe that I'm
16  not very fluent with the computer.
17       But, as I said before, I think
18  rephotography could be called -- is a primitive
19  way of downloading an image.  And there was a --
20  anyway, I believe in surrogate substitution,
21  simulants, robots, I believe in science fiction,
22  I believe in J.G. Ballard, the Concrete Jungle,
23  I believe that virtual reality is on our
24  doorstep.  Cloning is right around the corner.
25       And I believe, even though I did

Page 287

Prince
1        Prince
2   this 30 years ago, I think it's here to stay.
3   And I am not surprised that there are -- there's
4   a website like this.
5        Q.   Okay.
6        A.   I don't believe there would have
7   been a website like this ten years ago.  But I'm
8   happy to know this information.
9        Q.   Well, I invite you to go to
10  iStockphoto.com.
11       A.   Thanks.
12       MR. HAYES:  Objection to the form,
13  if that was a question.
14       MR. BROOKS:  Can we mark as
15  Exhibit Plaintiff's 29 a three-page
16  document GGP001421 and GGP00424 and 425.
17       (Plaintiff's Exhibit 29, three-page
18  document, was marked for identification,
19  as of this date.)
20  Q.   Mr. Prince?
21  A.   Yes.
22  Q.   If you look at what's been marked as
23  Exhibit 29?
24  A.   Mm-hmm, yes.
25  Q.   We had talked about this before, at

Page 288

Prince
1        Prince
2   the bottom it says, Hi, Betsy, Richard said you
3   could hook us up with images for his interview.
4   I love the Rasta work and would like to run
5   several big pages.  We are on a tight schedule.
6   What's the next step?
7        And it's signed Glenn.  That's from
8   Glenn O'Brien, correct?
9        A.   Yes.
10       Q.   I think I had asked you about that
11  before.  And then there's an e-mail from Betsy
12  your assistant or your studio manager to Melissa
13  and Gagosian saying per Glenn O'Brien's request
14  that they should send some high-resolution Rasta
15  works to Glenn O'Brien.  Do you see that?
16       A.   Yes.
17       Q.   And then at the top I wanted to ask
18  you if you know what this is.  It's from Melissa
19  Lazarov.  It says see below, and it says I need
20  to send some JPEGs, J-P-E-G-S, to Glenn.  Please
21  attach for me, from Melissa.  Do you know what a
22  JPEG is?
23       A.   Yes, I do.
24       Q.   Can you tell me, please?
25       A.   It's an image that you send through

Page 289

Prince
1        Prince
2   the computer.
3        Q.   Is it different than a PDF?
4        A.   I don't know what a PDF is.
5        Q.   Is it high resolution and pretty
6   accurate depiction, a JPEG?
7        MS. BART:  Objection, form.
8        MR. HAYES:  Objection, form.
9        A.   Again, I'm not that fluent in
10  computer.  I do e-mail and that's about it.
11       Q.   Okay.
12       A.   I've never sent a JPEG myself to
13  anybody.  And I've never sent, what is it
14  called, a PDF.  So I'm not in a position to
15  answer that question.
16       Q.   Fair enough.
17       If you look at the first page of
18  Exhibit 28, which is the interview that Glenn
19  O'Brien did with you.  Do you remember we looked
20  at these already, these five images?
21       Simple question.  Do you know
22  whether those are JPEGs?
23       A.   What I'm looking at here?
24       Q.   Those five images, correct, on the
25  first page of Exhibit 28.

Richard Prince                                          October 6, 2009

```
1                    Prince
2        A.   No.
3        Q.   You don't know?
4        A.   I don't know.
5        Q.   Okay, fine.
6            MR. BROOKS:  Let's mark as
7    Plaintiff's Exhibit 30 a number of photos
8    printed out from iStockphoto.com.
9            (Plaintiff's Exhibit 30, photos from
10   iStockphoto.com, was marked for
11   identification, as of this date.)
12       Q.   Have you seen Exhibit 30?
13       A.   Have I seen this exhibit before?
14       Q.   Well, look at it now.  Have you had
15   an opportunity to look at it now?
16       A.   No --
17           MR. HAYES:  He wants you to take an
18   opportunity to look at it.
19       Q.   Yes, please do.
20           MR. HAYES:  Please take a look at
21   it.
22       A.   Yes, I've looked at it now.
23       Q.   So it's six photos?
24       A.   Yes.
25       Q.   I'm aware you weren't aware of
```

```
1                    Prince
2    iStockphoto, but now that you see these photos
3    would these have been appropriate ingredients
4    for your Canal Zone paintings?
5            MR. HAYES:  Objection as to form.
6            MS. BART:  Objection, form.
7        Q.   You can answer.
8        A.   Not really because they're in color.
9            I guess I could have transformed
10   them to black and white.  But, again, I wasn't
11   aware of this particular company.
12       Q.   Well, I hear what you're saying.
13   One of them is black and white.
14       A.   Oh, it is?
15       Q.   I think the fourth one is black and
16   white.
17       A.   A little lavender in it.
18       Q.   Okay.  So that one is not suitable
19   either?
20           MS. BART:  Objection, form.
21           MR. HAYES:  Same objection.
22       Q.   Is that what you're saying?
23       A.   I mean are you asking me if I had
24   seen this --
25       Q.   Would you have used it?
```

```
1                    Prince
2        A.   -- like four years ago, three years,
3    two years ago, a year ago?
4        Q.   Yeah.
5            MR. HAYES:  Objection to the form of
6    the question.  Calls for speculation.
7        A.   I don't know.
8        Q.   You might have used them?
9        A.   It's possible.
10   MO       MS. BART:  Objection.  Move to
11   strike as speculative.
12           MR. BROOKS:  Let's mark as
13   Plaintiff's Exhibit 31 three pages from --
14   I believe from the Gagosian Gallery
15   website Bates stamped C8 through 10.
16           (Plaintiff's Exhibit 31, three pages
17   from Gagosian Gallery website, was marked
18   for identification, as of this date.)
19       Q.   Mr. Prince, I've placed in front of
20   you Plaintiff's Exhibit 31.  It says that the
21   Canal Zone show was going to be November 8th to
22   December 20th, 2008, is that your recollection?
23       A.   Yes.
24       Q.   And then under this picture, do you
25   know which painting that is, the one at the top?
```

```
1                    Prince
2        A.   Is that the Garden of Eden?  It's a
3    little fuzzy, so.  I do know that it has --
4    anyway, is it --
5        Q.   I'm not sure.  It's either the
6    Garden of Eden or Charlie Company.
7        A.   It's either one of those two.  It's
8    a little -- my reproduction here is difficult to
9    see.
10       Q.   And then it says underneath that it
11   quotes you, the story was basically about a guy
12   that lands in St. Barth's, gets off the plane,
13   is immediately told that there's been a nuclear
14   holocaust in the rest of the world and he looks
15   at his family and says we can't go back.
16           So that's taken from your pitch I
17   assume?
18           MS. BART:  Objection, form.
19       Q.   Is that taken from your pitch?
20       A.   It sounds like it's been taken from
21   my pitch, yes.
22       Q.   And then beneath that it says, two
23   paragraphs down, it says the Panama Canal Zone,
24   where he was born -- do you see that?
25       A.   Yes.
```

Richard Prince                                          October 6, 2009

Page 294

Prince

1        Prince
2        Q.  -- was until 1979 a political
3   exclave of the U.S., part colonial company
4   enclave and part socialist government
5   purportedly dominated by virulent separatist
6   racism.
7           Other than the fact that you were
8   born there and that it was not part of Panama
9   until 1979, do you agree with any of the balance
10  of this statement?
11          MS. BART:  Objection, form.
12      A.  I've never --
13      Q.  You can answer.
14      A.  I've never seen this before.  I
15  believe this is a press release.
16      Q.  This is taken from the Gagosian
17  Gallery website.
18      A.  Okay.
19      Q.  In connection with the opening of
20  your show.
21      A.  I've never seen this text.
22          MS. BART:  In light of the witness's
23  answer I lodge an objection.
24          MR. BROOKS:  Great.
25          MS. BART:  Foundation.

Page 295

Prince

1        Prince
2   BY MR. BROOKS:
3        Q.  Was the Panama Canal Zone a place
4   that was, to your knowledge, dominated by
5   virulent, separatist racism?
6           MS. BART:  Objection to form.
7           MR. HAYES:  Objection to form.
8       A.  I thought it was -- I always
9   associated it as a very cool place to live
10  except for that Noriega guy, but -- and a lot of
11  spooks.
12      Q.  Spooks meaning spies?
13      A.  KGB, CIA, yeah, I mean --
14      Q.  Those kind of spooks?
15      A.  Yeah.  Spies.
16      Q.  But a convivial, pleasant place to
17  live?
18      A.  I mean my couple of days there was
19  very nice.
20      Q.  How about your six years?
21      A.  I only remember houses on stilts,
22  large insects, and palm trees.
23      Q.  Okay.  On the next page of
24  Exhibit 31 it says -- in the middle paragraph it
25  says, towards the bottom of it, Canal Zone, this

Page 296

Prince

1        Prince
2   orgiastic post-nuclear new order of civilization
3   as we once knew it takes its place among other
4   great modern visions of the apocalypse from
5   Joseph Conrad's Heart of Darkness and Pablo
6   Picasso's Guernica to the Beatles' Helter
7   Skelter and Michel Houellebecq's prophetic
8   Platform.  Do you see that?
9       A.  Yes.
10      Q.  Do you agree with any of that?
11          MR. HAYES:  Object to form.
12          MS. BART:  Same.
13      A.  It's pretty good.  I think Louise
14  Neri probably wrote this.  I would say that
15  that's kind of an interesting take on what I
16  was -- let me just --
17      Q.  Go ahead.
18      A.  Canal Zone, this orgiastic
19  post-nuclear -- I like the Heart of Darkness.
20      Q.  Joseph Conrad?
21      A.  And I like the Guernica.
22          I've read Platform, but I'm much
23  more of a fan of Houellebecq's Atomised.  He's a
24  French author.  Terrific writer.
25          And Helter Skelter I would have

Page 297

Prince

1        Prince
2   substituted a Ramones song.
3       Q.  But you find this to be an apt
4   description of your paintings in the Canal Zone
5   exhibition?
6           MS. BART:  Objection to form.
7       A.  It's not necessarily the way I would
8   have described it had they asked me to write the
9   press release.  But I don't write press releases
10  and I don't read them.
11      Q.  And is this the first time --
12      A.  I find them -- sorry.
13          MS. BART:  No, you were talking.  He
14  interrupted you.
15      Q.  Go ahead.
16      A.  I find press releases incredibly
17  silly and boring, and I just don't -- I've never
18  wanted anything -- because they're really just
19  trying to hype the work.  And I don't
20  particularly like to get involved in that.
21      Q.  And, again, is this the first time
22  you're seeing this press release?
23      A.  This is the first time I'm seeing
24  this.
25      Q.  On the last page it says that mining

75 (Pages 294 to 297)

25b37d60-5af5-45da-8830-c8433bab81e

Page 302

```
1                    Prince
2       them are at issue in this lawsuit.
3           MR. BROOKS:  I didn't ask him --
4       well, that's -- I'm not going to argue
5       with you about what's at issue in this
6       lawsuit.  I'm asking him how many
7       paintings are in the book.  That's all.
8       A.    Well, it says here -- how many
9    paintings are in the Canal Zone exhibition?
10      Q.    In that book.
11      A.    It's funny, they didn't list -- I
12   just realized they didn't list a work.
13      Q.    Yeah, they didn't list a few.  But
14   I'm just asking you how many are listed in the
15   book?
16      A.    22.
17      Q.    Now, there's a 23rd thing, but
18   that's not a painting at all, right, that's like
19   a car hood or something?
20      A.    Yes.
21      Q.    So if we're talking about paintings
22   it lists 22 paintings, correct?
23      A.    I believe so, yes.  I count 22.  I
24   see 22.
25      Q.    Right.  Now, the actual exhibition
```

Page 303

```
1                    Prince
2    itself, could you take a look at Exhibit 32
3    which has just been handed to you?
4       A.    Yes.
5       Q.    Some kind of schematic of your show?
6       A.    It looks like it's some kind of the
7    way we positioned --
8       Q.    Exactly.
9       A.    -- the paintings.
10      Q.    Yes.  And so if you add these up,
11   again, not counting the Dear Mary, the car, it's
12   part of a sculpture, part of a car.  It looks
13   like there were only 15 paintings actually
14   exhibited during your show, is that correct?
15      A.    I believe I -- yes, I count 15
16   paintings on this chart.
17      Q.    And now I'm asking you a slightly
18   different question.  Is that your recollection
19   of how many paintings were actually exhibited at
20   the show?
21          MR. HAYES:  Objection as to form.
22      A.    Is that my recollection?  I never
23   really thought about it until you asked me the
24   question.  I'm assuming, now that I look at this
25   chart, I can definitely say -- I believe I can
```

Page 304

```
1                    Prince
2    kind of remember where every painting was hung.
3    And I believe, yes, it was 15 paintings.
4       Q.    If you look on the second page at
5    the top, this is that painting we've been
6    talking about about the four lesbians who took
7    over the Guanahani?
8       A.    Yes.
9       Q.    And the first one is Djuna,
10   D-J-U-N-A, Barnes.
11      A.    Djuna Barnes.
12      Q.    And then Natalie Barney?
13      A.    Natalie Barney.
14      Q.    Renée Vivien?
15      A.    And Romaine Brooks.
16          (Clarification by reporter.)
17      Q.    Romaine Brooks?
18      A.    They have it spelled wrong here.
19      Q.    I know.
20          Now, a number of these paintings
21   that are in Exhibit 32 are not listed in the
22   book that you were just looking at where it
23   lists 22 paintings, correct?
24          For instance, the very first one
25   Pumpsie Green is not listed, right?
```

Page 305

```
1                    Prince
2          MR. HAYES:  He's asking you whether
3    they're listed at the back of the book, if
4    you want to compare them.
5       A.    Oh, so Pumpsie Green is not in the
6    catalog?
7       Q.    That's right.
8       A.    I didn't really notice that, but if
9    you say -- yeah, I mean I can go back and check.
10      Q.    Just check that one.  The others,
11   the record will speak for itself.
12      A.    I don't -- I've never really looked
13   at the back of this catalog.
14      Q.    Right.
15      A.    Pumpsie Green was in the show and
16   it's not listed in the catalog.
17          What page are we looking for?
18          MR. HAYES:  210 through 213.
19          210 through 212, I'm sorry.
20      A.    I think what's listed here has to do
21   with the Canal Zone catalog.
22      Q.    Right.
23      A.    And what's listed here has to do
24   with the show.
25      Q.    Right.  So they're not -- there's
```

Richard Prince                                          October 6, 2009

Page 306

Prince
1                   Prince
2    some overlap --
3        A.   I mean it's two separate --
4        Q.   -- but there's also some paintings
5    that were exhibited that are not in the catalog,
6    right?
7        A.   My feeling is there's -- yeah,
8    there's two -- yeah, two separate ways of
9    identifying really what's two separate ways of
10   contemplating the Canal Zone idea.
11       Q.   So besides Pumpsie Green is it
12   correct that MC9 White Panthers is listed as
13   being in the show but -- in gallery three -- but
14   is not listed in the book?
15       A.   Yes, MC9 was one of the last
16   paintings.
17       Q.   Right.
18       A.   It didn't make --
19       Q.   Didn't make the cut?
20       A.   Didn't make the cut for the catalog.
21           And I believe that's the painting
22   where Charles Company's daughter appears.
23       Q.   MC9?
24       A.   I believe so.
25       Q.   How about Inquisition, that's listed

Page 307

Prince
1                   Prince
2    in gallery 3, number 5, but it's not in the book
3    either, is it?
4        A.   There is a -- it's interesting,
5    there's a variation in the book.
6        Q.   Ah.
7        A.   And you would never know.
8        Q.   I see.  So it's a different painting
9    or is it --
10       A.   It's the same painting.
11       Q.   A different --
12       A.   Do you want me to show you?
13       Q.   We'll get to it.
14           And now, a Scapegoat is listed here
15   in gallery 3 as having been exhibited, but it's
16   not in the book either, is it?
17       A.   Scapegoat -- no.
18           MR. BROOKS:  In fact, let's mark
19   as Plaintiff's Exhibit 33 a number of
20   paintings that are not listed in the book?
21           MS. BART:  This is 34?
22           MR. BROOKS:  This is 33.
23           (Plaintiff's Exhibit 33, listing of
24   paintings, was marked for identification,
25   as of this date.)

Page 308

Prince
1                   Prince
2        Q.   All right.  So Exhibit 33 contains
3    it looks like seven paintings that are not
4    listed in the Canal Zone book, correct?
5            I'll read them into the record.
6            MC9, paren, White Panthers.
7            Myrna Loy, Janet Flanner, et cetera,
8    et cetera, and Oscar Wilde's niece Dolly Wilde.
9            Pumpsie Green.
10           Uncle Tom, Dick, and Harry.
11           On the Beach, On the Beach.
12           Inquisition --
13           MR. HAYES:  Tom, Dick, and Harry is
14   2008, right?
15           MR. BROOKS:  They all are 2008.
16   BY MR. BROOKS:
17       Q.   On the Beach, On the Beach.
18           Inquisition.
19           And Scapegoat.
20           These are in Exhibit 33, Mr. Prince,
21   and they're all not listed at the end of the
22   book, correct?
23       A.   No, they're not.
24       Q.   So then if my math is correct, if
25   you add 22 and 7 that means there were 29

Page 309

Prince
1                   Prince
2    paintings in all, right?
3            MS. BART:  Objection to form.
4        A.   In the Canal Zone series?
5        Q.   Yes.
6        A.   I don't really know how many are in
7    the Canal Zone.
8        Q.   At least 29?
9        A.   But if we've counted 29 there's at
10   least 29, yeah.
11       Q.   22 plus the 7 that are in
12   Exhibit 33, right?
13       A.   Yes.
14       Q.   Okay.  Do you know of those 29 how
15   many were sold, do you know?
16       A.   No, I don't.
17       Q.   Let me ask you about the ones that
18   haven't been sold.  Are they on public display
19   now or are they somewhere safe?  Where are they?
20       A.   In my racks in my studio.
21       Q.   So they're not --
22       A.   And I believe some are being
23   prepared to be -- I think some are in storage,
24   at the moment, I'm not positive about this,
25   either at Larry's storage or my storage in

25b37d60-5af5-45da-8830-c8433bab81e

Page 310

```
 1              Prince
 2   Brooklyn.
 3       Q.   All right.  But they're not
 4   somewhere where members of the public can view
 5   them, is that right?
 6       A.   No, I haven't allowed anybody to
 7   look at them in quite some time.
 8           MR. BROOKS:  Let's mark as
 9   Plaintiff's 34 a letter dated
10   December 11th, 2008, Bates stamped C13
11   and 14.
12           (Plaintiff's Exhibit 34, letter
13   dated December 11, 2008, was marked for
14   identification, as of this date.)
15           (Discussion off the record.)
16           THE WITNESS:  How long do we have?
17           MR. HAYES:  He's guessing about an
18   hour.  You may have to be somewhere --
19           THE WITNESS:  I'm fried.  I mean
20   this has been a long day.  Is there any
21   way we can come back?
22           Or can you give me an idea of how
23   much more time and I can tell you?
24           MR. BROOKS:  I said I think about an
25   hour.
```

Page 311

```
 1              Prince
 2           THE WITNESS:  So about an hour more
 3   until six?
 4           MR. BROOKS:  Well, you know, running
 5   time -- how much running time do we have
 6   left?
 7           THE WITNESS:  I can't go past -- I
 8   don't know if I can go past six.
 9           MR. BROOKS:  Okay.  How much running
10   time --
11           THE VIDEOGRAPHER:  About five hours
12   and -- 5:45 exactly.
13           MS. BART:  5:45, right?
14           MR. BROOKS:  So we have another hour
15   and fifteen minutes that we're entitled to
16   under the rules.
17           So I'm willing to accommodate you.
18   If you feel you want to stop now, with the
19   understanding that I've got another hour
20   and fifteen minutes to ask you questions?
21           MR. HAYES:  And this gentleman
22   may --
23           THE WITNESS:  I'll take your advice,
24   so.
25           MR. BROOKS:  It's completely up to
```

Page 312

```
 1              Prince
 2   you.
 3           THE WITNESS:  Yeah, I mean I'm
 4   comfortable.  It's just that I have to be
 5   at an opening tonight, and I promised my
 6   daughter that I would be home.
 7           MR. BROOKS:  What time do you have
 8   to leave here?
 9           MR. HAYES:  Now.
10           THE WITNESS:  As I said, I have to
11   get home at six.
12           MR. BROOKS:  All right.  So let me
13   try --
14           MR. HAYES:  But, you know, you call
15   it.  I mean do you want to just get it
16   over with?
17           (Clarification by reporter.)
18           MR. BROOKS:  So what did we say,
19   another hour and fifteen minutes?
20           I'm willing to do it tomorrow
21   morning and break right now --
22           MS. BART:  I'm not available
23   tomorrow.
24           MR. BROOKS:  Thursday morning we're
25   all scheduled to be here.  Finish him and
```

Page 313

```
 1              Prince
 2   then start.
 3           MS. BART:  I'm not able to be here
 4   because I'm going to be with Mr. Gagosian,
 5   so.
 6           MR. BROOKS:  Well, he's going to be
 7   here having his deposition.
 8           MS. BART:  At 10.  Yeah, I can't get
 9   down here earlier than that.
10           MR. BROOKS:  Well, I mean whatever,
11   it's really --
12           MR. HAYES:  He can stay until six.
13           THE WITNESS:  I can stay until six.
14           MR. BROOKS:  Okay.  Well, let's see
15   if we -- is that okay with you?
16           THE COURT REPORTER:  That's fine
17   with me.
18           THE WITNESS:  I only can stay until
19   six if that's it.  I don't want to come
20   back for fifteen minutes --
21           MR. BROOKS:  I can't promise -- I
22   can't control the objections --
23           THE WITNESS:  Then I can't promise
24   that I can stay until six.  If you can't
25   promise me, I can't promise you.
```

Richard Prince                                          October 6, 2009

---

Page 314

Prince

1
2        MR. BROOKS:  Well, it's not entirely
3  in my control how long this takes.  There
4  are objections --
5        THE WITNESS:  I thought that we --
6        MR. HAYES:  He's up to -- he has an
7  hour and 15 minutes left.  He can do that
8  if he wants.
9        MR. BROOKS:  The rule is seven hours
10  of actual testimony.
11        THE WITNESS:  Okay.  Then let's do
12  it --
13        MR. BROOKS:  I'll accommodate you.
14        THE WITNESS:  I'm in the city, I can
15  come back --
16        MR. HAYES:  How is Thursday morning?
17        THE WITNESS:  Friday morning I
18  could, but I have to -- I can only do it
19  in the morning.
20        MR. BROOKS:  It's an hour and
21  fifteen minutes.
22        THE WITNESS:  That doesn't concern
23  me.  It's tonight.
24        MS. BART:  Friday morning I've got
25  client meetings that are already set up,

---

Page 315

Prince

1
2  you know, for these days, so I can't do
3  Friday morning unfortunately.
4        MR. HAYES:  Monday morning?
5        THE WITNESS:  Monday is a holiday.
6        MS. BART:  It is?
7        THE WITNESS:  Yeah, it's Columbus
8  Day.
9        MR. HAYES:  What kind of good
10  Italian are you?
11        THE WITNESS:  I can do it -- well, I
12  can do it almost any day except Thursday
13  morning.
14        MR. BROOKS:  Why don't we do this.
15  Why don't we start with him at 10 on
16  Thursday, we'll finish him --
17        THE WITNESS:  I can't --
18        MR. HAYES:  That's the one day he
19  can't do.
20        THE WITNESS:  I can do it in the
21  afternoon on Thursday.
22        MR. BROOKS:  No, we're having
23  Mr. Gagosian's deposition on Thursday.
24        MS. BART:  And Mr. Gagosian flew
25  back from Europe specifically for this.

---

Page 316

Prince

1
2  So I don't want to start him late.
3        THE WITNESS:  What's tomorrow?
4        MR. HAYES:  Tomorrow is Wednesday.
5        MS. BART:  I'm not available
6  tomorrow.
7        THE WITNESS:  I can do it tomorrow.
8        MR. HAYES:  Can you do it tomorrow
9  afternoon?
10        MS. BART:  No.
11        MR. HAYES:  That took care of that.
12  Tuesday?
13        THE WITNESS:  Can you guarantee me
14  6:15 and that's it?
15        MR. BROOKS:  Yes.
16        THE WITNESS:  Promise?
17        MR. BROOKS:  Yes.
18        THE WITNESS:  Okay, I can --
19        MR. BROOKS:  Let's go then.
20        THE WITNESS:  -- because I got the
21  car service outside.
22        MR. BROOKS:  All right.
23        Let's mark as Plaintiff's 35 a
24  document Bates stamped PR45 through 50.
25        (Plaintiff's Exhibit 35, PR45

---

Page 317

Prince

1
2  through 50, was marked for identification,
3  as of this date.)
4        (Discussion off the record.)
5     Q.   Let's go back to 34.  It's a letter
6  dated December 11th.
7     A.   December 11th?
8     Q.   2008.  From me.  Do you see it?
9     A.   Yes, I do.
10     Q.   I only have one question.
11        Did you receive it?
12     A.   I'm not in a position to know if I
13  received it.  I don't know.
14     Q.   Well, let me ask you this.  Is that
15  your correct address on the letter?
16     A.   Yes, it is.
17     Q.   You just don't know if you received
18  it?
19     A.   I've never seen it before.
20     Q.   Okay.  That's fine.
21        Take a look at 35.  This is a
22  document that was produced by your counsel.  Do
23  you know what it is?
24     A.   Yes.
25     Q.   What is it?

---

Richard Prince                                                    October 6, 2009

Page 318

Prince

1                    Prince
2        A.    It looks as if it's a guest list for
3    a party.
4        Q.    On November 8th, 2008?
5        A.    Yes, the party that was after the
6    show.
7        Q.    But it was in honor of the opening
8    of the show?
9        A.    Yes.
10       Q.    If you look at the very end, the
11   last page, do you see that Renée Zellweger was
12   one of the people invited?
13       A.    I see that her name is on the list,
14   yes.
15       Q.    Do you know her?
16       A.    No. I've met her.
17       Q.    Does she co-own a restaurant in
18   East Hampton called the Blue Parrot?
19            MR. HAYES: If you know.
20       Q.    If you know.
21       A.    I believe she's a co-owner in the
22   restaurant.
23       Q.    With Ronald Perelman and Larry
24   Gagosian and Bon Jovi?
25       A.    Yes, that's what I've heard.

Page 320

Prince

1                    Prince
2        A.    No.
3        Q.    Who is John Kern, is he an artist
4    who was represented by Gagosian, do you know?
5        A.    He's an artist. I don't know if
6    he's represented by Gagosian.
7        Q.    Steven Cohen, did he buy one of your
8    paintings?
9        A.    Yes.
10       Q.    Does he have a hedge fund called
11   SAC, Steven A. Cohen?
12       A.    I don't know what it's called. I
13   know he has a hedge fund.
14       Q.    Do you know who Leon Black is?
15       A.    Leon Black, no, I don't know who
16   that is.
17       Q.    How about Henry Kravis?
18       A.    I know Henry Kravis. I played golf
19   with him this summer.
20       Q.    He's a private equity person?
21       A.    I don't know what he does.
22       Q.    How about Jeanne Greenberg Rohatyn,
23   did she buy a painting from you?
24       A.    Yes.
25       Q.    Who is she?

Page 319

Prince

1                    Prince
2        Q.    And was there ever -- were you ever
3    approached about hanging your artwork in that
4    restaurant?
5        A.    Yes.
6        Q.    The Blue Parrot restaurant?
7        A.    Yes.
8        Q.    And is any of your artwork --
9    withdrawn.
10            Has any of your artwork been
11   displayed there since the restaurant reopened
12   last summer?
13       A.    Yes.
14       Q.    It wasn't any of the Canal Zone
15   paintings, was it?
16       A.    No.
17       Q.    Did the Bush daughters come to the
18   dinner, Barbara and Lauren Bush?
19       A.    Are they on the list?
20       Q.    Yes.
21       A.    I don't think so. I don't know
22   them. So, no. That's a lot of people there.
23   No.
24       Q.    Did Paul McCartney or Mick Jagger
25   come to the dinner?

Page 321

Prince

1                    Prince
2        A.    She's an art dealer.
3        Q.    And I think we already talked about
4    Mr. Evans, he bought one of your paintings,
5    right?
6        A.    Yes.
7        Q.    His first name is Michael?
8        A.    Michael.
9        Q.    There are two people listed there
10   named Niarchos, N-I-A-R-C-H-O-S. Did either of
11   them buy one of your paintings from the Canal
12   Zone show?
13       A.    Philip Niarchos bought -- yes, I
14   believe he did.
15       Q.    You don't remember which painting?
16       A.    Yes, I do.
17            I think he bought the Eden, the
18   Garden of Eden.
19       Q.    The one from the 2007 show --
20   withdrawn. Withdrawn.
21            From the 2008 show?
22       A.    No, I think it was the one from --
23   the one that was hanging -- I think it was -- I
24   don't pay much attention to who buys what, but I
25   believe he bought number six -- Back to the

25b37d60-5af5-45da-8830-c8433bab81e9

Page 330

```
                       Prince
 1
 2          Q.    What is it?
 3          A.    It's part of an artwork that's in
 4     the book.  It's a detail.
 5          Q.    Are you the copyright owner, as you
 6     understand it, of this image on C118?
 7              MR. HAYES:  Objection as to form.
 8              MS. BART:  Join.
 9          A.    My answer to that is I guess so.
10          Q.    Now, was this photo taken from the
11     Yes Rasta book.
12              MR. HAYES:  Object to the form.
13          A.    No, it's a painting.  I mean I made
14     a painting.  Anyway, no.
15          Q.    This is a painting?
16          A.    Yes.
17          Q.    How did you make the painting, with
18     a paint brush?
19          A.    Yes.
20              MS. BART:  Objection, form, and
21     argumentative.
22          Q.    I'm going to show you the photo of
23     this man on the donkey from the Yes Rasta book.
24          A.    Can we see the whole painting?
25          Q.    Of course.
```

Page 331

```
                       Prince
 1
 2              You'll have to turn to the previous
 3     page I guess C116.
 4              MR. HAYES:  Yep.
 5          A.    Got it.
 6          Q.    So C118 is taken from C116, right?
 7          A.    Yes.
 8          Q.    And are you sure that that's a
 9     painting and not a reproduction of this
10     photograph from the Yes Rasta book?
11          A.    It's a painting.
12          Q.    In what sense?
13          A.    Based on a reproduction that I found
14     in this Yes Rasta book.
15          Q.    Which you're looking at now, right?
16          A.    It's a lot of -- this is what I was
17     talking about earlier with this new technique,
18     this new medium that transferred his work, which
19     I don't think lost any of its original intent,
20     because my work here is completely a different
21     message and medium, it's a completely different
22     look, and it's a completely different
23     application, and it's a new way of collaging.
24     There are several elements.
25              There's also an image from Eric
```

Page 332

```
                       Prince
 1
 2     Kroll.  There's an image of a guitar from
 3     George -- that's George Harrison's guitar with
 4     his hands.  And there are -- this painting on
 5     top, it's not a photograph, it's an inkjet image
 6     on canvas, which is a fairly new technique.
 7              And then these lozenges are painted
 8     directly on the canvas.
 9          Q.    Okay.  You're talking about C116,
10     right?
11          A.    Yes, I am.
12          Q.    Now, can you turn to C118, which is
13     in your book?
14          A.    Yes.
15              MR. HAYES:  That's the detail.
16          A.    The detail.
17          Q.    C118.
18          A.    Yes.  You can see it's ripped out of
19     the book.
20          Q.    But is it a painting or is it taken
21     from the book?
22          A.    This is a painting.  The transfer,
23     as you can see, it was -- the reproduction was
24     taken from the book and then collaged next to an
25     additional image taken from the book, and it was
```

Page 333

```
                       Prince
 1
 2     a different tonality --
 3          Q.    Okay --
 4              MS. BART:  Let him finish.
 5          A.    Which I think is really important,
 6     because this is a bit darker, this is lighter.
 7              MR. HAYES:  Let the record reflect,
 8     referring to the man on the donkey and the
 9     woman to the right.
10          A.    You know, the tonality here is quite
11     different.  And this was a -- I mean this
12     collage was sent out to NancyScans.
13          Q.    Right.
14          A.    And then came back, as I believe, on
15     a fairly large canvas, which I then cut up the
16     canvas.  These strips, as you see them here --
17              MR. HAYES:  Referring to 118.
18          A.    This image then was transferred to
19     canvas and then I cut the canvas again in strips
20     and I squeegeed it.  That was the new technique.
21     That's what made this painting very exciting for
22     me to paint because I couldn't control the
23     amount of paint that would come out from behind
24     the collage.
25          Q.    Right.
```

25b37d60-5af5-45da-8830-c8433bab81e9

**Page 338**

Prince

1 mine.
2
3      I know that that's not the original
4 intent of the image, but I don't have any -- I
5 don't have any really interest in what the
6 original intent is because my -- because what I
7 do is I completely try to change it into
8 something that's completely different.
9      Q.   And just again, what is your intent,
10 what are you changing it into?
11     A.   To make great artworks that make
12 people feel good.
13     Q.   But is this -- let's take 116 since
14 you seem to prefer to talk about 116.
15          MR. HAYES:  Object to the form, if
16     there's a question.
17     Q.   Which is this painting Back to the
18 Garden, right?  Okay?
19     A.   Mm-hmm.  Yes, I'm sorry.
20     Q.   What is your message or what is the
21 meaning of this painting, what is it that you're
22 trying to get across?
23     A.   I'm trying --
24          MR. HAYES:  Object to the form.
25     A.   As I said, I'm trying to make a

**Page 339**

Prince

1
2 kind of fantastic, absolutely hip, up to date,
3 contemporary take on the music scene.  And it's
4 my way of dealing with this idea that I've
5 always had, which are the three relationships
6 that exist in the world, which are men and
7 women, men and men, and women and women.  It
8 exists, therefore I try to reflect what I
9 think interests me.
10      I mean I don't necessarily think
11 there's -- I'm not trying to -- in any artwork I
12 don't think there's any one message.  I'm not a
13 political artist.  If you can tell me who the
14 president of France was when Gauguin was in
15 Tahiti I'll give you a thousand dollars.
16 Politicians come and go, art comes and comes.
17     Q.   You mentioned the music scene.
18 You'll notice in C116, the image of the
19 Rastafarian on the donkey to the right, the one
20 with the paint --
21     A.   The bleached out --
22     Q.   That one --
23     A.   -- which is extremely, you know, I
24 thought about bleaching him out, getting him a
25 little lighter.

**Page 340**

Prince

1
2     Q.   But that's not my question.
3     A.   Oh.
4     Q.   This has a guitar, right?
5     A.   Yes.
6     Q.   So is that what you were talking
7 about, commenting on the music scene?
8     A.   The guitar, again, is what I think
9 my contribution is to the image, one of the
10 contributions to this particular image, just
11 like the mask was my contribution to the nurse
12 paintings.  Once I make some sort of connection.
13      Now, if that hadn't been made, this
14 guitar, this collage, which turns this -- the
15 original intentions of this image into something
16 completely different, obviously, he's playing
17 the guitar now, it looks like he's playing the
18 guitar, it looks as if he's always played the
19 guitar, that's what my message was.
20     Q.   Okay.
21     A.   Is to sort of tell people, hey, this
22 guy is playing the guitar.
23     Q.   Understood.
24     A.   And --
25     Q.   I'm kind of -- I don't mean to cut

**Page 341**

Prince

1
2 you off, but I'm trying to finish by 6:15.
3     A.   Okay.  I'm sorry.
4     Q.   I think you're answering the
5 questions but then you seem to feel you need to
6 give me more information.
7     A.   I'm sorry.
8     Q.   And if you have to, you have to, but
9 I'd like to get out of here at 6:15.
10     A.   Okay.
11     Q.   So on this painting C116, we talked
12 before about this post-apocalyptic vision?
13     A.   Yes.
14     Q.   Does this painting Back to the
15 Garden on C116 fit into that vision?
16     A.   I think so.
17     Q.   In what way?
18     A.   They don't have much clothes on.
19     Q.   Right.  Well, the women don't have
20 any clothes on?
21     A.   He doesn't have much clothes on
22 either.  And he's riding a donkey.
23     Q.   Right, so that's post-apocalyptic --
24     A.   So you can't fill up a donkey at the
25 gas tank.

Richard Prince                                                    October 6, 2009

Page 354

```
1               Prince
2    Yeah.
3        Q.   So the musician is this Rasta with a
4    guitar?
5        A.   The musician is actually Neil Young.
6        Q.   It's supposed to be Neil Young?
7        A.   Yes.
8        Q.   Because it's called Canal Zone or
9    because of some other reason?
10       A.   It's Neil Young's guitar.
11       Q.   So you're not commenting on the
12   landscape in this painting, right?
13           MR. HAYES:  Objection to the form,
14       asked and answered.
15       Q.   You can answer.
16           MS. BART:  Same.
17       A.   I don't really make comments with
18   any of my work.
19       Q.   But the landscaping is not the
20   subject of this painting Canal Zone's page C24?
21           MR. HAYES:  Object to form.
22           MS. BART:  Same.
23       Q.   You can answer.
24       A.   Well, it helps to make it appear
25   like camouflage, the shapes.
```

Page 355

```
1               Prince
2        Q.   Right.  But any landscaping could do
3    that, right?
4            MS. BART:  Object to form.
5            MR. HAYES:  Object to form.
6        A.   Not really.  I don't think my front
7    lawn in Wainscott would do that trick.
8        Q.   But any tropical landscape would be
9    able to do the same?
10           MS. BART:  Objection, form,
11       speculative.
12       Q.   You can answer.
13       A.   I don't know.
14       Q.   Turn to C30 in the Exhibit 40.  This
15   is Djuna Barnes, Natalie Barney, et cetera.
16       A.   I've got the wrong one.
17           Which one?
18           MR. HAYES:  C30.
19       Q.   C30.
20       A.   C30, yes.
21       Q.   You have that?
22       A.   Yes.
23       Q.   The top part is your painting Djuna
24   Barnes, Natalie Barney, et cetera, Take Over the
25   Guanahani, correct?
```

Page 356

```
1               Prince
2        A.   Yes.
3        Q.   And now beneath that do you see that
4    the entire backdrop to those four women is taken
5    from the Yes Rasta book?
6            And here I've turned in the
7    Yes Rasta book to that photo which takes up two
8    pages.  Do you see that?
9        A.   Yes --
10           MR. HAYES:  Objection, form.
11       Q.   What's the answer?
12       A.   Yes, I believe I used that
13   reproduction as a background material for this
14   new painting.
15       Q.   For instance -- I'm sorry.
16           In the upper right there's a palm
17   frond or something.  Do you see that?
18       A.   Yes.
19       Q.   It's very distinctive, right?
20           MR. HAYES:  Objection to form.
21           MS. BART:  Objection, form.
22       Q.   You can answer.
23       A.   I don't --
24       Q.   It's very noticeable, right?
25           MS. BART:  Objection, form.
```

Page 357

```
1               Prince
2            MR. HAYES:  Same.
3        A.   In the book?
4        Q.   Yes.
5        A.   Or in the painting?
6        Q.   Let's start with the book.
7        A.   Not really.
8        Q.   How about in your painting?
9        A.   Not really.  No.
10       Q.   You notice it there, right?
11       A.   You're pointing it out to me, yes.
12       Q.   Well, you -- sir, you're the person
13   who took these pages from Yes Rasta and used it
14   as the backdrop for this painting called
15   Djuna Barnes, et cetera, Take Over the
16   Guanahani, right?
17       A.   Yes, I did.
18       Q.   Okay.  Why?
19       A.   I wanted these women to take over
20   the Guanahani.
21       Q.   And where is the Guanahani?
22       A.   It's in St. Barth.
23       Q.   No, no, no.  In this painting?
24       A.   It's behind the woman on the right.
25   She's covering it up.
```

25b37d60-5af5-45da-8830-c8433bab81e9

Richard Prince                                          October 6, 2009

Page 358

```
 1                 Prince
 2      Q.  So you can't see it?
 3      A.  I was speaking figuratively.  It's a
 4  poetic title that refers to my impressions of
 5  what I wanted to try to say in the painting.
 6      Q.  Let's stick with what's actually
 7  there.
 8          MS. BART:  Objection.
 9          MR. HAYES:  Objection to form.
10      A.  I'm not interested -- I've never
11  been interested in what's actually there.
12      Q.  Sir --
13      A.  I think these photographs are
14  interested in what's actually there.  I've never
15  been interested in what's actually there.  I
16  would like to make that point.
17          (Time noted:  6:00 p.m.)
18      Q.  I understand.
19          Just explain to me why you took
20  these four images -- these are supposed to be
21  the four lesbians, correct?
22      A.  They're supposed to be, yes.
23      Q.  And behind them you have taken a
24  tropical landscape from Yes Rasta, correct?
25          MS. BART:  Objection, form.
```

Page 359

```
 1                 Prince
 2          MR. HAYES:  Objection, form.
 3      A.  I've used this particular image as
 4  part of a collage in creating the painting Djuna
 5  Barnes, Natalie Barney, Renée Vivien, Romaine
 6  Brooks Take Over the Guanahani.
 7      Q.  When you say you've taken this image
 8  or this the photograph, you're pointing to the
 9  Yes Rasta book, correct?
10          MS. BART:  Objection, form.
11      A.  I said I used --
12      Q.  You said this --
13      A.  This image.
14      Q.  And that means this image in the
15  Yes Rasta book that you're pointing to?
16      A.  Yes.
17      Q.  And tell us why you did that.
18          MR. HAYES:  Objection to form, asked
19  and answered.
20      A.  To make the painting called Djuna
21  Barnes, Natalie Barney, Renée Vivien, Romaine
22  Brooks Take over the Guanahani.  I don't know
23  how else to explain it.
24      Q.  Isn't that kind of reductive?
25          MS. BART:  Objection, form, and
```

Page 360

```
 1                 Prince
 2  argumentative.
 3      A.   You're right.  This is a very
 4  reductive painting.  This is very minimal --
 5      Q.  I meant your answer.  Never mind.
 6          You said you did it because you did
 7  it and I'm trying to understand why you did it.
 8          MR. HAYES:  Objection to form.
 9          MS. BART:  And asked and answered.
10      Q.  Let me withdraw that.
11      A.  Okay.  I can answer it.
12      Q.  No, let me withdraw it.  I'm going
13  to ask you more specific questions.
14          In superimposing these four images
15  over the landscape from Yes Rasta, right, were
16  you commenting on any aspects of culture?
17      A.  No.
18      Q.  Were you trying to create anything
19  with a new meaning or a new message?
20      A.  No.
21          MS. BART:  Objection, form.
22      Q.   Were you trying to create something
23  new and unique?
24          MS. BART:  Objection, form.
25          MR. HAYES:  Objection, form.
```

Page 361

```
 1                 Prince
 2      A.  Yes.
 3      Q.  What?
 4      A.  A balls-out, great, unbelievably
 5  looking great painting that had to do with a
 6  kind of a rock-and-roll painting on the radical
 7  side, and on a conservative side something to do
 8  with Cézanne's bathers.
 9      Q.  Okay.
10      A.  So the melding of the two left wing,
11  right wing, would maybe make a middle wing.  I
12  guess that's the way I could explain it.
13      Q.  All right.
14          Can you take a look at C18?
15          MR. HAYES:  C what?
16      Q.  C0018.
17          Do you see that, C18?
18      A.  Yes.
19      Q.  This particular Rasta, would you
20  agree you used him a number of times in the
21  Canal Zone paintings?
22      A.  Yes.
23      Q.  In fact, you also used him, among
24  other places, in C23?
25      A.  Yes.
```

Page 362

```
1                   Prince
2      Q.   Now, which of these, C18 or C23, was
3   the basis for the invitation to the Canal Zone
4   show, if you know?
5      A.   C18.
6      Q.   The first one?
7      A.   Oh, no.
8      Q.   One is called Graduation and the
9   other is called Meditation.
10     A.   I believe it was C18, but I could be
11  mistaken.  But my feeling is it's C18.
12     Q.   It's one of those two?
13     A.   I believe so, yes.
14     Q.   So let's take C18.  What is the
15  different message or meaning of your painting as
16  opposed to this photograph?
17          MS. BART:  Objection, form.
18     A.   I don't see any photograph.
19     Q.   The image on the bottom is taken
20  from Yes Rasta, correct?
21     A.   Yes, it is.
22     Q.   And the image at the top is your --
23  is a reproduction of your painting, right?
24     A.   Yes.
25          MS. BART:  Objection, form.
```

Page 363

```
1                   Prince
2      Q.   You put a guitar on and some paint
3   on the face, right?
4      A.   I collaged the guitar and I painted
5   the face, yes.
6      Q.   And what new meaning or artistic
7   expression have you added to the Yes Rasta
8   photo?
9           MS. BART:  Objection, form.
10          MR. HAYES:  Object to form.
11     A.   That's pretty simple.  I was
12  thinking about the guitar as the new fig leaf,
13  which I think is an interesting idea.
14          I don't see a fig leaf on this
15  particular image.  I'm referring to the image
16  that's a reproduction in Yes Rasta.
17     Q.   Could you look at C32?
18          Is that Tales of Brave Ulysses?
19     A.   Yes.
20     Q.   Now, there you've used that same
21  Rasta four times but haven't painted on his face
22  or put on a guitar, correct?
23     A.   That's correct.
24     Q.   So how have you added a new meaning
25  or message or commented on aspects of culture in
```

Page 364

```
1                   Prince
2   your painting as compared to the photo from
3   Yes Rasta?
4           MS. BART:  Objection to form.
5           MR. HAYES:  Objection, form.
6      A.   I'm not sure if I have to comment on
7   culture with every single painting.
8      Q.   Well, I'm just asking you about this
9   painting?
10     A.   I think the -- Tales of Brave
11  Ulysses was written by the Cream, the group.
12     Q.   The Cream?
13     A.   The Cream.
14     Q.   So this is another music --
15     A.   It was a musical band that I really
16  like and I really like that song.  And the
17  rhythm, the repetition of the images, the
18  different scales, I wanted to kind of get this
19  idea of the rhythm of how that song -- what
20  impression that song makes to me when I was
21  listening to it I believe.
22     Q.   Which song?
23     A.   Tales of Brave Ulysses.
24     Q.   So this -- your painting, what is
25  the Rasta and these women, is supposed to
```

Page 365

```
1                   Prince
2   conjure up that song?
3           MR. HAYES:  Object to the form.
4           MS. BART:  Join.
5      A.   I tried, yes, to conjure up the
6   feeling I had for that song.
7      Q.   Now, does this painting Tales of
8   Brave Ulysses fit into the post-apocalyptic
9   theme that we discussed before?
10     A.   Yes.
11     Q.   Are you implying in this painting
12  that these black Rastafarians are potentially
13  dangerous to these naked white women, that they
14  might rape them?
15          MR. HAYES:  Objection, form.
16          MS. BART:  Objection, form.
17     Q.   You can answer.
18     A.   No.
19     Q.   Not at all?
20          MR. HAYES:  Objection, form.
21     A.   No.
22     Q.   What, if anything, are you -- what
23  is your message, if any, with respect to the
24  juxtaposition of this Rasta and these naked
25  women?  Without any guitars, right?
```

25b37d60-5af5-45da-8830-c8433bab81e9