Exhibit G

Case 1:08-cv-11327-DAB   Document 38-9   Filed 05/14/10   Page 2 of 5

Neri

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

PATRICK CARIOU,

        Plaintiff,     Index No.:

  vs.              08 CIV 11327 (DAB)

RICHARD PRINCE, GAGOSIAN

GALLERY, INC., LAWRENCE

GAGOSIAN, and RIZZOLI

INTERNATIONAL PUBLICATIONS,

INC.,

        Defendants.

------------------------------x

DEPOSITION OF LOUISE NERI

New York, New York

Thursday, December 17, 2009

Reported by:
Bryan Nilsen, RPR
JOB NO. 305996-B

Page 14

```
1                    Neri
2      Q.   Towards the bottom of the e-mail
3  there's a heading that says additional Eden Rock
4  slash pitch material written March 2008, and
5  there are four items and then I guess kind of a
6  summary, did you read that too?
7      A.   Yes.
8      Q.   Did that in any way help you prepare
9  the press release?
10     A.   Yes.
11         MS. BART:  Objection, form.
12     Q.   Did it?
13         You can answer.
14     A.   Yes.
15     Q.   Okay.  After some point after
16 October 7th, 2008, when you said I definitely
17 want to talk to Richard, did you talk to him
18 about this Canal Zone exhibition?
19     A.   I don't remember.  I think it wasn't
20 necessary.  I only talk to the artist if
21 absolutely necessary for me to do so.
22     Q.   How many drafts or versions of the
23 press release did you go through?
24         MS. BART:  Objection, form.
25     Q.   You can answer.
```

Page 15

```
1                    Neri
2      A.   I don't recall.
3      Q.   Do you understand what I'm saying,
4  what I'm asking?
5      A.   I do understand.
6      Q.   So it could have been one, just one
7  final draft, or more than one?
8      A.   Usually I do one or two, maybe three
9  that have very few changes, but just fiddling
10 around when I'm writing.  They're not full
11 drafts that are different from each other.
12     Q.   Did anyone give you comments on your
13 first draft of the press release?
14     A.   Yes.
15     Q.   Who?
16     A.   We have a process in the gallery
17 whereby we have a review process.  Melissa
18 Lazarov, Richard would have seen that press
19 release.
20     Q.   Richard Prince?
21     A.   Mm-hmm.
22     Q.   Who else?
23     A.   I think that was it.
24     Q.   Did you get comments from either of
25 them?
```

Page 16

```
1                    Neri
2      A.   Yes, I did.
3      Q.   Did you make changes?
4      A.   Very few from memory.  There was a
5  section on utopia which at one point was taken
6  out and then was put in again, and that's
7  documented.
8      Q.   Did you review any -- besides the
9  pitch, which is text, did you review any images
10 of any of the paintings in the Canal Zone
11 exhibition in connection with preparing --
12     A.   Yes, I did.
13     Q.   -- the press release?
14         MS. BART:  Let him finish.
15     Q.   And where did you view those?
16     A.   As reproductions, as JPEGs.
17     Q.   As JPEGs?
18     A.   Mm-hmm.
19     Q.   And so you saw them where?
20         Where were you when you saw them?
21     A.   Probably in my office.
22     Q.   You did not go up to Mr. Prince's
23 studio?
24     A.   Never.
25     Q.   How many JPEGs, do you remember how
```

Page 17

```
1                    Neri
2  many you saw?
3      A.   I can't recall.  A few.  Probably
4  five.
5      Q.   Some of those images had pictures of
6  Rastafarians, correct?
7         MS. BART:  Objection, form.
8         MR. HAYES:  Objection, form.
9      Q.   You can answer.
10        You can answer.
11     A.   Yes, they did.  Or I would say men
12 with dreadlocks.  I don't know if they were
13 strictly Rastafarians.
14     Q.   Okay, so let's call them men with
15 dreadlocks.
16        Did you ever attempt to ascertain
17 where those images came from, the ones with the
18 men with dreadlocks?
19     A.   No.
20     Q.   Did you ever ask him?
21     A.   No.
22     Q.   Having worked with Mr. Prince before
23 and knowing him, you knew he was known as an
24 appropriation artist, correct?
25         MS. BART:  Objection, form.
```

Louise Neri                                    December 17, 2009

Page 18

```
 1                 Neri
 2         MR. HAYES:  Objection, form.
 3     Q.   You can answer.
 4     A.   Yes.
 5     Q.   You knew he had a practice of
 6  appropriating images created by others and
 7  including them in his work, right?
 8         MR. HAYES:  Objection, form.
 9         MS. BART:  Objection, form.
10     Q.   You can answer.
11     A.   Yes.
12     Q.   Do you know if anyone at Gagosian
13  Gallery attempted in this case to make sure that
14  the images appropriated in the Canal Zone
15  paintings were not copyright protected?
16         MS. BART:  Objection, form.
17         MR. HAYES:  Form.
18     Q.   You can answer.
19     A.   I don't know.
20     Q.   Let's talk about the press release
21  then.  I'm going to hand you what's been marked
22  as Exhibit 31.
23         Here's Exhibit 31.  Do you know what
24  Exhibit 31 is or what it is a copy of?
25     A.   It looks like a copy -- it looks
```

Page 19

```
 1                 Neri
 2  like a website copy.
 3     Q.   Whose website?
 4     A.   Our website, Gagosian Gallery
 5  website.
 6     Q.   Do the first two pages of Exhibit 31
 7  appear to be your press release as taken off the
 8  website?
 9     A.   Yes.
10     Q.   Now, let me ask you this.  On the
11  first page do you see where it says artist info
12  and it says view on the right?
13     A.   Yes.
14     Q.   Are you familiar with the Gagosian
15  Gallery website?
16     A.   Yes.
17     Q.   If you were to click on that where
18  it says view artist info, view, what would you
19  get?
20     A.   It depends.  You would either get a
21  view of available works, or in the case of an
22  exhibition you would have a view of the
23  exhibition.  In certain cases we shoot videos
24  of the show.
25     Q.   In this case please look at the
```

Page 20

```
 1                 Neri
 2  third page of Exhibit 31.  There appears to be
 3  some biographical information about Mr. Prince,
 4  correct?
 5     A.   Yes.
 6     Q.   Do you know if that's the artist
 7  info that's being referred to on the first page
 8  of Exhibit 31?
 9     A.   I don't understand your question,
10  I'm sorry.
11     Q.   You don't understand my question?
12     A.   No.
13     Q.   Do you know if you clicked on --
14     A.   Oh, sorry, I see it.
15         Could you repeat the question?
16     Q.   Does the third page of Exhibit 31
17  appear to be the artist info referred to on the
18  first page?
19         MS. BART:  Objection, form.
20     A.   It appears to be.  I can't tell you
21  for sure.
22     Q.   Did you write the third page of
23  Exhibit 31?
24     A.   Yes.
25     Q.   You personally?
```

Page 21

```
 1                 Neri
 2     A.   Yes.
 3     Q.   You did?
 4     A.   Yes.
 5     Q.   Did you write it in connection with
 6  the Canal Zone exhibition?
 7     A.   No.
 8     Q.   Do you know when you wrote it?
 9     A.   Within the year.  I write a lot of
10  material for the gallery on artists as we
11  require information for many different reasons
12  and we often reuse the information.
13     Q.   Do you think you wrote the
14  description of Mr. Prince, the third page of
15  Exhibit 31, before the press release, which is
16  the first two pages of Exhibit 31?
17     A.   Yes.
18         MS. BART:  Objection to form.
19     Q.   The answer is what?
20     A.   Yes.
21     Q.   Now, one other question before we
22  get to the text.
23         On the left it says press release,
24  is that a reference to this press release, the
25  first two pages?
```

Louise Neri                                    December 17, 2009

---

**Page 22**

```
 1                    Neri
 2      A.   Yes.
 3      Q.   And then underneath that it says
 4  view work, do you know what you would have
 5  gotten in late 2008 if you clicked view work?
 6           MS. BART:  Objection, form, and
 7      asked and answered.
 8           MR. BROOKS:  Not of this witness.
 9           MS. BART:  Mm-hmm.
10           MR. BROOKS:  No, I asked her what
11      would happen if you clicked on artist
12      info.
13           MS. BART:  No.
14           MR. BROOKS:  Yes, I did.
15  BY MR. BROOKS:
16      Q.   What would happen if you clicked on
17  view work?
18      A.   You might see images from the
19  exhibition or you might see general work.
20  I can't be sure.
21      Q.   Let me show you --
22      A.   Depending on when it was done.
23      Q.   Let me show you what was marked as
24  Exhibit 105 previously.
25           The first two pages are the same
```

---

**Page 23**

```
 1                    Neri
 2  press release, right?
 3           MS. BART:  Except that the date, the
 4      printout date is 12/14/2009 and this one
 5      says 12/8/2008.
 6      Q.   All right.  It's the same press
 7  release, right?
 8           MS. BART:  Take a look.
 9      A.   Yes, it's the same press release.
10      Q.   And if you look at the third page of
11  Exhibit 105 what does that appear to be?
12      A.   Installation shots of an exhibition.
13      Q.   Of the Canal Zone exhibition?
14      A.   They're too small for me to really
15  see there, but --
16      Q.   Why don't you look at the subsequent
17  pages which are bigger copies of those images?
18           MS. BART:  And, again, just for
19      the record, these pages are dated
20      December 14th, 2009.
21           MR. BROOKS:  Right.  We just printed
22      it out from Google.
23           MS. BART:  But this witness has
24      testified she doesn't know what it looked
25      like in 2008.
```

---

**Page 24**

```
 1                    Neri
 2           MR. BROOKS:  Well, she hasn't looked
 3      at it yet.
 4  BY MR. BROOKS:
 5      Q.   So look through those and tell us
 6  what those are shots of.
 7      A.   The car that was exhibited in
 8  gallery 108.
 9      Q.   In the Canal Zone exhibition?
10      A.   Yes.
11      Q.   What else?
12      A.   It's basically an exhibition
13  walkthrough.
14      Q.   Of the Canal Zone exhibition?
15      A.   Yes.
16      Q.   Thank you.
17           Can I have that back, please?
18           MS. BART:  Sure.
19      Q.   On Exhibit 31 there's an image at
20  the very top, it looks like somebody sitting on
21  a donkey, do you see that, among other things?
22           MS. BART:  Objection, form.
23           You can't see that from this
24      photocopied image.
25           MR. BROOKS:  You need better glasses
```

---

**Page 25**

```
 1                    Neri
 2  then.
 3           MS. BART:  You can't see that.  I
 4      have glasses on.
 5           MR. BROOKS:  Well, let's see if she
 6      can see it.  It doesn't matter if you can
 7      see it.
 8  BY MR. BROOKS:
 9      Q.   Do you see the image?
10           MS. BART:  Objection, form.
11           MR. HAYES:  Objection, form.
12      A.   I would not be able to tell what it
13  was from this photocopy.
14      Q.   Do you see the image?
15      A.   Not really, no.
16      Q.   Is it better in 105, Exhibit 105?
17      A.   Yes.
18      Q.   You see a man sitting on a donkey?
19      A.   Yes.
20      Q.   I won't swear it's a donkey --
21      A.   Or the back of a donkey.
22      Q.   Some kind of --
23      A.   A mule maybe.
24      Q.   Who knows.
25           Take a look at the Canal Zone
```

---

a83425f0-9d6e-4865-8d75-78500d8ba5db