Exhibit H

Page 1

McDonald

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

PATRICK CARIOU,

        Plaintiff,     Index No.:

  vs.                 08 CIV 11327 (DAB)

RICHARD PRINCE, GAGOSIAN

GALLERY, INC., LAWRENCE

GAGOSIAN, and RIZZOLI

INTERNATIONAL PUBLICATIONS,

INC.,

        Defendants.

-------------------------------x


        DEPOSITION OF ALISON MCDONALD

           New York, New York

      Thursday, December 17, 2009


Reported by:
Bryan Nilsen, RPR
JOB NO. 305996-A

Page 26

```
 1            McDonald
 2   said $80 for a copy of that book?
 3       A.   No.
 4       Q.   When the exhibition commenced on
 5   Saturday, November 8th, was there a dinner that
 6   night at the Gramercy Park Hotel?
 7       A.   There was a dinner. I don't
 8   remember if it was at the Gramercy Park Hotel.
 9       Q.   Did you go?
10       A.   No.
11       Q.   Do you know how many people went?
12       A.   No.
13       Q.   Do you know what the purpose of the
14   dinner was, if any?
15       A.   To celebrate the opening of an
16   exhibition.
17       Q.   Did you have anything to do with
18   planning the dinner?
19       A.   We printed a card for the dinner but
20   not for planning the dinner.
21       Q.   Did you play any role at all in
22   inviting people to come to the dinner?
23       A.   No.
24            MS. BART: One moment, please.
25            (Discussion off the record.)
```

Page 27

```
 1            McDonald
 2            MS. BART: I think the witness wants
 3       to correct the record.
 4            Your question as posed was somewhat
 5       vague in that you said did you play any
 6       role in the inviting of people, and I
 7       think she answered no.
 8            But I think so that the record
 9       stands corrected I think she was going to
10       correct her answer.
11       A.   We printed the invitation.
12       Q.   Right. Okay.
13            When you say we, I mean I think
14   I asked you if you personally played a role?
15       A.   I printed the card that was sent out
16   for the invitation.
17       Q.   Printed it on what?
18       A.   Paper with ink.
19       Q.   But did you do it in your office on
20   a copying machine?
21       A.   No.
22       Q.   How did you print the invitations?
23       A.   We put the text in an InDesign
24   document and sent that document to a printer.
25            MR. BROOKS: Let's mark as
```

Page 28

```
 1            McDonald
 2       Plaintiff's Exhibit 103 a card stamped
 3       GGP001696A.
 4            (Plaintiff's Exhibit 103, invitation
 5       GGP001696A, was marked for identification,
 6       as of this date.)
 7       Q.   Ms. McDonald, you've been handed a
 8   document that's been marked as Plaintiff's
 9   Exhibit 103. Is that the invitation you were
10   just testifying about a few minutes ago?
11       A.   Yes.
12       Q.   There seems to be a blank line there
13   to put in somebody's name, is that right?
14       A.   Yes.
15       Q.   Were these invitations mailed out?
16       A.   I don't know. I imagine, yeah.
17            MS. BART: No, he doesn't want you
18       to guess or imagine.
19       A.   I don't know.
20       Q.   Do you know if there was an
21   invitation list?
22       A.   I don't know.
23       Q.   Okay, I guess I'll hold on to these.
24            In addition to that invitation that
25   we just looked at, Exhibit 103, was there an
```

Page 29

```
 1            McDonald
 2   announcement of the exhibition with a photograph
 3   on it, do you know?
 4       A.   Yes.
 5            MR. BROOKS: Let's mark as
 6       Plaintiff's Exhibit 104 a document that's
 7       been produced and Bates stamped GGP00139A
 8       and 140A front and back.
 9            (Plaintiff's Exhibit 104, GGP00139A
10       and 140A, was marked for identification,
11       as of this date.)
12       Q.   You've been handed Plaintiff's
13   Exhibit 104. Do you know what it is?
14       A.   Yes.
15       Q.   Can you tell us?
16       A.   An announcement card for the
17   exhibition.
18       Q.   Do you know if these announcement
19   cards were mailed out?
20       A.   Yes.
21       Q.   Do you know to whom they were mailed
22   out, I don't mean the names of all the people,
23   but what types of people, if you know?
24            MS. BART: Objection, form.
25            MR. HAYES: Objection, form.
```

Page 30

1        McDonald
2        MR. SHERMAN: Objection, form.
3    Q.   You can answer.
4    A.   Yes.
5    Q.   Can you tell me?
6    A.   We have a mailing list of about
7    7,500 people.
8    Q.   So these announcement cards were
9    mailed to people on that list?
10       MS. BART: Objection, form.
11   Q.   You can answer.
12   A.   Yes.
13   Q.   Do you notice on the front of the
14   announcement card an image of a man, do you see
15   him?
16   A.   I see a painting in a studio, yeah.
17   The painting has a man in it, yes.
18   Q.   I couldn't hear what you said.
19       MR. BROOKS: Read it back.
20       (Record read.)
21   BY MR. BROOKS:
22   Q.   Why don't you look in that book, the
23   Canal Zone book, and I think if you look at
24   page C00148 perhaps you will find something.
25       MS. BART: You're going to have to

Page 31

1        McDonald
2    give us maybe the page number of the
3    actual catalog.
4        MR. BROOKS: It's in the second
5    insert I think. It's C00148. I think
6    there's a Post-it there with that number.
7        MS. BART: We're there.
8        MR. BROOKS: That is the number,
9    okay.
10   BY MR. BROOKS:
11   Q.   So you said something about a
12   picture in a studio, is this what you're
13   referring to, the C148?
14       MS. BART: Objection, form.
15   A.   This is a different picture.
16   Q.   This is a different picture than the
17   announcement card?
18   A.   Yes.
19   Q.   How do you know that?
20   A.   It's a different angle.
21   Q.   Okay. But if you look at the
22   announcement card there's a painting that
23   appears to be propped up on two cans of paint,
24   right?
25   A.   Yes.

Page 32

1        McDonald
2    Q.   And if you look at C148 the same
3    seems to be true, there's a picture propped up
4    on two cans of paint, right?
5        MS. BART: Objection, form.
6        MR. HAYES: Objection, form.
7    Q.   You can answer.
8    A.   There is a painting on two cans of
9    paint.
10   Q.   So you're saying that the photo is
11   from a different angle, but is it correct that
12   the image in Exhibit 104 in the announcement is
13   maybe a different photo of the same painting
14   that's propped on the two cans in C148?
15   A.   Yes.
16   Q.   But it's from a different angle?
17   A.   Yes.
18   Q.   Okay. And do you know if the
19   painting that's shown on C148 in the insert in
20   the book, do you know if that painting was
21   actually exhibited at the Canal Zone exhibition?
22   A.   I don't know.
23   Q.   Could you look at the very first
24   painting in the book, you have to go back to the
25   beginning.

Page 33

1        McDonald
2        (Witness looks at exhibit.)
3    Q.   No, no, not on the cover.
4    Number 1, it's called Graduation.
5    It's on page C95.
6        MS. BART: C96?
7    Q.   Well, 95 says Graduation, right?
8    Correct?
9    A.   Yes.
10       MS. BART: There's no number on
11   these.
12   Q.   Doesn't it say 1, Graduation?
13   A.   Graduation, yes.
14       MS. BART: But there's no Bates
15   number on it.
16   Q.   Right. That's C95.
17   Now, the next page is a painting
18   called Graduation, correct?
19   A.   Yes.
20   Q.   Now, absent the paint cans, is that
21   painting Graduation the same image that's
22   depicted on the announcement?
23       MS. BART: Objection, form.
24   Q.   You can answer.
25   A.   Yes.

Page 42

1           McDonald
2    one?
3        MR. BROOKS: I'm done with that
4    page, yes, but she should keep the book.
5    BY MR. BROOKS:
6        Q.  Did you ever ask anyone where the
7    images of the Rastafarians that are in many of
8    these Canal Zone paintings came from?
9        MS. BART: Objection, form.
10       MR. HAYES: Objection, form.
11       Q.  You can answer.
12       A.  No.
13       Q.  Did you ever hear anyone explaining
14   where they came from?
15       MS. BART: Objection, form.
16       A.  No.
17       Q.  Have you ever seen this book, it's
18   called Yes Rasta?
19       A.  No.
20       Q.  Okay, you can give it back to me.
21       Thank you.
22       Were there newspaper advertisements
23   for the Canal Zone exhibition?
24       A.  Yes.
25       Q.  Do you remember where the

Page 43

1           McDonald
2    advertisements were placed?
3        A.  The Art Newspaper, Financial Times,
4    and New York Times.
5        Q.  How about W?
6        A.  The magazine? Yes, W.
7        Q.  How about Art Forum, Art in America,
8    and Art and Auction?
9        MS. BART: Objection.
10       A.  Yes.
11       Q.  All three?
12       A.  There were more than -- did you
13   say W?
14       Q.  I just said -- no, after W I said
15   Art Forum?
16       A.  Yes.
17       Q.  Were there ads there?
18       A.  One ad, yes.
19       Q.  And Art in America, was there an ad
20   for the Canal Zone exhibition there?
21       A.  Yes.
22       Q.  And how about Art and Auction?
23       A.  Yes.
24       Q.  One ad in each of them?
25       A.  Yes.

Page 44

1           McDonald
2        Q.  In the New York Times were there two
3    ads?
4        A.  I don't remember.
5        Q.  Was there an ad just for the Canal
6    Zone exhibition in the New York Times?
7        A.  I remember it was on a list of other
8    exhibitions the gallery was having in the
9    New York Times ad.
10       Q.  Right. One other, right, a painter
11   with a Japanese name?
12       A.  I think it was Hiroshi Sugimoto.
13       Q.  To your knowledge did Mr. Gagosian
14   review the ads before they were placed in the
15   newspapers?
16       A.  Yes.
17       Q.  That's a yes?
18       A.  Yes.
19       Q.  Do you know if Mr. Prince reviewed
20   the ads?
21       A.  I don't know for sure, no.
22       Q.  I'm going to hand you a series of
23   e-mails that have been collectively marked as
24   Plaintiff's Exhibit 45 previously.
25       The first page of Exhibit 45

Page 45

1           McDonald
2    GGP001991 talks about an announcement card and
3    adverts, and something -- it says Larry reviewed
4    the options and wants to run the attached ad,
5    parenthesis, AF Prince placeholder, closed
6    parenthesis, in Art Forum, et cetera.
7        Do you know what the Prince
8    placeholder, it's all in capital letters, do you
9    know what that is?
10       A.  She's referring to the file name
11   that's attached.
12       Q.  And is that an image that ran in the
13   advertisements?
14       MS. BART: Objection, form.
15       MR. HAYES: Objection, form.
16       A.  That was attached to the e-mail.
17   I'd have to check.
18       Q.  Do you know if the image in the
19   advertisements was an image of the same
20   Rastafarian who is in the announcement card
21   Exhibit 104?
22       MR. HAYES: Objection, form.
23       MS. BART: Objection, form.
24       And I'd like to, since this doesn't
25   have this witness's name on it, I'd ask

Page 46

1      McDonald
2  her to see if she's ever seen this before,
3  the exhibit.
4      MR. BROOKS: I understand.
5  BY MR. BROOKS:
6      Q. Do you know?
7      A. The same painting was used in the
8  ad.
9      Q. I know. I'm asking you?
10     A. Yes.
11     Q. It was? Okay.
12     A. In the magazine ads.
13     Q. What about the newspaper ads?
14     A. No.
15     Q. What was used in the newspaper ads?
16        MS. BART: Objection, form.
17     A. Text only.
18     Q. No picture?
19     A. No paintings.
20     Q. So which were the magazine ad or
21  ads?
22        MS. BART: Objection, form.
23     I don't understand. What do you
24  mean?
25     Q. Okay, we'll come back to it.

Page 47

1      McDonald
2     Look at the second page of
3  Exhibit 45, please. Do you see it says but LG
4  wants to make sure the ad is large and very
5  clear because it has two shows on it, do you see
6  that?
7     A. Yes.
8     Q. And then below that there's an
9  e-mail from Nicole Heck October 17th saying
10  run the attached again in NYT on Friday,
11  October 24th, and then below that it says Prince
12  and Sugimoto both open the week after that, does
13  he want to run one ad announcing both on Friday,
14  November 7th.
15     Do you recall whether an ad was
16  taken in the New York Times for both of those
17  shows, Prince and Sugimoto?
18     A. Yes.
19     Q. And you don't think there were
20  any images, just printed words in that ad in
21  The Times?
22        MS. BART: Objection, form, and
23     asked and answered.
24     Q. You can answer.
25     A. Yes.

Page 48

1      McDonald
2     Q. Could you look at page GGP002282,
3  which is part of that same Exhibit 45.
4     This is about the advertisement in
5  W Magazine?
6     A. Yes.
7     Q. And there you say an image was used,
8  a photo of the same Rastafarian that was in the
9  announcement card?
10        MS. BART: Objection, form.
11        MR. HAYES: Objection, form.
12     Q. You can answer.
13     A. It's a different painting in the
14  W ad.
15     Q. But the same Rastafarian, right?
16        MS. BART: Objection, form.
17        MR. HAYES: Objection, form.
18     A. I don't remember.
19     Q. Okay. Did Larry Gagosian and
20  Richard Prince approve the ad in W Magazine?
21        MR. HAYES: Objection, form.
22        MS. BART: Join.
23     A. Larry approved. I did not have any
24  interaction with Richard Prince for approval.
25     Q. Now, on the next page, which is

Page 49

1      McDonald
2  GGP002418, it says I told Nicole Larry likes the
3  Prince ad with just, all capital letters, the
4  Rasta man, not the one in the studio. For the
5  announcements he likes the Rasta man poster on
6  two paint cans with no books in the picture.
7     Do you remember seeing a copy of
8  this e-mail?
9     A. No.
10     Q. Is it correct though that the
11  announcement had the picture in the studio on
12  the paint can without books?
13        MS. BART: Objection, form.
14     Q. And I'm showing you Exhibit 104?
15     A. Yes.
16     Q. And the advertisement just had a
17  Rastafarian, not the one in the studio, is that
18  right?
19        MS. BART: Objection, form.
20        MR. HAYES: Objection, form.
21     A. It had that same painting in the ad,
22  yes.
23     Q. Which ad?
24     A. Which ad?
25     Q. Yes.

Page 50

1       McDonald
2    A.  The Art Forum, Art in America, Art
3  and Auction.
4    Q.  They had a painting, a picture of
5  the same painting?
6    A.  Yes.
7    Q.  But the New York Times didn't?
8       MS. BART: Objection, form, and
9  asked and answered.
10   Q.  Is that what you're saying?
11      MS. BART: Third time.
12   A.  No image was in the New York Times.
13   Q.  What about the Financial Times?
14   A.  No.
15   Q.  I'm going to show you a document
16  which has previously been marked as Exhibit 52.
17      Is that the image that was used in
18  some of the ads anyway?
19      MS. BART: Can we just have one of
20   the extras that you have there, please?
21      I think John needs one, right?
22      MR. BROOKS: You do?
23      MR. SHERMAN: Yes.
24   A.  I don't --
25      MS. BART: Just one minute. I want

Page 51

1       McDonald
2  to hear the question back. I'm not sure
3  there was one.
4       MR. BROOKS: There was.
5       Can you read the question back,
6  please.
7       (Record read.)
8       MS. BART: Object to form.
9    Q.  You can answer.
10   A.  I don't remember. I don't remember.
11   Q.  Does it look like what was used in
12  the ads --
13      MS. BART: Objection.
14   Q.  -- as you've been describing it?
15      MS. BART: Objection, form.
16      MR. HAYES: Objection, form.
17      MS. BART: The witness isn't here to
18   speculate.
19   Q.  You can answer.
20   A.  It's the same type. I don't know --
21  I don't remember this.
22 RQ     MR. BROOKS: Okay. If the witness
23      doesn't know I'm going to request that
24      Gagosian tell us whether Exhibit 52 is the
25      image that was used in newspaper and

Page 52

1       McDonald
2  magazine ads.
3       She's testified to a number of ads,
4  some of which had images she said from
5  the same painting, and I want to know if
6  Exhibit 52 is the image that was used
7  in the ads in Art Forum, Art in America,
8  Art and Auction, the Art Newspaper, and W.
9       MS. BART: We'll take it under
10  advisement.
11      But just so that I understand I know
12  what you're asking me, are you talking
13  about the entirety that includes the title
14  that says Richard Prince at the top, or
15  are you talking about the cutout in the
16  middle, in other words, are you talking
17  about the entirety?
18      I don't know what you're asking.
19      MR. BROOKS: Well, this is how it
20  was produced to me by you.
21      MS. BART: That's irrelevant.
22      You're asking us for a stipulation,
23  Mr. Brooks, and I'm asking you, are you
24  saying just the thing in the middle or are
25  you talking about the entirety --

Page 53

1       McDonald
2       MR. BROOKS: The entirety. But if
3  the ad didn't say Richard Prince and only
4  had the image, then you can tell me that.
5  I just want to find out.
6       MS. BART: We'll take it under
7  advisement.
8       MR. BROOKS: Well, I'm certainly
9  entitled to know what images were used in
10  the newspaper and magazine ads.
11      If this witness can't -- I mean I
12  think it's clear from her testimony that
13  this is exactly what was used since there
14  are no paint cans, it's not in the studio,
15  it's the same painting. If it's not --
16      MS. BART: Well, you don't know
17  because it's cut off at the bottom, so --
18      MR. BROOKS: Well, that's how it was
19  produced to me by you. So that's the best
20  I can do, I'm sorry.
21      MS. BART: No, this is how it was
22  originally made. We didn't cut anything
23  off, Mr. Brooks.
24      MR. BROOKS: Well, okay.
25      MS. BART: We'll take your request

Page 54

1           McDonald
2      under advisement.
3      BY MR. BROOKS:
4      Q.   Can you take a look at the Canal
5  Zone book again, please, and look at page
6  C00122.
7           (Witness looks at exhibit.)
8      Q.   C122 is a painting called
9  Meditation, correct?
10     A.   Yes.
11     Q.   It's painting number 6 in the book?
12     A.   Yes.
13     Q.   Is that painting the same image as
14 in Exhibit 52 in the document that I've been
15 asking whether or not that's a newspaper ad --
16 a magazine ad?
17          MS. BART: Objection, form.
18     Q.   You can answer.
19     A.   Yes, same painting.
20     Q.   And it has no paint cans, right,
21 it's not from the studio, correct?
22          MS. BART: Objection, form.
23     Q.   You can answer.
24     A.   Yes.
25          MR. HAYES: Objection, form.

Page 55

1           McDonald
2           MS. BART: I'll instruct the witness
3      not to speculate.
4           MR. BROOKS: She already answered
5      yes.
6           You're saying it's speculating when
7      I ask her if there are paint cans there?
8           MS. BART: Well, what I'm saying to
9      you is that --
10          MR. BROOKS: Well, never mind. She
11     answered.
12          MS. BART: Richard Prince is the
13     best person to ask these questions of, not
14     a witness who didn't create these works of
15     art.
16          MR. BROOKS: Okay.
17 BY MR. BROOKS:
18     Q.   With respect to these announcement
19 cards, do you know if at the end of the show,
20 the exhibition, you had leftover cards,
21 announcement cards?
22     A.   Yes.
23     Q.   I'm going to show you what's been
24 previously marked as Plaintiff's Exhibit 53, and
25 actually the last two pages were previously

Page 56

1           McDonald
2      marked as 53A, so it's two exhibits.
3           Could you look at the --
4           MS. BART: Just give her a second to
5      look at it.
6           (Witness looks at exhibit.)
7      Q.   Okay. Look at the second page,
8  GG002763. Did you receive a copy of the e-mail
9  on the top from Jessica Arisohn?
10     A.   Yes.
11     Q.   And who is Jessica Arisohn?
12     A.   A gallery assistant.
13     Q.   At the Gagosian Gallery?
14     A.   Yes.
15     Q.   And who is Andie Trainer who wrote
16 the e-mail beneath the first one in the chain?
17     A.   A gallery receptionist.
18     Q.   Do you know Ryan from Rare Posters?
19     A.   Know him? No.
20     Q.   Do you know who he is?
21     A.   Sure, yeah.
22     Q.   Who is he?
23     A.   He's someone who buys posters in
24 bulk from us occasionally.
25     Q.   Do you see she said in the e-mail

Page 57

1           McDonald
2  but somehow it doesn't seem right for him to be
3  selling, capital letters, our invitations, do
4  you see that?
5      A.   Yes.
6      Q.   Did you get involved in the question
7  of whether invitations should be given to Ryan?
8           MS. BART: Objection, form.
9      A.   He normally sells posters.
10     Q.   Right. Okay.
11          Let's look at the next page.
12          Jessica Arisohn, now she's given his
13 name, Ryan Dowler wants Prince Canal Zone, do
14 you see that, it's the second e-mail?
15     A.   Yes.
16     Q.   Andie says we have three extra boxes
17 left, and that was addressed -- that e-mail was
18 addressed to you as well, correct?
19     A.   Yes.
20     Q.   And then Nicole Heck wrote to
21 you and Jessica Arisohn and Darlina Goldak,
22 Shouldn't we get a percentage of the sale if he
23 is selling something we paid to produce, do you
24 see that?
25     A.   Yes.

Page 58

1        McDonald
2    Q. Did you agree with that?
3        MS. BART: Objection, form.
4    Q. You can answer.
5    A. I thought we should be reimbursed
6  for what we paid to make them.
7    Q. Reimbursed by Ryan's company?
8    A. Yeah, instead of recycling.
9    Q. Instead of?
10   A. Recycling the extra invitations.
11   Q. And if you look at the next page
12 2766, GG -- actually, let's stick with the GGP,
13 GGP003063, you wrote an e-mail saying we should
14 sell them to him, correct?
15   A. Yes.
16   Q. And what was your reasoning for
17 that?
18   A. They would have been recycled or
19 discarded otherwise.
20   Q. Why not just give them to him?
21       MS. BART: Objection, form.
22   Q. You can answer.
23   A. I just thought we should get
24 reimbursed for what we had spent to make them.
25   Q. And did you sell these materials to

Page 59

1        McDonald
2  him, do you know?
3    A. I don't know.
4    Q. And in these e-mails there's a
5  reference to invitations, right?
6        Was that a reference to Exhibit 103,
7  which is the invitation you had printed, or to
8  104, which is the announcement, what we've been
9  calling the announcement card?
10   A. The announcement card.
11   Q. 104?
12   A. Yes.
13   Q. That's what Ryan wanted, correct?
14   A. Yes.
15   Q. To make posters?
16       MS. BART: Objection, form.
17       MR. HAYES: Objection, form.
18   A. No, he wasn't making posters.
19   Q. What was he doing?
20   A. Selling the cards I think.
21   Q. Selling the cards? I see.
22       It's just that on the first page --
23 okay, I hear what you're saying.
24       On the first page of Exhibit 53 it
25 says Ryan from Rare Posters -- okay, so you're

Page 60

1        McDonald
2  saying, your understanding was he wanted to sell
3  the actual announcement cards, not make them
4  into posters, is that right?
5    A. Yes.
6    Q. Okay. If I asked this before, I
7  apologize, but were these announcement cards
8  sold to Ryan?
9        MS. BART: Objection, form.
10   Q. If you know?
11       MS. BART: And asked and answered.
12   A. I don't know.
13   Q. Okay. Did I ask you that before?
14       MS. BART: Yes.
15   Q. And what did you say before?
16   A. I don't know.
17   Q. Okay. All right. It wasn't a trick
18 question. I don't remember it.
19       MS. BART: You never know with
20 Mr. Brooks.
21   Q. So you don't know if they were
22 sold --
23   A. No.
24   Q. -- to him? Okay.
25       MS. BART: Objection.

Page 61

1        McDonald
2    Q. Do you know Glenn O'Brien?
3    A. Barely, yes.
4    Q. Who is he?
5    A. He worked with Andy Warhol.
6  I believe he was involved in Interview Magazine.
7  I don't know him very well.
8        MR. BROOKS: Did you get that,
9  Interview, Interview Magazine?
10       (Discussion off the record.)
11 BY MR. BROOKS:
12   Q. I'm going to hand you a document
13 that's previously been marked as Plaintiff's
14 Exhibit 29.
15       If you look at the first page of
16 Exhibit 29, GGP001421, there appears to be at
17 the bottom an e-mail from Glenn O'Brien to Betsy
18 Biscone at the Prince studio asking for some
19 images for the interview, do you see that?
20   A. Yes.
21   Q. Correct?
22   A. Yes.
23   Q. And did you become aware that
24 Mr. O'Brien wanted some images for Interview
25 Magazine?

### Page 90

```
 1                McDonald
 2         MR. HAYES: Objection, form.
 3      A.  No.
 4      Q.  The cover of pulp fiction novels?
 5         MR. HAYES: Objection, form.
 6         MS. BART: Join.
 7      A.  Sometimes, I think, yes.
 8      Q.  Were you familiar with his painting
 9  Spiritual America?
10         MR. HAYES: Objection, form.
11      A.  Is that a painting?
12      Q.  It's a rephotograph of a picture of
13  Brooke Shields when she was ten years old?
14      A.  I think it's a photograph, yes.
15      Q.  And were you aware that Mr. Prince
16  rephotographed that photograph that some other
17  photographer had taken?
18         MS. BART: Objection, form.
19         MR. HAYES: Form.
20      Q.  You can answer.
21      A.  That photograph I'm familiar with
22  recently.
23      Q.  Do you know how long Gagosian
24  Gallery has represented Mr. Prince?
25      A.  I don't know.
```

### Page 91

```
 1                McDonald
 2      Q.  Were you aware that Mr. Prince had a
 3  retrospective at the Guggenheim Museum in late
 4  2007?
 5      A.  Yes.
 6      Q.  Did you go to it?
 7      A.  No.
 8      Q.  Did Gagosian represent Mr. Prince at
 9  that time?
10      A.  I don't know.
11      Q.  Did you know in 2008 that Mr. Prince
12  had a practice of appropriating images created
13  by others and including those images in his
14  work?
15         MS. BART: Objection, form.
16         MR. HAYES: Form.
17      Q.  You can answer.
18      A.  Can you say it again?
19      Q.  He'll read it again.
20         (Record read.)
21      A.  I knew he was an appropriation
22  artist, yes.
23      Q.  Well, how do you define an
24  appropriation artist?
25         MR. HAYES: Objection, form.
```

### Page 92

```
 1                McDonald
 2      A.  An artist who uses materials that
 3  influence him and reinvents them to make
 4  something new.
 5      Q.  He uses materials that influence
 6  him, materials created by others, right?
 7         MS. BART: Objection, form.
 8         MR. HAYES: Objection, form.
 9      A.  Other painters, other magazines.
10      Q.  Other photographers?
11         MS. BART: Objection, form.
12         MR. HAYES: Objection, form.
13      Q.  You can answer.
14      A.  Could be, yeah.
15      Q.  Did you personally do anything to
16  find out whether any of the images in these
17  Canal Zone paintings were taken from copyrighted
18  material?
19         MS. BART: Objection, form.
20         MR. HAYES: Objection, form.
21      Q.  You can answer.
22      A.  No.
23      Q.  Do you know if anyone at Gagosian
24  Gallery did that?
25         MS. BART: Objection, form.
```

### Page 93

```
 1                McDonald
 2      Q.  You can answer.
 3      A.  I don't know.
 4      Q.  Did you ever try to find out -- I
 5  know you didn't ask him you said already, but
 6  did you ever try to find out where the images in
 7  these Canal Zone paintings, specifically the
 8  Rastafarian images, came from?
 9         MS. BART: Objection, form.
10         MR. HAYES: Objection, form.
11      Q.  You can answer.
12      A.  No.
13      Q.  To your knowledge did anyone at
14  Gagosian Gallery make an attempt to find out
15  where the Rastafarian images came from?
16         MS. BART: Objection, form.
17         MR. HAYES: Objection, form.
18      Q.  You can answer.
19      A.  I don't know.
20         MR. BROOKS: Let's take five minutes
21  and I might be finished. I want to look
22  at my notes.
23         MS. BART: Okay.
24         (Recess taken: 3:40 p.m.)
25         (Proceedings resumed: 3:48 p.m.)
```