Exhibit I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------

PATRICK CARIOU,

                            Plaintiff,

          - against -

RICHARD PRINCE, GAGOSIAN GALLERY, INC.
LAWRENCE GAGOSIAN and RIZZOLI INTERNATIONAL
PUBLICATIONS, INC.,

                            Defendants.

-------------------------------------------------------------

                 DEPOSITION UPON ORAL EXAMINATION of

Non-Party Witness, NANCYSCANS CORP. by JOHN OLSON, Chief

Executive Officer, held pursuant to Notice of Examination on

the 16th day of November 2009 at 2:05 P. M. at the offices of

SONYA DEL PERAL, ESQ., 22 Park Row, Chatham, New York 12037

before CHARLES E. M. JOHNSON, a Court Reporter and Notary

Public in the State of New York.


                Valley Reporting Service, Inc.
                    115 Green Street
                Kingston, New York 12401
                    (845) 331-4020

```
                            JOHN OLSON
1
2    Q.   Mr. Olson, are you familiar with ink jet or ink jetted?
3    A.   Yes.
4    Q.   What is ink jet or ink jetted? What does that term
5         mean?
6    A.   It's a technology.
7    Q.   Can you describe what that technology involves?
8    A.   It's ink being placed on a substrate to reproduce the
9         data that resides in a digital file.
10   Q.   Did you employ ink jet technology in connection with the
11        Canal Zone project?
12   A.   Yes.
13   Q.   Can you explain how one, in layman's terms, if it's
14        possible, performs ink jetting on, for example, a
15        photograph that you receive.
16              MR. HAYES:  Objection to the form.
17              MS. BART:   Objection to the form.
18              MS. PERAL:  Objection to the form.
19   BY MR. BODEN:  (Continued.)
20   Q.   Do you understand the question?
21   A.   Can you rephrase?
22   Q.   Sure I will. By way of a hypothetical -- it might be
23        easiest -- if NancyScans received a hard copy
```

JOHN OLSON

| | | |
|---|---|---|
| 1 | | |
| 2 | | photograph, and the instructions from the photographer |
| 3 | | are to print or rather copy and print, this photograph, |
| 4 | | is it possible to employ ink jet technology in order to |
| 5 | | achieve that instruction? |
| 6 | A. | Yes. |
| 7 | Q. | And how would one do that? |
| 8 | A. | If you receive a digital file, you feed that digital |
| 9 | | file to an ink jet printer, and the technology |
| 10 | | transforms that digital information onto a substrate |
| 11 | | with a head that squirts ink in different colors or |
| 12 | | gradations of gray onto paper or canvas. |
| 13 | Q. | All right. Now, if you were to receive an original -- |
| 14 | | and the same hypothetical -- if you were to receive an |
| 15 | | original document -- but it was a hard copy, in order to |
| 16 | | achieve what you have just described, you would have to |
| 17 | | create some electronic form of that hard copy; is that |
| 18 | | correct? |
| 19 | A. | Yes. |
| 20 | Q. | And how would you do that? |
| 21 | A. | I would scan it. |
| 22 | Q. | Is that process that you just described in general terms |
| 23 | | what you did for Mr. Prince in connection with the Canal |

```
                          JOHN OLSON
```

2      Zone project?

3   A.   Yes.

4   Q.   He would send you hard copies, and NancyScans would scan

5        them, and then employing an ink jet process would print

6        them?

7             MR. HAYES:   Objection to the form.

8             MS. BART:   Join.

9             THE WITNESS:   Yes.

10  BY MR. BODEN:   (Continued.)

11  Q.   Now, we're going to get to the documents here that were

12       produced, that you photocopied, in response to the

13       subpoena.

14            But I want to ask whether you're familiar

15       with, as you sit here today, some of the documents that

16       were sent to you by hard copy from Mr. Prince.

17            Specifically, do you recall seeing images of

18       Rastafarian men?

19            MS. BART:   Objection to the form.

20            MR. HAYES:   Objection to form.

21            MS. PERAL:   Objection to the form.

22            THE WITNESS:   I recall Rastafarians.

23  BY MR. BODEN:   (Continued.)

```
 1                       JOHN OLSON
 2            Were you also asked to enlarge some of these
 3       images to specific size dimensions --
 4  A.   Yes.
 5                 MS. BART:  Objection to the form.
 6  Q.   -- in connection with the Canal Zone project?
 7  A.   Yes.
 8  Q.   How would you know what size to enlarge images to?
 9  A.   By following the instructions that we received.
10  Q.   You don't remember what the instructions, the exact
11       instructions, were?
12  A.   Yes.
13  Q.   Do you know whether it was a verbal instruction or
14       whether it was a written instruction?
15  A.   Any instructions we received were either verbal or on
16       occasion written on an envelope we would receive work
17       in.
18  Q.   Do you know who the author of the written instructions
19       on the envelope is?
20  A.   No, I don't.
21  Q.   Do you know who gave verbal instructions?
22  A.   No, I don't.
23  Q.   Did you ever receive verbal instructions, if you can
```