**Condensed Transcript**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK CARIOU,

       Plaintiff,

   vs.

                                   Index No.: 08 CIV 11327

(DAB)
RICHARD PRINCE, GAGOSIAN
GALLERY, INC., LAWRENCE
GAGOSIAN, and RIZZOLI
INTERNATIONAL PUBLICATIONS,
INC.,

       Defendants.

**DEPOSITION OF**

**CHRISTIANE CELLE**

Tuesday, January 26, 2010
10:00 a.m.

Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-1101

Reported by:
Bryan Nilsen, RPR



**ESQUIRE**
an Alexander Gallo Company

Telephone:  212.687.8010
Toll Free:  800.944.9454
Facsimile:  212.557.5972

One Penn Plaza
Suite 4715
New York, N.Y. 10119

---

17

```
1    Celle
2  at 424 Broome Street.
3      Q.   The location at 189 Lafayette, is
4  that still a bookstore?
5      A.   Yes, bookstore with photography book
6  only.
7      Q.   Do you exhibit artists there at all?
8      A.   No.
9      Q.   The space at 255 Centre, that is a
10 gallery space?
11     A.   Gallery space, yeah.
12     Q.   And what type of work do you exhibit
13 there?
14     A.   At the 424 space I do a lot of
15 event, book signing.  Right now I have actually
16 a show that's drawing-painting, it's mixed
17 media, when 424 is photography only.
18     Q.   424 Broome is photography only?
19     A.   Only, yes.
20     Q.   The space at 255 Centre, is there a
21 drawing-painting show there now?
22     A.   Right now, yeah, mixed media.
23     Q.   And who are the artists?
24     A.   Jody, J-O-D-Y, Morlock,
25 M-O-R-L-O-C-K.
```

---

18

```
1    Celle
2      Q.   And what type of work does
3  Ms. Morlock do?
4      A.   Ms. Morlock does, first of all,
5  photography, and then she does a little painting
6  or tattoos on top of them.  Then she does a lot
7  of oil paintings.  She does sculpture and she
8  does drawings.
9      Q.   So the photo-based work is a photo
10 upon which she in turn paints or makes some
11 other marks of some kind?
12     A.   It looks like, yeah, like tattoos on
13 paintings.
14     Q.   And do you know the process, does
15 she use oil paint or what does she do to affix
16 those tattoos to the photographs?
17     A.   On those photos in particular, there
18 are only two in the show, I'm not sure what she
19 used.
20     Q.   And do you know the source of the
21 photographs?
22     A.   No, I don't.
23     Q.   These three spaces, so-called
24 gallery spaces, if that's okay, do you own them
25 entirely yourself or do you have partners?
```

---

19

```
1    Celle
2      A.   My husband is partner.
3      Q.   In all three?
4      A.   Yes.
5      Q.   And it's basically 50/50?
6      A.   Exactly, yeah.
7      Q.   Day to day who runs the art
8  galleries, you or you and your husband?
9      A.   Only me.
10     Q.   And the 424 Broome space, that show
11 is only photography?
12     A.   It's only photography, yes, correct.
13     Q.   And you've had that space open for
14 how long?
15     A.   That one I open in April 2009.
16     Q.   And do you presently have a show
17 there?
18     A.   Yes.
19     Q.   Who is showing?
20     A.   Right now I have it's called
21 Bande-A-Part, B-A-N-D-E-A-P-A-R-T.
22     Q.   And can you give me an English
23 translation of that?
24     A.   Yes.  I mean actually it's a French
25 word that really doesn't translate too much.
```

---

20

```
1    Celle
2  It's all the bands from the '60s, '70s, and
3  '80s.  It's underground music.
4      And the show actually the title
5  Bande-A-Part came because there is a book to,
6  you know, to assist the show.  Because what I'm
7  trying to do is have, you know, book signing and
8  shows together.
9      Q.   And the photographers who are
10 showing in this show, they're one photographer
11 or more than one?
12     A.   There are nine photographers.
13     Q.   Nine photographers?
14     A.   Yes.
15     MR. BROOKS:  You're talking about
16 the current show?
17     MR. HAYES:  The current show, yes.
18 BY MR. HAYES:
19     Q.   And the subject matter of the
20 current show is a single band photographed or
21 multiple bands photographed?
22     A.   Multiple bands, New York
23 underground.
24     Q.   From the '60s —
25     A.   60s, 70s, 80s, yes.
```

---



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



**21**

Celle

Q. The space at 424 Broome, you've told us that it's only a photography space, does it specialize in any particular type of photography or has it been giving shows of different types of photography?

A. So far I have been doing different type of photography. It's true that when the gallery started I had something really in mind which was more travel-oriented photography. But things evolved.

Q. Evolved into being more general?

A. I think evolved because sometimes a show you want doesn't happen or, you know, you have to kind of tweak it around, and you have once a great opportunity that not necessarily are what you were expecting but such a great opportunity that you have to do the show.

Q. At the present time do you have both male and female photographers?

A. That's interesting. Yes, I do.

Q. And do you have any other point of emphasis for the gallery, if travel is not the point of emphasis at the moment, do you have any other point of emphasis in terms of what the

**22**

Celle

gallery shows or doesn't show?

A. So far, besides the rock-and-roll show that I have right now, most of the photographers exhibit in connection with the traveling.

Q. So you opened the space in April of '09, correct?

A. Yes.

Q. And since that time to the present how many shows have you had?

A. April — sorry, I don't remember by heart.

Q. Take your time.

A. In the 424 or in the whole --

Q. Well, let's start with 424.

A. Okay. So my first one was the Samburu. Samburu is photography from North Kenya, so that was the first one, S-A-M-B-U-R-U.

And you want the name of the photographer too?

Q. Please.

A. Lyle Owerko, L-Y-L-E, O-W-E-R-K-O.

That was my first show.

Q. By the way, pardon me for not

**23**

Celle

hearing this correctly, the name of the show is Samburu?

A. The Samburu, yeah.

Q. What does that mean?

A. It's the warrior in North Kenya. When you go to Kenya -- I've been a few years ago, in the north there is a tribe that are not the Masai, and they're called Samburu. So they're warriors. So it's a show about the civilization.

Q. So it's about the warriors in North Kenya?

A. Yes.

Q. And that show lasted for how long?

A. That show I believe six weeks. I don't really remember, but I guess six weeks.

Q. I'm just looking for approximations.

A. Yeah.

Q. And if you can recall, what shows did you have after that?

A. After that I had the surf show.

Q. And the surf show is surfing-related photography?

A. Yes. It was a group show actually.

**24**

Celle

Q. And who was in the group show, if you recall?

A. In the group show I had Tony, T-O-N-Y, Caramanico, C-A-R-A-M-A-N-I-C-O.

I had Jean-Philippe Piter, P-I-T-E-R.

Q. Jean-Philippe Piter?

A. Yes.

Q. Okay?

A. I had Jean-Philippe Piter, Tony Caramanico. I had Antoine Verglas, my husband, because he does kind of underwater photography. A-N-T-O-I-N-E, V-E-R-G-L-A-S.

Then I had a gentleman called Burton, B-U-R-T-O-N, Machen, M-A-C-H-E-N. He does sky and beach and everything.

I'm missing somebody -- oh, yes, I have one more from Hawaii, Wayne Lewin, W-A-Y-N-E, and Lewin is L-E-W-I-N.

I'm sure I forgot a few of them.

Q. And how long did the surf show last approximately?

A. I think it last a long time, all summer, like mid May, June, July.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

---

33

Celle

1  I keep contact.
2      Q.   Where?
3      A.   Rio.
4      Q.   Okay.  And so you had heard about
5  Mr. Cariou?
6      A.   Yes.
7      Q.   And what happened next in terms of
8  your having any contact with him?
9      A.   I mean I heard when the book was --
10  I bought the book.  When I open the bookstore,
11  you know, I had in mind to carry a lot of books,
12  new books and out-of-print books.  I bought
13  right away Surfer actually.  I find a copy
14  somewhere online that was signed actually.
15          And, you know, I find out about all
16  the other books that he did.  So I find out
17  about Yes Rasta.
18          I was trying to get a book called
19  Trench Town Love, but I don't think I could find
20  that one.  Or sometime the price was really
21  high.  That's how I really, you know, get to
22  know more his work.  But I never met him.
23      Q.   So you found out about him you said
24  about his work, is that by going online?

---

34

Celle

1      A.   When I wanted to open the bookstore
2  I started researching a lot of photographer
3  books, you know, editor.  And I mean I had
4  Surfer at home, I didn't have the Yes Rasta.
5          But when I start looking at, you
6  know, what kind of book he did, I came up upon
7  Rasta.  And as I see Trench Town on the website,
8  he had a black website with there was a lot of
9  documentation about all the work he did.
10      Q.   So you went to Mr. Cariou's website?
11      A.   Yes.
12      Q.   And is that where you found out
13  about Yes Rasta?
14      A.   Yes.  It's even where I found out
15  his address or e-mail address I think, because I
16  wanted to contact him.
17      Q.   And when you first opened the
18  bookshop you carried one or more copies of the
19  Surfer book?
20      A.   Yes.  I had two copies and then I
21  contacted Powerhouse, the company who made the
22  book, to get some Yes Rasta, and I got a few.
23      Q.   And you offered them for sale?
24      A.   Yes.

---

35

Celle

1      Q.   Did you sell them?
2      A.   Yes.
3      Q.   All of them?
4      A.   Frequently, yes, I sold them.  And
5  actually what's interesting is Powerhouse didn't
6  have any more, so I went online and I bought a
7  few online also.
8      Q.   Do you know how many copies of
9  Yes Rasta you sold out of your store?
10      A.   Probably in all combined, in all my
11  store, I won't tell you exactly, no.  But I know
12  it's selling, you know, basically in different
13  store.
14      Q.   Is it more than a dozen, less than a
15  dozen?
16      A.   More than a dozen.
17      Q.   More than a hundred?
18      A.   Less than a hundred.
19      Q.   And have you sold copies of the
20  Surfer book or any other books by him in the
21  bookstore?
22      A.   Only a few because they are hard to
23  find and they are very expensive.
24      Q.   You had to buy them online?

---

36

Celle

1      A.   Online because they're already from
2  170 to 300 dollars, so I can't really mark up on
3  those books.
4      Q.   By the way, do you have any records
5  as to how many copies of Yes Rasta you sold?
6      A.   We have that because we keep
7  bookkeeping of all the sales.
8      Q.   So if I was to leave a space in the
9  deposition could you just insert the number for
10  me?
11      A.   Yes, of course.
12      Q.   Thank you.  I appreciate that.
13  TO BE FURNISHED: _____
14
15  _____
16      Q.   By the way, you've been selling
17  the books by Mr. Cariou out of the space on
18  Lafayette Street, also out of any other space?
19      A.   Lafayette, St. Barths, because I
20  have a space in St. Barths, and also East
21  Hampton.  That's the three space basically.
22      Q.   So you actually have three
23  galleries -- you have the gallery in New York?
24      A.   Yes.
25      Q.   You have a gallery in St. Barths?

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



37

Celle

1
2   A.   Yes.
3   Q.   And a gallery in East Hampton?
4   A.   Yeah, the gallery is small in
5   East Hampton, very small.
6   Q.   And the one in East Hampton, what
7   kind of work does that show?
8   A.   It's mainly a bookstore because it's
9   very tiny.   And work, last year we had mainly
10  surfing-oriented work.
11  Q.   What's the address in East Hampton?
12  A.   It's 23 Newtown Lane.
13  Q.   And how long have you had that
14  store?
15  A.   I open it -- I don't know the dates
16  exactly.   Last year 2009 was my first season, so
17  I probably opened April.
18  Q.   And the store in St. Barths, the
19  gallery in St. Barths, what does that show?
20  A.   That one opened in November 2008.
21  And my first show was Andy Warhol, show of Andy
22  Warhol Polaroid, and also surfer show, same
23  artist Tony Caramanico, the collage.
24  Q.   And the Andy Warhol you were selling
25  the Polaroids?

38

Celle

1
2   A.   Yes.
3   Q.   And did you obtain them from the
4   Andy Warhol Foundation or from where?
5   A.   Yes, it was done with a gentleman
6   called Tim Hunt from the foundation, and Fergus
7   McCaffrey -- I might have to spell that for you,
8   F-E-R-G-U-S, McCaffrey, C-A-F-F-R-E-Y.
9   And this was a partnership with
10  that person.   And we got everything from the
11  foundation.   And the person in charge was
12  Tim Hunt.   He's the director.
13  Q.   Going back to the chronology of your
14  contact with Mr. Cariou.
15  A.   Yeah.
16  Q.   So what I understand is that first
17  you were aware of his Surfer book and you bought
18  one copy?
19  A.   Yes.
20  Q.   And then you subsequently bought
21  perhaps another copy for your bookstore?
22  A.   I had one copy for years that
23  belonged to me personally.   And when I was
24  looking for photographer books and what to do
25  I came upon his work and I discovered the Rasta

39

Celle

1
2   work.
3   And I was in the Hamptons, I
4   remember, you know, I was preparing my gallery.
5   And I had in mind to open the gallery.   I had
6   signed a lease, but I knew I could not open a
7   gallery in three months.   It was a long project.
8   So I was planning for spring 2009.
9   And I looked at his e-mail contact
10  or his website and I sent him an e-mail, you
11  know, asking if he would be interested to do a
12  show with me.
13  Q.   And did he respond to that?
14  A.   He did respond to that, yeah.   Yeah.
15  Q.   And subsequent to that e-mail, you
16  e-mailed him and he e-mailed back, did you have
17  further contacts with Mr. Cariou about a show or
18  in general?
19  A.   Later on, yes.   Once he answer me
20  that, yes, we have to talk, so I can't remember
21  what he answer me, but, you know, he wanted to
22  engage the conversation.
23  Then I remember him coming to
24  New York after that.   We had drink or lunch at
25  Cafe Select.   He came -- I can't recall if it's

40

Celle

1
2   September or October, but he came in New York.
3   Q.   September or October of 2008?
4   A.   2008.   He came to see me, and we
5   went to Cafe Select.   It's a little cafe close
6   to Broome Street.   We had lunch.
7   And, you know, I explained to him
8   that I was interested to do a show and I had two
9   things in mind.   I had the Rasta for New York
10  City for probably spring.   And I was also
11  interested in his Surfer photographs for
12  St. Barths or East Hampton.   I was not really
13  sure.
14  Q.   And what did Mr. Cariou say to you
15  at lunch about that idea or those ideas?
16  A.   He was very interested.   He told me
17  that he had a show before at Marion de Beaupre
18  in France -- Marion de Beaupre, it's
19  B-E-A-U-P-R-E -- and he'd be interested.
20  I asked him where the prints are of
21  his photographs, because I always ask that first
22  question to know if people are organized.
23  He told me everything was in
24  New York because he had lived in New York for
25  the past 12 years and he had his own printer in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

41

Celle

1
2  New York and the prints were in New York.
3      So I told him that I was seriously
4  interested.  We had a conversation.  He was
5  there actually a few days.  We talk about
6  photography.  He told me that he had been
7  collecting books about photography for years.
8      We talked about his favorite
9  photographer, that it was Mary Ellen Mark, a
10  wonderful woman.  And he was here for a short
11  time, but he said, well, if you go to Paris call
12  me, you know.
13      So later on I went to Paris
14  actually, not for him, for personal reason.  And
15  we also had another -- I call him again, I say
16  I'm very interested, I'd love to do the show.
17      So we also had coffee in the morning
18  at Cafe del Esplanade.
19      Q.   This is in Paris?
20      A.   Yes.  That's where I live in Paris.
21      Q.   Do you recall when that was?
22      A.   I knew it was for sure after
23  September-October.  I don't -- I mean if you
24  need to know I can look maybe in my agenda.
25      But it was shortly after his visit,

43

Celle

1
2  Rasta in the portrait of people.
3      And then I remember there was some
4  landscape, but there was a lot of marijuana
5  everywhere, so I remember I have two teenagers
6  so I was like maybe I have to be easy on that.
7      But, you know, I really like the
8  project and, you know, I show him a few things
9  that I like in the book.  But nothing was like
10  settled and we didn't choose the photo that day,
11  you know.
12      Q.   And you also looked at the Surfer
13  book at the same time?
14      A.   We did.
15      Q.   And did you talk about putting
16  certain of the Surfer prints in the show?
17      A.   Yes, the Surfer actually I ask him
18  and he told me that will be easy because he had
19  some copies also in New York.  I was trying to
20  see when can I get them but, you know, he was --
21  what I remember also is at the time -- I think
22  the reason also he was in New York, he was
23  preoccupied because he had done a project about
24  gypsy work and he was trying to find somebody to
25  help him to edit the gypsy work to turn it into

42

Celle

1
2  I had to do a trip in France, so I took
3  advantage to meet him.  And we talk again, and I
4  was trying to pressure him to have an agreement
5  and say yes, because I was really planning for a
6  show in April probably, my opening of the
7  gallery, because with construction I knew it
8  would take at least six months.
9      So I would have loved to have maybe
10  a commitment or something.
11      Q.   So go back for a moment to the lunch
12  meeting, was there a discussion there about any
13  financial terms?
14      A.   Oh, yes.  Yes.
15      Q.   What was that discussion?
16      A.   The discussion was I was telling him
17  usually the photographer give me all the prints,
18  I don't pay for the prints, that's their
19  responsibility, but I do all the framing, and
20  then we split 50 percent each.
21      Q.   Did you discuss what photographs
22  would be in the show?
23      A.   We had a copy of the book.  I had a
24  copy of both books actually.  We went through
25  some of them.  I was very interested in for the

44

Celle

1
2  a book.
3      Q.   Prior to the time you had your
4  first contact with Mr. Cariou had you seen the
5  Yes Rasta book?
6      A.   I've seen the Rasta book, yes.
7      Q.   Before then?
8      A.   Before that, yeah.
9      Q.   So is there anything else at the
10  lunch conversation that you haven't told us
11  about that you and Mr. Cariou discussed?
12      A.   No.  Basically I was, you know, the
13  gallery trying to, you know, pursue the artist
14  to do a show.  And he was interested.  He wanted
15  to do a show.  So it was a matter of, you know,
16  when I will be ready, when he will be ready.
17  And, you know, he was interested.
18      Q.   Did you discuss with him doing a
19  solo show or a group show, or how did that --
20      A.   It was a solo show.  And we were
21  planning April or May if the gallery will be
22  ready.
23      Q.   Of 2009?
24      A.   2009.
25      Q.   And did you discuss how long the

Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

45

Celle

1
2    show would last?
3        A.    I don't remember if we discussed
4    that.  But usually it's a month or six weeks
5    that I know.
6        Q.    And the proposal to make it a solo
7    show, was that your proposal or his?
8        A.    It was my proposal.
9        Q.    And why did you propose that?
10       A.    Because I thought the material was
11   very strong in the book.  I thought about also
12   the timing, you know, like this is a subject
13   that you think about people going out, and it's
14   not a winter show, it's like surfing.  It's a
15   summer show.
16           And I usually do solo show most of
17   the time.  And because, as I said, I really
18   loved the material in the book, I thought, you
19   know, it was worthy.  And also because of the
20   subject, I knew I had a lot of people in the
21   entertainment business that will be very
22   attracted to that.
23       Q.    And the Surfer photographs you
24   talked about doing, were they portrait-type
25   photographs as well?

46

Celle

1
2        A.    Yes, portrait of surfers.  I mean
3    beautiful image of like some of them -- one is
4    Joel Trudeau, as a young surfer, who is now like
5    in his 30s, but he had photographed him in
6    probably 2000.  So it was a very, you know, it
7    was a long, long project.
8        Q.    So the idea was to do a show of
9    portraits by Patrick Cariou?
10       A.    It was -- the Surfer I couldn't do
11   portraits only because he had a lot of beautiful
12   photos of the surfer in the wave, so it was
13   mixed.
14       Q.    And then back to, if I could, the
15   meeting in Paris -- which I understand was the
16   next meeting after the lunch meeting in
17   New York?
18       A.    Yes.
19       Q.    What was discussed there?
20       A.    What was discussed there was that he
21   will try to come before the end of the year in
22   New York to get all the prints together.
23       Q.    Before the end of 2008?
24       A.    Yes.
25       Q.    Okay, go ahead.

47

Celle

1
2        A.    He was supposed to come before
3    Christmas because I was telling him that the
4    time was running, and after Christmas I felt
5    like, wow, Christmas, you know, everybody --
6    nobody don't do anything.
7            So I wanted to pressure him to try
8    to come before the end of the year to so give me
9    really the material and we could pick together
10   the show.
11           Because I didn't know if he had
12   everything printed, we might have to print extra
13   thing, and then you need the framing.  So, you
14   know, it's time consuming.
15           You know, I wanted him to commit.
16   And he told me that he will probably come back
17   in November.
18       Q.    Come back in November of '08?
19       A.    Of 2008.  November-December he will
20   come back.
21       Q.    And did he come back in November
22   of 2008?
23       A.    No.
24       Q.    When did he next come back or when
25   did you next have contact with him?

48

Celle

1
2        A.    I saw Patrick actually recently
3    I think because he came to do his deposition
4    he told me.
5        Q.    From the time that you had this
6    meeting in Paris -- which was sometime in the
7    fall of 2008, correct?
8        A.    Yes.
9        Q.    When did you next speak to him?
10       A.    When I next saw him after that --
11   I'm trying to -- I think I saw him once.
12           Yeah, I think he came in New York --
13   yeah, he came in New York because of this
14   situation we are here today.
15       Q.    Because of the lawsuit?
16       A.    Yes.
17           In the summer maybe.  I can't
18   remember.
19       Q.    Summer of '09, 2009?
20       A.    I can't remember.  He came in 2009.
21   I know he came to the gallery because he saw my
22   show, but I can't remember what time exactly it
23   was.  I think it was in the spring.  I think the
24   gallery was open.
25       Q.    The gallery was open in the spring



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



49

Celle

1
2  of 2009?
3      A.   Yeah.
4      Q.   He came to your show?
5      A.   I think when he came the gallery
6  was already running and open.
7           And ironically, I think the show
8  that was on, I cannot remember now because, you
9  know, I say to him, oh, it could have been you,
10  like as a joke, and it was actually a work
11  called the Samburu, which is very similar in a
12  way but, you know, it's made in Kenya.  So I
13  opened my first show with that work.
14          So I think he probably came
15  April-May because that show was on I remember.
16      Q.   And he was at your gallery for how
17  long a period of time, do you recall?
18      A.   I think he just came to visit and
19  to look at what I've done.  And, you know, he
20  thought the gallery looks great, and he told me
21  right now he was in a certain situation and,
22  you know.
23      Q.   Certain situation meaning this
24  litigation?
25      A.   Yeah.

50

Celle

1
2      Q.   And how long a discussion did you
3  have with him at that time, if you recall, a few
4  minutes, longer, less?
5      A.   You know, not long because it's not
6  like he called me and say I'm coming to see
7  you, let's sit down.  He was just there.  One
8  day he called me and he said I'm in New York,
9  and he stopped by.  So it was not an organized
10  meeting, you know.
11      Q.   Have you seen him since then?
12      A.   I saw him actually recently.  And he
13  told me he was doing his deposition.
14      Q.   Where did you see him?
15      A.   He came to visit me at the office.
16      Q.   And how long was that visit?
17      A.   How long was that visit?  He came to
18  bring me some books that, you know, he asked me
19  if I would be interested to sell for him.  And I
20  say yes.  So he stayed the whole day.  He showed
21  me all his books.  And I have the books, now I
22  have to go through them.
23      Q.   What books are they?
24      A.   They are very old vintage collection
25  of like very, very old books.

51

Celle

1
2      Q.   His personal collection of
3  photography books?
4      A.   Yeah, some -- I mean his books, I
5  don't know if it's his whole collection, but
6  it's part of his collection.
7      Q.   So the idea is you would sell part
8  of his collection for him?
9      A.   Yes.
10      Q.   Was there a discussion about
11  financial terms of the sale of the collection?
12      A.   Of the collection?
13      Q.   Yes.
14      A.   I wanted to go through the books,
15  and honestly this came out of the blue, and I
16  didn't have much time.  So right now I'm like
17  going through them to see what's interesting,
18  because we have a few hundred books, and it's
19  time consuming work.
20      Q.   I understand.
21          Can you tell me again, what was the
22  date of that meeting when he brought the books?
23      A.   I remember it was before his
24  deposition, because he told me I'm here for my
25  deposition.  But not a long time ago.  Like

52

Celle

1
2  probably a week ago or -- yeah, probably a week
3  ago or two weeks ago, you know.
4      Q.   Between the time that you had time
5  with him in Paris -- was that lunch or coffee,
6  I'm sorry?
7      A.   Yes.
8      Q.   Lunch?
9      A.   Coffee.
10      Q.   Between the time you had coffee with
11  him in Paris and the time he came to see your
12  show in the spring of '09 --
13      A.   Yeah.
14      Q.   -- did you speak to Mr. Cariou at
15  all?
16      A.   When did I speak to him?  No, I
17  think we e-mail.  We e-mail because, you know --
18  but I don't think, you know -- I left messages
19  for him but he not always return his, you know.
20          I left -- I know I left one or two
21  messages occasionally, but he never really, you
22  know, call me back.
23      Q.   So from the fall of '09 to the
24  spring of -- from the fall of '08 to the spring
25  of '09 you didn't speak to him, he may have sent



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



53

Celle

1  e-mails --
2     A.   I think we e-mailed, yeah, because
3  we had some e-mail when the lawsuit happened.
4  So I know I knew about that because he e-mailed
5  me something.
6     Q.   Do you have copies of those e-mails
7  still?
8     A.   Yeah.
9     Q.   Do you have them with you today?
10    A.   Yes. Do you want them now?
11    Q.   Please.
12    MR. BROOKS:  I have them.
13    MR. HAYES:  Okay.  Before you do
14 that, I appreciate you doing that, let me
15 just mark as an exhibit -- off the record.
16    (Discussion off the record.)
17    MR. HAYES:  I'd like to mark as
18 Defendant's Deposition Exhibit 1 a
19 single-page document which contains I
20 believe an e-mail exchange which is in
21 French.
22    And the top line says from Patrick
23 Cariou, and at the bottom -- well, the
24 third line down has a date on it

54

Celle

1  August 28, 2008.
2     (Defendant's Exhibit 1, e-mail
3  exchange, was marked for identification,
4  as of this date.)
5     Q.   Can you take a look at what's been
6  marked as Defendant Celle Exhibit 1?
7     This document appears to be an
8  e-mail exchange first from you to Mr. Cariou and
9  then Mr. Cariou to you, is that correct?
10    A.   Yes.
11    Q.   And e-mail exchanges typically start
12 at the top with the most recent, the latest, and
13 then go down to the earliest, is that correct
14 here as well?
15    A.   I'm sorry --
16    Q.   And take your time to read it.
17    A.   Yes.
18    Q.   Is it correct -- again, I'm just
19 trying to make sure I understand the document
20 correctly -- that there are two e-mails here,
21 one from you to Mr. Cariou and one from him back
22 to you?
23    A.   Yes, correct.
24    Q.   And the first one from you to him,

55

Celle

1  it begins with the line 2008/8/28, Christiane
2  Celle, and it says bonjour Patrick?
3     A.   Mm-hmm, correct.
4     Q.   And that one continues down to the
5  bottom of the page and then ends with your name
6  Christiane?
7     A.   Yes, the whole thing, correct.
8     Q.   And then his response up above
9  starts from Patrick Cariou, it says Bonjour,
10 Christiane, and ends with Patrick and a cell
11 number?
12    A.   Yes.
13    Q.   Okay, great.
14    So starting with the first e-mail
15 from you to him, could you please translate for
16 me -- I think there's one, two, three, four,
17 five, six paragraphs as I count them, one of the
18 paragraphs being just one line, do you see that?
19    A.   Here?
20    Q.   Yes.
21    A.   Yes.
22    Q.   So could you translate the first
23 paragraph for me?
24    A.   The first here?

56

Celle

1     Q.   Yes, please.
2     A.   Hello, Patrick.  I am Christiane
3  Celle.  We never met, but I know your
4  photograph.  I live in New York for the last
5  20 years with a little break living in
6  St. Barths where I started a company called
7  Calypso.  Then I met Antoine Verglas who is a
8  photographer that you know maybe.  We have two
9  kids 14 and 12, and we are living together since
10 then.
11    Continue?
12    Q.   That's perfect.
13    Now, just so the record is clear,
14 that's the end of that first paragraph, right?
15    A.   Yes.
16    Q.   Could you please translate for me
17 the second paragraph?
18    A.   Of course.
19    I created Calypso in 1992 in
20 St. Barths, and I sold it in 2007.  I decided to
21 change work and do a gallery in New York.  The
22 first show will be in November.  You should go
23 online and look at Vincent Fournier.  He's
24 having a show right now in Paris at Acte Deux



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



**57**

Celle

1
2 and one in Tokyo in October.
3    Q.   And that's the end of the second
4 paragraph, right?
5    A.   Yes.
6    Q.   The show that was planned -- I'm
7 going to ask you to go through the rest of them,
8 but before I do that, the show that you're
9 referring to for Mr. Fournier, that was supposed
10 to be at which space and when?
11    A.   Okay, this show was supposed to be
12 in 2008.  But I signed the lease in June, but
13 because of a huge problem in the building, you
14 know, that I took at 255 Centre, I could not
15 open the gallery until the spring 2009.
16       So that Vincent Fournier happened
17 but in 2009 October, a year later.
18    Q.   And that's the show you told us
19 about earlier?
20    A.   Yes, with the moon, the astronaut.
21    Q.   Thank you.
22       Could you, on the third paragraph,
23 please translate that?
24    A.   Yes.
25       Will you be interested about talking

**58**

Celle

1
2 about a possibility of expo, an exhibition in
3 New York.  I will also have a gallery that's
4 opening in St. Barths, Gustavia is the town.
5 And I'm starting with a show of Tony C., it's my
6 surfer that you never heard about.  And he's
7 doing print with his diaries.  Diaries is the
8 journal.  The theme is surf.
9       He's almost 60 and was a big
10 longboard champion.  He did the longboard
11 competition.  I was thinking also that I could
12 show you work and Tony work and some of your
13 surf photographs.
14       I also wanted to know if you were
15 interested or if you had an exclusive with
16 somebody.
17       Voila.
18    Q.   That's the one-line paragraph?
19    A.   Yes.
20    Q.   Okay.  Keep going, please.
21    A.   I also note Thierry Des Fontaines
22 that was your assistant for a small period or
23 short moment is living now in Brazil and he has
24 a website if you want to look.  He's devoted his
25 time to sport photography.

**59**

Celle

1
2    Q.   That's the fourth paragraph, right?
3    A.   That's this one, yes.
4    Q.   Go ahead.
5    A.   Thierry was my boyfriend in New York
6 during many years.  It's actually '84 to '89.
7       Voila.
8       If you could give me a phone number
9 where I would be happy to call you.  And my
10 name.
11    Q.   So at that point you were proposing
12 the possibilities of a show, which would be a
13 surf-photograph-oriented show?
14    A.   At the time, you know, we are
15 talking about that, yeah.
16    Q.   And the idea is that you would do a
17 joint show with Mr. Cariou and Tony -- I'll call
18 him Tony C. because I mispronounced his last
19 name?
20    A.   At that time, yes, correct.
21    Q.   And Tony C's work -- what is his
22 full name again?
23    A.   Tony Caramanico.
24    Q.   And Mr. Caramanico's work is
25 photography?

**60**

Celle

1
2    A.   Yeah, it's the surf journal and
3 transfer into photography.
4    Q.   So it's collage which has been
5 rephotographed?
6    A.   Yes.
7    Q.   Okay, great.
8       And so that was your idea for the
9 show at that point?
10    A.   At that moment, yes.
11    Q.   And then going above to the top
12 of the document, which would now be what I
13 understand to be Mr. Cariou's response to you,
14 correct?
15    A.   Mm-hmm.
16    Q.   And that appears to be dated
17 August 28th, that is the same date as your
18 e-mail, correct?
19    A.   Yes.
20    Q.   And could you please, starting with
21 bonjour Christiane --
22    A.   Yes.
23    Q.   -- translate that for us?
24    A.   Hello, Christiane.  Thank you very
25 much for the interest that, you know, you are



**ESQUIRE**

an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



61

Celle

1
2  calling to my work.  I know all the people you
3  are naming in your e-mail.  I don't have a
4  gallery and I will be interested by a show.  The
5  book Surfer is sold out for a long time, but
6  there should be a reprint this year.  I also
7  have another book that I'm trying -- I'm just
8  finishing after ten years.  It's about gypsies.
9  Maybe this will be interesting for you.  Best.
10     Q.    And your e-mail to Mr. Cariou does
11  not make any reference to Yes Rasta, does it?
12     A.    Not on this one.
13     Q.    But by that time you hadn't seen
14  Yes Rasta, correct?
15     A.    I think I had seen Yes Rasta
16  because, you know, I always had been on his --
17  I already had been on his website to get his
18  number.
19     Q.    And his response also does not refer
20  to Yes Rasta?
21     A.    No.
22     Q.    And subsequent to this e-mail you
23  had additional e-mail correspondence with him?
24     A.    I call him right away because I
25  wanted his phone because it's difficult to have

62

Celle

1
2  a conversation.  And, you know, I call him and
3  I remember having, you know, the website and
4  going around the website and telling him what I
5  was interested.
6        I remember that he was mentioning
7  also his new work Gypsies.  And I was telling
8  him that to do Gypsies would be more interesting
9  when the book came out, because it's more
10  interesting when the show has a book.
11        And I was telling him that because
12  my next gallery was going to open soon in
13  St. Barths, you know, I was interested in the
14  Surfer, but I'll be interested for spring
15  eventually of the Rasta.
16     Q.    Does this -- by the way, does this
17  e-mail talk about opening -- having the show in
18  St. Barths?
19     A.    I think at that time it was a mixed
20  show.  So I think it was probably St. Barths.
21  I don't recall.
22     Q.    You don't recall whether it was
23  going to be St. Barths or New York?
24     A.    I mean I know right now I try to
25  do -- when I get a photographer I try to sign

63

Celle

1
2  the photographer for everywhere because, you
3  know, things change, unfortunately.
4     Q.    Sure.
5     A.    At the time, I don't recall, you
6  know.
7     Q.    So these e-mails are dated August 28
8  of 2008 and you met at Cafe Select in September
9  or October of '08, right?
10     A.    Yes.  Yes.
11     Q.    And so this conversation you just
12  described happened sometime in between?
13     A.    Yes.
14     Q.    Did you have any other conversations
15  with Mr. Cariou in between?
16     A.    I don't think so because, you know,
17  I know I called him later at the end of the
18  year.  Because one day somebody told me that
19  there was a show at Gagosian and there was
20  picture from the, you know, the Rasta book.
21        So I left a message to him to call
22  me back, but he didn't.
23     Q.    I'll get to that in a moment.
24     A.    Yeah.
25     Q.    Thank you.  I just want to keep the

64

Celle

1
2  chronology straight.
3        So we have the exchange of e-mails?
4     A.    Yeah.
5     Q.    We have the telephone conversation
6  you described to us?
7     A.    Yes.
8     Q.    And then we have the meeting at Cafe
9  Select in New York?
10     A.    Yes.
11     Q.    And the meeting in Paris?
12     A.    Yes.
13     Q.    And then you left him a message at
14  the end of December?
15     A.    When I --
16     Q.    I don't mean to put words in your
17  mouth.  Sometime in December, is that --
18     A.    I can't remember if it's November or
19  December, but it's before Christmas because I
20  know I left the 17th of December, so it's before
21  the 17th of December.
22     Q.    And your best recollection is he
23  didn't respond to that message?
24     A.    No.
25     Q.    And the next time you had any verbal



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

## 65

Celle

1
2  contact with him was he when he came to see your
3  show in the spring of '09?
4      A.   Yes, because I received an e-mail I
5  think in January, those e-mails, you know, about
6  informing that he has a lawsuit.
7      I'm trying to remember.
8      I don't think I saw him before that.
9      Q.   In the conversations either at Cafe
10  Select or the cafe in Paris had there been any
11  start day set for a show?
12      A.   I keep thinking spring, because at
13  the time when I met him, probably September or
14  October, I knew already that the gallery will
15  not be open by the end of the year.
16      Because for a reason that building
17  at 255 Centre, okay, I took a building -- I took
18  a space that was huge and that didn't have a
19  certificate of occupancy for years.  And before
20  me it was an electrician, is not a retail
21  store.  So it was like a showroom.
22      And when I start getting approval
23  from the City of New York I had so many problem.
24  So I started the construction I think around
25  September-October, but I really open in June.

## 66

Celle

1
2  There was so many problems.
3      So I knew already that I could not
4  do a show until spring.  So my thinking was,
5  you know, to try to work something for him
6  April-May.  It was always spring.
7      Q.   It was always spring?
8      A.   Yeah.
9      Q.   Would it be fair to say that the
10  discussions were general?
11      A.   Yes.
12      Q.   And you had discussed he would
13  provide the prints and you would frame them and
14  you would split any sales price?
15      A.   Yes, correct.
16      Q.   Did you discuss how many prints
17  would be in the show?
18      A.   I mean I had an idea because
19  according to the space I wanted around like
20  between 30 and 40 prints, you know, because I
21  was trying to map out the Vincent Fournier at
22  the time, and that's what I was figuring out
23  that I could fit in the space.
24      Q.   Did you have a discussion of the
25  sizes of the prints?

## 67

Celle

1
2      A.   Yeah, we had a discussion of size of
3  print.
4      Q.   What was that?
5      A.   We had, you know, discussed to do
6  very big format because, you know, in New York
7  people have big apartment.  So nothing less than
8  30 by 40 and then going up.
9      We discussed about price too because
10  I wanted to know, you know, in the past what it
11  was, you know, the background.  But he never --
12  for example, in the Surfer he had sold some
13  photography.
14      The Rasta he had not done a show
15  with it, so he was trusting me, and I was also
16  new on that.  But I was basing my price in the
17  market, you know, according to what the book
18  was.  And I think the first price were in the
19  $3,000 up to 15 or 20.  But we never set up like
20  real on paper any size.
21      Q.   It was a verbal discussion --
22      A.   Yes.
23      Q.   -- about what the price points might
24  be for different sizes?
25      A.   From 3,000 to 15 or 20 for really

## 68

Celle

1
2  big format.
3      Q.   And in line with that, did you
4  discuss with Mr. Cariou the sales he made of any
5  prints prior to that discussion?
6      A.   No.  The only thing he told me that
7  he had sold Surfer through Marion de Beaupre in
8  Paris, and he was selling, you know, privately
9  to a hotel, you know.
10      Q.   You said to a hotel?
11      A.   Yeah.  He actually -- I can mention
12  that because a gentleman came to my store called
13  Robert Novogratz, N-O-V-O-G-R-A-T-Z.  He's a
14  really famous decorator that I know.  And Robert
15  had come to my bookstore looking for kind of new
16  things and -- you know.
17      And he had come around Yes Rasta and
18  Surfer, and Robert had, you know, gotten both
19  books.  And I said to him, I'm trying to do a
20  show with this photographer.  And Robert said,
21  I'm doing that big hotel in New Jersey, I would
22  love to get some photo of him.
23      And because I was not representing
24  Patrick at the time, I say, well, maybe you
25  should contact him directly, because, you know.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

69

Celle

1  Celle
2  So I think he contacted him. And
3  when Patrick came in New York in the Cafe Select
4  he mentioned that thank you for referring
5  Robert, I'm doing some photographs for him for
6  the hotel.
7      Q.   And did he say what price they were
8  going to be at?
9      A.   No. And I felt, you know, I didn't
10  want to be indiscreet because for me I was
11  thinking I'm not his agent. You know, I would
12  love to but, you know.
13      And Robert Novogratz the decorator
14  is also a great client of mine, you know, he
15  buys things from me. So I knew that if I was
16  referring he will send me clients for something
17  else, you know. It's a favor I did to him,
18  but --
19      Q.   Did Mr. Cariou say anything to you
20  in words or substance about having sold his
21  prints primarily in the past to people that he
22  liked or felt good about or friends?
23      A.   He didn't give me the detail, but he
24  told me that he had sold prints in the past and
25  mentioned the Robert Novogratz hotel.

70

1      Q.   And did he give you any statement as
2  to what the price points of the prior sales had
3  been?
4      A.   I mean when I say to him like the
5  small one, I was referring to the -- I can't
6  remember -- it was to the probably 30 by 40, and
7  that was in the 3,000 to 5,000, you know,
8  according to the market and something similar,
9  and he was in that price range.
10      Q.   He was agreeing to the price range?
11      A.   Yes.
12      Q.   But did he say anything to you about
13  what he sold prints for in the past?
14      A.   No.
15      Q.   Just so I make sure I have the
16  chronology down, what I understand is we have
17  the e-mail exchange in August of '08?
18      A.   Mm-hmm.
19      Q.   You had a phone conversation with
20  him sometime after that, probably in September,
21  is that correct?
22      A.   I think after that, when he gave me
23  his cell I call him right away. I don't know if
24  it's the same day, but that same week or the

71

Celle

1  Celle
2  week after I immediately called him.
3      Q.   So end of August, early September?
4      A.   Yes.
5      Q.   You then had the meeting with him in
6  Cafe Select in September-October approximately
7  of '08?
8      A.   Yes.
9      Q.   You then had the meeting in Paris
10  sometime later in the fall?
11      A.   Yes, correct.
12      Q.   You left him a message in December?
13      A.   End of November, December. I can't
14  recall exactly.
15      Q.   And that's the one he didn't respond
16  to, correct?
17      A.   He didn't respond. I just asked him
18  to call me back, you know. I didn't give any
19  detail.
20      Q.   Just please call me?
21      A.   I say can you call me back, because
22  I was thinking if I say anything he might be
23  freaking out. I say just call me back, I need
24  to talk to you.
25      Q.   And when was the next contact after

72

1  Celle
2  that you had with Mr. Cariou?
3      A.   Like contact physically seeing him
4  you mean?
5      Q.   Well, let's say physically seeing
6  him, yes, that was when he came to your gallery
7  for the show, right?
8      A.   I think that's it, yeah, in the
9  spring.
10      Q.   Spring of '09?
11      A.   I think in the spring he was just
12  here and he told me he was here for a lawsuit.
13      Q.   And so between the time you saw him
14  in Paris and the time he came to the gallery
15  show did you speak to him over the telephone at
16  all?
17      A.   I don't think so.
18      Q.   And so what was the next contact
19  that you had with him, if any, before you met
20  him at the show in spring of '09, did you get
21  any e-mails from him or send him any e-mails?
22      A.   I know in January he sent me an
23  e-mail telling me that he was going to do the
24  lawsuit and, you know.
25      MR. HAYES:   Do we have that e-mail



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

85

Celle

1
2    Q.   Yes.
3    A.   Oh.  The difference this time is he
4  really took 30 photos from one artist.
5    Q.   Okay, good.
6        Then the next line?
7    A.   Plus one book with the central theme
8  of my work.
9    Q.   "Mon travail du jamais vu," does
10  that mean my work or my travel to Jamaica?
11    A.   Oh, no, this means the central theme
12  of my work.  "Du jamais vu" means never seen.
13    Q.   Work never seen?
14    A.   Yeah.
15    Q.   The word "travail" is what?  How do
16  you translate "travail"?
17    A.   My work.
18    Q.   "Travail" is work?
19    A.   Yes.
20    Q.   Okay.  Next line?
21    A.   It looks like it's the first time
22  this is happening in the art world.  We will
23  see.  And best.
24    Q.   "Nous allons voir" means we will
25  see?

86

Celle

1
2    A.   We will see, yeah.
3    Q.   So this exchange all took place on
4  January 29, 2009?
5    A.   Yes.
6    Q.   We'll go through everything else in
7  the exhibit in a minute.
8        But at the time that this e-mail
9  exchange happened had you done anything to
10  actually set up the exhibit at your gallery of
11  Mr. Cariou's photographs?
12    A.   No.
13    Q.   Had you discussed it with any of the
14  other artists?
15        MR. BROOKS:  Discussed what?
16    A.   With the other artists?
17    Q.   Discussed the possibility of having
18  a Cariou show with any of the other artists you
19  represented?
20    A.   No, I don't discuss usually each
21  artist with the others, you know.  It's kind of
22  confidential.
23    Q.   I understand.
24        And can you tell me in general if
25  you're going to do a show like the show you got

87

Celle

1
2  up now, how far in advance do you generally
3  prepare the show and what do you do to prepare
4  it?
5    A.   It depends.  Usually I need from
6  three months to six months, according to the
7  artist.
8    Q.   And what do you do during those
9  three to six months?
10    A.   Okay.  What I do is I meet different
11  time to review the work, pick up the work, make
12  a choice of the work.  And then it's the
13  responsibility of the artist to print.
14        And some artists needs two months.
15  The framer needs three weeks to one month.
16        So usually, you know, once you agree
17  on the show it can take two months minimum to
18  prepare.
19    Q.   Do you do a catalog in connection
20  with your shows?
21    A.   Sometime I do, but not necessarily
22  for every show.
23    Q.   And did you plan a catalog for this
24  show?
25    A.   For that show I didn't plan a

88

Celle

1
2  catalog because what I was planning is a reprint
3  of the book of 5,000 copy and have a show of
4  Patrick work in conjunction with the reprint of
5  the book and do a book signing too because the
6  book was hard to find.  Powerhouse had sold out
7  the book.
8    Q.   At this point in time had you made
9  any arrangements to have the book reprinted as
10  of the end of January 2009?
11    A.   No, because in November or December
12  I heard that there was a situation where there
13  was a show at Gagosian with certain photograph
14  of Patrick Cariou.
15        So at the time I had no idea and I
16  was thinking two things, maybe Patrick Cariou is
17  not responding my phone call because he's doing
18  something with Richard Prince.
19        You know, I don't know Patrick
20  Cariou, so I say maybe that's why he's not
21  pursuing me because he's doing something better,
22  bigger with this person.  That was my first
23  reaction when I heard there was a show at
24  Gagosian.
25        First, that was my reaction.  That's



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com



89

Celle

1
2  why I left a message, you know, for him to call
3  me back.  Because for me he had done it with
4  Gagosian and Prince and then the big show and then he
5  didn't want to tell the French girl I'm not
6  doing it with you, you know, because we had
7  started a relation and that would have been bad.
8  And I was not sure about that.
9          But I was thinking if it's done
10  already I'm not going to do now a Rasta show
11  showing, you know, the work.  It looks like I'm
12  trying to take advantage of the success of
13  Richard Prince and saying, wow, great, let me do
14  the Rasta, and now I'm going to show this.
15      So at the time I knew that if I will
16  do something with Patrick it will be probably
17  the Surfer.  But I could not do anymore the
18  Rasta because it was already in Chelsea, a
19  beautiful gallery in Chelsea.
20      And Gagosian is a very famous
21  gallery, so if the work was shown there already
22  with another artist together, you know, I was
23  not sure if Patrick had decided to do something
24  with Richard Prince.
25      And that was my first idea because,

90

Celle

1
2  you know, a friend of mine told my husband and I
3  went to look on the website and I thought maybe
4  it's a collaboration.  And now I was thinking
5  this is why, you know, I don't have any news
6  from Patrick.
7          The second option was we didn't
8  agree and then we see, but I wanted to figure
9  out, but I knew there was no way I could do a
10  show because of the situation.
11      Q.  By this time at the end of January
12  of 2009 had you printed up any invitations for
13  the show?
14      A.  No.
15      Q.  Do you typically print invitations?
16      A.  Really I would say a month before
17  the show, you know.  We do a postcard.
18      Q.  A postcard?
19      A.  Yeah.
20      Q.  Do you usually take advertisements
21  for a show?
22      A.  Yes, we do.
23      Q.  And when do you usually make the
24  arrangements for advertisements?
25      A.  At least three months before.

91

Celle

1
2      Q.  And where do you advertise?
3      A.  In Photograph Magazine.  It's like a
4  small booklet, like a photographic guide mostly.
5      Q.  As of the end of January of 2009 had
6  you made any arrangements for advertisements of
7  a show of photographs by Mr. Cariou?
8      A.  No, because the minute I figure out
9  that there was a Chelsea show of his work, you
10  know, I knew that it was over.
11      Q.  At any time prior to January 29th of
12  2009 had you ordered any advertisements for a
13  show for Mr. Cariou?
14      A.  No.
15      Q.  Had you printed any invitations?
16      A.  No.
17      Q.  Had you made any arrangements with
18  Powerhouse Books to reprint Yes Rasta?
19      A.  No, because it was more Patrick's
20  decision to do that.  But we were committed to
21  do something.
22      Q.  Okay.  Now, turning to the third
23  page of this document, this is where I guess
24  if you can identify -- this appears to be a
25  different e-mail.

92

Celle

1
2      Looking at the e-mail which appears
3  to take up the bottom two thirds of this --
4  sorry.
5      This page appears to be a copy of
6  the -- I confused myself here.
7      On page 3 there appears to me to be
8  some carryover lines or something at the top
9  which consists of --
10      MR. BROOKS:  Excuse me.  Hers is
11  different than mine.
12      MR. HAYES:  Off the record.
13      (Discussion off the record.)
14  BY MR. HAYES:
15      Q.  Looking at the third page, at the
16  top of the page is what appears to be two lines,
17  then a space, one line, then a space, and then
18  three lines, do you see that?
19      (Witness indicating.)
20      Q.  Yes.  Top of the page, two lines
21  beginning "elles ont fait"?
22      A.  Yes.
23      Q.  And then there are two lines there,
24  then there's a space, one line?
25      A.  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

---

**105**

Celle

1
2    But I told him that there was no way
3    I could do a Rasta show because it looks like
4    I'm trying to capitalize on, you know, the
5    Richard Prince notoriety and say, wow, he did
6    this, I'm going to do a show now and show the
7    Rasta work, it looks like I'm trying to take
8    advantage of the situation. And I say there's
9    no way I can do a show right now.
10       Q.    And in that conversation did
11   Mr. Cariou try to persuade you to proceed with
12   the show?
13       A.    At the time I think he was very
14   preoccupied by the whole situation more than
15   focusing on my conversation.
16       Q.    Preoccupied by the lawsuit?
17       A.    Yes.
18       Q.    Rather than focusing on your show in
19   your conversation?
20       A.    Yes, he was very preoccupied with it
21   because it was something very important for him.
22   And I kind of apologize and say,
23   you know what, this has been -- you know, since
24   November I heard, I call you, you didn't call me
25   back, and I was thinking, you know, I really

---

**106**

Celle

1
2    love your work but now if I do a show today it
3    looks like I'm taking advantage.
4    Because if there is a New York Times
5    Magazine talking about, you know, this, you get
6    a writeup and I don't want to be the one trying
7    to capitalize on the success of that or not the
8    success or the bad press, you know. So I say I
9    don't want to do the show.
10       Q.    What did he say in response to that?
11       A.    You know, he asked me will you do
12   any other show. And I say, well, maybe, you
13   know, we have to talk.
14       Q.    And did you have a discussion, for
15   example, about doing a show relating the surfer
16   portraits that you talked about putting in the
17   show with the Rastas?
18       A.    You know, at the time we didn't go
19   anywhere. The proof is like today I still
20   haven't gotten anything from him.
21       Q.    You haven't gotten any prints from
22   him or anything?
23       A.    Today I mean I'm trying to get
24   things, but I think this has to be probably
25   over, you know. I don't know the situation.

---

**107**

Celle

1
2    Q.    Are you still interested in doing
3    a show with Mr. Cariou?
4    A.    I don't know after all this, you
5    know.
6    Q.    You are still interested in selling
7    the Yes Rasta book?
8    A.    The book I still sell it. I always
9    sold the book, you know, because I have a
10   bookstore and, you know. So I love the book,
11   but doing a show, I'm not sure.
12       Q.    Anything else in that conversation
13   that you had with him that you haven't told us
14   about?
15       A.    No. I think that's it. I don't
16   think I remember anything else.
17       Q.    Were there any other conversations
18   that you had between that telephone conversation
19   and the time he came to your gallery in the
20   spring of '09?
21       A.    I don't -- no, I don't think so.
22       Q.    And that conversation was -- these
23   e-mails are in late January?
24       A.    Mm-hmm.
25       Q.    Was that conversation shortly after

---

**108**

Celle

1
2    the e-mail exchange, do you recall?
3    A.    Yes. I call him because I really
4    wanted -- because we e-mail sometime, you know,
5    he's talking about his collection, I want the
6    Rasta.
7    Because I had mentioned early on
8    that the book was running out, he should do a
9    reprint, he should talk to Powerhouse, because
10   I cannot go to the publisher and say can you
11   reprint that book.
12       Q.    And that conversation took place,
13   would it be fair to say, around the end of
14   January or beginning of February?
15       A.    Yes, beginning of February probably.
16       Q.    And in that conversation did you
17   have a more complete conversation about his
18   collection and him sending you the collection?
19       MR. BROOKS: I'm sorry, which
20   collection?
21       MR. HAYES: His collection of his
22   own books.
23       A.    At the time he say to me that the
24   books were in the basement in Brooklyn, that his
25   next trip to New York he will, you know, go

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

113

1          Celle
2     A.   Yes.
3     Q.   So I'll refer to it as the Canal
4    Zone show if that's okay?
5     A.   Yes, mm-hmm.
6     Q.   When did you first hear about the
7    Canal Zone show?
8     A.   I can't recall if it's -- it's in
9    November I think.  I can't remember.
10    Q.   2008?
11    A.   2008.
12    Q.   Did you see the show yourself?
13    A.   No.
14    Q.   How did you hear about the show?
15    A.   My husband came home one evening
16   and he had -- you know, he had heard through
17   somebody from France, who was actually probably
18   a photographer, I can't remember, traveling in
19   New York who saw the show.
20          And he probably knew Patrick's
21   work or new the Rasta and said, wow, that's
22   incredible, that French guy or Patrick, his
23   photograph is in the show with Richard Prince.
24          So my husband told me.
25    Q.   Just so I'm clear, your husband told

114

1          Celle
2    you about a conversation he had with someone who
3    is in France who had seen the show?
4     A.   Yes.  I think it's somebody who was
5    in New York but living in France, somebody I
6    didn't know actually.  And he say, wow, you
7    should check it out because this is what I heard
8    today.
9     Q.   Your husband said this to you?
10    A.   Yes.
11    Q.   What did you say to him, if you
12   remember?
13    A.   I say, well, I have to check it out,
14   it's weird.
15    Q.   And what, if anything, did you do
16   after that?
17    A.   After that I went on the Gagosian
18   website and there was some images.
19    Q.   And did you do anything further
20   after that, did you go to the gallery, did you
21   talk to anyone from the gallery?
22          MR. BROOKS:  I'm sorry, I didn't
23   hear.
24    Q.   Did you go to the gallery, did you
25   talk to anyone at the gallery?

115

1          Celle
2     A.   No, I didn't.  I did not.
3     Q.   You saw the show was up and running
4    at the time?
5     A.   I saw on the website, yeah, but
6    there was some photograph I remember.
7     Q.   Do you remember, did you have any
8    further conversations with anyone else about the
9    show other than what you've told us?
10    A.   No.
11    Q.   Do you frequently go to art shows in
12   Chelsea?
13    A.   I have to be honest, interestingly,
14   I don't.  I have to say when I was in fashion I
15   didn't go to fashion shows.  I never have time.
16   You know, I work and I go home and I have kids
17   so --
18    Q.   You're too busy?
19    A.   I do weekends sometimes, but I don't
20   have time.
21    Q.   Other than discussions with -- by
22   the way, without getting into the conversation
23   with Mr. Brooks or anyone else at this law firm,
24   when did you first hire him as your lawyer?
25    A.   Just yesterday I guess.

116

1          Celle
2     Q.   So prior to hiring him as your
3    lawyer yesterday had you ever spoken to
4    Mr. Brooks before?
5     A.   Two times he asked me if I was
6    called if I will be willing to participate or
7    give a deposition or an affidavit.  I think
8    that's the term.  And I say yes, if you need me
9    of course I will.
10    Q.   Any substantive discussion about
11   what it will be about?
12    A.   Any?
13    Q.   Substantive discussion about what it
14   will be about?
15    A.   Until yesterday when I got more
16   detail, no.
17    Q.   And any conversation with Mr. Brooks
18   before yesterday?
19    A.   No.  Basically the only thing I
20   remember Mr. Brooks was telling me that there
21   was an e-mail about a show, and he ask me, you
22   know, did you write an e-mail about doing a show
23   with Patrick, and I say, yes, yes, I was very
24   interested to do a show with him.
25    Q.   And would that be Exhibit 1?



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

121

Celle

1
2    Q.   Have you yourself ever contacted
3 Powerhouse about the number of sales of the
4 Yes Rasta book?
5    MR. BROOKS:  I don't understand the
6 question.
7    Q.   I'll rephrase it.
8    Have you ever had any contacts with
9 Powerhouse Books yourself?
10    A.   Except ordering books?
11    Q.   Yes.
12    A.   And usually it's not me, it's Polly
13 Campbell, she does all the ordering books, so
14 she's the one who talk directly to them.
15    Q.   Does she actually order it by
16 calling them up and asking for the books?
17    A.   I know she call them and was trying
18 to get the rest of the Rasta.  And there was a
19 fair in Brooklyn and Powerhouse had a big space,
20 and I noticed they had some Surfer.  So after
21 the fair we contacted them to try to get more
22 copy, but they would not want to give their copy
23 of Surfer.  So we could not get more books from
24 them.
25    Q.   But you personally never spoke to

122

Celle

1
2 anybody at Powerhouse?
3    A.   No, Polly Campbell did, my
4 assistant.
5    Q.   You had told us previously that
6 Mr. Cariou gave you some information about his
7 prior sales of prints.  Did he give you
8 specifics?  He told you he sold some Surfer
9 prints, is that correct?
10    A.   He told me he sold both actually,
11 but he told me that he had a show about a surfer
12 in Paris.
13    Q.   And that he sold some of the Surfer
14 prints?
15    A.   Yes.
16    Q.   Did he tell you he sold some
17 Yes Rasta prints?
18    A.   He sold some Rasta prints, yeah.
19    Q.   Did he tell you to whom?
20    A.   Independent people, but it was not
21 in a gallery.  It was more independent of
22 friends or collector, but not in a gallery
23 setting.
24    Q.   Private sales?
25    A.   Private sales, if I remember.

123

Celle

1
2    Q.   And did he tell you the price point
3 at which they were sold?
4    A.   No.
5    MR. BROOKS:  Objection, asked and
6 answered.
7    Q.   Did he tell you how many?
8    A.   No.
9    Q.   You decided not to proceed, at least
10 for the present, with the Cariou exhibit
11 regarding Yes Rasta photographs in or about
12 January of '09?
13    A.   No, actually I decided the end of
14 November, December, and I met -- at the time
15 when I saw the Richard Prince situation, I
16 committed with another photographer called Lyle
17 Owerko.  I met him actually end of November
18 about the same time that there was, you know,
19 the situation that I learned that Richard Prince
20 and Patrick Cariou had maybe done something
21 together.
22    So I decided to do my show in
23 April with a different photographer called
24 Lyle Owerko.  And my goal was to replace
25 probably Patrick with that work.  And it's

124

Celle

1
2 exactly what I did, I just opened my gallery
3 with that show.
4    Q.   Just to make sure I didn't miss
5 anything, when you say you learned about this
6 Canal Zone exhibition, that consisted of you
7 having had the conversation with your husband
8 and you going online?
9    A.   Yes.
10    Q.   And the conversation with
11 Ms. Campbell?
12    A.   Yes, exactly.
13    Q.   Anything else?
14    A.   No.
15    MR. BROOKS:  I'm not sure she said
16 she definitely had a conversation with
17 Ms. Campbell.  And she certainly didn't
18 say that's how she learned about it.
19    MR. HAYES:  No, I understand.
20 BY MR. HAYES:
21    Q.   I think you said previously that
22 Ms. Campbell works for you?
23    A.   Yes.
24    Q.   You speak to her frequently?
25    A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

125

Celle

1
2    Q.   And you expect you did discuss this
3  with her?
4    A.   Yes.
5    Q.   But don't perhaps remember a
6  specific conversation?
7    A.   I probably told her that was
8  happening and that I will not do the show
9  because, you know, in December I was already
10  talking with a photographer.  She was aware of
11  it.  She had met Lyle Owerko.
12      We also had bought a book from him
13  that we were selling right away.
14    Q.   And you were intending to sell that
15  in your bookstore?
16    A.   Bookstore and eventually gallery.
17    Q.   And the title of that book is?
18    A.   And The Birds Sing, it's a book
19  about 2011 what happened -- September 11, sorry.
20      This young photographer came to show
21  me with his work about September 11, which I was
22  not interested, and when I ask him what other
23  project he was working on he showed me the
24  Samburu, the North Kenya civilization.
25      And I immediately, you know, decided

126

Celle

1
2  to do a show with him because I knew I was not
3  going to do Rasta.  And I had Rasta such in my
4  head that it was the perfect, you know,
5  replacement.  And I really like his work.
6      Actually, he just won last week --
7  there was 3,000 candidates in a big contest
8  called Hasselblad contest.  He's the winner this
9  year, and he was chosen from 3,000 people.
10      So I knew that if I could not have
11  Rasta I had to have a replacement.  And when I
12  saw his work I was thinking that's perfect, you
13  know.
14    Q.   And that's the show you told us
15  about earlier which did in fact take place?
16    A.   Yes, my opening show in April.
17    Q.   And how did that show go?
18    A.   Very well actually.
19    Q.   Did you sell prints in the show?
20    A.   Yeah.
21    Q.   Do you have an average number of
22  prints you've sold from your photography shows?
23    A.   In this case the prints start at
24  2,500 up to 10,000.  You know, it's still a
25  small gallery, but we are right now we have been

127

Celle

1
2  selling about 30 prints from him.
3    Q.   In the year 2009 how many prints in
4  total did you sell?
5    A.   In whole gallery?
6    Q.   Yes.
7    A.   There was an artist where I sold
8  about 189 exactly.
9    Q.   Who is that?
10    A.   It's called James and Karla Murray,
11  M-U-R-R-A-Y, and it's called Store Front.  It's
12  coming with a book too, so we did book signing
13  and show.  I forgot to mention that show before.
14      We are still selling their work.
15  It's real interesting work about all New York
16  store fronts.
17    Q.   And what is the price point of those
18  photographs?
19    A.   $2,500 and up.
20      MR. BROOKS:  Excuse me one second.
21      Did you get the word "store front"?
22    A.   Store Front, yeah, the name of the
23  show, and the book.
24    Q.   In your gallery -- or galleries, but
25  focusing first on the Broome Street gallery, do

128

Celle

1
2  you carry inventory of the photographs?
3    A.   Yes, we do.
4    Q.   And so you offer those for sale in
5  addition to whatever the currently-up show is,
6  if there is one?
7    A.   Yes, definitely.
8    Q.   And where do you have them
9  physically in the gallery?
10    A.   We have like a file, a flat file,
11  so we have them there.  Some are also framed.
12  For example, we keep older show, you know, so we
13  have inventory.  I have also a huge space.
14  I have a 4,000-square-foot space in 255 Centre
15  Street.  So we keep inventory.
16    Q.   And you keep inventory then in each
17  of your galleries?
18    A.   Yes, because we work with also a lot
19  of decorators, you know.
20    Q.   And do you keep inventory primarily
21  of the artists you've shown or artists of a
22  broad spectrum?
23    A.   Only artists we are showing.
24    Q.   Have you ever kept any inventory of
25  Patrick Cariou?



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

129

Celle

1
2     A.   No.
3     Q.   Have you ever asked him whether you
4  could carry inventory of Patrick Cariou?
5     A.   I've been trying.  But, you know, he
6  wanted to do a show and then take it from them.
7     Q.   I see.  But did you ask him at any
8  time after the -- withdrawn.
9          At any time since beginning of '09
10  have you asked him to give you inventory to
11  sell?
12     A.   No.
13     Q.   At any time in '08 did you ask him
14  to give you inventory to sell?
15     A.   No.
16     Q.   Did he ever offer to give you
17  inventory to sell other than discussions about
18  the show?
19     A.   No.
20     Q.   I think you referred to an artist by
21  the name of Morlock who uses photography in art?
22     A.   Yes.
23     Q.   And in some fashion she puts some
24  kind of images over the photographs, at least in
25  part, is that fair to say?

---

131

Celle

1
2     A.   Yes.
3     Q.   And so you have conversations with
4  them about photographs that might be appropriate
5  for their decorating jobs?
6     A.   Correct.
7     Q.   Have you ever discussed with a
8  decorator the possibility of them buying Patrick
9  Cariou photographs from you?
10     A.   Never, except Robert Novogratz.
11     Q.   And did you personally speak to
12  Robert Novogratz about it?
13     A.   Robert came to buy books from me and
14  was interested in Patrick, and I ask him at the
15  time to contact him and he contact him directly.
16     Q.   Patrick contacted Mr. Novogratz?
17     A.   Mr. Novogratz went on Patrick's
18  website, contacted him and bought some
19  photograph for a hotel in New Jersey.
20     Q.   You personally have not spoken to
21  Mr. Novogratz about selling Patrick Cariou
22  prints?
23     A.   No, I was not involved in the
24  transaction at all.
25     Q.   And so has there ever been a time

---

130

Celle

1
2     A.   I mean in the whole show 80 percent
3  is painting and drawings, but she has two
4  photographs that are vintage photographs she
5  bought, probably online, she blew up really big
6  and then she painted -- I guess it's black ink,
7  she painted tattoo on the woman.
8     Q.   Have you ever had any other artists
9  who used photos together with other media in any
10  show?
11     A.   Just Tony C., the surfer.
12     Q.   And that consisted of photographs of
13  his collage works?
14     A.   Yeah, photograph, collage, any kind
15  of paper clip or advertising or publicity that
16  he put in his journal and then it's translated
17  into a photograph, yeah.
18     Q.   Forgive me if I asked this, did you
19  ever have a situation where you were thinking
20  about having an exhibit, other than Mr. Cariou,
21  that you did not go forward with, that you
22  canceled?
23     A.   Not so far.
24     Q.   You deal, I think you said, with
25  decorators about photography?

---

132

Celle

1
2  when you personally went to anyone and offered
3  to sell or try to get them to buy Patrick Cariou
4  photographs?
5     A.   Never.
6     Q.   Robert Novogratz came to your
7  gallery?
8     A.   Yes, correct.
9     Q.   And he was interested in Patrick
10  Cariou?
11     A.   Yes.
12     Q.   And what did he say to you about
13  being interested in Mr. Cariou?
14     A.   He bought two books, loved his work
15  and asked me if I knew him.  And I say I would
16  love to do a show with him, I'm in conversation,
17  but I'm not representing him yet.
18          And because Robert Novogratz is a
19  friend and client, I said best thing is to go
20  directly and contact him, which he did.
21          And when Patrick was in New York
22  he say to me, thank you, you know, I'm doing
23  something with Robert, that's very nice of you.
24     Q.   And did he say what it was he was
25  doing with Robert?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

137

Celle

1  out the whole thing. I just want to see if I
2  can get a complete.
3       Okay. The first page that I have
4  here has some photographs of books and says
5  January Book Sale, correct?
6       A.   Correct.
7       Q.   And these are books that you're
8  offering as part of a sales -- were offering as
9  part of a sales process, or are offering now as
10  part of a sales process in January?
11      A.   Correct.
12      Q.   And one is a book about Africa?
13      A.   Yes, correct.
14      Q.   By Leni Riefenstahl?
15      A.   Correct.
16      Q.   Next is Matthew Rolston book?
17      A.   Mm-hmm.
18      Q.   Is that a fashion book?
19      A.   Yes, fashion.
20      Q.   Next one over, I'm sorry, I can't
21  read. Do you recognize it?
22      A.   Thomas Ruff, yeah.
23      Q.   And the next one over is?
24      A.   I can't remember. I mean I know

138

Celle

1  it's representing Eden, but I can't remember the
2  name of the photographer. I have a blank.
3       Q.   The next page, which I think is
4  printed out when one goes to artists, as you can
5  see from the word "artist" being underlined, is
6  this list artists you represent or have
7  represented?
8       A.   Correct.
9       Q.   And, again, I apologize for the bad
10  copying. The one at the top left which shows
11  two elephants?
12      A.   Yes.
13      Q.   Who is the artist there?
14      A.   Christo -- Cyril Christo, and Marie
15  Wilkinson.
16      Q.   Are those a husband-and-wife team?
17      A.   Correct, yeah.
18      Q.   What do they show?
19      A.   They show the work from a book
20  called Walking Thunder.
21      Q.   And by the way, all these on this
22  page, are these all books or are these artists
23  who are selling prints in the gallery or
24  galleries?

139

Celle

1       A.   Both. Some of them also have a
2  book, some don't have a book.
3       Q.   So this first one with the two
4  elephants, those artists have a book and sell
5  prints?
6       A.   Yes, correct.
7       Q.   At your gallery?
8       A.   Yes.
9       Q.   The next one over, what's the next
10  one?
11      A.   Sue Kwon.
12      Q.   Again, sells both books and prints
13  at your gallery?
14      A.   Yes, the book is called Street
15  Level.
16      Q.   And what's the subject matter of
17  that?
18      A.   It's New York, old neighborhood that
19  were photographs starting in the '80s to today,
20  different neighborhood. And I had a show for
21  Sue Kwon actually in September.
22      Q.   Next one over is?
23      A.   Wayne Levin. No book, but I
24  represent him and his work. He's from Hawaii.

140

Celle

1       Q.   So you sell prints of his?
2       A.   Yes.
3       Q.   And the subject matter is?
4       A.   Underwater photography.
5       Q.   Color?
6       A.   Black and white mainly in my
7  gallery, but he also does color.
8       Q.   And have you done a show for him?
9       A.   No, he's always part of group show.
10      Q.   And the first two that we just went
11  through, did you do shows with them?
12      A.   Sue Kwon I did a show.
13           Christo and Wilkinson I did a show
14  and book signing.
15      Q.   Next one over, the fourth one with
16  the picture of a person on it, what's that one?
17      A.   Lyle Owerko. He's the person
18  actually we replaced Patrick Cariou in April
19  2009 opening. That's the Samburu project. No
20  book yet about that special work, but a show.
21      Q.   What's the one to the right?
22      A.   Jean-Philippe Piter, underwater
23  photography. He's from St. Barths. No show.
24  I'm sorry, no book. Group show. Part of the



ESQUIRE
an Alexander Gallo company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

153

Celle

1  Celle
2       MS. HAMMERMAN:  I have no questions.
3       MR. BROOKS:  I just have a few.
4  EXAMINATION BY
5  MR. BROOKS:
6       Q.   Ms. Celle, earlier today you
7  testified that if you had done the show for
8  Mr. Cariou I believe you said there would have
9  been 30 to 40 prints, is that right?
10      A.   Correct.
11      Q.   Of different sizes?
12      A.   Different sizes.
13      Q.   Now, for any given photograph that
14 you had a print of would there only have been
15 one for sale or would there have been more than
16 one for sale?
17      A.   Okay.  What we discussed with
18 Patrick was the edition, because that's a very
19 important question.  So for each print we were
20 thinking a series of ten photograph.
21      Q.   And would those have remained for
22 sale after the show was over?
23      A.   Yes.
24      Q.   You would have kept them in
25 inventory?

154

Celle

1  Celle
2       A.   Yes.  The way it works is people buy
3  sometime at the show.
4       MR. HAYES:  I'm just going to object
5  to the question.  Calls for speculation.
6       MS. HAMMERMAN:  Join.
7       Q.   Go on.
8       A.   Also people buy the print at the
9  show because there is only one print people
10 order, you know, people want the same image, so
11 we have to print it for them.
12      Q.   So if there were 30 to 40 photos how
13 many copies would there have been of each one
14 that you would have offering for sale?
15      MR. HAYES:  Again, object, the
16 question calls for speculation and, form.
17      MS. HAMMERMAN:  Form.
18      Q.   You can answer.
19      A.   At the show I was issuing one of
20 each but, you know, you could make 30 to 40 by
21 ten, you know.
22      Q.   So there could have been 300 to 400
23 that you would have sold?
24      MR. HAYES:  Objection, calls for
25 speculation.  Objection to form.

155

Celle

1  Celle
2       MS. HAMMERMAN:  Join.
3       Q.   You can answer.
4       A.   I wish.  It's hard to say.
5            I wish, I would be very happy today.
6       Q.   And the prices again would have been
7  between what and what?
8       A.   First price around 3,000, the most
9  expensive, the biggest format I would say 15,000
10 to 20.
11      Q.   Now, just to be clear, you've talked
12 a lot about Lyle -- Owerko?
13      A.   Owerko, yeah.
14      Q.   That was your first show?
15      A.   Yes.
16      Q.   At the 424 Broome Street gallery?
17      A.   Yes.
18      Q.   And when you were talking to Patrick
19 was he going to be the first show before you
20 replaced him with Lyle?
21      A.   Yes, Patrick was the opening show.
22      Q.   And can you explain again what your
23 idea was that you discussed with Patrick about
24 having a book signing at his show?
25      A.   Usually, I mean it's really more

156

Celle

1  Celle
2  powerful when you are able to present the work
3  of an artist and there is a book to validate the
4  work.
5            I was very surprised that -- in
6  Europe his work is very well-known of course,
7  because he's French I guess.  I really wanted to
8  capitalize for, you know, the fact that there
9  was that beautiful book.  And, you know, the
10 book was very helpful in terms of picking out
11 all the photograph and the portrait.
12      Q.   And which book are you talking about
13 now?
14      A.   Yes Rasta.
15      Q.   So again, how many copies were you
16 planning to have at the book signing?
17      A.   Usually in a book signing I can sell
18 from -- I will say an event like that, 50 to
19 200.
20           I had a book signing where I sold
21 400 books, but that was Patrick Demarchelier.
22 He's much more famous.
23           But usually guaranteed 50 books.
24 But, you know, up to 200, and the book stays in
25 the gallery anyway and the show too, so.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

157

Celle

1
2    Q.   And why was it that you — I think
3  you said he was going to ask Powerhouse to
4  reprint the book I think you said?
5          What was the reason for that?
6          MR. HAYES:  Objection.  I don't
7    think it states the testimony correctly.
8          MS. HAMMERMAN:  Join.
9          MR. BROOKS:  I think she said that.
10    A.   I was the one telling him because
11  it's not in my power to go to Powerhouse and
12  tell them to reprint the book.
13          So I was having a conversation with
14  Patrick to tell him you should really push him
15  to reprint that book, but not only that book,
16  the Surfer book too.
17    Q.   Now, you don't represent Patrick,
18  correct?
19    A.   I don't.
20    Q.   But if you had had a show you would
21  have entered into a contract to be his agent?
22          MR. HAYES:  Objection, calls for
23    speculation.  Object to the form.
24          MS. HAMMERMAN:  Join.
25    Q.   Is that correct?

158

Celle

1
2    A.   I would because, as I mentioned
3  before, you know, a show — just framing the
4  show costs between 20 and 30-thousand dollars.
5  So when you start investing it's a long-term
6  reward.  So I sign the photographer.  If not,
7  I don't do the show.
8    Q.   Finally, you said something in one
9  of your answers to the effect that you knew
10  people in the entertainment business, do you
11  remember saying that?
12    A.   Yes, correct.
13          MS. HAMMERMAN:  Objection.
14          MR. HAYES:  Objection, form.
15    Q.   What significance, if any, did that
16  have with respect to these Yes Rasta prints?
17    A.   Okay.  Because of the different show
18  I've been doing, I know coming from fashion I
19  have all kind of different customers, so of
20  course I have the fashion people.
21          But I'm really connected with a lot
22  of people in the music industry.  And I won't
23  sell — you know, the Rasta for me was directly
24  addressed to this kind of people.
25          Like in the Hamptons I sell surfer

159

Celle

1
2  or contemporary photography, but this was a show
3  that I thought could have wide audience, but
4  especially in the entertainment business because
5  of the nature of — you know, you don't sell the
6  Rasta and the marijuana to the same people that
7  necessarily want something for their children's
8  room.
9          So it was I think something very
10  interesting that when I start looking I really
11  look to see there was work very similar, you
12  know, and I didn't find anything on the Rasta
13  because I think it's very difficult to
14  infiltrate that community and be able to live
15  with them and take their photo.  It's something
16  very — like the Samburu, the same thing.
17          You know, tourists don't go to that
18  place.  He only had access to that place because
19  he worked for the United Nations.
20    Q.   This is in northern Kenya?
21    A.   North Kenya, yeah.
22    Q.   Did you say that those photos were
23  similar to the Yes Rasta photos?
24    A.   For me it was similar approach in
25  the term that it's a certain civilization that's

160

Celle

1
2  kind of disappearing one day and you cannot
3  really take their photograph except if you get
4  their trust and you are able to spend time with
5  them and live with their family.
6          And that's what they both did.  It's
7  a very similar work in different places.
8    Q.   They both meaning Patrick Cariou and
9  Lyle —
10    A.   And Lyle Owerko, yeah.
11    Q.   I have nothing further.
12  BY MR. HAYES:
13    Q.   I have couple questions coming out
14  of Mr. Brooks' questions.
15          First, about Mr. Owerko and
16  Mr. Cariou, so in your view they both document
17  certain civilizations that may be passing?
18    A.   Definitely.
19    Q.   Did you ever give Mr. Cariou a draft
20  contract for him to review or sign?
21    A.   No, no.  It didn't go so far.
22    Q.   Of the other photographers — you
23  spoke to Mr. Cariou about doing a series of the
24  prints?
25    A.   Sorry?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

161

Celle

1
2    Q.   You spoke to Mr. Cariou about doing
3  a series of the prints, if there was to be a
4  show, that is to say more than one of each
5  print?
6    A.   Definitely.
7    Q.   And what did you say to him and what
8  did he say to you about that?
9    A.   What I ask him is if he had any
10 printed from the book, and he said his printer
11 was in New York, that he had some prints
12 available.
13        But if I was to choose certain image
14 he might have to print them for me, because
15 of the format, we wanted to go really big, like
16 80 by 90, big format, these would have to be
17 printed.
18    Q.   Did you have any specific discussion
19 as to any individual photographs as to how many
20 of each would be produced?
21    A.   For the show, only one of each.
22 The situation was some format were really big
23 and needed to be printed.  He only had, if I
24 remember, images that were like 20 by 30.  That
25 was the biggest sizes he had.  I don't think he

162

Celle

1
2  had anything bigger.
3        And I needed at the time at least
4  three times the size on certain images.
5    Q.   And talking about other artists,
6  other photographers, what is the most of any one
7  series of prints that you've sold from any other
8  photographer?
9    A.   It's about the store front, it's
10 still selling.  Right now it's probably
11 90-something.
12    Q.   And after that how many -- what's
13 the next most you've sold?
14    A.   You know, it all depends like if a
15 show is new.  Like I have a new show right now,
16 ten, you know.  It all depends the price.
17    Q.   And what price point was that?
18    A.   The one that I sold ten right now
19 it's a $6,000 one.
20    Q.   And the show by Mr. Owerko, how many
21 of those have you sold
22    A.   Probably around 30 of the biggest
23 one.  And then I'm still selling them, you know.
24 And then he has a smaller format that he did
25 special edition, you know, like a few dozen of

163

Celle

1
2  those.
3        MR. HAYES:  No further questions.
4  Thank you very much.
5        MR. BROOKS:  Dara, do you have
6  anything?
7        MS. HAMMERMAN:  No.
8        MR. BROOKS:  I have nothing else.
9        THE WITNESS:  Thank you.
10        MR. HAYES:  Thank you.
11        MR. BROOKS:  Thank you very much.
12  (Time noted:  1:12 p.m.)
13
14
15        _____
16        CHRISTIANE CELLE
17
18  Subscribed and sworn to
19  before me this ____ day
    of _____, 2010.
20
21        _____
22
23
24
25

164

1
2        CERTIFICATE
3
4  STATE OF NEW YORK )
5                   )ss:
6  COUNTY OF NEW YORK)
7
8        I, BRYAN NILSEN, a Notary Public
9  within and for the State of New York, do
10 hereby certify:
11        That CHRISTIANE CELLE, the witness
12 whose deposition is hereinbefore set
13 forth, was duly sworn by me and that such
14 deposition is a true record of the
15 testimony given by such witness.
16        I further certify that I am not
17 related to any of the parties to this
18 action by blood or marriage and that I am
19 in no way interested in the outcome of
20 this matter.
21        IN WITNESS WHEREOF, I have hereunto
22 set my hand this ___ day of January, 2010.
23
24
        _____
25        BRYAN NILSEN, RPR



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com