Exhibit L

# YES RASTA

## PHOTOGRAPHS BY PATRICK CARIOU

SEE ORIGINAL "YES RASTA" BOOK SUBMITTED TO COURT