Exhibit L-1

# YES RASTA

## PHOTOGRAPHS BY PATRICK CARIOU