Exhibit L-2

# YES RASTA

© 2000 powerHouse Cultural Entertainment, Inc.

Photographs © 2000 Patrick Cariou

Essay © 2000 Perry Henzell

All rights reserved. No part of this book may be reproduced in any manner or transmitted by any means whatsoever, electronic or mechanical (including photocopying, recording, and internet posting, display or retrieval) without the prior written permission of the publisher.

Published in the United States by powerHouse Books,

a division of powerHouse Cultural Entertainment, Inc.

180 Varick Street, Suite 1302, New York, NY 10014-4606

telephone 212 604 9074, fax 212 366 5247

e-mail: info@powerHouseBooks.com

website: http://www.powerHouseBooks.com

First edition, 2000

Library of Congress Cataloging-in-Publication Data:

Cariou, Patrick, 1963-
    Yes Rasta / photographs by Patrick Cariou ; essay by Perry Henzell.
    p. cm.
    ISBN 1-57687-073-1
    1. Rastafari movement--Jamaica. 2. Rastafari movement--Jamaica--Pictorial works.  I.
Henzell, Perry. II. Title.

BL2532.R37 C357 2000
299'.676'097292--dc21

                                                                    00-55785

Hardcover ISBN 1-57687-073-1

Limited Edition ISBN 1-57687-074-X

Gelatin-silver prints by The Small Darkroom, New York

Tritone separations by Thomas Palmer, Newport

Printed and bound by Sfera, Milan

A complete catalog of powerHouse Books and Limited Editions is available upon request;
please call, write, or get irie on our web site.

10 9 8 7 6 5 4 3 2 1

A slipcased, limited edition of this book with a signed and numbered artwork by the artist is available upon inquiry;
please contact the publisher.