**WITHERS BERGMAN LLP**
Hollis Gonerka Bart (HB-8955)
Dara G. Hammerman (DH-1591)
Azmina N. Jasani (AJ- 4161)
430 Park Avenue, 10th Floor
New York, New York 10022
212.848.9800 (p)
212.848.9888 (f)
*Attorneys for Defendants Gagosian Gallery, Inc.*
*and Lawrence Gagosian*

**SHERIDAN FISHER & HAYES LLP**
Steven M. Hayes, Esq.
Hanly Conroy Bierstein
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6414
*Attorneys for Defendant Richard Price*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

PATRICK CARIOU,

                Plaintiff,

          -against-

RICHARD PRINCE, GAGOSIAN
GALLERY, INC., LAWERENCE
GAGOSIAN and RIZZOLI
INTERNATIONAL PUBLICATION, INC.,

                Defendants.

-------------------------------------------------------------x

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT**

No. 08-CV-11327 (DAB)

      **PLEASE TAKE NOTICE** that, upon the affidavit of Hollis Gonerka Bart, sworn to on

May 14, 2010 and the exhibits thereto, the affidavit of Richard Prince sworn to on May 13, 2010

and the exhibit thereto, the statement, pursuant to Local Rule 56.1, of material facts as to which

there is no genuine issue to be tried, the defendants' Memoranda of Law, dated May 14, 2010,

and the pleading and prior proceedings herein, defendants Richard Prince, Gagosian Gallery,

Inc., and Lawrence Gagosian will move the Court, before the Honorable Deborah A. Batts, at the

United States Courthouse, 500 Pearl St., New York, NY 10007, in accordance with the

scheduling order dated March 19, 2010, as amended by the memorandum endorsements dated

April 6, 2010 and May 5, 2010, for an order pursuant to Rule 56 of the Federal Rules of

Procedure, granting defendants' motion for summary judgment dismissing defendants'

complaint, with prejudice and in the entirety, on their fair use defense, and dismissing plaintiff's

conspiracy claim as frivolous and preempted by federal copyright law, and for such other and

further relief as to the Court appears just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's scheduling order,

as amended, plaintiff's opposition papers shall be served and filed by June 14, 2010, and

defendants' reply papers shall be served and filed on June 24, 2010.

Dated:  New York, New York
       May 14, 2010

                 Respectfully submitted,

                 WITHERS BERGMAN LLP

                 By: *Hollis Gonerka Bart*
                    Hollis Gonerka Bart (HB-8955)
                    Dara G. Hammerman (DH-1591)
                    Azmina N. Jasani (AJ-4161)
                    430 Park Avenue, 10th Floor
                    New York, NY  10022-3505
                    Phone:  (212) 848-9800
                    Fax:  (212) 848-9888
                    *Attorneys for Defendants Gagosian Gallery,*
                    *Inc. and Lawrence Gagosian*

                 SHERIDAN FISHER & HAYES LLP

                 By: *Steven M. Hayes (HGB)*
                    Steven M. Hayes (SH-2926)
                    Hanly Conroy Bierstein
                    Sheridan Fisher & Hayes LLP
                    112 Madison Avenue
                    New York, NY 10016-7416
                    (212) 784-6414
                    *Attorneys for Defendant Richard Prince*

2