Exhibit N



**1        Graduation**





**Untitled (Rasta)**

3





**5**     **Charlie Company**



**6**     **Meditation**



7   Canal Zone





9   Cookie Crumbles





10    Color Me Mine



11.   James Brown Disco Ball



12   Ile de France



13   Ding Dong the Witch Is Dead



14    Djuna Barnes, Natalie Barney, Renée Vivien, and Romaine Brooks Take Over the Guanahani



15    Zipping the System



17    It's All Over





18   Specially Round Midnight

19    Naked Confessions







21   Cheese and Crackers



22

Mr. Jones