**Exhibit O**



**Richard Prince**
*MC9 (White Panthers)*, 2008
Ink jet, acrylic and collage on canvas
98 x 132 inches
248.9 x 335.3 cm
(Inv# RPS590)



CONFIDENTIAL - PR00019



**Richard Prince**
*Mina Loy, Janet Flanner, Radclyffe Hall, Una Trowbridge and Oscar Wilde's niece Dolly Wilde*, 2008
Ink jet, acrylic and collage on canvas
77 1/2 x 120 1/2 inches
196.9 x 306.1 cm
(Inv# RPS606)

CONFIDENTIAL - PR00020



**Richard Prince**
*Pumpsie Green*, 2008
Ink jet, acrylic and collage on canvas
77 x 100 1/2 inches
195.6 x 255.3 cm
(Inv# RPS587)

CONFIDENTIAL - PR00024



**Richard Prince**
*Uncle Tom, Dick and Harry*, 2008
Ink jet, acrylic and collage on canvas
81 1/2 x 57 1/2 inches
207 x 146.1 cm
(Inv# RPS589)

CONFIDENTIAL - PR00025



**Richard Prince**
*On The Beach, On The Beach*, 2008
Ink jet, acrylic and collage on canvas
59 x 90 1/4 inches
149.9 x 229.2 cm
(Inv# RPS591)

CONFIDENTIAL - PR00028



**Richard Prince**
*Inquisition*, 2008
Ink jet, acrylic and collage on canvas
100 1/2 x 77 inches
255.3 x 195.6 cm
(Inv# RPS592)

CONFIDENTIAL - PR00029



**Richard Prince**
*Escape Goat*, 2008
Ink jet, acrylic and collage on canvas
92 x 122 inches
233.7 x 309.9 cm
(Inv# RPS607)

CONFIDENTIAL - PR00030