





C00017

Richard Prince, *Graduation*, 2008, 72 3/4 x 52 1/2 inches (plate 1 in book)





Yes Rasta! ©Patrick Cariou, 2000, Published by Powerhouse books, inc.

2

C00018

Richard Prince, *Untitled (Rasta)*, 2008, 40 x 30 inches (plate 2 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

3

C00019

Richard Prince. *Untitled (Rasta)*, detail, 2008. 40 x 30 inches (plate 3 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

4

C00020

Richard Prince, *Back to the garden*, 2008, 80 x 120 inches (plate 4 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

5

C00021

Richard Prince, *Charlie Company*, 2008, 131 x 100 inches (plate 5 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

6

C00022

Richard Prince, *Meditation*, 2008, 58 x 46 inches (plate 6 in book)



Yes Rasta! ©Patrick Cariou, 2000, Published by Powerhouse books, inc.

7

C00023

Richard Prince, *Canal Zone*, 2008. 107 x 119.5 inches (plate 7 in book)

Yes Rasta! © Patrick Cariou, 2000. Published by Powerhouse books, inc.

Yes Rasta! © Patrick Cariou, 2000. Published by Powerhouse books, inc.

C00024

Richard Prince. *The Ocean Club*, 2008. 45 1/2 x 59 3/4 inches (plate 8 in book)

Yes Rasta! ©Patrick Cariou, 2000. Published by PowerHouse books, inc.

Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

11

10

Richard Prince, *Cookie Crumbles*. 2008. 76 x 100 1/2 inches (plate 9 in book)



Yes Rasta! ©Patrick Cariou. 2000. Published by Powerhouse books, inc.

C00026

Richard Prince, *Color Me Mine*, 2008. 59 1/4 x 80 1/2 inches (plate 10 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

13

C00027

Richard Prince, *James Brown Disco Ball*, 2008. 100 1/2 x 154 1/2 inches (plate 11 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

14

C00028

Richard Prince, *Ile de France*, 2008, 77 1/4 x 100 1/2 inches (plate 12 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

15

C00029

Richard Prince. *Djuna Barnes, Natalie Barney, Renée Vivien and Romaine Brooks take over the Guanahani,* 2008. 52 1/4 x 90 1/2 inches (plate 14 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

16

C00030

Richard Prince. *Zipping the System*, 2008, 71 1/2 x 110 1/2 inches (plate 15 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

C00031

Richard Prince. *Tales of Brave Ulysses*. 2008. 84 x 132 inches (plate 16 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

18

C00032

Richard Prince, *It's All Over*, 2008, 80 x 120 1/4 inches (plate 17 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

19

C00033

Richard Prince, *Specially round Midnight*, 2008. 100 1/2 x 154 inches (plate 18 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

20

C00034

Richard Prince, *Naked Confessions*, 2008. 45 1/4 x 46 inches (plate 19 in book)





Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

21

C00035

Richard Prince, *The Other Side of the Island*, 2008. 84 x 132 inches (plate 20 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

22

Richard Prince, *Cheese and Crackers*, 2008. 91 1/2 x 140 1/4 inches (plate 21 in book)





Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

23

Richard Prince, *Mr Jones*, 2008. 91 1/2 x 128 inches (plate 22 in book)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

24

C00038

Richard Prince, book insert page



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

25

C00039

Richard Prince, *Inquisition*, 2008, 100 1/2 x 77 inches (from www.gagosian.com)



Yes Rasta! ©Patrick Cariou, 2000, Published by Powerhouse books, inc.

26

C00040

Richard Prince. *On the Beach, On the Beach*. 2008. 50 x 90.4 inches (from www.gagosian.com)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

27

C00041

Richard Prince, from the series *Canal zone* (photograph of the exhibition)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

28

C00042

Richard Prince, from the series *Canal Zone*
(from Art Newspaper website – http://www.theartnewspaper.com/article.asp?id=16821)



Yes Rasta! ©Patrick Cariou, 2000. Published by Powerhouse books, inc.

29

C00043