Exhibit V



RICHARD PRINCE *The Canal Zone*, 2007  Mixed media on homosote,  48 x 82 3/4 inches, (121.9 x 210.2cm)  PRINC 2007.0033

GAGOSIAN GALLERY

GGP003781     CONFIDENTIAL



Exhibit V-1



CONFIDENTIAL

Δ𝓤 EXHIBIT 15
Deponent PRINCE
Date 10/06/09  Rptr. Bm
WWW.DEPOBOOK.COM

GGP004296