Exhibit Z





