```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
PATRICK CARIOU,

                Plaintiff,

        v.                                    08 Civ. 11327 (DAB)
                                                     ORDER
RICHARD PRINCE, et al.,

                Defendants.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

Pursuant to the Order of the Second Circuit dated April 25, 2013, Plaintiff shall submit papers on the Second Circuit's standard and the five works still at issue no later than August 2, 2013. Defendants shall respond within 45 days of being served with Plaintiff's papers. Plaintiff's reply, if any, shall be filed and served within 14 days of Defendant's response.

SO ORDERED.

DATED:   New York, New York
         June 18, 2013

_____
       Deborah A. Batts
    United States District Judge