AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Patrick Cariou | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:08-cv-11327-DAB |
| Richard Prince, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard Prince

Date: 08/14/2013

/s/ Frederick J. Lee
*Attorney's signature*

Frederick J. Lee, FL3141
*Printed name and bar number*

Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
*Address*

flee@bsfllp.com
*E-mail address*

(212) 446-2381
*Telephone number*

(212) 446-2350
*FAX number*