USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK CARIOU,

                Plaintiff,

     -against-

RICHARD PRINCE, GAGOSIAN GALLERY,
INC., and LAWRENCE GAGOSIAN,

                Defendants.
------------------------------------------------------------X

No. 08 Civ. 11327 (DAB)

STIPULATION EXTENDING
BRIEFING SCHEDULE

       This stipulation is entered into by and among Plaintiff Patrick Cariou ("Plaintiff") and Defendants Richard Prince, Gagosian Gallery, Inc., and Lawrence Gagosian (collectively, "Defendants").

       WHEREAS, on April 25, 2013, the United States Court of Appeals for the Second Circuit reversed in part, vacated in part, and remanded in part this Court's March 18, 2011 Memorandum and Order granting partial summary judgment in favor of Plaintiff;

       WHEREAS, by Order, dated June 18, 2013 [#84], this Court ordered that Plaintiff submit papers applying the Second Circuit's standard to the five artworks remaining on remand by August 2, 2013, that Defendants respond within 45 days of being served, and that Plaintiff reply within 14 days of Defendants' response;

       WHEREAS, on August 1, 2013, Plaintiff filed a Memorandum of Law Applying the Second Circuit's Fair Use Standard to the Five Artworks That Have Been Remanded to the District Court [#85], making Defendants' response due on September 15, 2013;

       WHEREAS, on August 21, 2013, Plaintiff filed a Petition for a Writ of Certiorari in the Supreme Court of the United States seeking review of the United States Court of Appeals for the Second Circuit's April 25, 2013 decision;

1

WHEREAS, Defendants' opposition to Plaintiff's Petition for a Writ of Certiorari is due within 30 days after Plaintiff's Petition is docketed;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that:

1. The time for Defendants to respond to Plaintiff's Memorandum of Law is extended to and including October 15, 2013.

Dated: New York, New York
August 23, 2013

_____
Hollis Gonerka Bart
Chaya F. Weinberg-Brodt
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, NY 10022
Tel: (212) 848-9800
Fax: (212) 848-9888
hollis.bart@withers.us.com
chaya.weinberg@withers.us.com

*Attorneys for Defendants Gagosian Gallery, Inc. and Lawrence Gagosian*

_____
Jonathan D. Schiller
Joshua I. Schiller
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
jschiller@bsfllp.com
jischiller@bsfllp.com

*Attorneys for Defendant Richard Prince*

_____
Daniel J. Brooks
Eric A. Boden
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005
Tel: (212) 973-8000
Fax: (212) 972-8798
dbrooks@schnader.com
eboden@schnader.com

*Attorneys for Plaintiff Patrick Cariou*

SO ORDERED:

_____
Deborah A. Batts, U.S.D.J.
8/23/13